1  CODY R. LEJEUNE (CSB No. 249242)
2  cody@lejeunelawfirm.com
   **LEJEUNE LAW, P.C.**
3  445 S. Figueroa St.
4  Suite 3100
   Los Angeles, CA 90071
5  Telephone: (985) 713-4964

6
7  Attorneys for Plaintiffs
   CONOR WOULFE, an individual, and PETER
8  MICHAEL ROSZA, an individual

9
10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12

| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual, | CASE NO.:   2:22-cv-00459-SVW-AGR |
|---|---|
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; | |
| Defendant, | |

Pursuant to Local Civil Rule 7.1-1 of the United States District Court for the Central District of California, Plaintiffs Conor Woulfe and Peter Michael Rosza ("Plaintiffs") hereby provide the following notice.

The undersigned, counsel of record for Plaintiffs, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These repsresentations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Conor Woulfe
2. Plaintiff Peter Michael Rosza

Dated: January 24, 2022

Respectfully submitted,
**LEJEUNE LAW, P.C.**

By:   /s/ Cody R. LeJeune
Cody R. LeJeune
445 S. Figueroa St.
Sutie 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

Attorneys for Plaintiff
CONOR WOULFE, an individual, and
PETER MICHAEL ROSZA, an individual

1
NOTICE OF INTERESTED PARTIES

2:22-cv-00459-SVW-AGR