Cody R. LeJeune
LeJeune Law, PC
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Conor Woulfe, an individual, and Peter Michael Rosza, an individual,

Plaintiff(s)

v.

Universal City Studios, LLC, d.b.a. Universal Pictures, a California limited liability company; and DOES 1-20, inclusive,

Defendant(s).

CASE NUMBER

2:22-cv-00459-SVW-AGR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Pequignot, Matthew A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-328-1200  *Telephone Number*  202-329-2219  *Fax Number*

mpequignot@pmiplaw.com
*E-Mail Address*

of

Pequignot + Myers
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Conor Woulfe

Peter Michael Rosza

*Name(s) of Party(ies) Represented*  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

LeJeune, Cody R
*Designee's Name (Last Name, First Name & Middle Initial)*

249242  *Designee's Cal. Bar No.*  985-713-4964  *Telephone Number*  *Fax Number*

cody@lejeunelawfirm.com
*E-Mail Address*

of

LeJeune Law, PC
445 S. Figueroa St., #3100
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1