AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual,<br><br>*Plaintiff(s)*<br>v.<br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-459-SVW-AGRx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Universal City Studios LLC, d.b.a, Universal Pictures
100 Universal City Plaza
Universal City, California 91608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cody R. LeJeune
LeJeune Law, PC
445 S. Figueroa St.
Suite 3100
(985)713-4964

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 25, 2022      *A. Bandek*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:22-cv-459

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Universal City Studios LLC, d.b.a. Universal Pictures
was received by me on *(date)* January 25, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Klaus , who is
designated by law to accept service of process on behalf of *(name of organization)* Universal City Studios LLC, d.b.a. Universal Pictures on *(date)* March 16, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 18, 2022

*Server's signature*

Cody LeJeune, Counsel for Plaintiffs
*Printed name and title*

445 Figueroa St., #3100, Los Angeles, CA 90071
*Server's address*

Additional information regarding attempted service, etc: