# Exhibit B

| | |
|---|---|
| 1 | CODY R. LEJEUNE (CSB No. 249242) |
| 2 | cody@lejeunelawfirm.com<br>**LEJEUNE LAW, P.C.** |
| 3 | 445 S. Figueroa St. |
| 4 | Suite 3100<br>Los Angeles, CA 90071 |
| 5 | Telephone: (985) 713-4964 |
| 6 | |
| 7 | MATTHEW A. PEQUIGNOT (admitted pro hac vice)<br>mpequignot@mpiplaw.com |
| 8 | **PEQUIGNOT + MYERS**<br>2585 Ala Namahana Pkwy, #1007 |
| 9 | Kilauea, HI 96754 |
| 10 | Telephone: (202) 328-1200 |
| 11 | Attorneys for Plaintiff |
| 12 | CONOR WOULFE, an individual, and PETER<br>MICHAEL ROSZA, an individual |
| 13 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | CONOR WOULFE, an individual, and<br>PETER MICHAEL ROSZA, an<br>individual, | CASE NO.:   2:22-cv-00459-SVW-AGR |
| 18 | | **DECLARATION OF PETER** |
| 19 | | **MICHAEL ROSZA** |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | UNIVERSAL CITY STUDIOS LLC, | |
| 23 | d.b.a., UNIVERSAL PICTURES, a<br>California limited liability company; | |
| 24 | | |
| 25 | Defendant, | |

I, Peter Michael Rosza, declare as follows:

1. I am a Plaintiff in this lawsuit against Universal Pictures, and specifically to the cause of action for Violation of the California Consumer Legal Remedies Act.

2. I am a competent adult, over eighteen years of age, and at all times material to this action, I have been a citizen of the United States, residing in California. I make this affidavit as required by California Civil Code §1780(d).

3. The Complaint in this action is filed in the proper place for trial because the Defendant is doing business and has its principal place of business in Los Angeles County.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on March 24, 2022.

_____
Peter Michael Rosza