KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>  Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>Judge:  Hon. Stephen V. Wilson |

TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Universal City Studios LLC ("Universal" or "Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Universal City Studios LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held corporation owns 10% or more of the equity of Universal City Studios LLC.

DATED: April 5, 2022            MUNGER, TOLLES & OLSON LLP

By:   */s/ Kelly M. Klaus*
KELLY M. KLAUS
Attorneys for Defendant