KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**STIPULATION RE: TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>First Am. Compl Filed:  March 24, 2022<br>Current Response Date:  April 7, 2022<br>Requested Response Date:  May 5, 2022<br><br>Filed concurrently:  Declaration of Kelly M. Klaus; [Proposed] Order |

Plaintiffs Conor Woulfe and Peter Michael Rosza (jointly, "Plaintiffs") and Defendant Universal City Studios LLC ("Universal" or "Defendant"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint in this Court on January 21, 2022. ECF No. 1.

WHEREAS, on March 16, 2022, the undersigned counsel of record for Defendant agreed to accept service of the Complaint. ECF No. 16.

WHEREAS, on March 24, 2022, Plaintiffs filed their First Amended Complaint. ECF No. 17.

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), the date for Defendant to answer or otherwise respond to the First Amended Complaint is April 7, 2022.

WHEREAS, Defendant has requested, and Plaintiff has agreed, that Defendant may have until May 5, 2022, within which to answer or otherwise respond to the First Amended Complaint, for the reasons stated in the accompanying Declaration of Kelly M. Klaus and summarized as follows:

(a) The First Amended Complaint alleges seven different causes of action, arising under various statutes and common law doctrines under the laws of the States of California and Maryland;

(b) Given the number of claims and factual allegations in the First Amended Complaint, Defendant otherwise would have requested, and Plaintiffs would have agreed, to enter into a stipulation to extend Defendant's response time to 30 days after service of that complaint, through and including April 25, 2022.

(c) Defendant has requested to have an additional 10 days beyond the 30 days that Plaintiffs agreed to provide because of a number of preexisting schedule conflicts on the calendars of the lawyers responsible for Defendant's response to the First Amended Complaint.

WHEREAS, the extension requested through this Stipulation and the accompanying [Proposed] Order will not affect any other date on the case schedule.

NOW, THEREFOR, THE PARTIES HEREBY STIPULATE, and respectfully request that the Court enter an Order providing, that Defendant shall have through and including May 5, 2022, within which to answer or otherwise respond to the First Amendment Complaint.

DATED: April 5, 2022                     LEJEUNE LAW, P.C.

                                         PEQUIGNOT + MYERS

                                         By: ___*/s/ Cody R. LeJeune*___
                                             CODY R. LEJEUNE
                                             Attorneys for Plaintiffs

DATED: April 5, 2022                     MUNGER, TOLLES & OLSON LLP

                                         By: ___*/s/ Kelly M. Klaus*___
                                             KELLY M. KLAUS
                                             Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

                                         By: ___*/s/ Kelly M. Klaus*___
                                             KELLY M. KLAUS
                                             Attorney for Defendant