UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER EXTENDING TIME, PURSUANT TO STIPULATION, FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>First Am. Compl Filed:  March 24, 2022<br>Current Response Date:  April 7, 2022<br>Requested Response Date:  May 5, 2022 |

49183180.1

Case No. 22-cv-00459-SVW-AGR

[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO FIRST AMENDED COMPLAINT

The Court has considered the parties' Stipulation re Time for Defendant to Respond to First Amended Complaint and the supporting declaration of Kelly M. Klaus.  Good cause appearing therefor,

It is hereby **ORDERED** that Defendant shall have through and including May 5, 2022 within which to answer or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____

                                      Honorable Stephen V. Wilson
                                      United States District Judge