# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Deniece Waidhofer et al, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:20-cv-06979-KS |
| v. | |
| Cloudflare, Inc. et al, | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 8/5/2020 | 19;20;21;22 | Application of Non-Resident Attorney |
| --- | --- | --- |
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
- ☐ The hearing date has been rescheduled to _____ at _____
- ☑ Other

Please correct and re-file the previously filed documents per the NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION (Dkt No. 23).

Clerk, U.S. District Court

Dated: August 7, 2020        By: G. Roberson (213) 894-3922
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge