Name and address:

Brett S. Rosenthal, REESE MARKETOS LLP (applicant)
750 N. Saint Paul St., Suite 600, Dallas, TX 75201-3101
Charles Reiter, REITER GRUBER LLP (co-counsel)
100 Wilshire Blvd., Suite 700, Santa Monica, CA 90401-3602

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California Defendant(s), | CASE NUMBER<br><br>2:20-cv-06979-KS<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Rosenthal, Brett S.
*Applicant's Name (Last Name, First Name & Middle Initial)*                          check here if federal government attorney ☐

Reese Marketos LLP
*Firm/Agency Name*

750 N. Saint Paul Street, Suite 600            214-382-9810              214-501-0731
                                                *Telephone Number*         *Fax Number*
*Street Address*

Dallas, TX 75201-3201                           brett.rosenthal@rm-firm.com
*City, State, Zip Code*                         *E-mail Address*

I have been retained to represent the following parties:

Deniece Waidhofer                      ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
                                       ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Texas Supreme Court | 11/01/2013 | Yes |
| USDC Northern District, Texas | 01/22/2015 | Yes |
| USDC Eastern District, Texas | 11/21/2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| n/a | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

> Applicant has not had any pro hac vice applications denied by the Court. However, applicant previously submitted pro hac vice applications in this case that were returned due to errors on the application. The Court directed applicant to correct and re-file the applications.

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated August 10, 2020

Brett S. Rosenthal
Applicant's Name (please type or print)

/s/ Brett S. Rosenthal
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Reiter, Charles D.
*Designee's Name (Last Name, First Name & Middle Initial)*

Reiter Gruber LLP
*Firm/Agency Name*

100 Wilshire Blvd., Suite 700
*Street Address*

Santa Monica, CA 90401-3602
*City, State, Zip Code*

310-496-7799
*Telephone Number*

none
*Fax Number*

creiter@reitergruber.com
*Email Address*

306381
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   8/10/20

Charles Reiter
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

G-64 (02/20)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 3 of 3

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Brett Stephen Rosenthal**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2013.

I further certify that the records of this office show that, as of this date

**Brett Stephen Rosenthal**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 7th day of August, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5299C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

| | |
|---|---|
| REITER GRUBER LLP (co-counsel)<br>Charles Reiter (SBN 306381)<br>Robert Gruber (SBN 301620)<br>creiter@reitergruber.com<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401-3602<br>Telephone: 310-496-7799 | REESE MARKETOS LLP<br>Brett S. Rosenthal (applicant)<br>750 N. Saint Paul Street, Suite 600<br>Dallas, TX 75201 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff(s)<br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-06979-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| Rosenthal, Brett S. | of | Reese Marketos LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 750 N. Saint Paul St. #600 |
| 214-382-9810        214-501-0731 | | Dallas, TX 75201-3201 |
| *Telephone Number*      *Fax Number* | | |
| brett.rosenthal@rm-firm.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

Deniece Waidhofer

*Name(s) of Party(ies) Represent*    ☑ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

| Reiter, Charles D. | of | Reiter Gruber LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | 100 Wilshire Blvd. #700 |
| 306381        310-496-7799     n/a | | Santa Monica, CA 90401-3602 |
| *Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number* | | |
| creiter@reitergruber.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.    _____
                                          U.S. District Judge/U.S. Magistrate Judge