UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-00459-SVW-AGR | Date | April 11, 2022 |
|---|---|---|---|
| Title | Conor Woulfe et al v. Universal City Studios LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Marea Woolrich | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cody R. LeJeune | Kelly M. Klaus |

**Proceedings:** ZOOM - STATUS CONFERENCE re: [21] STIPULATION for Extension of Time to File Answer to May 5, 2022 re Amended Complaint/Petition filed by Defendant

Case called. Conference held. The stipulation is granted. Order to issue.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | PMC |