CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT (admitted pro hac vice)
mpequignot@mpiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: 202-328-1200

Attorneys for Plaintiffs
CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>　　　　　Defendant, | Case No.: 2:22-cv-00459-SVW-AGR<br><br>**DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

I, Cody R. LeJeune, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am counsel for Plaintiffs in this matter. If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained in the regular course of its representation of Plaintiffs. I submit this declaration in support of Plaintiffs' Ex Parte Application for Leave to File a Second Amended Complaint.

2. Attached as Exhibit A are true and correct email communications from counsel for both parties pursuant to the Court's meet and confer requirement set forth in Civ. L.R. 7-3.

3. On May 3 at approximately 9:30 a.m. Pacific Time, as a follow-up to Plaintiffs' counsel's emails to Defendants' counsel, I also attempted to meet and confer telephonically with Defendant's counsel regarding this ex parte application and Plaintiffs' request for leave to amend, but did not receive calls responsive to my voicemails.

4. Attached as Exhibit B is Plaintiffs' proposed Second Amended Complaint in redline format.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2022                    /s/Cody R. LeJeune
                                      Cody R. LeJeune