1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>      Defendant, | Case No.:  2:22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | Good cause appearing, the Court hereby grants Plaintiffs' Ex Parte Application for Leave to File a Second Amended Complaint. |
| 2 | |
| 3 | IT IS SO ORDERED. |

Dated: May ____, 2022

Hon. Stephen V. Wilson
United States District Judge