KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**STIPULATION RE: BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANT'S [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>First Am. Compl Filed:  March 24, 2022<br>Current Response Date:  May 5, 2022<br><br>Filed concurrently: [Proposed] Order |

Case No. 22-cv-00459-SVW-AGR

STIPULATION RE: BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs Conor Woulfe and Peter Michael Rosza (jointly, "Plaintiffs") and Defendant Universal City Studios LLC ("Universal" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint in this Court on January 21, 2022. ECF No. 1.

WHEREAS, on March 24, 2022, Plaintiffs filed their First Amended Complaint ("FAC"). ECF No. 17.

WHEREAS, on April 12, 2022, the Court Ordered that Universal shall have through and including May 5, 2022, within which to answer or otherwise respond to the FAC. ECF No. 26.

WHEREAS, Plaintiffs filed an *ex parte* application for leave to file a proposed Second Amended Complaint ("SAC"), attaching to that application their proposed SAC, on May 4, 2022. ECF No. 28.

WHEREAS, Universal plans to file Motions (1) to Strike the FAC under California's Anti-SLAPP Statute, Cal. Civ. Proc. Code § 425.16, and (2) to Dismiss the FAC under Fed. R. Civ. P. 12(b)(1) and (6), on May 5, 2022.

WHEREAS, to maximize efficiency and conserve the Court's resources, the Parties have agreed that Universal will present its Motions in a single filing with a combined memorandum of points and authorities of up to 35 pages; that Plaintiffs may submit a single Opposition to Universal's Motions with a combined memorandum of points and authorities of up to 35 pages; and that Universal may submit a Reply in support of its Motions of up to 17 pages.

WHEREAS, to account for Plaintiffs' counsel's May 2022 travel plans and the expected length and complexity of the combined Motions, the Parties have agreed that, if the Court denies Plaintiffs' *ex parte* application to file the SAC, Plaintiffs' Opposition to Universal's Motions shall be filed on or before June 9, 2022; that Universal's Reply in support of its Motions shall be filed on or before

June 30, 2022; and that the Parties shall appear for a hearing on the Motions on July 25, 2022.

WHEREAS, in agreeing to the foregoing briefing schedule and page limits, Plaintiffs expressly reserve all rights and bases to oppose Universal's Motions to Strike and to Dismiss.

WHEREAS, this Stipulation is without prejudice to Plaintiffs' rights or arguments asserted in their *Ex Parte* Application for Leave to File a Second Amended Complaint ("SAC") filed on May 4, 2022, ECF No. 28, or to any arguments Plaintiffs may make in opposing Universal's Motions directed to the FAC. The Parties agree that they will meet and confer regarding a revised briefing schedule in the event the Court permits Plaintiffs to file the SAC and Universal thereafter files a Motion to Strike and/or Motion to Dismiss the SAC.

WHEREAS, the briefing schedule requested through this Stipulation and the accompanying [Proposed] Order will not affect any other date on the case schedule.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, and respectfully request that the Court enter an Order providing, that Defendant shall present its Motion to Strike and Motion to Dismiss the FAC in a single filing with a combined memorandum of points and authorities of up to 35 pages; that Plaintiffs shall have through and including June 9, 2022, to submit a combined Opposition to Universal's Motions with a memorandum of points and authorities of up to 35 pages; and that Universal shall have through and including June 30, 2022, to file a Reply in support of its Motions of up to 17 pages.

| | | |
|---|---|---|
| DATED: May 5, 2022 | | LEJEUNE LAW, P.C. |
| | | PEQUIGNOT + MYERS |

By: ___*/s/ Cody R. LeJeune*___
     CODY R. LEJEUNE
     Attorneys for Plaintiffs

DATED: May 5, 2022            MUNGER, TOLLES & OLSON LLP

By: ___*/s/ Kelly M. Klaus*___
     KELLY M. KLAUS
     Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

By: ___*/s/ Kelly M. Klaus*___
     KELLY M. KLAUS
     Attorney for Defendant