UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>　　　Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS, PURSUANT TO STIPULATION, FOR DEFENDANT'S [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>First Am. Compl Filed:  March 24, 2022<br>Current Response Date:  May 5, 2022 |

Case No. 22-cv-00459-SVW-AGR

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

The Court has considered the Parties' Stipulation re Briefing Schedule and Page Limits For Defendant's (1) Special Motion to Strike under Cal. Civ. Proc. Code § 425.16; and (2) Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), (6). Good cause appearing therefor,

It is hereby **ORDERED** that Defendant shall present its Motion to Strike and Motion to Dismiss Plaintiffs' First Amended Complaint in a single filing with a combined memorandum of points and authorities of up to 35 pages; that Plaintiffs shall have through and including June 9, 2022, to submit a combined Opposition to Universal's Motions with a memorandum of points and authorities of up to 35 pages; and that Universal shall have through and including June 30, 2022, to file a Reply in support of its Motions of up to 17 pages.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Stephen V. Wilson
United States District Judge