# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER GRANTING [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)**<br><br>**Filed Concurrently:** Notice of Motions and Motions; Request for Judicial Notice<br><br>Date: July 25, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

The Court has considered Defendant Universal City Studios LLC's Special Motion to Strike under Cal. Civ. Proc. Code § 425.16 and Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), (6), the papers filed in response thereto, and the entire record in this case.

It is hereby **ORDERED** that:

1. Defendant's Special Motion to Strike under Cal. Civ. Proc. Code § 425.16 is **GRANTED**.

2. Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), (6) is **GRANTED**.

3. Plaintiffs' First Amended Complaint is **STRICKEN** in its entirety and **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: _____

Honorable Stephen V. Wilson
United States District Judge