# EXHIBIT 6

# Physical Copy of Exhibit 6 Submitted With Notice of Lodging