KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**NOTICE OF LODGING OF PHYSICAL EXHIBIT CITED IN DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)**<br><br>Date: July 25, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

1 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2 RECORD:
3     PLEASE TAKE NOTICE that Defendant Universal City Studios LLC
4 ("Defendant") hereby lodges with the Court the *Yesterday* DVD, cited as Exhibit 6
5 to Defendant's Request for Judicial Notice in Support of (1) Special Motion to
6 Strike Under Cal. Civ. Proc. Code § 425.16 and (2) Motion to Dismiss Under Fed.
7 R. Civ. P. 12(b)(1), (6).
8
9 DATED: May 5, 2022            MUNGER, TOLLES & OLSON LLP
10
11
12                                             By:     */s/ Kelly M. Klaus*
13                                                   KELLY M. KLAUS
                                                  Attorneys for Defendant
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28