UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>    Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER RE: *EX PARTE* APPLICATION TO STRIKE SECOND AMENDED COMPLAINT [DKT. 36] FOR VIOLATION OF CIV. L.R. 15-1 AND FOR SANCTIONS**<br><br>Judge:   Hon. Stephen V. Wilson |

The Court has considered Defendant's *Ex Parte* Application to Strike Second Amended Complaint and for Sanctions. Good cause appearing therefor:

1. Plaintiffs' Second Amended Complaint, Dkt. No. 36, is **STRICKEN**.
2. Plaintiffs shall promptly file a clean, non-redlined version of the proposed Second Amended Complaint attached to their *Ex Parte* Application for Leave to File Second Amended Complaint, Dkt. No. 28-3, in conformance with Civ. L.R. 15-1.
3. Universal's response to that Second Amended Complaint, Dkt. 28-3, is due within 21 days of this Order.
4. Universal's request for sanctions against Plaintiffs' counsel is **GRANTED**. Within 14 days of this Order, Universal shall submit a detailed computation of the fees it incurred in preparing its *Ex Parte* Application to Strike Second Amended Complaint and for Sanctions.

**IT IS SO ORDERED.**

DATED: _____

Honorable Stephen V. Wilson
United States District Judge