KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077


BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL CITY STUDIOS LLC, <br><br> Defendant. | Case No. 22-cv-00459-SVW-AGR <br><br> **STIPULATION RE: DEFENDANT'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE** <br><br> Judge: Hon. Stephen V. Wilson <br><br> Sec. Am. Compl. Filed: June 6, 2022 <br> Current Response Date: July 5, 2022 <br><br> Filed concurrently: [Proposed] Order |

1    Plaintiffs Conor Woulfe and Peter Michael Rosza (jointly, "Plaintiffs") and

2    Defendant Universal City Studios LLC ("Universal" or "Defendant") (collectively,

3    the "Parties"), by and through their counsel of record, stipulate and agree as follows:

4    WHEREAS, Plaintiffs filed their Complaint in this Court on January 21,

5    2022.  ECF No. 1.

6    WHEREAS, on March 24, 2022, Plaintiffs filed their First Amended

7    Complaint ("FAC").  ECF No. 17.

8    WHEREAS, on May 4, 2022, Plaintiffs filed an *ex parte* application for leave

9    to file a Second Amended Complaint ("SAC").  ECF No. 28.

10    WHEREAS, on May 26, 2022, the Court granted Plaintiffs' *ex parte*

11    application for leave to file a SAC, ECF No. 35, and on June 13, 2022 accepted the

12    subsequently-filed SAC, ECF No. 39.

13    WHEREAS, on May 26, 2022, the Court ordered that any motions filed by

14    Defendant directed at the SAC shall be presented in a single filing with a combined

15    memorandum of points and authorities of up to 35 pages; that subsequent responses

16    in opposition shall be presented in a single filing up to 35 pages; and subsequent

17    replies shall be presented in a single filing up to 17 pages.  ECF Nos. 29, 35.

18    WHEREAS, under the Court's order accepting the SAC, Universal's response

19    to the SAC is currently due July 5, 2022.  ECF No. 39.

20    WHEREAS, the Parties previously agreed that they would meet and confer

21    regarding a revised briefing schedule concerning motions directed at Plaintiffs'

22    SAC.  ECF No. 29.

23    WHEREAS, having now done so, and to account for the expected length and

24    complexity of any response to the SAC, as well as conflicts in Plaintiffs' counsels'

25    schedules in July and early August, the Parties have agreed that, consistent with the

26    Court's prior order regarding combined briefing and page limits, ECF No. 35,

27    Universal's answer or other response to Plaintiff's SAC shall be filed on or before

28    July 15, 2022; Plaintiffs' Opposition to any responsive Universal motion(s) shall be

-1-

1   filed on or before August 26, 2022; Universal's Reply in support of any motion(s)

2   shall be filed on or before September 12, 2022; and the Parties shall appear for a

3   hearing on the Motions on September 26, 2022.

4        WHEREAS, the briefing schedule requested through this Stipulation and the

5   accompanying [Proposed] Order will not affect any other date on the case schedule.

6        NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, and

7   respectfully request that the Court enter an Order providing, that, consistent with the

8   Court's prior order regarding combined briefing and page limits, Universal's answer

9   or other response to the SAC shall be filed on or before July 15, 2022; that

10  Plaintiffs' Opposition to any responsive Universal motion(s) shall be filed on or

11  before August 26, 2022; and that Universal's Reply in support of any responsive

12  motion(s) shall be filed on or before September 12, 2022.

13

14  DATED:  June 27, 2022              LEJEUNE LAW, P.C.

15                                     PEQUIGNOT + MYERS

16

17

18                                     By:  _____/s/ Cody R. LeJeune_____

19                                     Cody R. LeJeune
                                       Attorneys for Plaintiffs

20

21  DATED:  June 27, 2022              MUNGER, TOLLES & OLSON LLP

22

23

24                                     By:  _____/s/ Kelly M. Klaus_____

25                                     KELLY M. KLAUS
                                       Attorneys for Defendant

26

27

28

STIPULATION RE: DEFENDANT'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND
BRIEFING SCHEDULE

1    Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed, and

2    on whose behalf the filing is submitted, concur in the filing's content and have

3    authorized its filing.

4                                    By:    _____ /s/ Kelly M. Klaus _____

5                                           KELLY M. KLAUS

6                                           Attorney for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28