UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER SETTING DEFENDANT'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Sec. Am. Compl. Filed: June 6, 2022<br>Current Response Date: July 5, 2022 |

The Court has considered the Parties' Stipulation re: Defendant's Deadline to Respond to Second Amended Complaint and Briefing Schedule.  Good cause appearing therefor,

It is hereby **ORDERED** that, consistent with the Court's prior order regarding combined briefing and page limits, Defendant shall file its answer or other response to Plaintiffs' Second Amended Complaint on or before July 15, 2022; Plaintiffs shall file their Opposition to any responsive Universal motion on or before August 26, 2022; and Universal shall file its Reply in support of any responsive motion(s) on or before September 12, 2022.

**IT IS SO ORDERED.**

DATED: _____

Honorable Stephen V. Wilson
United States District Judge