CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT (admitted pro hac vice)
mpequignot@mpiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: 202-328-1200

Attorneys for Plaintiffs
CONOR WOULFE, an individual, and PETER
MICHAEL ROSZA, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive, <br><br> Defendant, | CASE NO.:  2:22-cv-00459-SVW-AGR <br><br> **PLAINTIFFS' REQUEST FOR CLARIFICATION OF CERTAIN DEADLINES RELATED TO BRIEFING SCHEDULE IN COURT'S ORDER** <br><br> **DEMAND FOR JURY TRIAL** |

# I.    INTRODUCTION

Plaintiffs Conor Woulfe and Peter Michael Rosza (jointly, "Plaintiffs") and Defendant Universal City Studios LLC ("Universal" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby requests that the Court clarify or reset the deadlines contained in the Court's Order Setting Defendant's Deadline to Respond to Second Amended Complaint and Setting Briefing Schedule ("Order") (Dkt. No. 41) pertaining to the parties' Stipulation Re: Defendant's Deadline to Respond to Second Amended Complaint and Briefing Schedule ("Stipulation") (Dkt. No. 40).

With respect to the deadlines in the Order, it is not clear whether the Court set the briefing schedule with the purpose of denying Plaintiffs' additional time and the dates agreed to by the parties as set forth in the Stipulation, or whether the Court inadvertently set different dates for the briefing schedule because it was simply responding to Counsel Barokh's June 29, 2022 email suggesting that additional time to reply was needed by Defendant in light of the July 4th holiday weekend. *See* Email from Counsel Barokh, attached hereto as Exhibit A.

Accordingly, Plaintiffs request that the Court clarify and/or revise the Court's Order pertaining to the parties' Stipulation (Dkt. No. 40) setting briefing deadlines. Although Plaintiffs inquired with Defendant's counsel pertaining to whether Defendant would participate in this request on July 8, 2022, Defendant did not reply.[1]

---

[1] Plaintiffs' counsel posed the following question to Defendant's counsel in an email: "In view of the unusual result with the briefing schedule stipulation, we are contemplating asking the court for more time to respond to your forthcoming motions. This time, we would submit a declaration detailing  the reasons for the extension with specificity. Are you willing, at this juncture, to participate in such an effort? If not, would you oppose a request filed by Plaintiff?"

1

## II.    BACKGROUND FACTS AND CLARIFICATION REQUEST

The Stipulation, which this request addresses, was the result of Plaintiffs' negotiation efforts with Defendant to put in place a schedule which emulated the parties' original stipulated briefing schedule (Dkt. No. 29), while also taking into account new, unanticipated scheduling conflicts of Plaintiffs' counsel during the month of July. The parties' original briefing schedule (*Id.*) was organized to reflect Defendant's proposed excess page combined motion, addressing numerous complex issues involving Maryland, California, and federal law.  In short, Plaintiffs agreed to provide Defendant with its requested enlargements of time, which Defendant agreed to reciprocate. Most recently, and also taking into account Plaintiffs' scheduling conflicts, the parties agreed to the following schedule:

- July 15, 2022: Defendant's answer or other response to Plaintiffs' Second Amended Complaint
- August 26, 2022: Plaintiffs' Opposition
- September 12, 2022: Defendant's Reply
- September 26, 2022: Hearing

*See* Dkt. No. 40.

However, on June 29, 2022, approximately 42 minutes subsequent to the email of Defendant's counsel to the Court which only addressed Defendant's deadline, the Court extended Defendant's deadline to reply, but without extending Plaintiffs' deadline to oppose. Since the Court's Order did not explain whether Plaintiffs' proposed deadlines were rejected with cause (Dkt. No. 41), Plaintiffs now file this request seeking clarification and/or revision of the Court's scheduling Order.

In further support of the parties' June 27, 2022 Stipulation (Dkt No. 40), Plaintiffs now submit the declarations of Counsel LeJeune and Pequignot, providing additional explanation of the good cause set forth in the parties' original stipulation. This additional explanation of good cause details includes: 1) Plaintiffs' counsel LeJeune is expecting

2

delivery of new baby during the opposition period and is unavailable during the first two (2) weeks in August; 2) Plaintiffs' counsel Pequignot's extensive travel between July 14, 2022 and the end of July; and 3) Plaintiffs' counsel Pequignot's conflicting briefing schedule with Central District Case No. 8:16-cv-00929-JVS-DFM, with Chief Judge Selna, in which the parties' pending cross-motions are, after a six year long wait, attempting to conclude a complex patent litigation. *See* Declaration of Cody R. LeJeune in Support of Request for Clarification, attached as Exhibit B; Declaration of Matthew A. Pequignot in Support of Request for Clarification, attached as Exhibit C.

For the foregoing reasons, Plaintiffs respectfully request that the Court reset the parties' briefing schedule, as reflected in the Stipulation. Dkt. No. 40. Alternatively, if the portion of the Stipulation pertaining to Plaintiffs' requested enlargement of time was with cause, Plaintiffs respectfully request such clarification.

A proposed Order implementing the corrections and/or clarifications requested herein is attached hereto as Exhibit D.

Respectfully submitted,
**LEJEUNE LAW, P.C.**

Dated: July 13, 2022          By:   */s/* Cody R. LeJeune

Cody R. LeJeune
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964


**PEQUIGNOT + MYERS**
Matthew A. Pequignot
PEQUIGNOT + MYERS
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: 202-328-1200



Attorneys for Plaintiffs
CONOR WOULFE, an individual, and PETER
MICHAEL ROSZA, an individual

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, I filed the foregoing using the Court's ECF system, which served a copy of the foregoing to all counsel of record.

Dated: July 13, 2022                    */s/Cody R. LeJeune*
                                        Cody R. LeJeune

PLAINTIFFS' REQUEST FOR CLARIFICATION OF CERTAIN DEADLINES RELATED TO BRIEFING SCHEDULE IN COURT'S ORDER
2:22-cv-00459-SVW-AGR