# Exhibit A

|  |  |
|---|---|
| **Subject:** | Case No. 2:22-cv-00459-SVW-AGR Conor Woulfe et al v. Universal City Studios LLC et al |
| **Date:** | Wednesday, June 29, 2022 at 12:29:49 PM Pacific Daylight Time |
| **From:** | Barokh, Benjamin |
| **To:** | paul_cruz@cacd.uscourts.gov |
| **CC:** | Klaus, Kelly, Cody LeJeune, mpequignot@pmiplaw.com |

Dear Mr. Cruz:

I am counsel for Defendant in this case. I have copied Plaintiffs' counsel on this email.

I am writing because earlier this week the parties submitted a stipulation to extend Defendant's deadline to respond to Plaintiffs' Second Amended Complaint to July 15. Currently, Defendant's deadline is July 5. Given the upcoming long weekend and that Defendant's existing deadline falls on the Tuesday immediately following the Monday holiday, we respectfully wanted to check in on the status of the stipulation.

Please let us know if you would like us to forward copies of our stipulation or if there is any other information the Court would like the parties to provide regarding this matter.

Thank you,
Ben

**Benjamin G. Barokh | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9523 | benjamin.barokh@mto.com | www.mto.com

***NOTICE***

This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.