# Exhibit B

| | |
|---|---|
| 1 | CODY R. LEJEUNE (CSB No. 249242) |
| 2 | cody@lejeunelawfirm.com |
|   | **LEJEUNE LAW, P.C.** |
| 3 | 445 S. Figueroa St. |
| 4 | Suite 3100 |
|   | Los Angeles, CA 90071 |
| 5 | Telephone: (985) 713-4964 |
| 6 | |
|   | MATTHEW A. PEQUIGNOT (admitted pro hac vice) |
| 7 | mpequignot@mpiplaw.com |
|   | **PEQUIGNOT + MYERS** |
| 8 | 2585 Ala Namahana Pkwy, #1007 |
| 9 | Kilauea, HI 96754 |
|   | Telephone: 202-328-1200 |
| 10 | |
| 11 | Attorneys for Plaintiffs |
|    | CONOR WOULFE, an individual, and PETER |
| 12 | MICHAEL ROSZA, an individual |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive, <br><br> Defendant, | CASE NO.: 2:22-cv-00459-SVW-AGR <br><br> **DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION OF CERTAIN DEADLINES RELATED TO BRIEFING SCHEDULE IN COURT'S ORDER** <br><br> **DEMAND FOR JURY TRIAL** |

I, Cody R. LeJeune, declare as follows:

1.  I am an attorney licensed to practice in the State of California and before this Court. I am counsel for Plaintiffs in this matter. If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained in the regular course of its representation of Plaintiffs. I submit this declaration in support of the Plaintiffs' Request for Clarification of Certain Deadlines Related to Briefing Schedule in Court's Order.

2.  My wife is expecting delivery of our new baby at the end of July, with a projected delivery date of July 25, 2022, just days before Plaintiffs' current opposition date of July 29.

3.  In addition, I have pre-planned travel with my older children during the first two (2) weeks in August and am thus unavailable during that time.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct

Dated: July 13, 2022    By:   /s/ Cody R. LeJeune
                              Cody R. LeJeune