# Exhibit C

CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT (admitted pro hac vice)
mpequignot@mpiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: 202-328-1200

Attorneys for Plaintiffs
CONOR WOULFE, an individual, and PETER
MICHAEL ROSZA, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>           Defendant, | CASE NO.:  2:22-cv-00459-SVW-AGR<br><br>**DECLARATION OF MATTHEW A. PEQUIGNOT IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION OF CERTAIN DEADLINES RELATED TO BRIEFING SCHEDULE IN COURT'S ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

I, Matthew A. Pequignot, declare as follows:

1. I am an attorney licensed to practice in multiple states and have been admitted *pro hac vice* in this matter to practice before this Court. I am counsel for Plaintiffs in this matter. If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge. I submit this declaration in support of the Plaintiffs' Request for Clarification of Certain Deadlines Related to Briefing Schedule in Court's Order.

2. Prior to the scheduling of Defendant's proposed motions (Dkt. No. 41), I scheduled travel which began on June 29, 2022 and which continues – with at least three remaining trans-Pacific flights – starting again on July 14, 2022. Part of the travel is vacation which was rescheduled from May because my entire immediate family was infected with Covid-19; part of the travel is for a competitive sporting event for my son (the scheduling of which was outside of my control); and part of the travel is to address a rental property which I own in a different state which was abandoned and damaged by a renter. On the latter issue, I am required by state law to diligently try to re-rent the property to preserve my rights to seek unpaid rents, so time is of the essence. It would be burdensome to reschedule the trip to address the rental property because school begins again on July 25th for my two sons, and the rental property is in a different state, more than 2500 miles from my childrens' school. My travel schedule does not end until nearly the end of July.

3. Occuring during my travels, I also have a conflicting briefing schedule with Central District Case No. 8:16-cv-00929-JVS-DFM, with Chief Judge Selna, in which the parties' pending cross-motions are, after a six year long wait, attempting to conclude a complex patent litigation. The triggering event for the motions occurred on April 1, 2022, and first briefs are due on August 1, 2022. The motions at issue impact my client's right

1
DECLARATION OF MATTHEW A. PEQUIGNOT IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION OF CERTAIN DEADLINES RELATED TO BRIEFING SCHEDULE IN COURT'S ORDER

2:22-cv-00459-SVW-AGR

to seek more than two-million dollars in compensation, as well as the enforceability of the opposing party's remaining patents.

     I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2022            By:    */s/* Matthew A. Pequignot
                                                       Matthew A. Pequignot