# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**ORDER SETTING DEFENDANT'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Sec. Am. Compl. Filed: May 26, 2022<br>Current Response Date: July 15, 2022 |

The Court has considered the Parties' Request for Clarification of Certain Deadlines Related to Briefing Schedule in Court's Order and Stipulation re: Defendant's Deadline to Respond to Second Amended Complaint and Briefing Schedule. Good cause appearing therefor,

It is hereby **ORDERED** that, consistent with the Court's prior order regarding combined briefing and page limits, Defendant shall file its answer or other response to Plaintiffs' Second Amended Complaint on or before July 15, 2022; Plaintiffs shall file their Opposition to any responsive Universal's motion(s) on or before August 12, 2022; and Universal shall file its Reply in support of any motion(s) on or before August 26, 2022. A hearing on any responsive Universal motion, if necessary, shall be set for September 12, 2022.

**IT IS SO ORDERED.**

DATED: July 13, 2022

_____
Honorable Stephen V. Wilson
United States District Judge