# EXHIBIT 1



#YesterdayMovie

**Yesterday - In Theaters June 28 (HD)**

32,748,427 views • Feb 12, 2019

40K    DISLIKE    SHARE    DOWNLOAD    CLIP    SAVE    ...



**Universal Pictures** ✓
6.06M subscribers

SUBSCRIBE

#YesterdayMovie
--
Facebook: http://unvrs.al/YesterdayFB