# EXHIBIT 3



Jurassic Park (1993) Teaser Trailer

28,508 views • Nov 12, 2018