# EXHIBIT 4



TRENDING   Fantastic Beasts 3   Bridgerton   Johnny Depp and Amber Heard   The Kardashians

We are supported by our audience. When you purchase through links on our site, we may earn an affiliate commission. Learn more

# Yesterday Cut An Entire Character From The Film That Would Have Changed The Plot

By Mike Reyes published June 26, 2019

  



**CINEMABLEND NEWSLETTER**

Your Daily Blend of Entertainment News

Your Email Address

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

**SIGN ME UP**

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

Advertisement



Sometimes, in the service of a story like writer Richard Curtis' *Yesterday*, big changes have to be made. In some cases, material gets cut before the script goes in front of cameras directed by talent like Danny Boyle.

Because of this, there was one subplot containing an entire character who was cut from the film, despite staying in Richard Curtis' script and even remaining in the trailer for *Yesterday's* theatrical release. It's her picture you see at the very head of this story, and her name is Roxanne, played by *Blade Runner 2049's* Ana De Armas.

Originally, Roxanne would have been the third point of the typical love triangle you'd see in a romantic comedy like *Yesterday,* coming between the romance of Lily James' Ellie and Himesh Patel's Jack Malik. Still, since this is a Danny Boyle/Richard Curtis collaboration, it's far from typical. And when CinemaBlend got to speak with Curtis about his writing process on the film, he explained the decision to cut Ana De Armas from the film as such:

Sponsored Links

**Star Wars™ | CASETiFY**
CASETiFY



> That was a very traumatic cut, because she was brilliant in it. I mean really radiant. And [that] turned out to be the problem. … I think the audience likes the story [about Ellie and Jack] and goes with that, and it works out well. What we'd originally done was had, I don't want to describe it too much, but had Ana De Armas as a complicating factor when he arrived in L.A. for the first time. And I think the audience did not like the fact that his eyes even strayed. Because then some people would go, 'Oh, he really doesn't deserve her. He really doesn't deserve Lily.' You know, it's one of those things where it's some of our favorite scenes from the film, but we had to cut them for the sake of the whole.

With a cut like that, you know you would be glad if you're one of the audience members who really latched onto Ellie and Jack's romance during *Yesterday's* story of love and talent. Describing Ana De Armas' performance as radiant, you can see how if Richard Curtis left Roxanne in the mix, the central romantic tension between Ellie and Jack would flounder. The way the film plays without Roxanne and Jack's romantic complication does streamline the romance that buds between the one true pair occupying the center of Curtis' story.

But with those cuts also came the omission of a joke that Curtis really enjoyed in the film. As he continued to describe the full weight of the Roxanne plot's deletion, he mentioned this particular a gag that was near and dear to his heart:

**MOST READ**

1 365 Days: This Day: 6 Feelings I Had Watching The Netflix Sequel

2 **How To Watch The Godfather Movies Streaming**

3 **Liam Neeson Shoots Down A Popular James Bond Rumor About Him And Pierce Brosnan**

4 **What Real Housewives Of Salt Lake City's Meredith Marks Did After Facing 'Dark Times' In Season 2**

5 **Star Trek's Zachary Quinto Offers On When The Fourth Movie Will**

Advertisement

> " Actually, we cut one of my favorite jokes from the film, which my son thought of. Because James Corden used to say, 'Why don't you write something right now? I hear you can write things really quickly, write something right now.' And so he wrote 'Something.' [Jack] actually sang the song 'Something,' and I was so delighted by that joke. But that was the Ana De Armas scene, so we can't have that anymore.

If "Something" is one of your favorite Beatles songs, you needn't fear: it's still on the soundtrack, and Himesh Patel has actually performed it a couple of times during the promotion of *Yesterday*. Having seen one such performance during the film's Tribeca premiere, it is indeed a moment we'd love to see added back into the film.

Though, as promised earlier, you can actually see some of that song's performance, through one of the deleted scenes from one of Jack's appearances on James Corden's show. To fully deliver a happy ending, you also get to see one of Richard Curtis' favorite jokes from the film, reinstated in the theatrical trailer that sold *Yesterday* to the world.

To see what we're talking about, you should skip to 01:57 in the trailer below, and watch through to the 02:16 mark.



Yesterday Trailer

PLAY SOUND

Buttoning this whole story of deleting characters and actors from Richard Curtis films came a really funny anecdote involving James Corden himself. Not only did Curtis admit he'd cut him from an episode of a sitcom he'd made in the '90s, he also brought up the fact that scenes of his were also cut from his second directorial effort, *Pirate Radio*. So while *Yesterday* deleted another character from its total package, at least Corden got his moment this time around.

It's always interesting to come across instances such as *Yesterday* where the story process is so openly on display, you can see where the film would have gone if it had taken a certain turn. But at the same time, that sort of thinking also helps one appreciate how the story turns out in the end;

Though much as almost the entire world forgets The Beatles in *Yesterday*, only a few will remember Ana De Armas' Roxanne, and her place in that very world. Quite the fitting irony, once you stop to think about some of the other changes that were made over time.

If you're worried about how, or if those changes clearly work, you'll be able to judge for yourself in a short while, as *Yesterday* will be in theaters in early showings tomorrow.



**Mike Reyes**
Senior Movies Contributor

CinemaBlend's James Bond (expert). Also versed in Large Scale Aggressors, time travel, and Guillermo del Toro. He fights for The User.

**MORE ABOUT...**   **LATEST**

**Superman And Lois Dropped Another Game-Changing Twist, But We'll Have To Wait A While...** ▶

**This Is Us Answered A Big Miguel Question, But What Does That Mean For Rebecca?** ▶

SEE MORE LATEST ▶

**After Don Lemon Assault Lawsuit Was Suddenly Dropped, The CNN Anchor's Lawyer Responded**
Don Lemon's lawyer had a response after the assault lawsuit against the CNN anchor was dropped.
Cinemablend