1 | Jennifer A. Golinveaux (SBN: 203056)
  | jgolinveaux@winston.com
2 | Thomas J. Kearney (SBN: 267087)
  | tkearney@winston.com
3 | WINSTON & STRAWN LLP
  | 101 California Street, 35th Floor
4 | San Francisco, CA 94111
  | Telephone: (415) 591-1000
5 | Facsimile: (415) 591-1400

6 | Michael S. Elkin (*pro hac vice* application forthcoming)
  | melkin@winston.com
7 | Erin R. Ranahan (SBN: 235286)
  | eranahan@winston.com
8 | WINSTON & STRAWN LLP
  | 333 S. Grand Avenue
9 | Los Angeles, CA 90071-1543
  | Telephone: (213) 615-1700
10 | Facsimile: (213) 615-1750

11 | Attorneys for Defendant
   | CLOUDFLARE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CLOUDFLARE, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[Filed concurrently with Supporting Declaration and Proposed Order]<br><br>Complaint Served: August 24, 2020<br>Current Response Date: September 14, 2020<br>New Response Date: October 14, 2020 |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1   IT IS HEREBY STIPULATED by and between Plaintiff DENIECE
2   WAIDHOFER ("Plaintiff") and Defendant CLOUDFLARE, INC. ("Cloudflare"), by
3   and through their respective attorneys, as follows:
4       WHEREAS, on August 3, 2020, Plaintiff filed *Waidhofer v. Cloudflare et al.*,
5   Case No. 2:20-cv-06979-FMO-AS in the United States District Court for the Central
6   District of California (the "Complaint").
7       WHEREAS, on August 24, 2010, Plaintiff served Cloudflare with the Summons
8   and Complaint.
9       WHEREAS, Cloudflare's current deadline to respond to the Complaint is
10  September 14, 2020.
11      WHEREAS, Cloudflare retained Winston & Strawn LLP to represent it in this
12  litigation last week, is in the process of finalizing the terms of that engagement, and
13  the Parties have stipulated to allow extra time for Cloudflare to respond to the
14  Complaint to allow Cloudflare's counsel time to familiarize themselves with the
15  Complaint (which is 89 pages and 309 paragraphs) and relevant issues.
16      WHEREAS, the Parties agree that good cause exists for this extension to permit
17  Defendant Cloudflare to file a response to Plaintiff's Complaint, as set forth in more
18  detail in the concurrently filed declaration of Jennifer A. Golinveaux.
19      WHEREAS, the proposed extension will still allow a prompt resolution of this
20  case.
21      WHEREAS, no other extension of time has been sought by Cloudfare in this
22  case.
23      WHEREAS, nothing herein shall be deemed a waiver of any rights or defenses
24  by the Parties.
25      IT IS HEREBY AGREED AND STIPULATED by the Parties, through their
26  undersigned counsel, and pursuant to Local Rule 8-3, that Defendant Cloudflare's
27  deadline to answer or otherwise respond to the Complaint is extended by thirty (30)
28  days from September 14, 2020, to October 14, 2020.

| | | |
|---|---|---|
| 1 | Dated: September 4, 2020 | WINSTON & STRAWN LLP |
| 2 | | By: */s/ Jennifer A. Golinveaux* |
| | | Jennifer A. Golinveaux |
| 3 | | Michael S. Elkin |
| | | Erin R. Ranahan |
| 4 | | Thomas J. Kearney |
| | | Attorneys for Defendant |
| 5 | | CLOUDFLARE, INC. |
| 6 | | |
| 7 | Dated: September 4, 2020 | REESE MARKETOS LLP |
| 8 | | |
| 9 | | By: */s/ Brett S. Rosenthal* |
| | | Brett S. Rosenthal |
| 10 | | Joel W. Reese |
| | | Josh M. Russ |
| | | Sean F. Gallagher |
| 11 | | |
| 12 | | REITER GRUBER LLP |
| 13 | | |
| 14 | | By: */s/ Charles Reiter* |
| | | Charles Reiter |
| | | Robert Gruber |
| 15 | | |
| | | Attorneys for Plaintiff |
| 16 | | DENIECE WAIDHOFER |

## **ATTESTATION**

I, Jennifer A. Golinveaux, attest that the above listed signatories on whose behalf this document is being filed, have concurred in the content and have authorized the filing.

| | | |
|---|---|---|
| Dated: September 4, 2020 | | WINSTON & STRAWN LLP |
| | | By: */s/ Jennifer A. Golinveaux* |
| | | Jennifer A. Golinveaux |