Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Michael S. Elkin (*pro hac vice* application forthcoming)
melkin@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
CLOUDFLARE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANT CLOUDFLARE, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[Filed concurrently with Stipulation and Proposed Order]<br><br>Complaint Served: August 24, 2020<br>Current Response Date: September 14, 2020<br>New Response Date: October 14, 2020 |

# DECLARATION OF JENNIFER A. GOLINVEAUX

I, Jennifer A. Golinveaux declare:

1. I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California. I am a partner with the firm of Winston & Strawn LLP, attorneys of record for Defendant Cloudflare, Inc. ("Cloudflare"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Cloudfare respectfully requests that to the extent this Court requires approval for a stipulation seeking an extension of time to respond to the initial complaint within the time period allowed by Local Rule 8-3, the Court permit Cloudfare's response to be extended from September 14, 2020 to until and including October 14, 2020.

3. Good cause exists to permit this short extension, as Winston & Strawn LLP was retained as counsel by Cloudfare last week and is in the processing of finalizing the terms of that engagement. Thus, we respectfully seek thirty days of additional time to analyze, investigate and prepare a response to Plaintiffs' Complaint. Indeed, the Complaint in this case is lengthy and complex—89 pages and 306 paragraphs. Plaintiffs have asserted 11 separate claims—with more than half of those claims asserted against Defendant Cloudfare.

4. No previous continuances or extensions have been sought or granted in this case, and thus this extension is not expected to impact the remainder of the schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2020, at San Francisco, California

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux