# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION—LOS ANGELES

|  |  |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>            Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[Filed concurrently with Stipulation and Supporting Declaration]<br><br>Complaint Served:  August 24, 2020<br>Current Response Date: September 14, 2020<br>New Response Date: October 14, 2020 |

Upon review of the Stipulation to Extend Time to Respond to Complaint By Not More Than 30 Days, and good cause appearing therefore, it is hereby ORDERED that the deadline for Defendant to file its response to the Complaint is continued to October 14, 2020.

IT IS SO ORDERED.


DATED: September ___, 2020

_____
Hon. Fernando M. Olguin
United States District Judge