# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>  Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**ORDER GRANTING STIPULATION [48] TO EXTEND TIME FOR DEFENDANT CLOUDFLARE, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[Filed concurrently with Stipulation and Supporting Declaration]<br><br>Complaint Served: August 24, 2020<br>Current Response Date: September 14, 2020<br>New Response Date: October 14, 2020 |

Upon review of the Stipulation to Extend Time for Defendant Cloudflare, Inc. to Respond to Complaint By Not More Than 30 Days, and good cause appearing therefore, it is hereby ORDERED that the deadline for Defendant Cloudflare, Inc. to file its response to the Complaint is continued to October 14, 2020.

IT IS SO ORDERED.

DATED: September 8, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge