1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Michael T. Zeller(Cal. Bar No. 145532)
   michaelzeller@quinnemanuel.com
3  865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
5  (213) 443-3000

7  Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER,<br><br>           Plaintiff,<br><br>     v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>           Defendants, | **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANTS BANGBROS INC. AND MULTI MEDIA, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** (L.R. 8-3)<br><br>[Filed concurrently with Stipulation and Proposed Order]<br><br>Complaint Served: August 24, 2020<br><br>Current Response Date: September 14 2020<br><br>New Response Date: October 14, 2020 |

09626-00001/12328928.1

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller declare:

1. I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California. I am a partner with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorney of record for BangBros Inc. and Multi Media LLC (the "Defendants"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Defendants respectfully request that to the extent this Court requires approval for a stipulation seeking an extension of time to respond to the initial complaint within the time period allowed by Local Rule 8-3, the Court permit Defendants' response to be extended from September 14, 2020 to until and including October 14, 2020.

3. Good cause exists to permit this short extension, as Quinn Emanuel Urquhart & Sullivan, LLP was retained as counsel by Defendants and is in the processing of finalizing the terms of that engagement. Thus, we respectfully seek thirty days of additional time to analyze, investigate and prepare a response to Plaintiffs' Complaint. Indeed, the Complaint in this case is lengthy and complex—89 pages and 306 paragraphs. Plaintiffs have asserted 11 separate claims—with more than half of those claims asserted against Defendants. No previous continuances or extensions have been sought or granted on behalf of Multi Media LLC and BangBros Inc., and thus this extension is not expected to impact the remainder of the schedule.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2020, Los Angeles, California

By /s/ Michael T. Zeller
Michael T. Zeller
Attorney for Plaintiff

DATED: September 11, 2020          QUINN EMANUEL URQUHART & SULLIVAN, LLP