1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Michael T. Zeller(Cal. Bar No. 145532)
   michaelzeller@quinnemanuel.com
3  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
4  (213) 443-3000

5  Attorney for Defendants

6
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11                   WESTERN DIVISION, LOS ANGELES
12

13  DENIECE WAIDHOFER,                    Case No. 2:20-cv-06979-FMO-AS
14          Plaintiff,
15     v.                                 **NOTICE OF ERRATA**
16  CLOUDFLARE, INC., a Delaware
    corporation; BANGBROS, INC., a
17  Florida corporation; MULTI MEDIA
    LLC, a California limited liability
18  company; THOTHUB.TV; and
    JOHN DOES 1-21,
19
            Defendants,
20
21  ,                .

22
23
24
25
26
27
28                                              CASE NO. 2:20-cv-07872 GW (PVC)
                                                              NOTICE OF ERRATA

Defendants BangBros, Inc. and Multi Media LLC ("Defendants") hereby provide notice that Defendants' docket entry inadvertently included Defendants Cloudflare, Thothub.tv, and the John Doe defendants in the Stipulation to Extend Time to Respond to Initial Complaint at Dkt. Nos. 50, 50-1 and 50-2.  The stipulation pertains only to Defendants BangBros, Inc. and Multi Media LLC, who are represented by Quinn Emanuel Urquhart & Sullivan, LLP.

DATED:  September 11, 2020

By */s/*Michael T. Zeller
Michael T. Zeller.

-1-
CASE NO. 2:20-cv-07872 GW (PVC)
NOTICE OF ERRATA