UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>    Defendants,<br>, | Case No. 2:20-cv-06979-FMO-AS<br><br>**ORDER GRANTING STIPULATION [50] TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** (L.R. 8-3)<br><br>Complaint served: August 24, 2020<br><br>Current response date: September 24, 2020<br><br>New response date: October 14, 2020 |

Upon review of the Stipulation to Extend Time to Respond to Complaint By Not More Than 30 Days, and good cause appearing therefor, it is hereby ORDERED that the deadline for Defendants BangBros, Inc. and Multi Media LLC to file their response to the Complaint is continued to October 14, 2020.

IT IS SO ORDERED.

Dated:  September 14, 2020                    _____/s/_____
                                                                    Hon. Fernando M. Olguin
                                                                    United States District Judge

09626-00001/12328905.1