Erin R. Ranahan (SBN: 235286)
ERanahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DENIECE WAIDHOFER,

Plaintiff(s)

v.

CLOUDFLARE, INC., et al.,

Defendant(s).

**CASE NUMBER**

2:20-cv-06979-FMO-AS

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Elkin, Michael S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 294-6700
*Telephone Number*

(212) 294-4700
*Fax Number*

MElkin@winston.com
*E-Mail Address*

of

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Cloudflare, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Ranahan, Erin R.
*Designee's Name (Last Name, First Name & Middle Initial)*

235286
*Designee's Cal. Bar No.*

(213) 615-1700
*Telephone Number*

(213) 615-1750
*Fax Number*

ERranahan@winston.com
*E-Mail Address*

of

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: October 13, 2020

/s/ Fernando M. Olguin
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1