1  Michael S. Elkin (admitted *pro hac vice*)
   melkin@winston.com
2  WINSTON & STRAWN LLP
   200 Park Avenue
3  New York, NY 10166
   Telephone: (212) 294-6700
4  Facsimile: (212) 294-4700

5  Jennifer A. Golinveaux (SBN: 203056)
   jgolinveaux@winston.com
6  Thomas J. Kearney (SBN: 267087)
   tkearney@winston.com
7  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
8  San Francisco, CA 94111
   Telephone:  (415) 591-1000
9  Facsimile:   (415) 591-1400

10 Erin R. Ranahan (SBN: 235286)
   eranahan@winston.com
11 WINSTON & STRAWN LLP
   333 S. Grand Avenue
12 Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
13 Facsimile:   (213) 615-1750

14 Attorneys for Defendant
   CLOUDFLARE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**CLOUDFLARE'S NOTICE OF INTERESTED PARTIES** |

**NOTICE OF INTERESTED PARTIES**

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant Cloudflare, Inc. ("Cloudflare"), certify that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Cloudflare, Inc. (Defendant)

Steadfast Insurance Company (Cloudflare's insurer)

Endurance Task Solutions Assurance Company (Cloudflare's insurer)

The undersigned further certify, pursuant to Fed. R. Civ. P. 7.1, that Cloudflare, a publicly traded company, has no parent corporation, and no publicly-held entity owns 10% or more of Cloudflare's stock.

Dated: October 14, 2020    WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux
Michael S. Elkin
Erin R. Ranahan
Thomas J. Kearney
Attorneys for Defendant
CLOUDFLARE, INC.