1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>Defendants. | Case No. 2:20-cv-06979<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BANGBROS.COM INC. AND MULTI MEDIA, LLC'S MOTION TO DISMISS**<br><br>Date:        November 12, 2020<br>Time:       10:00 a.m.<br>Judge:      Fernando M. Olguin<br>Courtroom: 6D |

# [PROPOSED] ORDER

This matter is before the Court on Defendants BangBros.com Inc. and Multi Media, LLC's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  Having considered the Advertiser Defendants' motion and all supporting papers the responses and replies thereto, and the arguments of the parties, and with good cause having been shown, the Court hereby orders as follows:

1.   Defendants BangBros.com Inc. and Multi Media, LLC's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED.

2.   Any attempt by Plaintiff Waidhofer to amend her Complaint would be futile, so leave to amend is DENIED.

3.   The Complaint is hereby dismissed with prejudice as to defendants BangBros.com Inc. and Multi Media, LLC.

**IT IS SO ORDERED.**

Dated: _____

Hon. Fernando M. Olguin
United States District Judge