# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER<br><br>Plaintiff(s),<br><br>v.<br><br>CLOUDFLARE, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–06979–FMO–AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    10/14/2020

Document Number(s):    59

Title of Document(s):    Motion to Dismiss

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

Compliance with Local Rule 7.1–1 is required no later than October 19, 2020.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 15, 2020     By: /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                     Deputy Clerk

cc: *Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS