1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Michael T. Zeller (Bar No. 196417)
2     michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
4  Facsimile:  (213) 443-3100

5  Attorney for Defendant Multi Media, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>        Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>DEFENDANT MULTI MEDIA, LLC'S NOTICE OF INTERESTED PARTIES |

## NOTICE OF INTERESTED PARTIES

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant Multi Media, LLC ("Multi Media "), certifies that the following parties may have a pecuniary interest in the outcome of this case: Multi Media and Chubb Group of Insurance Companies (Multi Media's insurer).  These representations are made to enable the Court to evaluate possible disqualification or recusal.

The undersigned further certifies, pursuant to Fed. R. Civ. P. 7.1, that Multi Media has no parent corporation and no publicly-held entity owns 10% or more of Multi Media's stock.

DATED:  October 16, 2020         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
   Michael Zeller
   Attorney for Defendant Multi Media, LLC