QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorney for Defendant BangBros.com, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual<br><br>        Plaintiff,<br><br>     vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; THOTHUB.TV; and JOHN DOES 1-21,<br><br>        Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>DEFENDANT BANGBROS.COM, INC.'S NOTICE OF INTERESTED PARTIES |

## NOTICE OF INTERESTED PARTIES

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant BangBros.com, Inc. (erroneously sued as BangBros, Inc.), certifies that the following party may have a pecuniary interest in the outcome of this case: BangBros.com, Inc.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

The undersigned further certifies, pursuant to Fed. R. Civ. P. 7.1, that BangBros.com, Inc. has no parent corporation and no publicly-held entity owns 10% or more of BangBros.com, Inc.'s stock.

DATED:  October 16, 2020          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


By _____

Michael Zeller
Attorney for Defendant BangBros.com,
Inc.