# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER<br><br>Plaintiff(s),<br><br>v.<br><br>CLOUDFLARE, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–06979–FMO–AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   10/21/2020

Document Number(s):   64

Title of Document(s):   Joint Rule 26(f) Report

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events – Other Filings – Pretrial and Trial Documents – Joint Report Rule 26(f) Discovery Plan

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 22, 2020          By: /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.