REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
Josh M. Russ (*pro hac vice*)
Sean F. Gallagher (*pro hac vice*)
brett.rosenthal@rm-firm.com
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
creiter@reitergruber.com
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>              Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>              Defendants. | Case No. 2:20-cv-06979<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiffs Deniece Waidhofer ("Waidhofer"), Margaret McGehee ("McGehee"), and Ryuu Lavitz LLC ("Ryuu Lavitz") (collectively, "Plaintiffs") bring this amended complaint against Defendants Cloudflare, Inc. ("Cloudflare"); BangBros.Com, Inc.; Sonesta Technologies, Inc. (the previous two, together, "BangBros"); Multi Media LLC ("Chaturbate"); CrakMedia Inc. ("CrakRevenue"); and twenty-one John Doe Defendants that operated the pirate website Thothub.tv (the "Operators") (collectively, "Defendants"), to recover damages, restitution, and other relief for various violations of the Racketeering Influenced and Corrupt Organizations Act (RICO), Copyright Act, and state law.

## I.      SUMMARY OF THE CASE

1.      This is an action to stop and hold accountable the operators of a pirate website called Thothub.tv ("Thothub"), as well as their co-conspirators and facilitators, for violating Plaintiffs' registered copyrights and making use of Plaintiffs' names, likenesses, and reputations without their consent.

2.      Plaintiffs are each creators on www.onlyfans.com ("OnlyFans") and www.patreon.com ("Patreon," and together with OnlyFans, the "Licensed Sites"), two social media platforms that allow content creators to sell access to their works to paid subscribers and fans. Plaintiffs' published works consist of artistic, non-nude photographs of themselves, mostly in lingerie or costume.

3.    Thothub's Operators and other members—with the support of the other Defendants—caused Plaintiffs' works to be unlawfully published on Thothub. This caused monetary, personal, business, and property harm to Plaintiffs.

4.    The Licensed Sites allow digital content creators to distribute their photographic and audiovisual works to paid subscribers and to be compensated for subscribers' access to that content. Subscribers on the Licensed Sites pay for access to content from particular creators. Through the Licensed Sites, creators can keep track of all the subscribers that have access to their works, and creators receive the lion's share of the money that their subscribers pay to view the works.

5.    Thothub was a pirate site that billed itself as "the home of daily free leaked nudes from the hottest Onlyfans … and [P]atreon models" and "the biggest e-girl showcase in the world."[1] As one of the Operators, who went by the name "Captain Thotcakes," explained in a pinned moderator message to new recruits: "We are looking exclusively for PAID material / LEAKED photos and vids / PREMIUM content. (Stuff that's not easily available to the public / or is locked behind the paywall / subscription) Examples: Patreon, Onlyfans … stuff like that." Nearly all the content on Thothub was scraped from behind paywalls of the Licensed Sites. Thothub's primary purpose—the reason that it existed—was to publish this stolen paywalled content and unlawfully distribute it to millions of its members and visitors.

---

[1] Thothub apparently ceased operations days after the original complaint in this case was filed.

3

6.     During its existence, the works of nearly every female OnlyFans or Patreon creator were published on Thothub, and a library of *nearly all* this content was available to Thothub members. Indeed, new Thothub members could only gain access to Thothub's full library of content by providing new content stolen from the Licensed Sites (and similar sites) that was not already on Thothub. In this way, Thothub kept a comprehensive and constantly updated record of paid content stolen from the Licensed Sites, including Plaintiffs' copyrighted works.

7.     Each day, Thothub transmitted several terabytes of digital content—each terabyte equates to hundreds of thousands of photos or hundreds of hours of video—stolen from creators on the Licensed Sites. According to web traffic analytics, Thothub received about one million unique visitors each day. By the time it was shut down in the wake of this lawsuit, Thothub had over 1.1 million members. As a result of willful copyright infringement on Thothub, millions of people across the United States viewed Plaintiffs' copyrighted works without Plaintiffs' consent.

8.     Thothub was home to a criminal enterprise. The site was run by shadowy figures using aliases who imposed a detailed structure on other users through defined rules, privileges, and ranks. Their primary business was criminal copyright infringement. In order to become a Thothub member, new users had to submit new stolen content, like a street gang that requires commission of a crime to prove one's commitment to the gang. The Operators routinely posted "bounties" of creators whose content they sought. If an aspiring new member provided stolen content on Thothub,

the Operators rewarded the theft by bestowing greater rank and privileges within the enterprise. It was effectively a pyramid scheme of copyright infringement.

9.      Defendant Cloudflare knowingly facilitated copyright infringement on Thothub and directly infringed Plaintiffs' copyrights. Cloudflare distributed copies of creators' copyrighted works through its content delivery network (CDN) and thus enabled Thothub to operate throughout the United States. Cloudflare also stored Thothub's main pages, including pages featuring Plaintiffs' works, on its own network. And through a technique called an "Argo Tunnel," Cloudflare ensured that users could *only* access infringing content on Thothub via Cloudflare.

10.     Cloudflare also concealed Thothub's true ownership and server locations. This is a major selling point for Cloudflare, which markets to pirate sites by proclaiming that it will "mask" their IP and not cooperate with law enforcement. By providing service to pirates that other leading CDNs would not and ignoring repeat infringement, Cloudflare has carved out a competitive niche for pirate businesses. Cloudflare's permissive approach to repeat infringement is why Thothub, as well as many other pirate sites, used Cloudflare's services. Indeed, according to a recent European Commission report, "Out of the top 500 infringing domains based on global Alexa rankings, 62% (311) are using Cloudflare's services."

11.     Due to the numerous takedown requests it received about Thothub and the obvious nature of Thothub's piracy, among other things, Cloudflare knew or was willfully blind to the rampant copyright infringement taking place on Thothub, yet

Cloudflare continued to support this infringing activity. Cloudflare also took deliberate steps to conceal its involvement by deleting copyrighted content from its servers after being notified about infringement on Thothub, even as it continued to support the ongoing infringement by delivering the infringing works.

12. Defendants BangBros and Chaturbate (the "Advertisers") were prolific advertisers on Thothub. Their advertisements appeared on all or nearly all Thothub pages where infringing content, including Plaintiffs' copyrighted works, appeared on the site. Chaturbate—one of the world's largest live adult content companies—posted dynamic advertisements on Thothub featuring direct, live video feeds of Chaturbate webcams at all times. Likewise, Thothub was flooded with BangBros ads that, if clicked, took users directly to BangBros' sales page.

13. The Advertisers' ads did not appear on Thothub randomly or by accident. Instead, through their shared advertising agent, CrakRevenue, the Advertisers participated in a so-called "affiliate marketing" relationship with Thothub. As part of this arrangement, the Advertisers, directly or indirectly through CrakRevenue, paid commissions to their affiliate, Thothub (or perhaps more accurately, the owners and operators of Thothub), in exchange for Thothub driving leads and sales for the Advertisers' sites. On information and belief, commissions were paid to Thothub's owners (and other pirate sites) in whole or in part in cryptocurrency to prevent detection, inhibit enforcement and collections, and minimize paper trails.

14.    The Advertisers have claimed that they had "no business association with Thothub." But on CrakRevenue's website, it explains that "[t]he core of affiliate marketing consists of a close relationship between advertisers (also known as 'merchants') and affiliates," and "[t]his same relationship is governed by a thorough set of rules and details: the affiliate program." It continues: "Affiliates help advertisers sell more of their products or services. In exchange, advertisers pay them back either a percentage or a fixed amount—what is known as a commission."

15.    CrakRevenue provides "affiliate management" services to affiliates like Thothub. As CrakRevenue's website explains, "[t]he Affiliate Manager is acting on behalf of the advertiser and merchant," and "[t]he Affiliate Manager develops, supports and manages an affiliate program while offering dedicated help to the affiliates which, in turn, helps drive the sales of the program." Affiliate managers are "responsible for the recruitment and nurturing of affiliates throughout their online marketing journey," and "[o]ne of their key missions is to improve affiliate programs by advising partners around the globe, thus helping them generate more revenue." In short, on behalf of Advertisers, CrakRevenue managed a network of "affiliates" (including Thothub) and advised affiliates to drive the Advertisers' sales.

16.    Through affiliate commissions paid, the Advertisers effectively funded Thothub's operations. These payments enabled Thothub's owners to pay for the expensive hosting and content-delivery costs necessary to accomplish their infringement, as one of Thothub's main Operators stated in an online message board.

And the Advertisers, through their agent CrakRevenue, also provided affiliate-management services in support of Thothub. Absent the Advertisers' and CrakRevenue's financial and managerial support, Thothub would not have been able to commit copyright infringement at the enormous scale that it did.

17.    The Advertiser Defendants knew, and could not reasonably avoid knowing, that Thothub was a pirate site. The Operators were open and notorious about the fact that Thothub trafficked in paid content stolen from the Licensed Sites, and many prominent adult-oriented reviewers recognized this fact in their reviews of Thothub. In addition, the Advertisers' agent CrakRevenue vetted all affiliates, required them to provide information about their site, how they generated traffic, and how they promoted offers, and helped affiliates to manage their sites. CrakRevenue's knowledge about Thothub is attributable to the Advertisers because CrakRevenue provided these services on behalf of the Advertisers.

18.    Despite knowing that Thothub routinely engaged in copyright infringement (or such knowledge being attributable to them via their agent), the Advertisers and CrakRevenue materially assisted Thothub's activities. The Advertisers and CrakRevenue were thus involved in a RICO conspiracy with the Operators to commit criminal copyright infringement.

19.    It is time for all those that enabled this criminal piracy operation to be held accountable for their unlawful conduct in support of Thothub.

## II. THE PARTIES

20.    Plaintiff Deniece Waidhofer ("Waidhofer") is an individual who resides in Fort Bend County, Texas. She can be contacted through her attorneys.

21.    Plaintiff Maggie McGehee ("McGehee") is an individual who resides in Tarrant County, Texas. She can be contacted through her attorneys.

22.    Plaintiff Ryuu Lavitz LLC ("Ryuu Lavitz") is a limited liability company organized under the laws of Massachusetts. Ryuu Lavitz owns the copyrights for the creative works of an individual who goes by this name on the Licensed Sites and other public platforms. Ryuu Lavitz can be contacted through its attorneys.

23.    John Does 1–21 (the "Operators") are unidentified persons that operated Thothub. The Operators each identified themselves on Thothub using a pseudonym. Specifically, the respective Operators went by the following names on Thothub: (1) Captain Thotcakes; (2) Teller; (3) GOD; (4) Ironman891; (5) Merchant; (6) Cityzen7; (7) Vassar; (8) Azrael; (9) Ewoklove; (10) RealAccount; (11) Nick712; (12) Swix; (13) Nudeleaks; (14) Tallie; (15) Bigsausagestromboli; (16) TonyStark420; (17) Thighdeologist; (18) El Drago; (19) De_sercier; (20) SWEDISH CHEF; and (21) FatherofSlain. Their true identities are not yet known.[2] The Operators purposefully directed relevant conduct to this district because they directly or indirectly infringed

---

[2] Plaintiffs believes they may have uncovered the actual names and identities of some Operators through independent investigation. However, given the seriousness of these allegations, Plaintiffs will confirm their identities through discovery served upon the other Defendants, to the extent possible, before naming the Operators publicly in this lawsuit.

Plaintiffs' copyrights in this district. Through discovery in this case, Plaintiffs hope to learn the Operators' true identity and where they can be served.

24.     Defendant Cloudflare, Inc. ("Cloudflare") is a public Delaware corporation with principal place of business in San Francisco, California. Cloudflare offers a variety of web-based services, including infrastructure support, content delivery networking, DDoS mitigation, and distributed domain-name-server services. Cloudflare has been served with process and is before the Court.

25.     Defendant Sonesta Technologies, Inc. ("Sonesta"), formerly known as Defendant BangBros.com, Inc. (together with Sonesta, "BangBros"), is an adult entertainment company based in Miami, Florida. BangBros operates dozens of adult-content websites. BangBros regularly conducts business in this district and provides its subscription services and media content to many residents in this district. Sonesta can be served with process through its registered agent: A1A Registered Agent, Inc., 5647 110th Ave. N, Royal Palm Beach, Florida 33411. BangBros.com, Inc. has appeared in this case and is before the Court.

26.     Defendant Multi Media LLC ("Chaturbate") is an entertainment company based in Lake Forest, California. It operates an adult-oriented live webcam company called Chaturbate. Chaturbate regularly conducts business in this district and offers its subscription services and media content to residents in this district. Chaturbate has been served with process and is before the Court.

27.    Defendant CrakMedia Inc. ("CrakRevenue") is a marketing firm based in Quebec, Canada. CrakRevenue operates a cost-per-action (CPA) marketing network doing business under the name CrakRevenue. CrakRevenue directed relevant conduct to this district by, among other things, providing marketing services to the Advertisers and causing advertisements to be shown on Thothub in this district. CrakRevenue can be served with process at its principal place of business at 410 Boulevard Charest E Suite 500, Quebec City, Quebec G1K 8G3, Canada.

### III.    JURISDICTION AND VENUE

28.    This Court has original jurisdiction over the RICO and Copyright Act claims under 28 U.S.C. § 1331 because these claims arise under federal law.

29.    This Court has original jurisdiction over the state-law claims under 28 U.S.C. § 1332 because each Plaintiff is a citizen of a different State from each known Defendant and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

30.    This Court also has supplemental jurisdiction over the state-law claims under 28 U.S.C. § 1367 because those claims are so related to claims over which this Court has original jurisdiction that they are part of the same case or controversy.

31.    Venue is proper in this Court under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this district. In addition, Defendant Chaturbate's principal place of business is in this district.

# IV.   FACTUAL ALLEGATIONS

## A. The Licensed Sites Allow Creators to Sell Access to Their Works.

32.   The Licensed Sites—www.onlyfans.com ("OnlyFans") and www.patreon.com ("Patreon")—are social media platforms that allow content creators to sell access to their own works, including photographs and videos.

33.   Pursuant to the terms of the user agreements for the Licensed Sites, content creators retain full ownership rights to the works that they upload onto the Licensed Sites. Other users on the Licensed Sites are not granted the right to copy or distribute creators' works (with narrow exceptions for personal use).

### i.   OnlyFans

34.   Founded in 2016, OnlyFans is a social media platform that allows users to upload photos and videos to their individual profiles. Users who upload such works are referred to as "creators." Creators may set a monthly subscription price for access to their works and earn money from paid subscribers ("fans").

35.   Fans purchase subscriptions through OnlyFans to view works made available by particular OnlyFans creators that the fans follow. Each creator sets the monthly subscription fee for access to that creator's OnlyFans content.

36.   Creators may also allow fans to subscribe to their accounts for free and then sell access to works to subscribers on a pay-per-view or per-item basis.

37.   Fans may also elect to pay "tips"—additional discretionary payments to creators on an ad hoc, gratuitous basis—to creators.

38.    OnlyFans takes a small portion of all payments made by users to creators through the platform; the rest of the payments go to the relevant creator.

39.    OnlyFans gives creators the ability to control who can see their works. OnlyFans creators can elect to block particular fans if they wish.

40.    OnlyFans requires all fans and creators (collectively, "Users") that use the site to agree to certain terms of service (the "OnlyFans User Agreement").

41.    The OnlyFans User Agreement provides that "[w]e [OnlyFans] do not own User Content on OnlyFans." As used in the agreement, the term "'User Content' means any and all media uploaded by Users."

42.    The OnlyFans User Agreement provides as follows in regards to payments to creators: "If a User uploads content (an 'Uploading User') then, subject to that User complying with these Terms, that User is entitled to 80% of the revenue generated by other Users who subscribe to the uploading User's content. Payment will be made by or on behalf of OnlyFans to the uploading User."

43.    The OnlyFans User Agreement provides that Users may "not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store, or transmit any of the material on the Website," except that the User's "computer may temporarily store copies of such materials in RAM incidental to [the User's] accessing and viewing those materials"; "[the User] may store files that are automatically cached by [the User's] Web browser for display enhancement purposes"; and "[the User] may print or download one copy of a

reasonable number of pages of the Website for [the User's] own personal, non-commercial use and not for further reproduction, publication, or distribution."

44.     The OnlyFans User Agreement also provides that Users may not "make unauthorized use of another's information or content" or "display, publish or distribute User content that … violates another's copyright, trademark, right of privacy, right of publicity, or other property or personal right (for example, using the name, likeness, image or other identity of another without proper consent)."

45.     The OnlyFans User Agreement further provides: "By creating and publishing User Content on OnlyFans, you [i.e., the creator] authorize your Fans to access and view (without downloading or copying) your User Content on OnlyFans for their own lawful and personal use."

## ii.     Patreon

46.     Founded in 2013, Patreon is a social media platform that allows creators to sell access to their works on the platform to paid subscribers ("patrons").

47.     Patreon utilizes a subscription-style payment model in which patrons pay creators a monthly payment in exchange for access to the creator's works.

48.     Patreon takes a percentage-based fee for all payments made to creators through the platform, depending on the type of plan the creator selects.

49.     Patreon allows creators to set pricing tiers for access to different content. In addition, creators can establish "rewards"—i.e., access to additional content—for patrons that meet spending thresholds set by the creator.

50.     Patreon gives creators the ability to control who can see their works. Patreon creators may elect to block particular patrons if they wish.

51.     Patreon's terms of use ("Patreon Terms"), which all users accept, provide that the creators "keep full ownership of all creations that [they] offer on Patreon." The Patreon Terms continue: "By posting creations on Patreon, [creators] grant [Patreon] a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow [Patreon] to provide and promote Operatorships to [creators'] patrons."

52.     The Patreon Terms further provide that "[p]atrons may not use creations posted by creators in any way not authorized by the creator."

**B. Plaintiffs Develop Online Followings and Use the Licensed Sites.**

**i.      *Waidhofer***

53.     Waidhofer is one of the most popular and highest-earning creators on the Licensed Sites. She also has over 2.2 million Instagram followers.

54.     Waidhofer grew up near Houston, Texas. She graduated summa cum laude from high school, ranked number 14 out of a class of about 450 students.

55.     In 2010, Waidhofer received her associate's degree in pre-nursing from Lone Star College, where she was honored on the Dean's List. In 2014, Waidhofer graduated with honors from Sam Houston State University with a 3.89 GPA.

56.     In or around 2015, Waidhofer began posting modeling photos on Instagram. By 2017, she had approximately 100,000 Instagram followers.

57.     In or around 2017, Waidhofer set up a Patreon account as a creator. On Patreon, Waidhofer posts artistic non-nude and "implied nude"[3] images of herself, typically in lingerie or costume. These works are only available to paid subscribers. Subscribers can access different works depending on subscription tier.

58.     Waidhofer receives a monthly report showing all of her subscribers on Patreon and the amount that each subscriber paid. Each month Waidhofer receives thousands of dollars in subscription fees through Patreon. The amount varies by months depending on the number of subscribers and what tiers they purchase.

59.     In or around 2018, Waidhofer set up an OnlyFans account as a creator. On OnlyFans, Waidhofer posts artistic non-nude and implied nude images of herself, typically in lingerie or costume. These works are only available to subscribers who pay about $15 per month. Waidhofer also receives "tips" from fans.

60.     Waidhofer receives a monthly report showing all of her subscribers on OnlyFans and the amount that she has received from fans. Each month Waidhofer receives thousands of dollars through OnlyFans. The amount varies by month based on the number of subscribers and the number and amount of tips.

---

[3] "Implied nude" means that nudity is suggested, but private areas of the body are not visible.

61.     Despite demand for nude content, Waidhofer has consistently made clear that she has not published, and does not intend to publish, any nude content.

62.     Waidhofer creates all of her works herself. She purchased equipment including a camera, tripod, and lights to conduct her photoshoots. She spends dozens of hours each week creating content, including by taking, developing, and editing photographic works. She has also spent tens of thousands of dollars on wardrobe, makeup, and other accessories related to the works.

63.     In or around April 2019, Waidhofer sent three unpublished semi-nude photographs to a Patreon fan named Matthew Cathey ("Cathey"). These photos were provided privately to Cathey for no compensation.

### ii.     McGehee

64.     McGehee is another popular creator on the Licensed Sites. She publishes her works under the pseudonym "OMGcosplay." The term "cosplay" refers to a form of performance art involving costumes of (usually) fictional characters, typically from video games, television, comic books, or film.

65.     McGehee grew up in Denton, Texas. She graduated in 2018 from the University of North Texas (UNT), where she was in the Honors College.

66.     In 2019, McGehee enrolled as a law student at the Texas A&M University School of Law. She is currently a second-year law student.

67.     In 2015, McGehee started an Instagram account for cosplay modeling under the name "OMGcosplay." She now has over 750,000 Instagram followers.

68.     In or around 2016, McGehee opened a Patreon account, also under the name OMGcosplay. The account features some of McGehee's works, which consist of non-nude and implied nude photographs of herself performing cosplay.

69.     On Patreon, McGehee makes her works available to subscribers based on purchase tier. Subscribers are charged a monthly subscription fee.

70.     In 2019, McGehee established an account on OnlyFans, also under the name OMGcosplay. McGehee publishes some works exclusively on OnlyFans.

71.     McGehee allows fans to subscribe to her OnlyFans account for free. She has over 170,000 followers on OnlyFans. Although fans can subscribe for free, they purchase access to McGehee's works on a per-item basis. For instance, McGehee recently posted a $3 photo set that was purchased by thousands of fans.

72.     McGehee receives regular reports from OnlyFans and Patreon about her earnings, sales, and subscribership. According to her recent OnlyFans reports, McGehee is among the top .1% of OnlyFans creators in terms of earnings. McGehee also rank as one of the highest-earning cosplay creators on Patreon.

### iii.     *Ryuu Lavitz*

73.     As noted above, Ryuu Lavitz is an LLC owned and operated by a cosplayer who goes by the pseudonym "Ryuu Lavitz" (the individual is referred to herein as "Ryuu"). Ryuu Lavitz owns the copyrights to Ryuu's creative works.

74.     Ryuu grew up near Boston, Massachusetts. She began cosplaying as a hobby about ten years ago, and she began modeling as a career in 2017.

75.     Ryuu opened an Instagram account in 2012. She currently has over 100,000 Instagram followers. Ryuu also has over 780,000 followers on Facebook.

76.     Ryuu opened an account on Patreon in 2015. On Patreon, Ryuu's creative works are available to subscribers based on purchase tier. Subscribers are charged each calendar month for a subscription ranging from $1 to $75.

77.     In April 2020, Ryuu Lavitz opened an account on OnlyFans.

78.     Ryuu Lavitz receives regular reports from OnlyFans and Patreon about its earnings, sales, and subscribership on the Licensed Sites.

79.     In April 2013, Ryuu Lavitz opened a print shop on Storenvy, an e-commerce platform. On Storenvy, Ryuu Lavitz sells various physical items, such as prints, t-shirts, and stickers, featuring Ryuu's works. In April 2020, Ryuu Lavitz launched LavitzNation.com, where fans can purchase copies of Ryuu's works.

80.     Through the Licensed Sites, Storenvy, and the Lavitz Nation website, Ryuu Lavitz earns thousands of dollars per month off of Ryuu's works.

**C. Plaintiffs' Copyrighted Works Appear On Thothub.**

**i.     *Waidhofer***

81.     In early 2020, through her attorneys, Waidhofer filed all her photographic works that had been published on the Licensed Sites as of May 2020 and certain unpublished content for registration with the U.S. Copyright Office.

82.     The Copyright Office issued copyright registrations for Waidhofer's works under the following registration numbers:

19

- VA0002205436—118 photographic works published in 2017; registration dated April 27, 2020;

- VA0002203670—750 photograph works published between January and August 2018; registration dated May 15, 2020;

- VA0002203694—439 photographic works published between August and December 2018; registration dated May 15, 2020;

- VA0002201440—639 photographic works published in 2019; registration dated April 27, 2020;

- VA0002205448—187 photographic works published between January and March 2020; registration dated April 30, 2020;

- VA0002209335—260 photographic works published between January and May 2020; registration dated May 28, 2020; and

- VAu001393201—4 unpublished photographic works; registration dated May 1, 2020.

83.    All of the published works described above were published on one or more of Waidhofer's accounts on the Licensed Sites during the dates specified.

84.    With the exception of one unpublished photograph entitled "Waidhofer Unpublished 4," all of Waidhofer's copyrighted works (published and unpublished) appeared on Thothub without her consent or authorization.

85.    During 2019, Waidhofer learned that some of her works had been "leaked" and were being shown on Thothub. On information and belief, the infringement of Waidhofer's works began on or before May 2019.

86.    The Thothub site contained an "A-Z" glossary of some of the creators whose works appeared on the site. The name "NIECE WAIDHOFER" appeared on

the "A-Z" glossary. Clicking the name led to a page with two posts of Waidhofer's works under the heading "#NIECE WAIDHOFER NUDE."

87.     The first set of Waidhofer's content featured on Thothub's public pages was entitled "NIECE WAIDHOFER NUDE ONLYFANS LEAKED VIDEO AND PHOTOS." This page included a composite video and 64 images of Waidhofer, including three unpublished photographs. The 64 images and the photographs in the composite video are Waidhofer's copyrighted works. Waidhofer did not authorize these uses of any of these works.

88.     The second set of Waidhofer's works featured on Thothub's public pages was entitled "NIECE WAIDHOFER PATREON SEXY PHOTOS." This page included 50 images of Waidhofer. All 50 images are Waidhofer's copyrighted works. Waidhofer did not authorize these uses of any of these works.

89.     On information and belief, at least tens of thousands of Thothub users viewed Waidhofer's copyrighted works on the aforementioned pages.

90.     Waidhofer's works also appeared on the Thothub "forum" (discussed below). For example, in a Thothub forum message dated May 26, 2019 entitled "Niece Waidhofer," the Operator "tallie" posted one of Waidhofer's copyrighted works from Patreon with the notation: "Niece Waidhofer sets. (Wip)." The term "Wip" is an acronym for "work in progress." In another post that day, tallie wrote: "Ive got over 3000 images and 120ish gifs. It's just… my laptop is KO so have to upload on mobile. And thats [sic] just awfully slow." That same day, tallie posted

Waidhofer's copyrighted works from her Patreon account. There were several other tallie posts in the thread showing Waidhofer's copyrighted works.

91.     In another post on November 12, 2019, the Operator "FatherofSlain" wrote: "I will have Patreon content flowing in within the coming weeks. Stay tuned for up to $100 tier posts." The post was later updated to include Waidhofer's copyrighted works stolen from the Licensed Sites.

92.     In a post on November 18, 2019, a user named "djkoel3121" asked in reference to Waidhofer's works from the Licensed Sites: "[A]ny chance of a sneak peek of the $100 tier stuff?" FatherofSlain responded: "Guaranteed every post from $100 and under to the beginning, some $200 mixed in too but I can't be sure. Im getting these second hand. I'm chatting with a potential $500 tier patron but I've yet to see real proof so don't get to [sic] excited for the highest tiers just yet."

93.     In a post on November 19, 2019, FatherofSlain posted a link to a repository of Waidhofer's stolen works with the message: "Here it is boys … Please DO NOT quote this post or the encryption key post in case I need to delete/move things[.] I want as little record as possible." The link contained all of Waidhofer's copyrighted works from Patreon as of that date.

94.     In another post, the Operator "Azrael" posted a zip file entitled "Niece.zip – AnonFiles" with the message that this file contained a "re-up of OF [OnlyFans] rip." The linked file contained an updated set of Waidhofer's copyrighted works published on her OnlyFans account as of that date.

95.    In another post on December 30, 2019, a user named "Mcathey7" wrote: "Have a full length vid plus extra paid the 1000 anyone willing to trade message." Later that day, MCathey7 wrote: "More hope you guys match up." This post included copies of three of Waidhofer's unpublished registered works.

96.    Waidhofer sent at least three copyright-infringement notices to Thothub. One notice was delivered via Thothub's online form. Two other notices were sent via email to mythothub@gmail.com, a contact address listed on the Thothub website. Thothub's owners did not respond to these notices, and Waidhofer's copyrighted works remained on Thothub until after the original complaint was filed.

97.    Through her attorneys, Waidhofer sent an infringement notice to Cloudflare on July 10, 2020. The notice informed Cloudflare of ongoing infringement on Thothub, the Thothub Operators' open and notorious statements about infringement, and other facts showing that Thothub was a pirate site that existed for the express purpose of committing copyright infringement. The notices also identified specific URLs on Thothub where Waidhofer's works appeared.

98.    On August 7, 2020, Cloudflare sent a response letter asserting that Cloudflare provides services to its customers "on a pass-through basis." The letter further stated that Cloudflare "do[es] not have the ability to alter or remove content on [Thothub]." The letter further stated that Waidhofer's "letter appears to be better addressed to the hosting provider of the Website" and that Cloudflare "provide[s] the names of the applicable hosting providers as well as their contact information to the

extent that they are using Cloudflare's services." However, the letter did not provide this information because, according to the letter, "to our knowledge as of the date of this letter, the Website does not resolve to an IP address."

### ii.    McGehee

99.    In 2020, through her agent, McGehee filed all of her photographic works that had been published on the Licensed Sites in 2019 and 2020 for registration with the U.S. Copyright Office.

100.    The Copyright Office issued copyright registrations for McGehee's works under the following registration numbers:

- VA0002216001—750 photographic works published in 2019; registration dated September 7, 2020; and

- VA0002218627—750 photographic works published in 2020; registration dated September 7, 2020.

101.    All of these works were published on one or more of McGehee's accounts on the Licensed Sites during the dates specified. All of these copyrighted works appeared on Thothub without McGehee's consent.

102.    The name "OMGcosplay" appeared on the Thothub A-Z glossary. Clicking the name on the glossary led to pages featuring McGehee's works.

103.    McGehee's copyrighted works appeared on Thothub beginning on or before September 2019 at the following addresses:

- https://forum.thothub.tv/index/php?threads/omgcosplay.401
- https://forum.thothub.tv/index.php?forums/patreon.8/
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/

- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-2
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-3
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-4
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-6
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-7
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-8
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-9
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-10
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-11
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-12
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-13
- https://forum.thothub.tv/index.php?threatds/omgcosplay-x.401/page-14
- https://thothub.tv/thotstarsh/
- https://thothub.tv/tag/omgcosplay-sexy/
- https://thothub.tv/tag/omgcosplay-nude/
- https://thothub.tv/2019/09/13/omgcosplay-gwenpool-cosplay/
- https://thothub.tv/gmedia-album-omgcosplay/
- https://thothub.tv/tag/omgcosplay-naked/
- https://thothub.tv

104.  Beginning on or before December 2019, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://thothub.tv/2019/10/29/omgcosplay-raven/
- https://thothub.tv/2019/12/03/omgcosplay-naked-shower/
- https://thothub.tv/2019/09/16/omgcosplay-nude-snapchat-shower/
- https://thothub.tv/2019/11/29/omgcosplay-sabrina/

105.  Beginning on or before January 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://forum.thothub.tv/index.php?threads/omgcosplay-featuring-dante-from-dmc-and-knuckles.18537/
- https://forum.thothub.tv/index.php?threads/omgcosplay-super-turrbo-hd-remix.19435/
- https://forum.thothub.tv/index.php?threads/omgcosplay-hyper-edition-ex-plus-alpha.20648/

25

- https://forum.thothub.tv/index.php?threads/omgcosplay-subtitle-placeholder-subtitle.21804/
- https://forum.thothub.tv/index.php?threads/omgcosplay-lorem-ipsum-dolor-sit-amet.22796/#post-313909
- https://forum.thothub.tv/index.php?threads/omgcosplay-overhaul.23772/

106. Beginning on or before February 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://forum.thothub.tv/index.php?threads/omg-maggie.17553/
- https://forum.thothub.tv/index.php?threads/prettiest-feet.23878/page-2#post-341170
- https://forum.thothub.tv/index.php?threads/oh-my-goodness-cosplay.25352/
- https://forum.thothub.tv/index.php?threads/everyting-nier-automata-yorha-2b.7816/page-2#post-367105
- https://forum.thothub.tv/index.php?threads/everything-nier-automata-yorha-b7816/page-2#post-367128
- https://forum.thothub.tv/index.php?threads/omgcosplay.17706/

107. Beginning on or before March 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://forum.thothub.tv/index.php?threads/0-g-cosplay.26712/
- https://thothub.tv/2020/03/02omgcosplay-hermione-lingerie/
- https://forum.thothub.tv/index.php?threads/o-m-g-she-be-cosplaying.29484/
- https://forum.thothub.tv/index.php?threads/lurker-posting-omgcosplay.49202/
- https://forum.thothub.tv/index.php?threads/omgcosplay-bondage-onlyfans.45013/
- https://forum.thothub.tv/index.php?threads/first-contrib-omgcosplay.48044/
- https://forum.thothub.tv/index.php?threads/omgcosplay-some-photosets.40908/
- https://forum.thothub.tv/index.php?threads/omgcosplay-newest-set.41998/

- https://forum.thothub.tv/index.php?threads/contributing-to-the-cause-omgcosplay.48332/
- https://forum.thothub.tv/index.php?threads/my-contribution-omgcosplay.46561/
- https://forum.thothub.tv/index.php?threads/official-welcome-contribution-thread-reply-inhere.30918/page-74#post-475213
- https://forum.thothub.tv/index.php?threads/omgcosplay-as-ramona-flowers.38369/
- https://forum.thothub.tv/index.php?threads/omgcosplay-super-girl-set-somes-march-2020-pictures.49339/#post-512536
- https://forum.thothub.tv/index.php?threads/omgcosplay.40855/
- https://forum.thothub.tv/index.php?threads/omgcosplay.39071/
- https://forum.thothub.tv/index.php?threads/omgcosplay.43139/
- https://forum.thothub.tv/index.php?threads/omgcosplay.44681/
- https://forum.thothub.tv/index.php?threads/omgcosplay.36559/
- https://forum.thothub.tv/index.php?threads/omgcosplay.32668/
- https://forum.thothub.tv/index.php?threads/omgcosplay.43199/
- https://forum.thothub.tv/index.php?threads/omgcosplay.boundage.44880/
- https://forum.thothub.tv/index.php?threads/omgcosplay-cute-photos.43795/
- https://forum.thothub.tv/index.php?threads/omgcosplay-cum-and-facial.47780/
- https://forum.thothub.tv/index.php?threads/little-bit-of-my-faves-to-get-out-of-lurker-status.48262/
- https://forum.thothub.tv/index.php?threads/omgocsplay-ri-care-invadernoodles.34232/
- https://forum.thothub.tv/index.php?threads/omgcosplay-trying-to-get-out-of-the-pit.47522/
- https://forum.thothub.tv/index.php?threads/omgcosplay-goddess-help-me-guys.39727/
- https://forum.thothub.tv/index.php?threads/lurker-raises-his-ugly-face-to-then-go-back-to-lurking-omgcosplay.38655
- https://forum.thothub.tv/index.php?threads/lurker-posting-omgcosplay.49202/
- https://forum.thothub.tv/index.php?threads/some-omgcosplay-for-you.53038/
- https://forum.thothub.tv/index.php?threads/omgcosplay.55359/
- https://forum.thothub.tv/index.php?threads/omgcosplay.52570/

- https://forum.thothub.tv/index.php?threads/come-drow-lewd-content-help-leave-lurker-status.52481/page-14#post-554597
- https://forum.thothub.tv/index.php?threads/hey-all-still-trying-to-get-in.54199/#post-555213
- https://forum.thothub.tv/index.php?threads/omgcosplay-micro-thong.57660/
- https://forum.thothub.tv/index.php?threads/o_m_g_c_o_-_p_l-_y.31800/

108.   Beginning on or before April 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://forum.thothub.tv/index.php?threads/omgcosplay.64712/
- https://forum.thothub.tv/index.php?threads/lets-get-out-of-the-pit-post-up-skinny-petite-girls-here-and-tag-me.61228/
- https://forum.thothub.tv/index.php?threads/peachjars-or-bukkitbrown-content.39933/
- https://forum.thothub.tv/index.php?threads/omgcosplay.53129/
- https://forum.thothub.tv/index.php?threads/0mgcosplay.28817/
- https://forum.thothub.tv/index.php?threads/o_m_g_c_0_-_p_l-_y.31800/
- https://thothub.tv/2020/04/04/omgcosplay-2b-nier-automata/
- https://forum.thothub.tv/index.php?threads/omgcosplay.65949/
- https://forum.thothub.tv/index.php?threads/everything-nier-automata-yorha-2b.7816/
- https://thothub.tv/2020/04/15/omgcosplay-supergirl/
- https://forum.thothub.tv/index.php?threads/mgc05pl4y.69186/
- https://forum.thothub.tv/index.php?threads/drop-some-content-and-get-some-likes-move-out-of-the-pit.70878/
- https://forum.thothub.tv/index.php?threads/omgcosplay.71444/
- https://forum.thothub.tv/index.php?threads/omgcosplay.72895/
- https://forum.thothub.tv/index.php?threads/who-is-this-request-unknown-girls-in-here.8339/
- https://forum.thothub.tv/index.php?threads/omg.75128/
- https://thothub.tv/2019/10/29/omgcosplay-raven
- https://forum.thothub.tv/index.php?threads/omcosplay-maggie-mcgehee.78251/
- https://forum.thothub.tv/index.php?threads/were-giving-away-free-likes-all-day-come-on-inside.78341/

- https://forum.thothub.tv/index.php?threads/omgco-pl-y.76690/
- https://forum.thothub.tv/index.php?threads/who-is-this-request-unknown-girls-in-here.8339/
- https://forum.thothub.tv/index.php?threads/post-anything-and-we%E2%80%99ll-get-you-out-of-the-pit-please-read-guidelines.77659
- https://forum.thothub.tv/index.php?threads/omg-cosplay.77318/
- https://forum.thothub.tv/index.php?threads/omcosplay-easter.79296/

109.   Beginning on or before May 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://forum.thothub.tv/index.php?threads/omgc-sply.80570/
- https://forum.thothub.tv/index.php?threads/giving-away-likes-post-your-content-and-get-out-of-the-pit.81579/
- https://forum.thothub.tv/index.php?threads/post-anything-and-we%E2%80%99ll-get-you-out-of-the-pit-please-read-guidelines.81785/
- https://forum.thothub.tv/index.php?threads/who-is-this-request-unknown-girls-in-here.8339/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.83303/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.86792/
- https://forum.thothub.tv/index.php?threads/omgcosplay-just-trying-to-get-out-the-pit.87379/
- https://forum.thothub.tv/index.php?threads/peach-jars.84482/
- https://forum.thothub.tv/index.php?threads/0mgc0sp1-y.86879/
- https://forum.thothub.tv/index.php?threads/omgcosplay.88591/
- https://forum.thothub.tv/index.php?threads/omgcosplay.88886/
- https://forum.thothub.tv/index.php?threads/omgcosplay-maggie.90785

110.   Beginning on or before June 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://thothub.tv/2020/05/28/omgcosplay-girl-on-girl-set/
- https://forum.thothub.tv/index.php?threads/omg.91175/
- https://forum.thothub.tv/index.php?threads/omgcosplay.92822/
- https://forum.thothub.tv/index.php?threads/omgcosplay-of.92144/
- https://forum.thothub.tv/index.php?threads/omgcosplay-supergirl-set.96399/
- https://forum.thothub.tv/index.php?threads/omcosplay.95556/

- https://forum.thothub.tv/index.php?threads/omgcosplay.96695/
- https://forum.thothub.tv/index.php?threads/omgcosplay.98164/
- https://forum.thothub.tv/index.php?threads/directory-of-the-best-ahegao-crosseyed-girl.99874/

111. Beginning on or before July 2020, McGehee's copyrighted works appeared on Thothub at the following addresses:

- https://forum.thothub.tv/index.php?threads/who-is-this-request-unknown-girls-in-here.8339/page-131#post-702578
- https://forum.thothub.tv/index.php?threads/omgcosplay.100386/
- https://forum.thothub.tv/index.php?threads/omgcosplay-birthday-onlyfans-set/
- https://forum.thothub.tv/index.php?threads/oh-my-god-cos.102542/
- https://forum.thothub.tv/index.php?threads/omgcos.103618/
- https://forum.thothub.tv/index.php?threads/omgcosplay-harley/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.104196/
- https://forum.thothub.tv/index.php?threads/omgcosplay.105978/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.106494/
- https://forum.thothub.tv/index.php?threads/omgcosplay.107389/
- https://forum.thothub.tv/index.php?threads/omg-cosplay.108785/

112. McGehee sent multiple takedown notices to Thothub that were ignored. McGehee also used a subscription service called Cam Model Protection for a fee of $169 per month. Cam Model Protection claimed to be the only service that could get content removed from Thothub. McGehee submitted numerous tickets related to Thothub through Cam Model Protection. Thothub sometimes temporarily removed content in response to notices from Cam Model Protection, but McGehee's removed content then reappeared on Thothub again within days or even hours.

113. In September 2019, McGehee sent Cloudflare a complete DMCA notice about infringement on Thothub via Cloudflare's email address at

abuse@cloudflare.com. Cloudflare responded that it had "received your copyright infringement complaint regarding: thothub.tv," but it asserted that Cloudflare is merely a "pass-through security service." Cloudflare's response also stated that Cloudflare was "unable to process your DMCA complaint because it is missing one or more of the following required pieces of information," whereupon the response listed all of the notice requirements from the DMCA. Although McGehee's original notice had included the required information, McGehee replied again with the information that Cloudflare had alleged might be missing.

114.   Cloudflare responded again by stating that Cloudflare "cannot remove material from the Internet." Cloudflare also directed McGehee to submit her notice to Cloudflare's abuse report web form at https://www.cloudflare.com/abuse. McGehee did so, but Cloudflare did not reply again.

115.   McGehee also sent additional takedown notices to Cloudflare in 2019 via its abuse report web form that were not answered.

### iii.   Ryuu Lavitz

116.   In early 2020, Ryuu Lavitz filed Ryuu's photographic works that had been published in 2019 and 2020 for registration with the U.S. Copyright Office.

117.   The Copyright Office issued copyright registrations to Ryuu Lavitz under the following registration numbers:

- VA0002216000—749 photographs published in 2019; registration dated September 7, 2020; and

- VA0002216134—464 photographs published in 2020; registration dated September 7, 2020.

118.   All of the published works described above were published on one or more of Ryuu Lavitz's accounts on the Licensed Sites during the dates specified.

119.   Ryuu Lavitz's copyrighted works appeared on Thothub without its consent or authorization at the following addresses:

- https://forum.thothub.tv/index.php?threads/ryuu-lavits_85294/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz_1906/page-2
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.83067/
- https://thothub.tv/2020/05/03/ryuu-lavitz-patreon-naruko/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.66627/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.74780/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.72091/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.62596/
- https://forum.thothub.tv/index.php?threads/ryuu.57023/
- https://forum.thothub.tv/index.php?threads/r-l.54719/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.46770/
- https://forum.thothub.tv/index.php?threads/ryu-lavitz.39038/
- https://forum.thothub.tv/index.php?threads/r-y-u-u.46061/
- https://forum.thothub.tv/index.php?threads/introduction-thread-ft-ry%C3%BC%C3%BC.46061/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.29828/
- https://forum.thothub.tv/index.php?threads/ry-la.28422/
- https://forum.thothub.tv/index.php?threads/r-y-u-u-l-4-v-t-z.28849/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.27554/
- https://forum.thothub.tv/index.php?threads/ryyuu-lavits.24129/
- https://forum.thothub.tv/index.php?threads/ryyuu-lavits.24129/page-2#post-337162
- https://forum.thothub.tv/index.php?threads/r-y-u-u-l-a-v-i-t-z.23317/
- https://thothub.tv/2020/01/17/ryuulavitz-bulma-briefs-dragon-ball/
- https://forum.thothub.tv/index.php?threads/cosplay-girl-r.20912/
- https://forum.thothub.tv/index.php?threads/ryuu-lavitz.19384/
- https://forum.thothub.tv/index.php?threads/ryulavtz.17660/
- https://forum.thothub.tv/index.php?threads/ryoo-lav-its.15994/

- https://forum.thothub.tv/index.php?threads/ry-dragon-uu-luv-ittszs.16122/
- https://forum.thothub.tv/index.php?threads/rlv.14876/
- https://forum.thothub.tv/index.php?threads/rl-cosplay.13461/
- https://forum.thothub.tv/index.php?threads/rl.10248/
- https://forum.thothub.tv/index.php?attachments/0rpbg8t-jpg.120277/
- https://forum.thothub.tv/index.php?attachments/0v8qjqk-jpg.120278/
- https://forum.thothub.tv/index.php?attachments/1djlbdb-jpg.120279/
- https://forum.thothub.tv/index.php?attachments/5y3ltis-jpg.120280/
- https://forum.thothub.tv/index.php?attachments/bpezw3e-jpg.120281/
- https://forum.thothub.tv/index.php?attachments/iu1057s-jpg.120285/
- https://forum.thothub.tv/index.php?attachments/ytmsneg-jpg.120291/
- https://forum.thothub.tv/index.php?attachments/ry-7-jpg.85548/
- https://forum.thothub.tv/index.php?attachments/ry-4-png.85560/
- https://forum.thothub.tv/index.php?attachments/ry-1-jpeg.85549/
- https://forum.thothub.tv/index.php?attachments/ry-1-jpg.85550/
- https://forum.thothub.tv/index.php?attachments/ry-1-png.85551/
- https://forum.thothub.tv/index.php?attachments/ry-2-jpeg.85552/
- https://forum.thothub.tv/index.php?attachments/ry-2-jpg.85553/
- https://forum.thothub.tv/index.php?attachments/ry-2-png.85554/
- https://forum.thothub.tv/index.php?attachments/ry-3-jpeg.85555/
- https://forum.thothub.tv/index.php?attachments/ry-3-jpg.85556/
- https://forum.thothub.tv/index.php?attachments/ry-3-png.85557/
- https://forum.thothub.tv/index.php?attachments/ry-4-jpeg.85558/
- https://forum.thothub.tv/index.php?attachments/ry-4-jpg.85559/
- https://forum.thothub.tv/index.php?attachments/ry-5-jpeg.85561/
- https://forum.thothub.tv/index.php?attachments/ry-5-jpg.85562/
- https://forum.thothub.tv/index.php?attachments/ry-5-png.85563/
- https://forum.thothub.tv/index.php?attachments/ry-6-jpeg.85564/
- https://forum.thothub.tv/index.php?attachments/ry-6-jpg.85565/
- https://forum.thothub.tv/index.php?attachments/ry-6-png.85566/
- https://forum.thothub.tv/index.php?attachments/ry-7-jpeg.85567/
- https://forum.thothub.tv/index.php?attachments/ry-7-png.85569/
- https://forum.thothub.tv/index.php?attachments/ry-8-jpeg.85570/
- https://forum.thothub.tv/index.php?attachments/ry-8-jpg.85571/
- https://forum.thothub.tv/index.php?attachments/ry-8-png.85572/
- https://forum.thothub.tv/index.php?attachments/ry-9-jpeg.85573/
- https://forum.thothub.tv/index.php?attachments/ry-10-jpg.85577/
- https://forum.thothub.tv/index.php?attachments/ry-9-jpg.85574/

- https://forum.thothub.tv/index.php?attachments/ry-9-png.85575/
- https://forum.thothub.tv/index.php?attachments/ry-10-jpeg.85576
- https://forum.thothub.tv/index.php?attachments/ry-10-png.85578/
- https://forum.thothub.tv/index.php?attachments/ry-11-jpeg.85579
- https://forum.thothub.tv/index.php?attachments/ry-11-jpg.85580/
- https://forum.thothub.tv/index.php?attachments/ry-11-png.85581/
- https://forum.thothub.tv/index.php?attachments/ry-12-jpeg.85582
- https://forum.thothub.tv/index.php?attachments/ry-12-jpg.85583/
- https://forum.thothub.tv/index.php?attachments/ry-12-png.85584/
- https://forum.thothub.tv/index.php?attachments/ry-13-jpeg.85585
- https://forum.thothub.tv/index.php?attachments/ry-13-jpg.85586/
- https://forum.thothub.tv/index.php?attachments/ry-13-png.85587/
- https://forum.thothub.tv/index.php?attachments/ry-14-jpeg.85588
- https://forum.thothub.tv/index.php?attachments/ry-14-jpg.85589/
- https://forum.thothub.tv/index.php?attachments/ry-14-png.85590/
- https://forum.thothub.tv/index.php?attachments/ry-15-jpg.85591/
- https://forum.thothub.tv/index.php?attachments/ry-15-png.85592/
- https://forum.thothub.tv/index.php?attachments/ry-16-jpg.85593/
- https://forum.thothub.tv/index.php?attachments/ry-16-png.85594/
- https://forum.thothub.tv/index.php?attachments/ry-17-jpg.85595/
- https://forum.thothub.tv/index.php?attachments/ry-17-png.85596/
- https://forum.thothub.tv/index.php?attachments/ry-18-jpg.85597/
- https://forum.thothub.tv/index.php?attachments/ry-18-png.85598/
- https://forum.thothub.tv/index.php?attachments/ry-23-png.85608/
- https://forum.thothub.tv/index.php?attachments/ry-19-png.85600/
- https://forum.thothub.tv/index.php?attachments/ry-20-jpg.85601/
- https://forum.thothub.tv/index.php?attachments/ry-21-jpg.85603/
- https://forum.thothub.tv/index.php?attachments/ry-21-png.85604/
- https://forum.thothub.tv/index.php?attachments/ry-22-jpg.85605/
- https://forum.thothub.tv/index.php?attachments/ry-22-png.85606/
- https://forum.thothub.tv/index.php?attachments/ry-25-png.85612/
- https://forum.thothub.tv/index.php?attachments/ry-32-jpg.85619/
- https://forum.thothub.tv/index.php?attachments/ry-39-jpg.85626/
- https://forum.thothub.tv/index.php?attachments/ry-38-jpg.85625/
- https://forum.thothub.tv/index.php?attachments/ry-44-jpg.85631/
- https://forum.thothub.tv/index.php?attachments/ry-45-jpg.85632/
- https://forum.thothub.tv/index.php?attachments/ry-47-jpg.85634/
- https://forum.thothub.tv/index.php?attachments/ry-48-jpg.85635/
- https://forum.thothub.tv/index.php?attachments/ry-51-jpg.85638/

- https://forum.thothub.tv/index.php?attachments/ry-58-jpg.85645/
- https://forum.thothub.tv/index.php?attachments/ry-59-jpg.85646/
- https://forum.thothub.tv/index.php?attachments/ry-54-jpg.85641/
- https://forum.thothub.tv/index.php?attachments/ry-72-jpg.85658/
- https://forum.thothub.tv/index.php?attachments/ry-64-jpg.85650/
- https://forum.thothub.tv/index.php?attachments/ry-79-jpg.85665/
- https://forum.thothub.tv/index.php?attachments/ry-77-jpg.85663/
- https://forum.thothub.tv/index.php?attachments/ry-83-jpg.85669/
- https://forum.thothub.tv/index.php?attachments/ry-92-jpg.85720/
- https://forum.thothub.tv/index.php?attachments/ry-88-jpg.85715/
- https://forum.thothub.tv/index.php?attachments/ry-107-jpg.85739
- https://forum.thothub.tv/index.php?attachments/ry-113-jpg.85784
- https://forum.thothub.tv/index.php?attachments/ry-122-jpg.85794
- https://forum.thothub.tv/index.php?attachments/d7ws_hxwkaantkc-jpg.88977/
- https://forum.thothub.tv/index.php?attachments/ry-115-png.85786/
- https://forum.thothub.tv/index.php?attachments/ry-74-jpg.85660/
- https://forum.thothub.tv/index.php?attachments/ry-73-jpg.85659/
- https://forum.thothub.tv/index.php?threads/ry-la-z.1906/
- https://forum.thothub.tv/index.php?attachments/ry-106-jpg.85738/
- https://forum.thothub.tv/index.php?attachments/ry-107-jpg.85739/
- https://forum.thothub.tv/index.php?attachments/ry-109-jpg.85741/
- https://forum.thothub.tv/index.php?attachments/ry-110-jpg.85742/
- https://forum.thothub.tv/index.php?attachments/ry-111-jpg.85743/
- https://forum.thothub.tv/index.php?attachments/ry-112-jpg.85745/
- https://forum.thothub.tv/index.php?attachments/ry-113-jpg.85784/
- https://forum.thothub.tv/index.php?attachments/ry-114-jpg.85785/
- https://forum.thothub.tv/index.php?attachments/ry-115-png.85786/
- https://forum.thothub.tv/index.php?threads/ry-la-z.1906/

120.    Several of these addresses (in particular, those that refer to "threads" in the URL) depicted more than one copyrighted work, in many cases dozens.

121.    Ryuu Lavitz utilized the Cam Model Protection service to submit multiple takedown requests regarding Thothub. Even when Ryuu Lavitz's works were removed from Thothub, the works reappeared on Thothub soon after.

122.   In May 2020, Ryuu Lavitz sent a complete DMCA notice to Cloudflare via its web portal. Cloudflare responded on May 11 that it "received your copyright infringement complaint regarding: thothub.tv." Like the response to McGehee, the response to Ryuu Lavitz stated that Cloudflare is a "pass-through security service" and that Cloudflare was "unable to process your DMCA complaint because it is missing one or more of the following required pieces of information," whereupon the response listed all of the statutory notice requirements from the DMCA.

123.   Ryuu Lavitz replied, again including the information that Cloudflare had said might be missing from the notice. Cloudflare did not respond.

**D. Publication of Plaintiffs' Works on Thothub Caused Plaintiffs Harm.**

124.   The unauthorized publication of Plaintiffs' copyrighted works on Thothub has caused them harm. This harm includes both pecuniary harm (such as lost subscription fees and reasonable royalties) and non-pecuniary harm (such as damage to Plaintiffs' businesses, honor and reputations).

125.   Regarding pecuniary harm, the unlawful publication of Plaintiffs' works has deprived them of subscription fees that they otherwise would have received for access to these works. For example, as one commenter said, it was not "worth it" to subscribe to Waidhofer's accounts because her works were available for free.

126.   Plaintiffs have also been deprived the value of a reasonable royalty for use of their copyrights. In a hypothetical negotiation regarding use of their works on Thothub, Plaintiffs would have required, at minimum, an amount commensurate with

what Plaintiffs would have received in fees and royalties for allowing the same number of persons to view their works on the Licensed Sites.

127.   Because Plaintiffs' works were distributed to a much larger audience on Thothub (compared with on the Licensed Sites), Plaintiffs did not have any control over who had access to their works on Thothub (as they did on Licensed Sites), and Plaintiffs could not control the setting and context for their works on Thothub (again unlike the Licensed Sites), in a hypothetical negotiation of a reasonable royalty for use of the works, Plaintiffs would have required a substantial premium in order to allow their works to be displayed and distributed on Thothub.

128.   Plaintiffs have also suffered harm to their businesses as a result of the infringement.  For instance, the publication of Plaintiffs' works alongside pornographic works on Thothub has had an adverse impact on Plaintiffs' modeling careers, advertising and promotional businesses, and/or merchandising.

129.   Plaintiffs have also suffered reputational and business harm as a result of their names and likenesses (which are known to hundreds of thousands or millions of people) being used without their permission on Thothub.

130.   Plaintiffs have also suffered harm to their personal honor and reputation. Whereas only a limited number of people had access to Plaintiffs' works through the Licensed Sites and Plaintiffs had control over access, as a result of the publication of their works on Thothub, millions of people have now seen the works.

131.   Rather than having control over the setting and display of their works and body, how these are displayed, and to whom they are displayed, Plaintiffs' works and bodies were displayed on Thothub to millions of unknown viewers alongside pornographic content. The different setting for the display of Plaintiffs' works had a significant effect on how the works and Plaintiffs themselves were perceived, which in turn negatively affected Plaintiffs' honor and reputation.

132.   In addition, Waidhofer has suffered particular harm as the result of the publication of the unpublished semi-nude photographs. Waidhofer never intended to publish nude or semi-nude photographs. If she ever decided to do so, she had the right to determine when, how, to whom, and for what price. Waidhofer's unpublished semi-nude photos were published on Thothub without her consent. Now those photos are widely available across the Internet and have been seen by millions.

133.   While Plaintiffs have suffered harm, the Operators benefitted from the use of Plaintiffs' works, including through advertiser commissions.

134.   The Advertisers also benefitted from the unlawful use of Plaintiffs' content as a result of sales and leads generated through their affiliate, Thothub, including specifically from pages featuring Plaintiffs' copyrighted works.

**E. Thothub Features Creator Content Stolen from the Licensed Sites.**

135.   As noted above, Thothub was a website that was billed as "the home of daily free leaked nudes from the hottest Onlyfans, twitch, youtube, patreon models

and streamers." This description was in the text for the first search result on the Google search engine for the query "Thothub."

136.   As one leading reviewer of online adult entertainment put it: "Thot Hub [sic] is the perfect place for all of you who like to enjoy thots showing you all of their goods but don't like paying for it." This language appeared in the text for the second search result on the Google search engine for the query "Thothub."

137.   The review went on to say of Thothub: "Sure, you can see some highlights on the website where the thots (that hoe over there) are actually doing their live cam show, but you don't have to end up paying top puck in order to watch those. Instead, there are sites that take those videos and present them to you for free. One such site is Thothub.tv." The review then reiterated in large font that Thothub offered "[f]ree content that you'd otherwise have to pay for."

138.   The Thothub homepage featured links to photo and video sets of various women, with each link showing thumbnail screenshots from the content available through the link. These links were regularly updated, usually multiple times per day, with new stolen content that Thothub's members had acquired from behind the paywall of Licensed Sites (as explained in further detail below).

139.   In the desktop version of Thothub, links were generally arranged in three columns, with three rows visible in the frame before scrolling. In addition to the desktop version, Thothub also had a mobile version.

140.   Clicking on any of the content links took the user to a separate Thothub webpage where creators' works from the Licensed Sites appeared.

141.   The vast majority of the content on Thothub was stolen from the Licensed Sites. For example, between June 8 and July 8, 2020 alone, there were at least 208 new posts on the Thothub homepage that remained live as of July 8. Of those, 146 showed works from OnlyFans, and 49 showed works from Patreon. Thus, over 90% of this content was from the Licensed Sites.

142.   In addition to the stolen content, Thothub offered a small amount of so-called "verified" content. In order to become "verified," according to a statement on the Thothub website, a model had to provide "a demo image/video set and a link to one of [her] preferred monetization pages" and had to submit a "photo of [herself] holding up a sign with [her] username and thothub.tv written on it" in which "most of [her] face" was visible, among other requirements.

143.   But only a small fraction of the content on Thothub was "verified." For example, out of the 208 posts that appeared on the homepage between June 8 and July 8, 2020, only seven indicated that the content was "verified." In total, based on the number of linked sets that appeared under the "Verified" tab on the Thothub homepage, there were only 38 "verified" posts in Thothub's entire history.

144.   The vast majority of the content that appeared on Thothub was "unverified." All or nearly all of this content was unauthorized (infringing).

145.   One of the tabs at the top of the Thothub homepage read "A-Z." Clicking this link pulled up an alphabetized glossary of some creators whose works appeared on Thothub. Clicking on any name in the glossary led to a separate Thothub page where content from the selected creator appeared. As of July 2020, there were 563 different women listed, including Waidhofer and McGehee.

146.   Thothub did not have authorization to display these works. In recognition of that, Thothub's homepage stated in a footer note: "THOTHUB.TV IS A PARODY. IT PROVIDES AN AUTOMATIC STREAM OF CONTENT SENT IN FROM E-GIRLS." This falsely asserts that the content was "sent in from e-girls."

147.   The stolen works that appeared on Thothub were not, and could not reasonably be characterized as, parodies. As one adult entertainment reviewer explained matter-of-factly in reviewing Thothub: "At the very bottom of ThotHub.tv you'll see the claim that the website is a 'parody': I don't think they know what that word means because all of the stuff I'm seeing here is 100% real."

**F. The Operators Exercised Authority and Control on Thothub.**

148.   The Operators' statements on Thothub indicated that they exercised authority and control over the Thothub site and community, that they had the ability to grant or restrict access to site features or content, that they had the right and ability to control content on Thothub, that they entered into contracts related to Thothub (including with the Advertisers through CrakRevenue and service providers like

41

Cloudflare), and that they had access to the background technical infrastructure, computer systems, and servers used to operate Thothub.

149. The Operators communicated with other users on Thothub through an online "forum" on the site. The forum could be accessed through a tab at the top of the homepage labeled "Forums" or at http://forum.thothub.tv.

150. In the forum, registered users could post messages under a username. Some users' handles indicated that they had attained particular status on the site. For example, the handles identified certain senior users as a "Moderator," "High Roller," or "VIP," among other titles. On the other hand, newer users on the site had less prestigious titles such as "Lurker," "Starter," or "Member."

151. The username for each of the Operators indicated that the unidentified individuals behind those usernames had attained certain status in the Thothub organization. In particular:

- "Captain Thotcakes" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "Teller" indicated that he/she was a "Moderator" and "High Roller";

- "GOD" indicated that he/she was a "Founder," "High Roller," and "Father of All";

- "Ironman891" indicated that he/she was "The Pit Crew" and a "High Roller";

- "Merchant" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "Cityzen7" indicated that he/she was a "Moderator" and "High Roller";

42

- "Vassar" indicated that he/she was part of "The Gang," a "Moderator," "High Roller," and "VIP";

- "Azrael" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "Ewoklove" indicated that he/she was a "Thot Master" and "High Roller";

- "RealAccount" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "Nick7712" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "Swix" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "Nudeleaks" indicated that he/she was part of "The Gang," "Moderator," and "High Roller";

- "Tallie" indicated that he/she was part of "The Gang";

- "Bigsausagestromboli" indicated that he/she was a "Moderator" and "High Roller";

- "TonyStark420" indicated that he/she was a "Moderator" and "High Roller";

- "Thighdeologist" indicated that he/she was a "Moderator" and "High Roller";

- "El Drago" indicated that he/she was a "Moderator" and "High Roller";

- "De_sercier" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "SWEDISH CHEF" indicated that he/she was a "Moderator," "High Roller," and "VIP";

- "FatherofSlain" indicated that he/she was a "Thot Elder" and "High Roller."

152.   The Forum contained several separate sub-forums, including (a) "Thothub News"; (b) "Verified models"; (c) "The pit – Where new users are welcomed"; and (d) "Tech Support," among others.

153.   In the category "Thothub News," there were several messages in which the Operators imposed rules and discussed technical issues related to Thothub.

154.   For example, in one pinned message dated June 13, 2019 entitled "Community Guidelines Update 2020. READ ME!" the Operator, Teller, wrote:

> Hello everyone, with growth comes an official guidelines manual for all of you and the mods. We feel it is time to get a couple of willing people on board to make sure this place doesn't turn into a spam fiesta. Adherence to these guidelines shall be determined at the sole discretion of thothub.tv and the forum moderators. Keep in mind that your ability to use the forums is a privilege, not a right. …
>
> There will never be thread removal discussions, we have the right to remove any and all content on thothub.tv for any reason we deem necessary.

155.   This post went on to describe a "Warning Points" system under which Thothub users were subject to sanctions for violating the Operators' rules. Among those sanctions, users who received "2 warning points" were sanctioned with "limited posting and access"; users who received "3 warning points" received a "[t]emporary ban of 1 month"; users who received "4 warning points" were sanctioned such that

their "connection will be slowed down and dropped occasionally"; and users who received "5 warning points" received a "[p]ermanent ban."

156.   Another pinned message in the "Thothub News" discussion board entitled "Welcome to the thothub.tv forums! Rules and Features inside – read me!" by Teller dated April 14, 2019, provided an explanation for the titles in the Thothub organization and how those titles were attained. This message explained that Thothub members and users could attain higher status by receiving "likes" from longer-standing members regarding their posts of stolen content.

157.   The user's title depended on how many likes the user's posts received. For example, at "25 likes," the user would become a Thothub "Member" with "[a]ll functionality unlocked" on the site. At "600 likes," the user would become a "Thot Master/High Roller" and receive "access to the private high roller rooms."

158.   Other posts indicated that the Operators operated Thothub's computer systems. For example, on May 28, 2020, Teller posted that the site would be down "[d]ue to hardware malfunction." Similarly, on August 4, 2019, Teller wrote a post stating that the "main page is offline due to technical issues in our datacenters." On June 19, 2019, Teller wrote a post in which he stated that "[b]oth the main website and forums were down for 1 minute for much needed upgrades (extended storage and extra CPU cores to further increase speedy user experience)." On June 13, 2019, Teller wrote a post in which he stated that "[p]eople might experience a couple of clips being offline as one of our video servers crashed today, we are working hard on

getting it back online soon." There were many other messages in which Teller provided information about various technical issues or improvements.

159.   Thothub included a "Contact Us" form that could be accessed through a link in the header and/or footer of the site, and at times there was also a contact email address listed on the site. However, Thothub's operators routinely ignored takedown requests from individual creators sent through these avenues.

160.   For example, Waidhofer submitted at least three takedown requests to Thothub, both via email and via Thothub's online form. She received no response to these requests, and her photos remained on Thothub for many months afterwards until the site was shut down after this lawsuit was filed.

161.   Cam Model Protection submitted many takedown notices to Thothub on behalf of McGehee and Ryuu Lavitz. However, the works reappeared right away.

162.   A Reddit user named "throwawayonlyfan" posted earlier this year that she had "copyrighted" OnlyFans photos that sell "for a set price." She continued: "These have in the past few months been leaked on a website called thothub.tv. The website is well known to ignore all copyright infringement takedowns, emails, complaints. I sent several dmca requests beginning in November [2019], all have been ignored. … I've reported the comments over and over, and emailed begging the website again to at least take my personal info down, but they're still ignoring."

**G. Thothub Was Built Through Criminal Copyright Infringement.**

163.   Users could only become members of Thothub, and therefore gain access to the full set of content and features on the site, if they made "qualifying contributions" of stolen works. Qualifying contributions were expressly defined by the Operators as paid content from the Licensed Sites that was not publicly available and not already available on Thothub.

164.   In order to count as "qualifying contributions," user submissions had to be validated by "likes" from longer-standing members of Thothub.

165.   In a pinned post from May 11, 2020 entitled "WELCOME – READ ME FIRST !! (I'll Explain Everything)" that appeared in the "The Pit – Where new users are welcomed" sub-forum (often referred to on Thothub as the "Pit"), Captain Thotcakes "explain[ed] everything" about how Thothub operated.

166.   The body of the message stated that "a new user (Lurker)" would "have limited access to the forums and features of the website" until the new user "post[ed] a contribution in here on this beginners board (Called the Pit) and [got] some LIKES from an experienced member," at which point the user's "rank [would] increase and the forums and features [would] unlock." The message also made clear that "Lurkers and New Members can not [sic] give LIKES in The Pit, only members ranked above Thot Master will be able to approve your contributions."

167.   The message also made clear that the Operators were "looking exclusively for PAID material / LEAKED photos and vids / PREMIUM content." The

message clarified that this was "[s]tuff that's not easily available to the public / or is locked behind a paywall / subscription." As "[e]xamples" of such content, it specifically mentioned "Patreon" and "Onlyfans" first.

168.   The message also made clear that content that was already in the public domain or on Thothub would not constitute "qualifying contributions." In particular, "[t]hings that will NOT qualify might be … [p]ublic social media material … [a]ny mainstream or public professional nude modeling sets … [and] [r]epeat material."

169.   The message explained that the new user must post a significant amount of infringing content in order to become a Thothub member, including "at **least** 8 to 10 pics – a FULL album, a SET, a gallery, or a collection of photos from a model that you follow so that you can gain access to the rest of the site."

170.   The message also noted that "[e]verything in here will be moved to the graveyard subforum" four days after it is posted and that, in the intervening time, "high ranked members will pass by to evaluate your contribution and invite you in." In order to access the "graveyard subforum," a user had to be a Thothub member.

171.   The Operators also routinely solicited paid content of specific creators, which they referred to as "bounties." If aspiring Thothub members delivered the requested stolen content, they could become members.

172.   In the "Pit" sub-forum, there were five pinned tweets devoted to bounties created by various Operators. The posts included (1) "Trying to get out ? Take a look here for Like" by ironman891; (2) "Want out of the Pit? Need a like? Here are some

48

ladies I am looking for!" by ewoklove; (3) "So you need likes to get out of the pit. Here are models that you can post full sets of here in this thread from Patreon" by TonyStark420; (4) "The Pit Bounty Board – Lurkers check here to see what you should post to get out of the pit" by Vassar; and (5) "LIST of 60 Models That Have Onlyfans Starting at $3" by Captain Thotcakes.

173.   In the post entitled "Trying to get out ? Take a look here for a Like," the Operator "ironman891" stated: "If some of you have PAID content for that model's them [sic] post them and will be able to leave the Pit." He notes that "when [you] create a new post here don't forget to tag me @ironman891 or @Cityzen7." The post then listed sixteen creators from the Licensed Sites whose works he sought.

174.   Subsequent posts in the same thread, continuing for several months, indicated that Ironman891 continually updated the post to add new creators.

175.   In the post entitled "Want out of the Pit? Need a like? Here are some ladies I am looking for!" the Operator "ewoklove" wrote: "If you are looking to get out of the pit and have any of these, tag me and I'll give you a like." Ewoklove listed eight creators. One user responded by posting "all the current content" on the "onlyfans account" for a creator from the original post, with the message that "I hope this is enough to get me out of the pit." Ewoklove responded: "Oh wow! Yes it is! This is more than fantastic! Thank you. Please keep sharing material!"

176.   When a different user offered photos from a creator's public Instagram, Ewoklove responded: "man, I appreciate the effort. But it takes more than ripping free

stuff off her Instagram. Do you have any of her premium content?" When yet another user posted paid content, Ewoklove wrote: "This is gold! Thank you! And welcome, we are happy to have you as part of the community. Please continue to post!"

177.   In the post entitled "So you need likes to get out of the pit. Here are models that you can post full sets of here in this thread from Patreon," the Operator "TonyStark420" wrote: "So you want out of the pit. Post full sets of these Models linked below, and I will make sure you get likes. Models can and will be changed from time to time." He listed several creators from Patreon.

178.   In the post entitled "The Pit Bounty Board – Lurkers check here to see what you should post to get out of the pit," the Operator "Vassar" wrote: "Lurkers – check this main post for bounties. Create a new post and tag the user that posted the bounty when you share their content." The message then listed dozens of creators from the Licensed Sites under the heading "Bounties."

179.   Finally, in the post entitled "LIST of 60 Models That Have Onlyfans Starting at $3," the Operator Captain Thotcakes explained that infringement was the only way to become a Thothub member. He wrote: "We keep getting the question from New Users: 'Can I just pay for a Operatorship / Donate to get off Lurker status??' Unfortunately we don't have an option for that at the moment – HOWEVER – I have hunted down over 60 girls that have super inexpensive content on Onlyfans. You can use the money instead, to sub to any of them, then post your content here!! ((BOOM – YOU'RE OUT OF THE PIT JUST LIKE THAT!! ))."

180.   By subscribing to one "super inexpensive" OnlyFans creators' accounts and stealing that creator's paid content, Thothub users could thus gain access to an extensive library of other stolen content from the Licensed Sites.

181.   The Operators also encouraged and assisted Thothub users in evading copyright enforcement. For instance, in a pinned post on the forum entitled "How to: DMCA-proof your picture and video uploads," users were advised of tools and methods they could use to upload stolen content and evade enforcement.

## H. The Infringement Generates High Traffic on Thothub.

182.   As of the afternoon of July 27, 2020, the Thothub site stated in a box labeled "Forum statistics" that it had 1,098,477 "members." By the time Thothub shut down, it had more than 1.1 million members.

183.   According to web traffic analytics, as of July 2020, Thothub was the 1,197th most trafficked domain on the Internet, the 110th most popular domain in the "Adult" category, and the 655th most trafficked domain overall for U.S. users.

184.   Metrics such as overall traffic, clicks per visit, total clicks, and average duration of visit are common factors used to assess website value and advertising costs. In June 2020, according to SimilarWeb data, Thothub received approximately 24.67 million total visits with an average of 8.58 clicks per visit, for a total of more than roughly 211,668,600 clicks in that month alone. Approximately 33.38% of the June 2020 traffic on Thothub was from the United States.

185.   Similarly, in December 2019, the site generated nearly 24 million visits from over 5.5 million unique visitors. On average, each visit resulted in more than 8 clicks per visit, equating to roughly 200,000,000 clicks in that month.

186.   As explained below, Thothub's operators sold advertising space on Thothub to the Advertisers through CrakRevenue and earned kickbacks (commissions) from leads and/or sales generated through clicks on advertiser ads.

## I. Cloudflare Infringes and Contributes to Infringement on Thothub.

187.   Cloudflare provided certain services for Thothub that enabled the distribution of copyrighted works, stored copyrighted works on Cloudflare's network, off-loaded huge amounts of traffic from Thothub's home servers (thus allowing wider distribution and preventing crashing), shielded Thothub from discovery by copyright owners and law enforcement, and protected Thothub from cyberattacks.

188.   Cloudflare's business, as described on its website, includes "[u]ltra-fast static and dynamic content delivery," "[i]ncreased agility and control over how content is cached," and "[b]uilt-in unmetered DDoS [distributed denial of service] protection." Cloudflare's marketing states that storing content on Cloudflare's network reduces the need to source content from the origin.

189.   Cloudflare provides services to both paying and non-paying customers. On information and belief, Thothub was a paying-customer site.

190.   Cloudflare offers different paid service plans. Its "Business" plan, which it advertises as "ideal for small businesses operating online," starts at $200 per month. Prices for these plans fluctuate month to month based on usage.

191.   Meanwhile, Cloudflare's "Enterprise" plans are "for mission-critical applications that are core to your business," and include "advanced security, performance and reliability features."

192.   There is no set price for Enterprise plan services. Rather, customers must "Ask for Quote" for an Enterprise plan. Cloudflare salespersons create bespoke cost structures for each Enterprise plan customer based on numerous factors.

193.   Consultations for "Enterprise" plans typically take place over the phone between customers and Cloudflare representatives. A Reddit user named "FTMayor" wrote: "I work on the Cloudflare sales team and can tell you that every org interested in an enterprise plan receives a custom quote – hence the preference for a phone call. Even if it's only 10-15min, being able to dive a little bit deeper into your current usage and goals helps immensely to tailor the plan to your organization's needs."

194.   In performing services for Thothub, Cloudflare has copied, stored, and distributed copies of the Plaintiffs' copyrighted works.

195.   Cloudflare stored much of Thothub's site, including pages featuring Plaintiffs' copyrighted works, for extended periods on its servers across the country. When a user in the United States sought to access these pages, Cloudflare delivered the content directly to the user from the nearest Cloudflare data center. In most cases,

Cloudflare did not need to retrieve this content from Thothub's servers before delivering it because the content was already on Cloudflare's servers.

196.   By storing Thothub content on Cloudflare's network, Cloudflare offloaded a lot of traffic from Thothub's servers. If this traffic had been directed to Thothub's servers rather than offloaded to Cloudflare's network, Thothub's servers likely would have been overrun and crashed. As a result, Thothub would not have been able to operate effectively, and certainly not on such a large scale.

197.   At all or nearly all times that Cloudflare provided services for Thothub, the most commonly accessed pages—such as the homepage, the A-Z glossary, and the infringing content (including Plaintiffs' works) that appeared on Thothub's main and featured pages—were stored on Cloudflare servers.

198.   Even if Thothub's home server had crashed, in many cases, the end-user could still receive the infringing content from Cloudflare.

199.   Cloudflare's account dashboard, which is available to its customers, provides detailed metrics about exactly how much traffic was offloaded from the customers' home servers to Cloudflare's network. It also provides detailed metrics about the volume and nature of traffic on the customers' sites.

200.   In circumstances where a user sought Thothub content not already stored on Cloudflare's servers, Cloudflare retrieved the content from Thothub's servers then provided it to the user. The content then remained on Cloudflare's servers. If another

user requested the content, Cloudflare delivered it directly without having to retrieve the content from Thothub again.

201. Publicly available records from Whois showed that Cloudflare servers were the "name servers" for the Thothub site. These servers received all user requests to access or view Thothub. The Whois Report states that the IP Location for Thothub was "Cloudflare Inc."; that the autonomous system number (ASN) was "AS13335 CLOUDFLARENET"; and that the server type was "cloudflare."

202. The Whois Report also showed that the specific URLs where Plaintiffs' works were displayed on Thothub were supported by Cloudflare.

203. Users could not access Thothub except through Cloudflare. Cloudflare offers a service called an "Argo Tunnel" which Cloudflare's website says "creates an encrypted tunnel between [the customer's] origin web server and Cloudflare's nearest data center—all without opening any public inbound ports. … After locking down all origin server ports and protocols using your firewall, any request on HTTP/S ports are dropped, including volumetric DDos attacks."

204. The Argo Tunnel ensures that the only way to access the customer's servers is through Cloudflare. All other public-facing "ports" (outlets) on the customer's server are blocked.

205. Cloudflare's Argo Tunnel is a paid service that costs $5 per month and then $.10 per GB transferred (after the first 1 GB) for most Cloudflare plans. Given

55

the volume of data transferred on Thothub, this service would likely have cost at least several thousand dollars each month for Thothub.

206.   On information and belief, Cloudflare set up an Argo Tunnel for Thothub. The only way in or out of Thothub's server(s) was via Cloudflare, except one port (Port 8443) reserved for administrators. All public traffic accessing Thothub was directed through Cloudflare. Even if a user knew Thothub's home server IP address and tried to access Thothub's server directly, the user would receive an error message saying that the server could not accept any traffic.

207.   If Cloudflare had "closed" the Thothub tunnel (and ceased delivering Thothub content that Cloudflare already had stored on its servers), as a practical matter, Thothub would no longer have been available on the Internet.

**J. Cloudflare Protects Pirates and Covers Up Its Own Infringement.**

208.   Cloudflare has carved out a competitive niche by serving illegal pirate sites that other large CDN companies like Akamai Technologies would not.

209.   Cloudflare has been called "Artist Enemy #1" and a "key player in the piracy ecosystem."[4] According to a 2018 European Commission report (the "E.U. Report")[5] regarding entities that threaten intellectual property rights: "Cloudflare is

---

[4] *See* The Trichordist, "2019 Artist Enemy #1: Cloudflare." (Jan. 1, 2019), available at
https://thetrichordist.com/2019/01/01/2019-artist-enemy-1-cloudflare/.

[5] The E.U. Report is available at:
http://trade.ec.europa.eu/doclib/docs/2018/december/tradoc_157564.pdf.

used by approximately 40% of the pirate websites in the world. It operates as a front host between the user and the website's back host, routing and filtering all content through its network of servers. Out of the top 500 infringing domains based on global Alexa rankings, 62% (311) are using Cloudflare's services."

210.  The E.U. Report also notes that "Cloudflare provides anonymity to the owners and operators of the websites that use its services, which is particularly useful for the operators of pirate websites. If the website uses Cloudflare, the IP address of the back host is replaced by one of CloudFlare's dedicated IP addresses and is therefore no longer ascertainable and Cloudflare reportedly does not easily provide information on the IP address of the back host."

211.  Cloudflare specifically markets to customers who want to conceal their IP, including illegal pirate sites. As Cloudflare states in its marketing: "Cloudflare will mask your IP." As a result of this masking, when copyright owners look for information about Cloudflare customers on standard Whois lookup services, there is no information about the customer's IP address available.

212.  The word has gotten out among pirates that Cloudflare will protect them and ignore repeat infringement. In 2019, approximately 44.7% of all copyright-infringing URLs reported to Google were run through Cloudflare's servers.

213.  By interposing itself between copyright holders and Thothub, Cloudflare inhibited copyright enforcement. Indeed, this was one of the most valuable services that Cloudflare did for Thothub. As the Recording Industry Association of America

noted in a memo to the U.S. Trade Representative: "More and more pirate sites employ reverse proxy services, most commonly Cloudflare, to obfuscate their IP address, creating obstacles to enforcement against such sites."[6]

214. Cloudflare's "Transparency Report" says that it is "not Cloudflare's intent to make law enforcement's job axny [sic] harder, or easier" and that Cloudflare has "never done" the following: (a) "turned over our encryption or authentication keys or our customers' encryption or authentication keys to anyone"; (b) "installed any law enforcement software or equipment anywhere on our network"; (c) "provided any law enforcement organization a feed of our customers' content transiting our network"; (d) "modified customer content at the request of law enforcement or another third party"; (e) "modified the intended destination of DNS responses at the request of law enforcement or another third party"; or (f) "weakened, compromised, or subverted any of its encryption at the request of law enforcement or another third party."

215. In stating that Cloudflare has not done these things, Cloudflare implies that it has the ability to do them. For instance, Cloudflare could provide law enforcement a feed of customers' content on its network, or it could modify customer content. However, Cloudflare chooses not to do so for business reasons.

---

[6] *See* Recording Industry Association of America, Letter to Acting Ass't U.S. Trade Rep. for Innovation & Intellectual Property, at 4 (Oct. 2, 2017), available at: https://docplayer.net/61248917-October-2-in-re-docket-no-ustr-dear-ms-kendall.html.

216.   Trey Guinn, Cloudflare's head of solution engineering, admitted that there are "many ways in which [Cloudflare] may modify content of a site."

217.   Cloudflare also will not voluntarily respond to "requests for information that might be used to identify a Cloudflare customer" and "requires valid legal process such as a subpoena or a foreign government equivalent of a subpoena before providing this type of information to either foreign or domestic law enforcement or civil litigants." Thus, Cloudflare impedes enforcement efforts against pirates.

218.   Regardless of how many infringement notices it receives and how well-founded those notices are, Cloudflare does not take any steps to ensure that infringing content is removed from its customer's site, nor does Cloudflare take steps to prevent its servers from being used to copy and distribute the noticed infringing content. Instead, Cloudflare continues to deliver the infringing content to users while falsely telling the person complaining of infringement that it is merely a "pass-through" service and can do nothing to prevent the infringement.

219.   Cloudflare has received numerous takedown requests related to Thothub. Per its usual practices, when it received a complaint about Thothub, Cloudflare responded with form letters denying responsibility, misrepresenting the services it performed, denying its ability to prevent the infringement, and failing to provide contact information for its customer, while continuing to serve Thothub.

220.   On information and belief, Cloudflare has received hundreds of takedown notices from creators on the Licensed Sites related to Thothub.

221.   The Reddit user "throwawayonlyfan" wrote earlier this year that she sent an infringement notice to Cloudflare about Thothub, "but [C]loudflare passed my details and complaints onto the true host of the site." It did nothing more.

222.   As explained above, Cloudflare also received DMCA takedown notices from McGehee beginning in September 2019 and from Ryuu Lavitz in May 2020. Cloudflare did not take any action to curtail the infringement after receiving these notices. Instead, Cloudflare brushed off the notices and continued to make and distribute unlawful copies of the works identified in those notices.

223.   Before filing this lawsuit, Waidhofer (through her attorneys) notified Cloudflare in writing about Thothub's ongoing infringement of her copyrights. That letter was dated and delivered on or about July 10, 2020.

224.   Prior to receiving the takedown notice from Waidhofer, Cloudflare was storing many of Waidhofer's copyrighted works—including all of the photos and the composite video featured on the Thothub page entitled "NIECE WAIDHOFER NUDE ONLYFANS LEAKED VIDEO AND PHOTOS" and the works on the page entitled "NIECE WAIDHOFER PATREON SEXY PHOTOS"—on its servers. Waidhofer's letter specifically identified this as infringing content.

225.   After receiving the takedown letter from Waidhofer, on or about July 29, 2020, Cloudflare deleted stored copies of Waidhofer's works on Thothub from its own servers. On information and belief, these copies of Waidhofer's copyrighted works were intentionally deleted through a non-automated process.

226.   Then, as discussed above, Cloudflare responded to Waidhofer's letter on August 7, 2020, falsely asserting that Cloudflare provides services "on a pass-through basis." On information and belief, Cloudflare intentionally deleted copies of Waidhofer's content on Thothub after receiving Waidhofer's letter in order to conceal the true nature of its activities and services with respect to Thothub.

227.   Although it deleted copies of the copyrighted works that were stored on its servers, Cloudflare continued to enable the infringement by delivering the same infringing content from the same URLs to users via its proxy service.

228.   When Thothub stopped operating shortly after this lawsuit was filed, users who attempted to visit Thothub received an error message entitled "Error 521" from Cloudflare indicating that Cloudflare was still "[w]orking" and that Thothub's "web server [was] not responding." Cloudflare was still providing service for Thothub, even after this suit was filed and Thothub itself had shut down.

**K. Cloudflare Continues to Serve Many Similar Pirate Sites.**

229.   After Thothub shut down in the days following this lawsuit, several other copycat pirate sites emerged or grew larger in its place. For example, one similar pirate site—which is available at www.sexy-egirls.com—claims to have obtained approximately 100,000 new members in the week after Thothub shut down.

230.   Like Thothub, these pirate sites traffic almost exclusively in works stolen from the Licensed Sites and other similar sites. And like Thothub, these sites are open and notorious about the fact that they specialize in infringing content.

61

231.   The following is a non-exhaustive list of pirate sites (the "Other Cloudflare-Serviced Pirate Sites") similar to Thothub:

- www.sexy-egirls.com ("Sexy E-Girls")
- www.sexy-youtubers.com
- www.socialmediagirls.com
- www.3x.wtf
- www.dirtyship.com
- www.ibradome.com
- www.influencersgonewild.com
- www.leaknudes.com
- www.lewdweb.net
- www.nudes7.com
- www.nudostar.com ("Nudostar")
- www.OnlyLeaks.me
- www.onlythots.com
- www.prothots.com
- www.thefappeningblog.com
- www.thotbook.tv
- www.thots.tv
- www.thothub.ru[7]
- cyberdrop.me (a file-hosting service) ("CyberDrop")

232.   Each of these sites unlawfully copies Plaintiffs' copyrighted works, as well as those of many other creators on Licensed Sites. And each of these sites exists for the purpose of committing copyright infringement.

233.   One common thread for all these sites is that all are Cloudflare customers. The Whois report for each of these sites lists Cloudflare servers as the

---

[7] This site appears to be a nearly direct copycat of Thothub, using a similar name and employing very similar web design, formatting, and infringing content as Thothub.

"name servers" for these sites. This means that, as it did for Thothub, Cloudflare stores, copies, and delivers all infringing content for these sites.

234.   Earlier this year, Ryuu Lavitz and McGehee sent takedown notices to Cloudflare related to several of the sites listed above. These notices were sent via mail to Cloudflare's DMCA Designated Agent, Justin Paine, and via Cloudflare's abuse notice email address. To date, Cloudflare has only responded to a few.

235.   Regarding Ryuu Lavitz's notice about Sexy E-Girls, which identified dozens of URLs within that domain that contained Ryuu Lavitz's infringed works, Cloudflare acknowledged the complaint but said, in familiar misleading language, that it is a "pass-through security service." The letter also stated that Cloudflare would "only provide the IP of sexy-egirls.com to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com."

236.   Regarding Ryuu Lavitz's notice about Cyberdrop, Cloudflare again said that it is merely "a reverse proxy, pass-through security service." It also falsely claimed that it was "unable to process your DMCA complaint because it is missing one or more of the following required pieces of information," and then listed all of the DMCA statutory notice requirements without explanation.

237.   Regarding McGehee's notice about Nudostar, Cloudflare responded with the same form letter falsely claiming that the notice was deficient.

238.   Cloudflare has not responded to the other takedown notices. Plaintiffs' infringed works remain on these Other Cloudflare-Serviced Pirate Sites.

239.   Cloudflare admits on its website that it has the ability, "[i]n appropriate circumstances [to] disable access to Cloudflare services or terminate the accounts of users determined to be repeat infringers." But Cloudflare has not implemented a reasonable repeat-infringer policy. Cloudflare does not have reasonably adequate protocols, policies, or metrics for addressing repeat infringement by customers, and it does not take reasonable action after being notified about repeat infringement. Cloudflare apparently has no established policy to follow up on infringement notifications to determine whether the infringing content was removed from the customer site. And Cloudflare takes no steps to prevent the infringing content from continuing to be copied and distributed on its servers, even after notice.

240.   Despite serving most of the world's top pirate sites, on information and belief, Cloudflare has *never* voluntarily terminated services (without having been sued) to a customer for repeat copyright infringement.

241.   Cloudflare has, however, voluntarily terminated services for other customer sites, including the American Neo-Nazi group Daily Stormer and the conspiracy website 8chan. Cloudflare's CEO Mr. Prince decided to terminate Daily Stormer because he was "in a bad mood," believed "the people behind the Daily Stormer are assholes," and "decided to kick them off the Internet." Despite having the ability to "kick [customers] off the I\nternet," Cloudflare continues to provide service and contribute materially to infringement by many notorious pirate sites even after being notified of their rampant copyright infringement.

**L. The Advertisers Materially Contribute to Infringement on Thothub.**

242.  The Advertiser are adult content creators and/or distributors that provided financial and managerial support for Thothub pursuant to a so-called "affiliate marketing" relationship through the Advertisers' agent, CrakRevenue.

243.  As part of the affiliate marketing relationship, the Advertisers' ads appeared on all or nearly all Thothub pages that contained infringing content. Thothub's owners received a commission for each lead and/or sale generated through the ads on Thothub. On information and belief, these commissions were paid via CrakRevenue in the form of cryptocurrency to prevent detection and inhibit enforcement related to copyright infringement on Thothub.

244.  The revenue that derived from these commissions was necessary to pay for services that allowed Thothub to distribute infringing material to a large audience. One of the primary Operators, Teller, stated in a forum post that he knew of no other way for Thothub to distribute the content without this advertising revenue.

245.  The Advertisers' advertisements on Thothub were not static images on Thothub. For example, the Chaturbate links were a direct feed into a live webcam session on Chaturbate. The link showed live video of a female performer on Chaturbate. Clicking on the link (*i.e.,* on the image) took the user directly into a live webcam session with the depicted performer. The link did not indicate on its face that it was for Chaturbate; rather, it appeared as Thothub-affiliated content.

246.   Each time the Thothub page was refreshed, a different Chaturbate live webcam feed would appear on the page, each time linking to a different Chaturbate live webcam session (occasionally repeating feeds that had previously been displayed). The connection between Chaturbate and Thothub's content networks appeared to be dynamic, continuous, and updated in real time.

247.   Chaturbate live-feed advertisements also appeared on the Thothub homepage alongside other Thothub featured posts. As with the others, the Chaturbate link appeared to be Thothub-affiliated content.

248.   Meanwhile, the BangBros advertisements on Thothub contained graphic images of short clips (each a fraction of a second long) from scenes from BangBros adult content that cycled repeatedly. Clicking on the links took the user directly to tour.bangbros.com, where they were offered subscriptions to BangBros.

249.   Based on metrics such as number of total monthly visitors, number of unique monthly visitors, average clicks per visit, and average duration of visit, this space on the Thothub site had substantial advertising value.

250.   For example, the Website Ad Revenue Estimator tool from Oko Ad Management estimates that a website that receives 20,000,000 visits per month with an average of 8.6 page views per session—using average assumptions—would yield over $4 million in annual revenue. The estimated annual advertising revenue jumps to over $7.5 million, according to the Ad Revenue Estimator tool, if the traffic derives primarily from the United States or other Western nations, as with Thothub.

251.   As noted above, Thothub received more than 20,000,000 visits per month (for example, it received about 24,000,000 visitors in June 2020) with an average of 8.6 page views per visit. Thus, Thothub's advertising value may well have been even greater than the figures above suggest.

252.   The advertising revenue from the Advertisers was critical to providing infringing content on Thothub to a high volume of users because it enabled Thothub's operators to purchase content hosting and content delivery services needed to replicate, store, and distribute the infringing works.

253.   The Operator Teller (who handled technical issues on Thothub) explained the need for advertising in a forum post entitled "ad transparency (poll)" on June 19, 2019. He wrote that advertising was needed because "[w]e are nearing a whopping 9Terabytes of data usage a day" and that "[j]ust today we put in the request for another round of server upgrades (double the forum power and double the main website power)." He said that "[w]e try to never get ads in the way of your viewing pleasure, [sic] that is why you will never find anything in between content."

254.   Teller's message concluded: "I know ads are a love and I'm sorry but I don't know any other way." (The term "love" in this context appears to be an acronym for the expression "loss of valuable energy.")

255.   As Teller's message indicated, it cost a lot of money to host and distribute the volume of data and infringing content that Teller said was being distributed on Thothub even back in June 2019. By August 2020, this figure was likely

even greater because Thothub had grown significantly to have over one million members and was constantly adding new infringing content to its library.

256.   According to one cloud-storage pricing comparison, data storage costs in 2020 from leading service providers (including Backblaze, Amazon Web Services, Microsoft Azure, and Google Cloud) range from $0.005 to $0.020 per gigabyte per month, and download costs range from $0.01 to $0.08 per gigabyte per month.[8] Based on Teller's statement in June 2019 that Thothub was "nearing a whopping 9Terabytes of data usage a day," Thothub was transmitting roughly 270 terabtyes of data each month and storing at least 9 terabytes each month. Using these figures, Thothub's storage costs ranged from $45 to $180 per month, and its data transmission costs ranged from $2,700 to $21,600 per month.

257.   Other sources corroborate the high costs of processing this much data. As of early 2018, for example, Amazon Web Services offered 1 terabyte of storage or 100 gigabytes of data transfer for approximately $39.63 per month. If Thothub hosted and transferred 9 terabytes per day at these prices, the cost would run approximately $400 per month for storage and over $3,500 per month for data transfers.

258.   From June 2019 until August 2020, the web traffic and content base on Thothub grew exponentially. According to web traffic analytics, site traffic at least

---

[8] *See* BackBlaze, Cloud Storage Pricing Comparison (last visited July 15, 2020), available at: https://www.backblaze.com/b2/cloud-storage-pricing.html.

doubled. The site also picked up thousands of new members each week. Thus, Thothub's *monthly* costs for content hosting and delivery increased, and those costs likely continued to increase after June 2019 as Thothub grew.

259. Absent the financial support of the Advertisers, Thothub could not have continued to provide infringing works with anywhere close to the frequency and scale that it did. The Advertisers thus materially contributed to the infringement.

**M. The Advertisers and Thothub Were Affiliated Through CrakRevenue.**

260. As discussed above, the Advertisers and Thothub were involved in a so-called "affiliate marketing" relationship through CrakRevenue, pursuant to which the Advertisers paid commissions to Thothub, while their agent, CrakRevenue, provided "affiliate management" services for Thothub on the Advertisers' behalf.

261. A page entitled "How Do Affiliate Programs Work?" on CrakRevenue's website explains that "[t]he core of affiliate marketing consists of a close relationship between advertisers (also known as 'merchants') and affiliates. This same relationship is governed by a thorough set of rules and details: the affiliate program. Affiliates help advertisers sell more of their products or services. In exchange, advertisers pay them back either a percentage or a fixed amount—what is known as a commission."

262. According to CrakRevenue's site, affiliate commissions are typically paid in one of three ways: (a) Pay per sale (PPS) when a user directly purchases something using an affiliate's link; (b) Pay per lead (PPL) when a user successfully

enters his or her email in a form; or (c) "RevShare," where "instead of a fixed amount per sale, the affiliate gets X%" of user's spending on the advertiser's site.

263.   CrakRevenue requires prospective affiliates to complete a sign-up process before joining its affiliate network. CrakRevenue says that it requires prospective affiliates to "be as *detailed* and *forthcoming* as possible when it comes to providing info about [their] *traffic*, *URLs*, and *marketing strategies*."

264.   According to CrakRevenue's website, "[a]n application is considered *incomplete* if it does not sufficiently let us know: 1. how you plan to generate traffic[;] 2. how you plan to promote our offers[; and] 3. your complete address and profile information." CrakRevenue states that applicants should be "transparent" about their operations when applying to become an affiliate.

265.   CrakRevenue explains that it "only accepts[s] the best, most qualified affiliates at our CPA network based on an extensive & thorough subscription process overseen by a team of more than 15 Affiliate Managers."

266.   CrakRevenue has the ability to use advanced tools to identify affiliates or prospective affiliates that do not comply with the law. As CrakRevenue states on its website: "Affiliate programs and networks have very advanced tools to distinguish legit sources from less than desirable ones. We know."

267.   CrakRevenue also offers so-called "affiliate management" services to affiliates. Its website explains these services as follows: "The **Affiliate Manager** is acting on behalf of the advertiser or merchant. The **Affiliate Manager** develops,

supports and manages an affiliate program while offering dedicated help to the affiliates which, in turn, help [*sic*] drive the sales of the program."[9] In other words, CrakRevenue helps manage affiliates like Thothub and provides individualized support to them in order to drive sales for advertisers.

268.   On another page, CrakRevenue further explains affiliate management: "Affiliate managers typically work for an affiliate network. They're responsible for the **recruitment and nurturing of affiliates** throughout their online marketing journey. One of their key missions is to **improve affiliate programs** by advising partners all around the globe, thus helping them generate more revenue."

269.   CrakRevenue says on its website that "an affiliate manager can make a huge difference for your [i.e., an affiliate's] operations." The benefits to affiliates include "personalized advice and tips." As CrakRevenue explains: "Getting to know more about you and your business is a crucial part of our CPA network."

270.   Another benefit that CrakRevenue provides to affiliates: "Custom Everything." As its website explains: "Another significant perk of speaking to your affiliate manager is the ability to unlock **deep customization options within the platform**. … Once you get to know more about your affiliate manager and create a link, you can even ask for custom landing pages and creatives." Thus, CrakRevenue helps affiliates design or customize aspects of their websites.

---

[9] All bolding shown in CrakRevenue quotations herein appears in the original.

271.   Another service that CrakRevenue provides to affiliates is the use of "**advanced tracking** techniques." As CrakRevenue explains: "Affiliate managers can help you **break down the big picture** and **pinpoint grounds for improvement**. They have the knowledge and experience required to formulate precise recommendations on a case-by-case basis."

272.   CrakRevenue also helps affiliates by providing "valuable feedback on [their] traffic." As it explains: "Affiliate managers can give you their honest input about the **quality of your traffic** so you start making some positive changes that will bring in additional revenue." CrakRevenue thus analyzes affiliate traffic and advises affiliates about how to maximize sales of advertisers' services.

273.   In addition, "affiliate managers are in the best position to suggest **perfect match offers** best tailored to [the affiliate's] traffic, type of content, GEO, etc." In order to make such recommendations, CrakRevenue's affiliate managers must analyze the affiliate's traffic, type of content, and geographic target area.

274.   CrakRevenue summarizes these benefits as follows: "Working with a CPA network has many advantages, including support selecting the best offer for your traffic, coaching for your sales funnel and not having to deal with various customers [*sic*] requests. We take care of tracking your sales so that you get paid for your work, and offer tips, tricks, tutorials and useful reading materials to help you succeed. We develop exclusive tools to send your traffic to the best performing offers that we've

extensively tested to ensure high-conversion rates. Unlike specific providers who 'sell' only their baby, we advise you on the best offers on the market **for you**."

275.    CrakRevenue's marketing makes clear that it distinguishes itself from other affiliate-marketing firms by offering "personalized" support. As CrakRevenue states on its website: "We believe a **key competitive factor** that help [*sic*] us stay ahead of the pack in the affiliate industry is our **personalized approach**."

276.    In a marketing video on Youtube,[10] CrakRevenue states that it offers "top notch support" to affiliates. The video further states in part: "What you call 'increased revenue,' 'highly targeted,' and 'guaranteed to convert,' we call our CPA platform. What you call 'flexible stats tracking,' 'maximum traffic monetization,' and 'higher payouts,' we call our offers. What you call 'high CTR banners,' 'professional video landing pages,' and 'pay per lead offers,' we call our tools."

277.    CrakRevenue communicates with affiliates through various means, stating on its website: "Affiliate managers are available on Skype, email, live chat and telephone to make sure affiliates are never left in the dark about their business."

278.    On information and belief, Thothub's affiliate manager at CrakRevenue was Vincent Gariepý. Regarding what he does "on a daily basis," the CrakRevenue website states that Mr. Gariepý is "part of the Customer Experience Team" and "in charge of all the onboarding and 'welcoming' when it comes to new affiliates." He

---

[10] Available at https://www.youtube.com/watch?v=17PLMlMNJsA&feature=share (last visited Nov. 2, 2020).

also "make[s] sure that our affiliates have the best experience possible with our platform and have all the resources they need to get started the right way." In Mr. Gariepý's words: "Working in close collaboration with our Support Team, I work alongside and coach our new affiliates to help them reach new heights."

279.   On information and belief, Mr. Gariepý spoke to an operator or operators of Thothub via a now-removed Skype connection.

280.   The Advertisers have used CrakRevenue as their marketing agent for years. In particular, BangBros has used CrakRevenue since at least 2015, and Chaturbate has used CrakRevenue since at least 2018.

281.   The Advertisers have the right and ability to direct and control CrakRevenue with respect to their work for the Advertisers. CrakRevenue has actual authority to act on behalf of the Advertisers with respect to advertising placements and affiliate marketing services, including affiliate management.

282.   After this lawsuit was filed, a Chaturbate spokesman told Vice News that its ads were placed on Thothub "by independent third-party advertisers participating in Chaturbate's referral marketing program." The spokesperson said that Chaturbate "reached out to the responsible advertisers and informed them that thothub.tv is not an appropriate site for sending traffic to Chaturbate and asked them to immediately remove any of their [Chaturbate] ads that may be appearing on thothub.tv."

283.   The Advertisers set the terms by which CrakRevenue markets their programs. After this lawsuit was filed, a Chaturbate representative told a media outlet

74

that "advertising on websites that use stolen or unlicensed content is against Chaturbate's marketing program terms."

284.   Similarly, a spokesperson for BangBros told Vice News that "their ads are placed using a third-party advertising network." The BangBros spokesperson continued that "our marketing department will reach out to the ad network asking this site be put on an exclusion list."

285.   Notably, neither the Chaturbate nor the BangBros spokesperson denied that their advertisements appeared on Thothub, nor that their "third-party advertiser" (CrakRevenue) had actual authority to place the Advertisers' ads.

286.   Within hours of these directives from the respective Advertisers to CrakRevenue, the Advertisers' advertisements were removed from Thothub. Days later, Thothub shut down and was no longer available online.

**N. The Advertisers Knew About Thothub's Criminal Infringement and/or Such Knowledge Is Attributable to Them.**

287.   The Advertisers knew, or are willfully blind to the fact, that Thothub was a pirate site. In addition, this knowledge is attributable to them because their agent, CrakRevenue, acquired such knowledge while working on their behalf.

288.   First, the Advertisers likely knew about Thothub's infringement because the Advertisers are each major players in the adult entertainment industry. Several reviewers within the Advertisers' industry recognized Thothub as a site that featured works paid works stolen from the Licensed Sites and offered for free.

289.   For example, the adult-content review site The Porn Dude (one of the top Google hits for online-adult-entertainment reviews) described Thothub as "the perfect place for all of you who like to enjoy thots showing you all of their goods but don't like paying for it." The Porn Dude added that the site offered "[f]ree content that you'd otherwise have to pay for."

290.   Similarly, another reviewer, Prime Porn List, explained that Thothub was an "amateur/homemade type of site that focuses on" women from "Patreon, Snapchat, OnlyFans, Twitch, Instagram, and so on." The review added that "[h]ere [i.e., on Thothub] you can see their videos and photos for free and all in one place." The review also noted that the site is an "excellent option" for viewing "leaks and premium content from" OnlyFans and Patreon.

291.   Second, the Operators and other members on Thothub openly and notoriously proclaimed that the site was devoted to publishing stolen content from the Licensed Sites. Thothub's infringement was obvious from even the most cursory glance at the website. In addition, the first page of Google search results for Thothub made clear that the site trafficked in stolen works from the Licensed Sites.

292.   Third, on information and belief, the Advertisers (either directly or through their agents) selected Thothub for advertisements because they knew the type of content that was displayed on the site and that the site generated a high volume of traffic. The Advertisers targeted the same niche of consumers.

293.   As CrakRevenue states on its website: "Some affiliates get cherry-picked by advertisers themselves because they fit their branding."

294.   The Advertisers supported Thothub not only to drive their own sales, but also as a means of devaluing their competition by helping to leak creators' competing paid content from Licensed Sites. Creators from the Licensed Sites have become one of the biggest sources of competition for the Advertisers in their industry.

295.   Curiously, the Advertiser Defendants' own stolen content was <u>not</u> featured on Thothub. On information and belief, the Advertisers (either directly or via their agents) required that their own stolen content not appear on Thothub as part of their participation in an affiliate relationship with Thothub.

296.   Finally, CrakRevenue's knowledge is attributable to the Advertisers. As the Advertisers' agent, CrakRevenue vetted Thothub and provided affiliate-management services to Thothub. On information and belief, among other activities, CrakRevenue analyzed Thothub's traffic, the content on Thothub, and how to maximize revenue from sales through Thothub. In addition, CrakRevenue reviewed Thothub's disclosures about its site and conducted diligence about Thothub. As a result, CrakRevenue knew that Thothub was a pirate site.

## V.     VICARIOUS LIABILITY

297.   The Advertisers are vicariously liable for the actions of CrakRevenue insofar as CrakRevenue was acting as the Advertisers' agent. These actions include (but are not limited to) CrakRevenue's service as the Advertisers' agent with respect

to vetting Thothub as an affiliate, placing ads on Thothub, paying commissions to Thothub, and performing affiliate management regarding Thothub.

298.   With respect to the aforementioned actions, CrakRevenue acted with actual authority as the Advertisers' agent. The Advertisers had the right and ability to exercise control over CrakRevenue with respect to these activities.

299.   Any knowledge of CrakRevenue that it had or acquired while acting as the Advertisers' agent is attributable to the Advertisers.

300.   All corporate defendants (Cloudflare, Advertisers, and CrakRevenue) are vicariously liable for the knowledge and actions of their employees.

## VI.   CAUSES OF ACTION

### Count One: Conduct of RICO Enterprise (18 U.S.C. § 1962(c))
*(against Operators)*

301.   The preceding allegations are incorporated as if fully set forth herein.

302.   There was an association-in-fact enterprise consisting of the Operators and other Thothub members (the "Thothub Enterprise"). The Thothub Enterprise was a RICO enterprise because (a) its members had the common purpose to unlawfully steal, copy, use, distribute, and profit from copyrighted works from the Licensed Sites; (b) it had a detailed structure or organization, including a hierarchy, different ranks for its members, and a governing set of rules determined by the Operators; (c) the Operators participated in the operation or management of the enterprise by imposing and enforcing rules on other members; (d) it enjoyed sufficient longevity to

accomplish its purpose and was continuously in operation from approximately May 2018 through August 2020; and (e) it functioned as a continuing unit with membership, rank, privileges, and access maintained by the Operators.

303.   The Thothub Enterprise was engaged in interstate commerce because it trafficked in commercial content subject to U.S. Copyright law and committed acts of copyright infringement throughout the United States.

304.   The Operators engaged in intentional and willful conduct in service of the Thothub Enterprise, including but not limited to, (a) committing acts of copyright infringement; (b) inducing others to commit acts of copyright infringement; (c) profiting from allowing access to stolen content; (d) inhibiting enforcement actions and inducing others to do the same; (e) purchasing instrumentalities and services for the specific purpose of committing unlawful acts; and (f) imposing rules and organizational structure on the enterprise.

305.   The Thothub Enterprise and the Operators individually committed numerous acts of racketeering, including criminal copyright infringement. These acts were criminal because (a) Plaintiffs (and other creators on the Licensed Sites whose works were stolen) own valid copyrights in their works; (b) Thothub members repeatedly infringed those copyrights by making unauthorized copies, distributing copies, displaying copies, modifying the works, and/or creating derivative works, and inducing others to the same; (c) the Operators and other Thothub members committed these acts willfully and with knowledge that the infringement was unlawful; and (d)

the Operators committed these acts of direct and induced infringement for the purpose of commercial advantage or private financial gain.

306. Plaintiffs' works have commercial value in excess of $1,000.

307. These criminal acts reflect a pattern of racketeering because (a) there were at least two predicate acts and indeed many more; (b) the predicate acts were closely related in that all were committed in service of the criminal purpose of the enterprise to unlawfully use, copy, steal, distribute, and profit from infringement of copyrighted works, particularly from creators on the Licensed Sites; and (c) the acts were continuous because they occurred over the course of more than two years and were accomplished through similar means for a similar purpose.

308. The acts of racketeering caused harm to Plaintiffs' business or property (including their intellectual property and trademarks) by, among other things, diverting customers, depriving them of licensing fees and reasonable royalties, devaluing their works, and harming Plaintiffs' business reputation.

309. The Operators each participated in the commission of these acts.

**Count Two: RICO Conspiracy (18 U.S.C. § 1962(d))**
*(against Operators, Advertisers, and CrakRevenue)*

310. The preceding allegations are incorporated as if fully set forth herein, including those allegations set forth above regarding the Thothub Enterprise, acts of racketeering, pattern of racketeering activity, and harm caused to Plaintiffs' business or property by reason of the racketeering.

311.   The Operators, Advertisers, and CrakRevenue agreed to facilitate the Thothub Enterprise's criminal endeavor to unlawfully use, copy, steal, and distribute copyrighted works from the Licensed Sites. Alternatively, or in addition, CrakRevenue adopted the goal of furthering and facilitating the Thothub Enterprise's criminal endeavor while acting as the Advertisers' agent.

312.   Each of these Defendants was directly aware of the essential nature and scope of the Thothub Enterprise and intended to participate in it. Alternatively, knowledge of the essential nature and scope of the Thothub Enterprise was attributable to each of these Defendants through principles of agency.

313.   Each of these Defendants, either directly or vicariously through an agent, agreed to commit, participate in, or facilitate at least two predicate offenses, including numerous acts of criminal copyright infringement.

**Count Three: Investing Income from RICO Enterprise (18 U.S.C. § 1962(a))**
*(against Advertisers and CrakRevenue)*

314.   The preceding allegations are incorporated as if fully set forth herein, including those allegations set forth above regarding the Thothub Enterprise, acts of racketeering, and the pattern of racketeering activity.

315.   The Advertisers and CrakRevenue, either directly or via an agent, received income derived from the Thothub Enterprise's pattern of racketeering activity and used the income to acquire or invest in the Thothub Enterprise.

316.   The Advertisers and CrakRevenue knew (or such knowledge is attributable to them through principles of agency) that such revenue was derived in whole or in part from the Thothub Enterprise's racketeering activity. The Advertisers would not have obtained this income but for Thothub's racketeering activity.

317.   The Advertisers and CrakRevenue invested in the Thothub Enterprise by, without limitation, directly or indirectly paying commissions to the Thothub Enterprise. These commissions were paid, in whole or in part, in cryptocurrency to prevent detection, inhibit enforcement and collections, and minimize paper trails.

318.   As a result of Advertisers and CrakRevenue's illicit payments to the Thothub Enterprise in cryptocurrency, Plaintiffs have been impaired in efforts to enforce their legal rights against the Thothub Enterprise and its participants. This injury is separate and distinct from the injury caused by the Thothub Enterprise's pattern and practice of criminal copyright infringement.

### Count Four: Direct Copyright Infringement
*(against the Operators and Cloudflare)*

319.   The preceding allegations are incorporated as if fully set forth herein.

320.   Plaintiffs own valid copyrights in certain photographic and audiovisual works that have appeared on Thothub (the "Works"), as described herein.

321.   The Operators infringed Plaintiffs' rights in the Works by reproducing copies of the Works, preparing derivative works based upon the Works, distributing copies of the Works to the public, and displaying the Works on Thothub. The

Operators committed volitional acts by, among other things, selecting works of particular creators from the Licensed Sites to be infringed.

322.   Cloudflare infringed Plaintiffs' rights in the Works by reproducing and storing copies of the Works on its servers and distributing copies of the Works to the public through its content delivery network. Cloudflare committed volitional acts by, among other things, selecting works to store on its server network and by continuing to make and distribute infringing copies after notice of infringement.

323.   As a result of these infringements, Plaintiffs have suffered actual damages, including lost subscription fees and royalties. Plaintiffs may also elect to recover statutory damages for infringements that occurred later than three months before the registration date of any work.

### Count Five: Contributory Copyright Infringement
*(against Operators, Cloudflare, Advertisers, and CrakRevenue)*

324.   The preceding allegations are incorporated as if fully set forth herein.

325.   The Operators, Cloudflare, the Advertisers, and CrakRevenue each knew (or such knowledge was attributable to them under principles of agency) that the Thothub Enterprise routinely committed copyright infringement.

326.   The Operators induced, caused, or materially contributed to the infringing conduct, among other things, by encouraging Thothub members to commit copyright infringement, rewarding associates for committing copyright infringement,

assisting associates to avoid copyright enforcement, and providing a platform for displaying stolen copyrighted works.

327.   Cloudflare caused or materially contributed to the infringing conduct, among other things, by distributing the stolen works through its content delivery network, reproducing and storing copies of the stolen works on its servers, and shielding the Operators and other Thothub members from enforcement actions.

328.   The Advertisers and CrakRevenue (either directly or through principles of agency) caused or materially contributed to the infringing conduct, among other things, by knowingly providing funds necessary to support the infringing activity through the purchase of expensive web-hosting and content-delivery services and by providing affiliate-management services as explained herein.

329.   As a result of these infringements, Plaintiffs have suffered actual damages, including lost subscription fees and royalties. Plaintiffs may also elect to recover statutory damages for infringements occurring later than three months before the registration date of any work.

**Count Six: Unfair Competition**
*(against Advertisers)*

330.   The preceding allegations are incorporated as if fully set forth herein.

331.   The Advertisers commercially compete against creators from the Licensed Sites, including Plaintiffs, in the business of online adult entertainment.

84

332.   Plaintiffs invested substantial time and money in their intellectual property, reputations, and businesses on the Licensed Sites and elsewhere.

333.   The Advertisers, either directly or through CrakRevenue, unfairly competed with Plaintiffs by using their names, likenesses, reputations, fame, and intellectual property to drive traffic and sales for the Advertisers' services.

334.   The Advertisers have also unfairly undermined competition from Plaintiffs by causing the leaking of their paywall content, which has devalued the content and caused persons who would otherwise have purchased subscriptions to Plaintiffs' account on the Licensed Sites not to do so.

335.   Plaintiff has been injured through, among other things, lost sales, lost royalties for use of their names and likenesses, and harm to their reputation. Defendants have also been unjustly enriched as a result of the unfair competition.

**Count Seven: Cal. Bus. & Profs. Code § 17200 et seq.**
*(against Advertisers)*

336.   The preceding allegations are incorporated as if fully set forth herein.

337.   The Advertisers commercially compete against creators from the Licensed Sites, including Plaintiffs, in the business of online adult entertainment.

338.   Plaintiffs have invested substantial time and money in their intellectual property, reputations, and businesses on the Licensed Sites and elsewhere.

339.   The Advertisers, either directly or through CrakRevenue, unfairly competed with Plaintiffs by using their names, likenesses, reputations, fame, and intellectual property to drive traffic and sales for the Advertisers' services.

340.   The Advertisers have also unfairly undermined competition from Plaintiffs by causing the leaking of their paywall content, which has devalued the content and caused persons who would otherwise have purchased subscriptions to Plaintiffs' account on the Licensed Sites not to do so.

341.   Plaintiff has been injured by, among other things, lost sales, lost royalties for use of their names and likenesses, and harm to their reputations. Defendants have also been unjustly enriched as a result of the unfair competition.

## VIII.   JURY DEMAND

342.   Plaintiffs demand a jury trial on all issues that may be tried before a jury in this matter and has submitted the jury fee.

## IX.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that the Court grant the following relief:

a.   Order Cloudflare and the Advertisers to disclose information in their possession, custody, or control that may be used to ascertain the identity of the Operators and/or any other owners or operators of Thothub;

b.   Award Plaintiffs their actual damages (including, but not limited to, reasonable royalties) and/or statutory damages under the Copyright Act;

c.   Award Plaintiffs damages for injury to their business or property, and treble damages for same, that occurred by reason of the Operators, Advertisers' and CrakRevenue's violations of RICO;

d.  Award Plaintiffs equitable restitution and other proper relief for the Advertisers' unfair competition under California law;

e.  Disgorge any ill-gotten gains from the Defendants as a result of their illegal conduct and award them to Plaintiffs;

f.  Award Plaintiffs punitive or exemplary damages;

g.  Award Plaintiffs reasonable attorneys' fees and costs of suit; and

h.  Grant such other relief as the Court finds just and proper.

1

Dated: November 4, 2020                    Respectfully submitted,

2

3
                                           REESE MARKETOS LLP
4

5                                          */s/ Brett S. Rosenthal*
                                           Brett S. Rosenthal (*pro hac vice*)
6                                          Texas Bar No. 24080096
                                           brett.rosenthal@rm-firm.com
7                                          Joel W. Reese (*pro hac vice*)
                                           Texas Bar No. 00788258
8                                          Josh M. Russ (*pro hac vice*)
                                           Texas Bar No. 24074990
9                                          Sean F. Gallagher (*pro hac vice*)
                                           Texas Bar No. 24101781
10                                         750 N. Saint Paul Street, Ste. 600
                                           Dallas, Texas 75201-3201
11                                         Telephone: (214) 382-9810
                                           Facsimile: (214) 501-0731
12

13

14

15
                                           REITER GRUBER LLP
16

17                                         */s/ Charles Reiter*
                                           Charles Reiter (SBN 306381)
18                                         Robert Gruber (SBN 301620)
                                           100 Wilshire Blvd, Suite 700
19                                         Santa Monica, California 90401-3602
                                           Telephone: (310) 496-7799
20

21                                         **ATTORNEYS FOR PLAINTIFFS**

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document will be served on all counsel of record via the Court's electronic filing system and that attempted service of this complaint will be made promptly on each newly identified defendant at the addresses provided in Section II above.

 */s/ Brett S. Rosenthal*

Brett S. Rosenthal