AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )      Civil Action No.<br>) |
|  | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

                                         *Signature of Clerk or Deputy Clerk*

1

2  REESE MARKETOS LLP                REITER GRUBER LLP
   Brett S. Rosenthal (*pro hac vice*)   Charles Reiter (SBN 306381)
3  Joel W. Reese (*pro hac vice*)        Robert Gruber (SBN 301620)
   Josh M. Russ (*pro hac vice*)         creiter@reitergruber.com
4  Sean F. Gallagher (*pro hac vice*)    100 Wilshire Blvd, Suite 700
5  brett.rosenthal@rm-firm.com           Santa Monica, California 90401-3602
   750 N. Saint Paul Street, Ste. 600    Telephone: (310) 496-7799
6  Dallas, Texas 75201-3202
7  Telephone: (214) 382-9810
   Facsimile: (214) 501-0731
8

9  *Attorneys for Plaintiffs*

10

11                    **UNITED STATES DISTRICT COURT**

12                   **CENTRAL DISTRICT OF CALIFORNIA**

13

14  DENIECE WAIDHOFER, an individual;      Case No. 2:20-cv-06979
    MARGARET MCGEHEE, an individual;
15  and RYUU LAVITZ, LLC, a               **FIRST AMENDED COMPLAINT**
    Massachusetts limited liability company;  **FOR DAMAGES AND OTHER**
16                                         **RELIEF**
17                          Plaintiffs,
    v.
18
19  CLOUDFLARE, INC., a Delaware
    corporation; BANGBROS.COM, INC., a    **[DEMAND FOR JURY TRIAL]**
20  Florida corporation; SONESTA
    TECHNOLOGIES, INC., a Florida
21  corporation; MULTI MEDIA LLC, a
22  California limited liability company;
    CRAKMEDIA INC., a Canadian
23  corporation; and JOHN DOES 1-21, as-yet
    unidentified individuals,
24
25                          Defendants.
26
27
28

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: