AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| DENEICE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ LLC, a Massachusetts limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware Corporation, et al. [see attached]<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 2:20-cv-06979-FMO-AS |

**SUMMONS IN A CIVIL ACTION**
ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* CrakMedia Inc.
410 Boulevard Charest E Suite 500
Quebec City, Quebec G1K 8G3, Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles Reiter
Reiter Gruber LLP
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/05/2020

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| REESE MARKETOS LLP | REITER GRUBER LLP |
| Brett S. Rosenthal (*pro hac vice*) | Charles Reiter (SBN 306381) |
| Joel W. Reese (*pro hac vice*) | Robert Gruber (SBN 301620) |
| Josh M. Russ (*pro hac vice*) | creiter@reitergruber.com |
| Sean F. Gallagher (*pro hac vice*) | 100 Wilshire Blvd, Suite 700 |
| brett.rosenthal@rm-firm.com | Santa Monica, California 90401-3602 |
| 750 N. Saint Paul Street, Ste. 600 | Telephone: (310) 496-7799 |
| Dallas, Texas 75201-3202 | |
| Telephone: (214) 382-9810 | |
| Facsimile: (214) 501-0731 | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>Plaintiffs,<br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES AND OTHER RELIEF**<br><br>**[DEMAND FOR JURY TRIAL]** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-06979-FMO-AS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: