| | |
|---|---|
| REESE MARKETOS LLP | REITER GRUBER LLP |
| Brett S. Rosenthal (*pro hac vice*) | Charles Reiter (SBN 306381) |
| Joel W. Reese (*pro hac vice*) | Robert Gruber (SBN 301620) |
| Josh M. Russ (*pro hac vice*) | creiter@reitergruber.com |
| Sean F. Gallagher (*pro hac vice*) | 100 Wilshire Blvd, Suite 700 |
| brett.rosenthal@rm-firm.com | Santa Monica, California 90401-3602 |
| 750 N. Saint Paul Street, Ste. 600 | Telephone: (310) 496-7799 |
| Dallas, Texas 75201-3202 | |
| Telephone: (214) 382-9810 | |
| Facsimile: (214) 501-0731 | |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>Plaintiffs,<br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979<br><br>**DECLARATION OF BRETT S. ROSENTHAL REGARDING JOINDER OF COPYRIGHT PLAINTIFFS (L.R. 19-2)** |

I, Brett Rosenthal, am over the age of 18 and competent to give this declaration. I submit this declaration under penalty of perjury.

1. I am lead counsel for the Plaintiffs in the above-styled case. I submit this declaration pursuant to Local Rule 19-2 to explain why joining multiple plaintiffs in this action will advance the interests of justice.

2. The above-styled case includes claims of copyright infringement, as well as claims under the Racketeering Influenced & Corrupt Organizations Act (RICO) and state law, against several Defendants associated with an alleged piracy website called Thothub.tv ("Thothub").

3. The original complaint in this action was brought by Plaintiff Deniece Waidhofer ("Waidhofer"). Waidhofer is a content creator on two online platforms ("OnlyFans" and "Patreon," and together, "Licensed Sites") that allow creators to sell access to their works to paid subscribers. The original complaint alleged that Waidhofer's copyrighted works from the Licensed Sites were infringed on Thothub.

4. Among other claims, the original complaint asserted claims for direct and indirect copyright infringement against Defendants Cloudflare, Inc. ("Cloudflare"), BangBros, Inc., Multi Media LLC ("Chaturbate"), and John Does 1-21 (the "Operators") for their respective roles in infringing, or contributing to the infringement, of Waidhofer's copyrights on Thothub.

5. On November 4, 2020, Plaintiffs filed an amended complaint (the "Amended Complaint"). Among other changes, the Amended Complaint added two

additional plaintiffs, Margaret McGehee ("McGehee") and Ryuu Lavitz LLC ("Ryuu Lavitz"), whose copyrights have also allegedly been infringed. Like Waidhofer, McGehee and Ryuu Lavitz also distribute their copyrighted works to subscribers through the Licensed Sites. And their works were allegedly infringed on Thothub under highly similar circumstances and pursuant to the same scheme.

6. The amended complaint also adds two additional defendants, Sonesta Technologies, Inc. ("Sonesta") and CrakMedia Inc. ("CrakRevenue"), and it corrects an apparent error in the originally named BangBros, Inc. by substituting Defendant BangBros.com, Inc. ("BangBros"). Based on independent investigation, I understand that Sonesta is the current name for BangBros, and that CrakRevenue provided certain services to BangBros/Sonesta and Chaturbate related to Thothub.

7. Although the three plaintiffs have independent copyrights that were allegedly infringed on Thothub, their claims involve a high degree of legal and factual overlap. As alleged in the Amended Complaint, Thothub was a pirate website devoted to infringing the works of creators on the Licensed Sites. Each of the plaintiffs is a creator on the Licensed Sites whose works were infringed on Thothub.

8. Further, there is a high degree of overlap regarding the Plaintiffs' respective claims amongst the Defendants. For instance, the Amended Complaint alleges that the Operators—who are identified by the pseudonyms they used on Thothub because their true identities are unknown—operated Thothub as a criminal copyright infringement organization (the "Thothub Enterprise") in violation of RICO.

The Amended Complaint alleges numerous specific facts showing that the Thothub Enterprise engaged in clear pattern and practice of copyright infringement against creators on the Licensed Sites, including all three Plaintiffs, involving millions of members who gained rank in the Thothub Enterprise specifically by contributing infringing content stolen from creators on the Licensed Sites like Plaintiffs. In short, each Plaintiff was victimized in the same way through a common scheme.

9. The complaint further alleges that Defendant Cloudflare provided certain services related to Thothub, including content-delivery-network (CDN) services; that Cloudflare was on notice that Thothub was a pirate site; and that Cloudflare shielded Thothub from copyright enforcement. These issues, among many other issues related to Cloudflare, are common to all of the Plaintiffs' claims.

10. The Amended Complaint also alleges that BangBros, Sonesta, Chaturbate (collectively, the "Advertisers"), and CrakRevenue conspired with the Thothub Enterprise, contributed to the infringement of Plaintiffs' works on Thothub, and violated state unfair-competition law with respect to the Plaintiffs. Among other things, the Amended Complaint alleges that the Advertisers were involved in an "affiliate marketing" relationship with Thothub through CrakRevenue pursuant to which they advertised on Thothub and paid commissions to Thothub for directing traffic and sales to their own sites; that CrakRevenue, as the Advertisers' agent, provided "affiliate management" services to Thothub; and that these commissions and management services materially contributed to the infringement of Plaintiffs' works,

as well as hundreds of other creators from the Licensed Sites, by enabling Thothub to operate and commit infringement on a nationwide scale.

11. Moreover, the copyright claims are only one aspect of this case, which also includes claims under RICO and state law.

12. Each of the issues described in the foregoing paragraphs is common to all of the Plaintiffs' claims. The high degree of factual and legal overlap between the Plaintiffs' cases easily clears the standard for joinder under Rule 20. For instance, the Plaintiffs' claims each involve the same alleged pirate site, Thothub, and concern series of related and highly similar unlawful acts by the Defendants. In addition, the case concerns common questions, among others, about the Thothub Enterprise's alleged RICO conspiracy with the Advertisers and CrakRevenue, as well as Cloudflare's direct and indirect infringement as a result of its services for Thothub and these Defendants' awareness of Thothub's piracy.

13. In the interest of efficiency and judicial economy, these issues should be litigated in one combined proceeding. Further, multiplicity of actions would be highly inefficient and inequitable, as they would require redundant proceedings on all of the common facts and legal issues discussed above (among other issues).

14. I swear that the foregoing is true and correct to the best of my knowledge.

_____
Brett S. Rosenthal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document will be served on all counsel of record via the Court's electronic filing system.

                              */s/ Brett S. Rosenthal*

                              Brett S. Rosenthal