UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MULTI MEDIA LLC AND BANGBROS.COM INC.'S OPPOSED *EX PARTE* APPLICATION TO COMPEL PRODUCTION OF COPYRIGHT REGISTRATIONS AND DEPOSIT MATERIALS**<br><br>Judge:   Hon. Alka Sagar |

**[PROPOSED] ORDER**

Having considered Defendants Multi Media LLC and BangBros.com Inc.'s Opposed *Ex Parte* Application to Compel Production of Copyright Registrations and Deposit Materials (the "Application") and supporting papers, the Court, finding good cause, hereby GRANTS the Application and ORDERS plaintiffs to produce all copyright registrations and deposit materials referenced in their First Amended Complaint ("FAC") or that plaintiffs otherwise are relying upon in this action within twenty-four hours of this order.

IT IS SO ORDERED.

DATED: _____, 2020

_____
Hon. Alka Sagar
United States Magistrate Judge