REESE MARKETOS LLP
Brett S. Rosenthal (*pro hac vice*)
Joel W. Reese (*pro hac vice*)
Josh M. Russ (*pro hac vice*)
Sean F. Gallagher (*pro hac vice*)
brett.rosenthal@rm-firm.com
750 N. Saint Paul Street, Ste. 600
Dallas, Texas 75201-3202
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

REITER GRUBER LLP
Charles Reiter (SBN 306381)
Robert Gruber (SBN 301620)
creiter@reitergruber.com
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401-3602
Telephone: (310) 496-7799

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>                                  Plaintiffs,<br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>                                  Defendants. | Case No. 2:20-cv-06979<br><br>**DECLARATION OF BRETT S. ROSENTHAL IN SUPPORT OF PLAINTIFFS' RESPONSE TO ADVERTISER DEFENDANTS' EX PARTE APPLICATION** |

I, Brett Rosenthal, am over the age of 18 and competent to give this declaration. I submit this declaration under penalty of perjury.

1.      I am lead counsel for the Plaintiffs in the above-styled case. I submit this declaration in support of Plaintiffs' response to the so-called Advertiser Defendants' *Ex Parte* Application for Order Compelling Production of Copyright Registrations and Deposit Materials.

2.      Exhibit A to this declaration (App. 1-2) is a true and correct copy of an email that I sent to all counsel of record, including Advertiser Defendants' counsel, on October 16, 2020.

3.      Exhibit B to this declaration (App. 3-6) is a true and correct copy of an email string involving counsel of record in this case from November 5–6, 2020.

4.      Exhibit C to this declaration (App. 7-49) is a true and correct copy of an email and attachment that I received from Advertiser Defendants' counsel on November 10, 2020.

5.      I swear that this information is true and correct.

_____

Brett S. Rosenthal

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing document will be served

on all counsel of record via the Court's electronic filing system.

*/s/ Brett S. Rosenthal*

Brett S. Rosenthal