# Exhibit A

**From:** **Brett Rosenthal** brett.rosenthal@rm-firm.com
**Subject:** Waidhofer v. Cloudflare et al.: Plaintiff's copyright registrations
**Date:** October 16, 2020 at 1:28 PM
**To:** Michael T Zeller michaelzeller@quinnemanuel.com, Meredith Mandell meredithmandell@quinnemanuel.com, Golinveaux, Jennifer JGolinveaux@winston.com, Elkin, Michael MElkin@winston.com, Romm, Leah LRomm@winston.com, Kearney, Thomas TKearney@winston.com, Ranahan, Erin ERanahan@winston.com, YSteinberg@winston.com, APMoskowitz@winston.com
**Cc:** Sean Gallagher sean.gallagher@rm-firm.com, Josh Russ josh.Russ@rm-firm.com, Joel W. Reese joel.reese@rm-firm.com, Charlie Reiter creiter@reitergruber.com, Robert Gruber rgruber@reitergruber.com, Ann Hall ann.hall@rm-firm.com

Counsel,

I have reviewed your motions to dismiss Plaintiff's original complaint. Among other things, each of you raised an issue regarding the registration status of Ms. Waidhofer's works. In light of these concerns, I contacted the U.S. Copyright Office to inquire about the status of Ms. Waidhofer's remaining copyright applications.

The Copyright Office informed me that all of Ms. Waidhofer's pending registrations were actually issued earlier this year before the filing of the original complaint. However, the Copyright Office had not mailed out the copyright registration certificates for several applications due to a "glitch" in their processes related to the Covid-19 pandemic and the Office having been closed for a period earlier this year. The Copyright Office representative apologized for this error and stated that the registration certificates for all of the applications will be mailed to me promptly.

In any event, the copyright registration numbers for Ms. Waidhofer's works are as follows:

- VA0002205436 (issued April 27, 2020);
- VA0002203670 (issued May 15, 2020);
- VA0002203694 (issued May 15, 2020);
- VA0002201440 (issued April 27, 2020);
- VA0002205448 (issued April 30, 2020);
- VA0002209335 (issued May 28, 2020);
- VAu001393201 (issued May 1, 2020).

These registrations consist of 2,393 published photographs and 4 unpublished photographs.

I wanted to let you know that we will be amending our complaint within the time limits permitted by the Rules (see FRCP 15(a)(1)) to correct this issue, among other potential amendments.

Please let me know if you have any questions or would like to discuss.

Thanks, and have a good weekend,

Brett

### Reese Marketos LLP

**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201

Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at [www.rm-firm.com](www.rm-firm.com)