# Exhibit B

**From:** **Golinveaux, Jennifer** JGolinveaux@winston.com
**Subject:** RE: letter 11.02.2020
**Date:** November 6, 2020 at 12:00 PM
**To:** Brett Rosenthal brett.rosenthal@rm-firm.com, Meredith Mandell meredithmandell@quinnemanuel.com
**Cc:** Kearney, Thomas TKearney@winston.com, Elkin, Michael MElkin@winston.com, Romm, Leah LRomm@winston.com, Ranahan, Erin ERanahan@winston.com, Meredith Mandell oel Reese joel.reese@rm-firm.com, Josh Russ josh.russ@rm-firm.com, Sean Gallagher sean.gallagher@rm-firm.com, Robert Gruber rgruber@reitergruber.com, Charlie Reiter creiter@reitergruber.com, Moskowitz, Adam APMoskowitz@winston.com, Michael T Zeller michaelzeller@quinnemanuel.com

Brett,

I confirm that on our call Wednesday both sides agreed to extend the deadline to serve initial disclosures at least until next Friday, November 13 to allow Defendants time to receive and consider Plaintiffs' First Amended Complaint.

Regards,
Jennifer


**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com



**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Thursday, November 5, 2020 9:29 AM
**To:** Meredith Mandell <meredithmandell@quinnemanuel.com>
**Cc:** Kearney, Thomas <TKearney@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Romm, Leah <LRomm@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Meredith Mandell oel Reese <joel.reese@rm-firm.com>; Josh Russ <josh.russ@rm-firm.com>; Sean Gallagher <sean.gallagher@rm-firm.com>; Robert Gruber <rgruber@reitergruber.com>; Charlie Reiter <creiter@reitergruber.com>; Moskowitz, Adam <APMoskowitz@winston.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>
**Subject:** Re: letter 11.02.2020

Counsel,

Thank you for speaking with me yesterday about the case. I just want to briefly confirm our agreement to extend the deadline for each parties' initial disclosures. My understanding is that we agreed to discuss a revised case schedule (including new dates for initial disclosures) sometime in the next couple of weeks after you've had a chance to review the amended complaint on file.

Please confirm that you agree to extend the deadline for initial disclosures.

Thanks,
Brett

Reese Marketos LLP
**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at [www.rm-firm.com](www.rm-firm.com)

On Nov 3, 2020, at 6:46 PM, Meredith Mandell <[meredithmandell@quinnemanuel.com](meredithmandell@quinnemanuel.com)> wrote:

Hello Brett,

I will send a dial-in for 1 pm Pacific.

Meredith

**From:** Brett Rosenthal [[mailto:brett.rosenthal@rm-firm.com](mailto:brett.rosenthal@rm-firm.com)]
**Sent:** Tuesday, November 3, 2020 9:44 AM
**To:** Meredith Mandell <[meredithmandell@quinnemanuel.com](meredithmandell@quinnemanuel.com)>
**Cc:** Kearney, Thomas <[TKearney@winston.com](TKearney@winston.com)>; Golinveaux, Jennifer <[JGolinveaux@winston.com](JGolinveaux@winston.com)>; Elkin, Michael <[MElkin@winston.com](MElkin@winston.com)>; Romm, Leah <[LRomm@winston.com](LRomm@winston.com)>; Ranahan, Erin <[ERanahan@winston.com](ERanahan@winston.com)>; Meredith Mandell oel Reese <[joel.reese@rm-firm.com](joel.reese@rm-firm.com)>; Josh Russ <[josh.russ@rm-firm.com](josh.russ@rm-firm.com)>; Sean Gallagher <[sean.gallagher@rm-firm.com](sean.gallagher@rm-firm.com)>; Robert Gruber

**APP. 004**

<rgruber@reitergruber.com>; Charlie Reiter <creiter@reitergruber.com>; Moskowitz, Adam <APMoskowitz@winston.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>
**Subject:** Re: letter 11.02.2020

**[EXTERNAL EMAIL]**

Ms. Mandell,

Thank you for sending the letter. I can speak with you all tomorrow (Wednesday) afternoon between 11am and 3pm Pacific. Regarding the initial disclosures, I'm okay with a one-week extension on the parties' deadlines if that would be helpful.

Please let me know if you want to confer tomorrow and what time.

Thanks,
Brett


Reese Marketos LLP
**Brett S. Rosenthal**

Main Office
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

Eastern District Office
5601 Granite Pkwy, Suite 420
Plano, Texas 75024


Visit us at www.rm-firm.com

On Nov 2, 2020, at 9:53 PM, Meredith Mandell

<meredithmandell@quinnemanuel.com> wrote:

<Letter Response November 02 2020.pdf>

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.