UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>　　　　Defendants. | Case No. 2:20-cv-06979<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MULTI MEDIA, LLC AND SONESTA TECHNOLOGIES, INC.'S (f/k/a BANGBROS.COM INC.) MOTION TO DISMISS**<br><br>Judge:　　Fernando M. Olguin |

Case No. 2:20-cv-06979
[PROPOSED] ORDER

# [PROPOSED] ORDER

This matter is before the Court on Defendants Multi Media, LLC and Sonesta Technologies, Inc.'s (f/k/a BangBros.com Inc.) (together, "Advertiser Defendants") Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Having considered the Advertiser Defendants' motion and all supporting papers the responses and replies thereto, and the arguments of the parties, and with good cause having been shown, the Court hereby orders as follows:

1.  Defendants Multi Media, LLC and Sonesta Technologies, Inc.'s (f/k/a BangBros.com Inc.) Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED.

2.  Any attempt by Plaintiffs to amend their First Amended Complaint would be futile, so leave to amend is DENIED.

3.  The First Amended Complaint is hereby dismissed with prejudice as to defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.).

**IT IS SO ORDERED.**

Dated:

Hon. Fernando M. Olguin
United States District Judge