Michael S. Elkin (*pro hac vice*)
melkin@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant CLOUDFLARE, INC.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Supporting Declaration of Jennifer A. Golinveaux and Proposed Order]<br><br>Amended Complaint Served: November 4, 2020<br>Motions to Dismiss Filed: November 18, 2020<br>Current Opposition Date: November 30, 2020<br>New Opposition Date: December 2, 2020<br>Current Reply Date: December 3, 2020<br>New Reply Date: December 16, 2020<br>Current Hearing Date: December 17, 2020<br>New Hearing Date: January 7, 2020 |

1

DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Cloudflare, Inc., Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.) (collectively "Defendants") will, and hereby do, apply *ex parte* (the "Application") for an order modifying the briefing schedule for the Defendants' Motions to Dismiss the First Amended Complaint. The Application is based on this Notice of *Ex Parte* Application, the Memorandum of Points and Authorities and Declaration of Jennifer A. Golinveaux ("Golinveaux Decl.") filed concurrently herewith, all materials incorporated or relied upon in it, matters of which this Court may take judicial notice, and any and all other materials the Court deems proper.

Pursuant to Civil Local Rule 7-19, after the parties raised the issue during a conference of counsel that took place on November 12, 2020, and following unsuccessful efforts to resolve the issue raised by this Application, Cloudflare's counsel spoke with Plaintiffs' counsel by phone on November 17, 2020, and contacted Plaintiffs' counsel again by email on November 18, 2020 to advise counsel of the date and substance of the proposed *ex parte* application. Golinveaux Decl ¶¶ 5-7 & Exs. A, B. Plaintiffs have stated that they object to this application.

Dated: November 18, 2020  WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux
Michael S. Elkin
Erin R. Ranahan
Thomas J. Kearney

*Attorneys for Defendant*
*CLOUDFLARE, INC.*

| | | |
|---|---|---|
| Dated: November 18, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| | By: | /s/ Michael T. Zeller |
| | | Michael T. Zeller |
| | | Attorney for Defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.) |

3

DEFENDANTS' EX PARTE APPLICATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 3, 2020, Plaintiff Deniece Waidhofer ("Waidhofer") filed *Waidhofer v. Cloudflare et al.*, Case No. 2:20-cv-06979-FMO-AS in the United States District Court for the Central District of California (the "Complaint"). Dkt. 1. Defendants Cloudflare ("Cloudflare"), and Defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.) (collectively, "Defendants"), filed Motions to Dismiss the Complaint on October 14, 2020. Dkts. 57, 59. On November 4, 2020, Plaintiffs Waidhofer, Margaret McGehee ("McGehee"), and Ryuu Lavitz, LLC ("Ryuu Lavitz") (collectively, "Plaintiffs") filed their First Amended Complaint ("FAC"). Dkt. 68. Defendants timely filed Motions to Dismiss the First Amended Complaint on November 18, 2020. Dkts. 84, 85. Cloudflare has previously sought one extension to respond to the initial complaint pursuant to Local Rule 8-3. Dkt. 48; *see also* Dkt. 49 (granting extension). Defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.), have also previously sought one extension to respond to the initial complaint pursuant to Local Rule 8-3. Dkt. 50; *see also* Dkt. 52 (granting extension).

This Court requires that, pursuant to Civil Local Rule 6-1, motions be noticed for no less than 28 days, and, pursuant to Section IV.A.1. of Judge Olguin's Initial Standing Order, no more than 35 days beyond the date the motion is filed. This Court also requires that, pursuant to Civil Local Rule 7-9, opposing papers be filed not later than 21 days before the date designated for the hearing of the motion and that, pursuant to Civil Local Rule 7-10, reply papers be filed not later than 14 days before the date designated for the hearing of the motion.

Defendants' Motions to Dismiss are currently noticed for December 17, 2020. Pursuant to Civil Local Rule 7-9, 21 days before December 17, 2020, falls on November 26, 2020, which is Thanksgiving and a Court holiday. The following day, November 27, 2020, is a Court holiday as well. Plaintiffs' Oppositions to the Motions to Dismiss are therefore due on the November 30, 2020, the first Court day following

1

the 26th. 14 days before December 17, 2020, falls on December 3, 2020, which is just 3 days after the Plaintiffs' Oppositions are due, leaving Defendants insufficient time to adequately review and reply to the Oppositions.

Defendants conferred with Plaintiffs on a proposal to modify the briefing schedule for the Motions to Dismiss, by providing for two weeks for the Plaintiffs to oppose the Motions to Dismiss (no later than Wednesday, December 2, 2020); providing two weeks for the Defendants to reply to the Plaintiffs' oppositions (no later than Wednesday, December 16, 2020); and setting the hearing on the Motions to Dismiss for Thursday, January 7, 2020, at 10:00 a.m. Golinveaux Decl. ¶¶ 5, 6 & Exs. A, B. Plaintiffs rejected this proposal, instead seeking three weeks to oppose the Motions to Dismiss (by Wednesday, December 9, 2020), three weeks for Defendants to reply to Plaintiffs' oppositions (by Wednesday, December 30, 2020), and to set the hearing on the Motions to Dismiss for Thursday, January 21, 2020, at 10:00 a.m. *Id.* ¶¶ 6-7 & Ex. B. Defendants declined this proposal and explained their concern that Plaintiffs' proposed briefing schedule pushes the hearing on the Motions to Dismiss out too far, particularly with Plaintiffs simultaneously pursuing discovery. *See* Golinveaux Decl. ¶ 7.

Defendants, through their undersigned counsel, mutually agree upon and respectfully request that this Court enter an order providing for the following briefing schedule regarding Defendants' Motions to Dismiss the First Amended Complaint. Defendants believe this schedule is fair and reasonable in light of both the intervening holidays, and the Court's usual scheduling requirements, and unlike Plaintiffs' counter-proposal will not unduly delay this case.

- Plaintiffs shall file any Oppositions to the Motions to Dismiss the First Amended Complaint on or before Wednesday, December 2, 2020.
- Defendants shall file any Replies to the Plaintiffs' Oppositions on or before Wednesday, December 16, 2020.
- The Motions shall be noticed for Thursday, January 7, 2020, at 10:00 a.m.

Nothing herein shall be deemed a waiver of any rights or defenses by the Parties.

Dated: November 18, 2020   WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux
Michael S. Elkin
Erin R. Ranahan
Thomas J. Kearney
Attorneys for Defendant
CLOUDFLARE, INC.

Dated: November 18, 2020   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Michael T. Zeller*
Michael T. Zeller
Attorney for Defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.)

## **ATTESTATION**

I, Jennifer A. Golinveaux, attest that the above listed signatories on whose behalf this document is being filed, have concurred in the content and have authorized the filing.

Dated: November 18, 2020                     WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux