Michael S. Elkin (*pro hac vice*)
melkin@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant*
*CLOUDFLARE, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION—LOS ANGELES**

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21,<br><br>                    Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>[Filed concurrently with *Ex Parte* Application and Proposed Order]<br><br>Amended Complaint Served:  November 4, 2020<br>Motions to Dismiss Filed: November 18, 2020<br>Current Opposition Date: November 30, 2020<br>New Opposition Date: December 2, 2020<br>Current Reply Date: December 3, 2020<br>New Reply Date: December 16, 2020<br>Current Hearing Date: December 17, 2020<br>New Hearing Date: January 7, 2020 |

1

## <u>DECLARATION OF JENNIFER A. GOLINVEAUX</u>

I, Jennifer A. Golinveaux declare:

1.      I am an attorney at law duly admitted to practice before all courts of the State of California, and am admitted to practice before the United States District Court, Central District of California.  I am a partner with the firm of Winston & Strawn LLP, attorneys of record for Defendant Cloudflare, Inc. ("Cloudflare").  I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.      Cloudflare has previously sought one extension to respond to the initial complaint pursuant to Local Rule 8-3. Dkt. 48; *see also* Dkt. 49 (granting extension). Defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.), have also previously sought one extension to respond to the initial complaint pursuant to Local Rule 8-3. Dkt. 50; *see also* Dkt. 52 (granting extension).

3.      Plaintiff Deniece Waidhofer filed *Waidhofer v. Cloudflare et al.*, Case No. 2:20-cv-06979-FMO-AS in the United States District Court for the Central District of California (the "Complaint") on August 3, 2020. Dkt. 1. Cloudflare and Defendants Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.) (collectively "Defendants") were named defendants in the suit. *Id*. Defendants moved to dismiss the Complaint on October 14, 2020. Dkts. 57, 59.

4.      Plaintiffs Deniece Waidhofer, Margaret McGehee, and Ryuu Lavitz, LLC ("Plaintiffs") filed their First Amended Complaint on November 4, 2020. Dkt. 68. Defendants filed their Motions to Dismiss the First Amended Complaint ("Motions to Dismiss") on November 18, 2020. Dkts. 84, 85. Defendants noticed their Motions to Dismiss for Thursday, December 17, 2020, at 10:00 a.m.

5.      On November 14, 2020, my colleague Thomas Kearney emailed Plaintiffs' counsel with a proposed modified briefing schedule, copying me on the email. Mr. Kearney and Plaintiffs' counsel exchanged multiple emails over the next few days (copying me), but were unable to agree to a briefing schedule. Exhibit A is a

2

Decl. of J. Golinveaux In Support Of Defendants' *Ex Parte* Application To Modify Briefing Schedule For Motion To Dismiss First Amended Complaint

true and correct copy of the email thread containing their discussion from November 14 to November 16, 2020.

6.      On November 17, 2020, I spoke with Plaintiffs' counsel to discuss a potential briefing schedule for Defendants' Motions to Dismiss. I offered, on behalf of Defendants, to extend Plaintiffs' opposition deadline by two weeks to Wednesday, December 2, 2020, to extend Defendants' reply deadline by two weeks to, December 16, 2020, and to set the hearing on the Motions to Dismiss the First Amended Complaint on Thursday, January 7, 2021. Plaintiffs counter-offered to extend their opposition deadline by three weeks to Wednesday, December 9, 2020, to extend Defendants' reply deadline by three weeks to December 30, 2020, and to set the hearing on the Motions to Dismiss the First Amended Complaint on Thursday, January 21, 2021. We did not reach an agreement during this call.

7.      On November 18, 2020, I emailed Plaintiffs' counsel to see if they would reconsider and agree to our proposal to extend Plaintiffs' opposition deadline and Defendants' reply deadline by two weeks, and set the hearing on the Motions to Dismiss the First Amended Complaint on Thursday, January 7, 2021. I reiterated Defendants' concern that Plaintiffs' proposed schedule would push the hearing on the Motions to Dismiss out too far, particularly with Plaintiffs simultaneously pursuing discovery. Plaintiffs' counsel declined the Defendants' offer. Attached hereto as Exhibit B is a true and correct copy of email correspondence between plaintiffs' counsel and me from November 17 to November 18, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2020, at Lafayette, California.

By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux

3

Decl. of J. Golinveaux In Support Of Defendants' *Ex Parte* Application To Modify Briefing Schedule For Motion To Dismiss First Amended Complaint

# EXHIBIT A

## Kearney, Thomas

| | |
|---|---|
| **From:** | Brett Rosenthal <brett.rosenthal@rm-firm.com> |
| **Sent:** | Monday, November 16, 2020 1:40 PM |
| **To:** | Kearney, Thomas |
| **Cc:** | Romm, Leah; Michael T Zeller; Meredith Mandell; Joel Reese; Golinveaux, Jennifer; Sean Gallagher |
| **Subject:** | Re: Waidhofer et al. v. Cloudflare et al: amended Rule 26(f) report |

Thank you Tom. Please note our objection to the request for an extension on the time to file the motion to dismiss. As noted before, the request is not timely and does not meet the Court's standard of being "essential," particularly given that you specifically proposed just two days ago to file the motions on the current due date (see below). Please note also that Plaintiffs will request at least 21 days from whatever date your motion is ultimately filed to prepare the response.

## Reese Marketos LLP
**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at <u>www.rm-firm.com</u>

On Nov 16, 2020, at 3:11 PM, Kearney, Thomas <TKearney@winston.com> wrote:

Brett,

We think that the addition of four new parties, and the significant volume of new allegations concerning them, is ample good cause for extending the filing date by a few days. We're happy to prepare a declaration to that effect, note Plaintiffs' objection, and let the Court decide for itself whether to allow an extension of time for the Defendants' initial filing date. In return, we'll agree to relax the schedule as you propose.

Thanks,

1

-Tom


**Thomas J. Kearney**

Winston & Strawn LLP

D: +1 415-591-6894

winston.com

\<image001.jpg>

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Monday, November 16, 2020 11:07 AM
**To:** Kearney, Thomas <TKearney@winston.com>
**Cc:** Romm, Leah <LRomm@winston.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>;
Meredith Mandell <meredithmandell@quinnemanuel.com>; Joel Reese <joel.reese@rm-firm.com>;
Golinveaux, Jennifer <JGolinveaux@winston.com>; Sean Gallagher <sean.gallagher@rm-firm.com>
**Subject:** Re: Waidhofer et al. v. Cloudflare et al: amended Rule 26(f) report

Tom,

Thank you for sending this revised proposed briefing schedule. We cannot agree to your proposal for a
few reasons.

1. Judge Olguin's standing order states that any request for a continuance or extension must be
submitted "no later than five (5) court days prior to the expiration of the scheduled date." In addition,
the order states that even stipulated extensions "must be supported by a detailed declaration that
demonstrates good cause as to why the change in date is essential." In light of these provisions,
Plaintiffs do not believe that an extension of the date for filing motions to dismiss is appropriate and will
not support an application to extend this date.

2. I would reiterate our request to have the response to the motions due on December 9. This is 21 days
after the filing date for the motions to dismiss. 21 days is standard for responding to motions to dismiss
in most federal courts. Although you raised a concern about additional time for the Plaintiffs, please
note that Plaintiffs are responding to two sets of motions from the various defendants, whereas you are
only dealing with one set of briefs. In addition, the Thanksgiving holiday falls in the middle of our
response period. As well, my colleagues and I have several additional briefs due in other matters in late
November and early December (including response to summary judgment in early December in one
matter, and responses to motions to dismiss, transfer venue, and compel arbitration due in late
November in another matter). In light of all this, I believe that 21 days is a reasonable amount of time to
respond to these motions and that the Court would find good cause for an extension of Plaintiffs'
response deadline if requested.

3. Regarding your reply briefs, Plaintiffs have no problem giving you additional time to reply if you like. If
the MTD hearing is scheduled for January 21 as discussed, we would be happy to grant an additional 1-3
weeks for defendants to serve their reply briefs. Therefore, we could make replies due on December 30,
January 6, or January 13. This is more than the typical 7-14 days granted for a reply brief.

Thus, I would suggest the following briefing calendar:

MTD Filing: Wednesday, Nov. 18
Oppositions Due: Wednesday, Dec. 9
Replies Due: Weds, Dec. 30 or Jan. 6 or Jan. 13
Hearing: Thurs, Jan. 21

I believe this briefing calendar is very fair and reasonable under the circumstances.

Please let me know if you agree to this proposal.

Thanks,
Brett

## Reese Marketos LLP
**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at <u>www.rm-firm.com</u>

On Nov 15, 2020, at 3:05 PM, Kearney, Thomas <<u>TKearney@winston.com</u>> wrote:

Thanks, Brett. We are fine pushing out the hearing, but the schedule you propose gives Plaintiffs an extra week with no addition time for Defendants. December 2 is already several days longer than the eight days the default schedule would ordinarily provide for an opposition, even given the intervening holiday. That said, what about the following—since we haven't had the Amended Complaint that long, and the urgency of filing is lessened with the motion now going into next year:

> MTD filing: Monday, 23 Nov.
> Oppositions due: Tuesday, 8 Dec. (15 calendar days instead of 8)
> Replies due: Wednesday, 23 Dec. (15 calendar days instead of 7)
> Hearing: Thurs, 21 Jan. (2021)

Best,
-Tom

3

**Thomas J. Kearney**

Winston & Strawn LLP

D: +1 415-591-6894

winston.com

&lt;image003.jpg&gt;

**From:** Brett Rosenthal &lt;brett.rosenthal@rm-firm.com&gt;
**Sent:** Saturday, November 14, 2020 4:46 PM
**To:** Kearney, Thomas &lt;TKearney@winston.com&gt;
**Cc:** Romm, Leah &lt;LRomm@winston.com&gt;; Michael T Zeller
&lt;michaelzeller@quinnemanuel.com&gt;; Meredith Mandell
&lt;meredithmandell@quinnemanuel.com&gt;; Joel Reese &lt;joel.reese@rm-firm.com&gt;;
Golinveaux, Jennifer &lt;JGolinveaux@winston.com&gt;
**Subject:** Re: Waidhofer et al. v. Cloudflare et al: amended Rule 26(f) report

Thanks Tom. I would like a little more time after the New Year to prepare for the hearing, especially since your proposed date is only a few weeks after my daughter's expected date of birth. I also would ask for an additional week for briefing since Thanksgiving falls right in the middle of my response window. Could we agree on the following instead:

> MTD filing: Wednesday, 18 Nov.
> Oppositions due: Wednesday, 9 Dec.
> Replies due: Wednesday, 23 Dec.
> Hearing: Thurs, 21 Jan. (2021)

## Reese Marketos LLP
**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at www.rm-firm.com

On Nov 14, 2020, at 5:28 PM, Kearney, Thomas
<TKearney@winston.com> wrote:

Brett –

During the meet and confer, we discussed stipulating to a briefing
schedule for the Defendants' anticipated motions to dismiss, in light of
the upcoming holidays and your new baby. Please let us know if the
following schedule is acceptable to Plaintiffs:

> MTD filing: Wednesday, 18 Nov.
> Oppositions due: Wednesday, 2 Dec.
> Replies due: Wednesday, 16 Dec.
> Hearing: Thurs, 7 Jan. (2021)

Thanks,
-Tom


**Thomas J. Kearney**

Winston & Strawn LLP
D: +1 415-591-6894
winston.com
<image001.jpg>

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Tuesday, November 10, 2020 12:18 PM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** Kearney, Thomas <TKearney@winston.com>; Ranahan, Erin
<ERanahan@winston.com>; Elkin, Michael <MElkin@winston.com>;
Romm, Leah <LRomm@winston.com>; Moskowitz, Adam
<APMoskowitz@winston.com>; Steinberg, Ying Lin
<YSteinberg@winston.com>; Michael T Zeller
<michaelzeller@quinnemanuel.com>; Meredith Mandell
<meredithmandell@quinnemanuel.com>; Joel Reese <joel.reese@rm-
firm.com>; Josh Russ <josh.Russ@rm-firm.com>; Sean Gallagher
<sean.gallagher@rm-firm.com>; Charlie Reiter
<creiter@reitergruber.com>; Robert Gruber
<rgruber@reitergruber.com>
**Subject:** Re: Waidhofer et al. v. Cloudflare et al: amended Rule 26(f)
report

Thank you Jennifer.  Tomorrow is tough for me. Thursday any time or
Friday morning (Pacific time) would be better, if that works for you.


Reese Marketos LLP
**Brett S. Rosenthal**

Main Office
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

Eastern District Office
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at www.rm-firm.com

On Nov 10, 2020, at 2:04 PM, Golinveaux, Jennifer
<JGolinveaux@winston.com> wrote:

Thank you, Brett. We will review. In the meantime, we
would like to schedule time tomorrow to meet and
confer with you regarding Cloudflare's anticipated
motion to dismiss Plaintiffs' First Amended Complaint.
Would 2 or 2:30 Pacific time tomorrow work on your
side for a call?

Regards,
Jennifer

**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com

>

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Tuesday, November 10, 2020 11:59 AM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>;
Kearney, Thomas <TKearney@winston.com>; Ranahan,
Erin <ERanahan@winston.com>; Elkin, Michael
<MElkin@winston.com>; Romm, Leah
<LRomm@winston.com>; Moskowitz, Adam

<APMoskowitz@winston.com>; Steinberg, Ying Lin
<YSteinberg@winston.com>; Michael T Zeller
<michaelzeller@quinnemanuel.com>; Meredith
Mandell <meredithmandell@quinnemanuel.com>
**Cc:** Joel Reese <joel.reese@rm-firm.com>; Josh Russ
<josh.Russ@rm-firm.com>; Sean Gallagher
<sean.gallagher@rm-firm.com>; Charlie Reiter
<creiter@reitergruber.com>; Robert Gruber
<rgruber@reitergruber.com>
**Subject:** Waidhofer et al. v. Cloudflare et al: amended
Rule 26(f) report

Counsel,

In light of the First Amended Complaint and the Court's
order setting scheduling conference, we have taken a
shot at amending the Joint Rule 26(f) Report. Among
other changes, we have changed the headings and
organization to correspond with the categories and
descriptions listed in the Court's order setting
scheduling conference. We have also updated some of
the information in the report to reflect developments
since the last report.

Our proposed changes from the last joint report are
shown in "track changes" in the attached draft. If you
do not see the redlines, please make sure that you are
viewing the document in Microsoft Word and that the
pulldown menu in the Review tab at the top of the
screen is set to "All Markup" rather than "Simple
Markup."

Please note that the Court's order setting scheduling
conference states that the parties must submit a joint
Rule 26(f) report no later than November 19, 2020. As
such, please make your proposed revisions and send
back to me by November 17 (one week from today) to
allow time for review and finalization of the report. For
obvious reasons, I would respectfully ask that you
please refrain from making any revisions to the sections
designated as "Plaintiffs' Statement." However, please
let me know if you have any concerns about those
sections or any other parts of the joint report.

If you wish to confer by phone again about anything
related to this draft report, please let me know.

Best regards,
Brett


Reese Marketos LLP

**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at <u>www.rm-firm.com</u>

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

# EXHIBIT B

**Kearney, Thomas**

| | |
|---|---|
| **From:** | Golinveaux, Jennifer |
| **Sent:** | Wednesday, November 18, 2020 10:03 AM |
| **To:** | Brett Rosenthal; Kearney, Thomas; Michael T Zeller; Romm, Leah |
| **Cc:** | Joel Reese |
| **Subject:** | RE: Waidhofer et. all v. Cloudflare |

Hi Brett,

Thank you for your email. I discussed with our client but as I explained yesterday we are concerned that your proposed briefing schedule pushes the hearing on this out too far, particularly with Plaintiffs simultaneously pursuing discovery. Our proposed schedule provides two full weeks for Plaintiffs to prepare their oppositions, which would be due well before your baby is due. We plan to file an ex parte application with the Advertising Defendants to enter our proposed briefing schedule. I've copied below our competing proposals so that everyone is on the same page. Please let me know if Plaintiffs will reconsider and agree to our proposal. Regards, Jennifer

Extended to allow each side 2 weeks:
MTD filing: Wednesday, 18 Nov.
Oppositions due: Wednesday, 2 Dec. (2 full weeks)
Replies due: Wednesday, 16 Dec. (2 full weeks)
Hearing: Thurs, 7 Jan. (2021)

Plaintiffs' proposal to extend to allow each side 3 weeks:
MTD Filing: Wednesday, Nov. 18
Oppositions Due: Wednesday, Dec. 9
Replies Due: Weds, Dec. 30 or Jan. 6 or Jan. 13
Hearing: Thurs, Jan. 21


**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com



**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Wednesday, November 18, 2020 9:48 AM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** Joel Reese <joel.reese@rm-firm.com>
**Subject:** Re: Waidhofer et. all v. Cloudflare

Jennifer,

Thanks for calling yesterday to discuss the briefing schedule for the motion to dismiss. Have you had a chance to confer with your client about this issue?  As explained during our call, we propose the following schedule:

MTD Filing:        Nov. 18
Opposition:        Dec. 9
Reply:              Dec. 30 (or Jan. 6)
Hearing:                    Jan. 21

As explained during our call and in previous emails, we believe this schedule is fair and reasonable for several reasons. First, it allows 21 days for Plaintiffs to respond to the motion(s) to dismiss, which is a standard period for dispositive motions in most federal courts. Second, this schedule accounts for the fact that Plaintiffs' response period runs through the Thanksgiving holiday. Third, this schedule provides Defendants with the same (or more) time to prepare its reply briefs as Plaintiffs have for response briefs, even though typically reply brief periods are shorter. And fourth, my wife is due to give birth to our baby on December 17, and I am planning to take a few weeks of paternity leave after the baby is born to be there for my family. This schedule provides some time for that before having to prepare for the MTD hearing.

I hope that we can agree on this briefing and hearing schedule. If not, please note our objections to your proposed schedule and that we intend to move the Court to implement our proposed schedule.

Thank you,
Brett

## Reese Marketos LLP
**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at [www.rm-firm.com](http://www.rm-firm.com)

On Nov 17, 2020, at 3:55 PM, Golinveaux, Jennifer <[JGolinveaux@winston.com](mailto:JGolinveaux@winston.com)> wrote:

Thanks. I'll call you then.

**Jennifer Golinveaux**

Winston & Strawn LLP

D: +1 415-591-1506

M: +1 415-699-1802

winston.com

<image001.jpg>

---

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Tuesday, November 17, 2020 1:46 PM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** Joel Reese <joel.reese@rm-firm.com>
**Subject:** Re: Waidhofer et. all v. Cloudflare

I think we have already covered those issues at some length both on the phone and over email. But if you want to discuss further, we can make ourselves available for about 15 minutes at 3:45 Pacific.


## Reese Marketos LLP

**Brett S. Rosenthal**

Main Office

750 N. Saint Paul St., Suite 600

Dallas, Texas 75201

Direct: (214) 382-3057 | Main: (214) 382-9810

Eastern District Office

5601 Granite Pkwy, Suite 420

Plano, Texas 75024


Visit us at www.rm-firm.com

On Nov 17, 2020, at 3:27 PM, Golinveaux, Jennifer <JGolinveaux@winston.com> wrote:

The briefing schedule for the MTD and certain of Plaintiffs' allegations in the FAC.

Jennifer


**Jennifer Golinveaux**

Winston & Strawn LLP

D: +1 415-591-1506

M: +1 415-699-1802

winston.com

<image001.jpg>

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Tuesday, November 17, 2020 1:26 PM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** Joel Reese <joel.reese@rm-firm.com>
**Subject:** Re: Waidhofer et. all v. Cloudflare

That will be tough. Can you tell me what issues you want to discuss? Perhaps we could ask some of our colleagues to cover it.

**Brett S. Rosenthal**

Reese Marketos LLP

Main Office
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

Eastern District Office
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at www.rm-firm.com

On Nov 17, 2020, at 3:10 PM, Golinveaux, Jennifer <JGolinveaux@winston.com> wrote:

I apologize but this call I am currently on is going to go long. Can you possibly do 3:30 PT this afternoon?

**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Tuesday, November 17, 2020 1:09 PM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** Joel Reese <joel.reese@rm-firm.com>
**Subject:** Re: Waidhofer et. all v. Cloudflare

We can make ourselves available for about 15 minutes at 1:45. Please call me directly
on my cell at 214 542 4017.

**Brett S. Rosenthal**

Reese Marketos LLP

Main Office
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

Eastern District Office
5601 Granite Pkwy, Suite 420
Plano, Texas 75024

Visit us at www.rm-firm.com

On Nov 17, 2020, at 3:03 PM, Golinveaux, Jennifer <JGolinveaux@winston.com> wrote:

Sorry, yes.

**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com
<image001.jpg>

**From:** Brett Rosenthal <brett.rosenthal@rm-firm.com>
**Sent:** Tuesday, November 17, 2020 1:02 PM

5

**To:** Golinveaux, Jennifer <[JGolinveaux@winston.com](mailto:JGolinveaux@winston.com)>
**Cc:** Joel Reese <[joel.reese@rm-firm.com](mailto:joel.reese@rm-firm.com)>
**Subject:** Re: Waidhofer et. all v. Cloudflare

Do you mean 1:45 Pacific?


**Brett S. Rosenthal**

Reese Marketos LLP




Main Office
[750 N. Saint Paul St., Suite 600](#)
Dallas, Texas 75201
Direct: [(214) 382-3057](tel:2143823057) | Main: [(214) 382-9810](tel:2143829810)




Eastern District Office
5601 Granite Pkwy, Suite 420
Plano, Texas 75024




Visit us at [www.rm-firm.com](http://www.rm-firm.com)

On Nov 17, 2020, at 3:00 PM, Golinveaux, Jennifer <[JGolinveaux@winston.com](mailto:JGolinveaux@winston.com)> wrote:


I'm on a zoom until 12:45 PT. Would that work? Or 3pm PT?


**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com
<image001.jpg>

**From:** Brett Rosenthal <[brett.rosenthal@rm-firm.com](mailto:brett.rosenthal@rm-firm.com)>
**Sent:** Tuesday, November 17, 2020 12:56 PM
**To:** Golinveaux, Jennifer <[JGolinveaux@winston.com](mailto:JGolinveaux@winston.com)>

**Cc:** Joel Reese <joel.reese@rm-firm.com>
**Subject:** Re: Waidhofer et. all v. Cloudflare

Just tried to call you.  Joel and I have a few minutes during a break in another meeting if you can talk in the next 15 minutes or so.


Reese Marketos LLP
**Brett S. Rosenthal**

<u>Main Office</u>
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Direct: (214) 382-3057 | Main: (214) 382-9810

<u>Eastern District Office</u>
5601 Granite Pkwy, Suite 420
Plano, Texas 75024


Visit us at www.rm-firm.com

On Nov 17, 2020, at 2:39 PM, Golinveaux, Jennifer <JGolinveaux@winston.com> wrote:

Do you all have time for a quick call to touch base about a couple of issues this afternoon?


**Jennifer A. Golinveaux**
**Partner**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840
D: +1 415-591-1506
F: +1 415-591-1400
Bio | VCard | Email | winston.com

<image001.jpg>

7

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.