# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21,<br><br>Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Amended Complaint Served: November 4, 2020<br>Motions to Dismiss Filed: November 18, 2020<br>Current Opposition Date: November 30, 2020<br>New Opposition Date: December 2, 2020<br>Current Reply Date: December 3, 2020<br>New Reply Date: December 16, 2020<br>Current Hearing Date: December 17, 2020<br>New Hearing Date: January 7, 2020 |

Having considered the Opposed *Ex Parte* Application To Modify Briefing Schedule and supporting papers submitted by Defendants Cloudflare, Inc., Multi Media, LLC and Sonesta Technologies, Inc. (f/k/a BangBros.com Inc.) (collectively, "Defendants"), the Court, finding good cause, hereby GRANTs the Application and ORDERS that the following briefing schedule shall apply to Defendants' Motions to Dismiss the First Amended Complaint:

- Plaintiffs shall file any Oppositions to the Motions to Dismiss the First Amended Complaint on or before Wednesday, December 2, 2020.
- Defendants shall file any Replies to the Plaintiffs' Oppositions on or before Wednesday, December 16, 2020.
- The Motions to Dismiss the First Amended Complaint shall be noticed for hearing Thursday, January 7, 2020, at 10:00 a.m.

IT IS SO ORDERED.

DATED: November ___, 2020

_____
Hon. Fernando M. Olguin
United States District Judge