UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**DECLARATION OF BRETT S. ROSENTHAL IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS'** *EX PARTE* **APPLICATION TO MODIFY BRIEFING SCHEDULE AND CROSS-APPLICATION TO MODIFY SAME**<br><br>[Filed concurrently with Plaintiffs' Response and Proposed Order] |

I, Brett S. Rosenthal, am over the age of 18 years and competent to give this declaration. I submit this declaration under penalty of perjury.

1. I am lead counsel for Plaintiffs in this case.

2. On November 12, 2020, the parties had an initial telephone conference regarding Defendants' forthcoming motions to dismiss. During that call, the parties also discussed proposals for the briefing schedule for the motions. Cloudflare's counsel stated that he would send a proposal.

3. On November 14, 2020, Cloudflare's counsel proposed a briefing schedule under which motions to dismiss would be due November 18, 2020, oppositions would be due December 2, 2020, replies would be due December 16, 2020, and the hearing on the motions would be scheduled for January 7, 2021. *See* Dkt 86-1 at 9.

4. That same day, I responded that I "would like a little more time after the New Year to prepare for the hearing, especially since your proposed date is only a few weeks after my daughter's expected date of birth." *Id.* at 8. I also "ask[ed] for an additional week for briefing since Thanksgiving falls right in the middle of my response window." *Id.* I proposed motions to dismiss due November 18, 2020, oppositions due December 9, 2020, replies due December 23, 2020, and a hearing set for January 21, 2021.

5. On November 15, 2020, Cloudflare's counsel responded that Defendants were "fine pushing out the hearing, but the schedule you proposed gives Plaintiffs an extra week with no addition time for Defendants." *Id.* at 7. Cloudflare's counsel proposed extending the motion filing date to November 23, 2020, oppositions to December 8, 2020, replies to December 23, 2020, and the hearing on January 21, 2020. *Id.*

6. I responded that we could not agree to this proposal because it violated Judge Olguin's Standing Order that requires requests for continuance be submitted no later than five court days prior to the expiration of the scheduled date. *Id.* at 6. I also pointed out that Plaintiffs were responding to two sets of motions, that the Thanksgiving holiday falls in the middle of our response period, and that my colleagues and I have several other briefs due in other matters in late November and early December. However, I offered to extend Defendants' reply deadline by an additional one to three weeks, so that their replies could be due as late as January 13, 2021, if Defendants preferred.

7. The following day, November 17, 2020, I conferred by phone with Cloudflare's counsel, Ms. Golinveaux, and again explained why I believed Plaintiffs' proposal was fair and reasonable to all parties. Defendants proceeded to file the incident *ex parte* application.

8. I believe that Plaintiffs' proposal allows ample time for the parties to brief the issues and prepare for the hearing. It also takes into account that Plaintiffs must respond to multiple sets of motions and have other conflicting obligations, including the expected birth of my child on or around December 17, 2020. And it causes no prejudice to anyone.

9. I swear that the foregoing is true and correct to the best of my knowledge.

*/s/ Brett S. Rosenthal*
Brett S. Rosenthal

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2020, a true and correct copy of this document was electronically filed via the Court's CM/ECF system, which will serve notice upon all parties and counsel of record herein.

*/s/ Brett S. Rosenthal*
Brett S. Rosenthal
