UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as-yet unidentified individuals,<br><br>Defendants. | Case No. 2:20-cv-06979-FMO-AS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS'** *EX PARTE* **APPLICATION TO MODIFY BRIEFING SCHEDULE AND GRANTING PLAINTIFFS' CROSS-APPLICATION TO MODIFY SAME** |

Having considered Defendants' Opposed *Ex Parte* Application to Modify Briefing Schedule (Dkt 86), the supporting papers submitted by Defendants, and Plaintiffs' Response thereto, the Court hereby DENIES Defendants' Application and GRANTS Plaintiffs' Cross-Application to Modify. The Court, ORDERS that the following briefing schedule shall apply to Defendants' Motions to Dismiss the First Amended Complaint:

- Plaintiffs shall file any Oppositions to the Motions to Dismiss the First Amended Complaint on or before Wednesday, December 9, 2020.
- Defendants shall file any Replies to the Plaintiffs' Oppositions on or before Wednesday, December 30, 2020.

- The Motions shall be noticed for Thursday, January 21, 2021 at 10:00 a.m.

IT IS SO ORDERED

DATED November _____, 2020.

_____
Hon. Fernando M. Olguin
United States District Judge