# EXHIBIT A





# Kelly M. Klaus

San Francisco
T: (415) 512-4017
Los Angeles
T: (213) 683-9238
Kelly.Klaus@mto.com

Kelly Klaus is a litigation partner in the San Francisco and Los Angeles offices of Munger, Tolles & Olson.

Mr. Klaus's practice is focused on copyright and related litigation, including antitrust and class action litigation. He has represented the major motion picture studios, the major recorded music companies and many other entities in some of their highest-profile litigation matters in recent years. In addition to litigating, Mr. Klaus regularly counsels clients on copyright, software licensing and other intellectual property issues.

The *Daily Journal* has repeatedly named Mr. Klaus among the leading intellectual property lawyers in California, and he is consistently ranked as a leading litigator in Media & Entertainment by *Chambers USA*. In 2017, Mr. Klaus was recognized among the Most Influential Intellectual Property Lawyers by the *Los Angeles Business Journal* and as a Media & Entertainment MVP by *Law360*. Mr. Klaus was named one of Hollywood's top 100 lawyers in *The Hollywood Reporter*'s "Power Lawyers" report in 2017 and 2018. Mr. Klaus was also recognized among the top attorneys in the entertainment business in *Variety*'s 2018 Legal Impact Report.

Actively engaged in the copyright community, Mr. Klaus is a member of the Los Angeles Copyright Society, the Copyright Society of the United States, the Copyright Alliance's Legal Advisory Board and the USC Intellectual Property Institute's Planning Committee. He is a frequent speaker at programs on copyright issues. Mr. Klaus has taught appellate advocacy at Stanford Law School, and he served on Stanford Law School's Board of Visitors. He is a past member of the board of governors of the Association of Business Trial Lawyers in Los Angeles.

## Experience

**Key Representations**

- FX Networks and Pacific 2.1 Entertainment Group in obtaining dismissal under California's anti-SLAPP statute of a defamation lawsuit brought by actress Olivia de Havilland involving the program "Feud: Bette and Joan."
- Disney, Lucasfilm, Fox and Warner Bros. in a copyright infringement and circumvention action against VidAngel.
- The Motion Picture Association of America and its member studios in:
  - defending against a class action lawsuit alleging that the MPAA's motion picture rating service is required to give an "R" rating to any movie featuring any tobacco imagery.
  - securing an injunction against the operators of Zediva, an unlicensed video-on-demand service.
  - obtaining a permanent injunction against RealNetworks for its "RealDVD" device for copying DVDs.



- numerous copyright cases as amicus curiae in the U.S. Supreme Court and circuit courts around the country.
- TMZ and Warner Bros. in copyright litigation arising out of TMZ's posting of a video of a famous actor and recording artist discussing the music of another recording artist.
- Disney in defending claims of copyright infringement related to the motion picture "Frozen."
- The National Fire Protection Association, a major standard-setting organization, in litigation challenging whether standards lose their copyright protection when government bodies incorporate them by reference.
- SoundExchange, on behalf of sound recording copyright owners, in the Copyright Royalty Board's *Web IV* proceedings to set royalty rates for broadcasters operating under the statutory license.
- NCAA in the *O'Bannon* litigation, which challenges the rules of amateurism governing college athletics.
- Activision-Blizzard in its successful defense against a right of publicity action filed by former Panamanian dictator Manuel Noriega arising out of a Noriega character in a "Call of Duty" game set against the backdrop of the 1989 U.S. invasion of Panama.
- The major recorded music companies in a copyright infringement action against LimeWire and its founder. After obtaining a permanent injunction against LimeWire, Munger Tolles proceeded to a damages trial in U.S. District Court. Two weeks into trial, the defendants agreed to pay the record companies $105 million.
- Universal Music Group in:
  - claims for secondary copyright liability against Bertelsmann AG and Hummer Winblad Venture Partners arising out of the infringing Napster service.
  - defending against antitrust claims arising out of the wholesale prices for permanent downloads on iTunes and other download services.
- Advising and representing clients in software licensing and computer software infringement matters.
- Electronic Arts in copyright litigation alleging that Zynga's online social game "The Ville" infringed EA's copyrighted game "Sims Social."
- Green Hills Software in successfully defending a five-month arbitration alleging copyright infringement relating to application program interfaces for computer programs.

## Practice Areas

- Litigation
  - Copyright
  - Trials

## Industries

- Media and Entertainment

## Education

- Stanford Law School (J.D., 1992) Order of the Coif; *Stanford Law Review*, 1990-1992
- UCLA (B.A., 1989)

## Clerkships

- Justice Anthony M. Kennedy, U.S. Supreme Court, 1995-1996
- Judge Pamela Ann Rymer, U.S. Court of Appeals, Ninth Circuit, 1993-1994
- Judge William H. Orrick, Jr., U.S. District Court, Northern District of California, 1992-1993



**Admissions**

- California





# Bethany W. Kristovich

Los Angeles
(213) 683-9292
Bethany.Kristovich@mto.com

Bethany Kristovich is a litigation partner in the Los Angeles office of Munger, Tolles & Olson.

Ms. Kristovich's practice is focused on complex civil litigation, with a particular emphasis in high-stakes trials, including in the consumer protection, product defect and personal injury contexts. She also handles contract and indemnity disputes, including in the media distribution area. Ms. Kristovich is co-chair of the firm's class action practice group and a member of the firm's policy committee.

Ms. Kristovich has earned recognition for her legal victories. She was named to the *Daily Journal*'s Top Women Lawyers list in 2020, 2021 and 2022 and named a 2020 Women in Law – USA honoree by *Lawyer Monthly Legal*. Ms. Kristovich was also named one of California's Top 20 Lawyers Under 40 by the *Daily Journal* and selected as a "Rising Star" by *Super Lawyers*. Ms. Kristovich was also part of the legal team that helped the firm win *Law360*'s Class Action Practice Group of the Year award for her work as part of a trial team for Philip Morris USA.

Since joining Munger Tolles, Ms. Kristovich has had a counsel-table role at numerous high-stakes trials and arbitrations, two of which were class action trials in which the plaintiffs requested over a billion dollars in damages. She has also been called upon to defend against numerous applications for preliminary injunction.

Ms. Kristovich is a prolific speaker and author who has addressed a range of legal issues at such events as Digital Hollywood and conferences hosted by the ABA and Ms. JD.

Ms. Kristovich is an active member of the community. She is a board member of the Friends of the LA County Law Library and was appointed by the Board of Trustees of the State Bar of California to serve as a member of the 2019 Commission on Judicial Nominees Evaluation. The commission assists California's governor in the judicial selection process by providing independent evaluations of candidates for judicial appointment and nomination. In 2017, Ms. Kristovich was appointed as a member of the professional development committee of the American Bar Association Section of Litigation. She serves on the board of the California Women's Law Center, and she is a previous member of the advisory board of the Western Center on Law and Poverty. As a former debater, she volunteers for the Los Angeles Metropolitan Debate League, an organization that encourages high school students in urban schools to participate in debate.

Before joining the firm, Ms. Kristovich served as law clerk to the Honorable Edward Rafeedie in the U.S. District Court for the Central District of California.

Ms. Kristovich received her J.D. from the USC Gould School of Law, where she was elected to the Order of the Coif and served as an articles editor for the *Southern California Law Review*.



## Experience

**High-Impact Litigation**

- Juul Labs Inc. in multidistrict litigation involving novel product liability claims and allegations regarding its marketing practices.
- MGM in noteworthy civil litigation arising from the Oct. 1, 2017 mass shooting at the Route 91 Harvest Festival in Las Vegas. Ms. Kristovich led every aspect of the case, both in court and in mediation, that resulted in a settlement of plaintiffs' claims. MGM's insurance carriers will pay for the vast majority of the settlement, which was reached before discovery commenced.
- Philip Morris USA in obtaining a favorable verdict in a false advertising trial in which plaintiffs, a class of nearly 200,000 smokers, received an award of $5 million – far less than the $1.5 billion in damages originally sought.
- Philip Morris USA in the successful defense of a three-month California consumer class action trial relating to the marketing of "light" cigarettes. Plaintiffs recovered nothing on their claims, and the judgment was affirmed on appeal. This victory was recognized by the *Daily Journal* as a Top Defense Verdict of 2013.
- Occidental Chemical Corporation in significant environmental litigation and trial arising out of the Bayou Corne sinkhole in Assumption Parish, Louisiana. At trial, Ms. Kristovich put on the direct testimony of several key witnesses and cross-examined the president of the opposing party; she also delivered a significant portion of the closing.
- A major technology company in a confidential product-defect arbitration with a nine-figure demand.
- A confidential bet-the-company arbitration between an independent television station and a major distributor. After arbitration, the arbitrator ruled entirely in Ms. Kristovich's client's favor.

**Class Actions**

- A major retailer in the defense and settlement of several unfair competition and false advertising class actions after early briefing.
- A major product manufacturer in obtaining a favorable settlement in a putative unfair competition class action.
- Intel in:
  - obtaining a settlement in a certified class action brought on behalf of several million purchasers of computers containing the first version of the Pentium 4 processor alleging violations of the Unfair Competition Law.
  - defending, preparing for trial, and ultimately obtaining a settlement in an antitrust case brought by a class of current and former employees of various technology companies alleging that the defendants conspired to abstain from cold-calling each other's employees.

**Contract Disputes**

- A major gaming company in successfully resolving contract disputes following a cross-border equity acquisition.
- An independent television channel in a dispute with a large media company.
- A major construction company in favorably settling litigation with a developer after vigorous discovery.
- Southern California Edison in a breach-of-contract dispute.



- An independent television channel in obtaining a favorable settlement in a dispute with a distributor after arbitration had commenced.
- An independent channel as plaintiff in a carriage dispute with a service provider in a JAMS arbitration. At the conclusion, the arbitrator found entirely in favor of the firm's client.

**Professional Liability**

- A major national law firm in a lawsuit alleging violations of the California False Claims Act.
- A law firm in obtaining a favorable settlement on the eve of trial in a legal malpractice action arising from the firm's representation of a Delaware corporation after extensive litigation and briefing.
- A law firm in obtaining affirmance in the California Court of Appeal of the lower court's dismissal of malpractice claims on statute of limitations grounds.

**Other Noteworthy Commercial Matters**

- J. Paul Getty Trust in settling claims and obtaining dismissal of a lawsuit brought by the Western Prelacy of the Armenian Apostolic Church of America alleging that eight pages from the Zeyt'un Gospels, a medieval Armenian gospel manuscript, were the property of the church.

## Publications

- Quoted, Legal Malpractice Claims Will Rise in 2020, Warn Experts, *Daily Journal*, Nov. 16, 2020
- How Attys Can Guard Against Rising Settle-And-Sue Claims, *Law360*, Oct. 26, 2020
- Safeguards Against Legal Malpractice Liability As Claims Rise, *Law360,* Aug. 14, 2020
- Planning, Drafting & Executing Effective Cross-Examinations*, Daily Journal*, Feb. 21, 2018
- Taking And Defending Depositions You Can Actually Use, *Law360*, Jan. 8, 2018
- Calif. High Court Goes Against The Arbitration Grain, *Law360*, Aug. 23, 2016

## Speaking Engagements

- Speaker, *Current Litigation Trends in Sports & Entertainment*, Association of Corporate Counsel Networks, May 17, 2022
- Speaker, *Understanding, Avoiding, and Litigating Sanctions*,  ABA Fall 2021 National Legal Malpractice Conference, September 23, 2021
- Speaker, *Impacts of COVID-19 on Federal and State Enforcement Actions and Clean-Ups: Force Majeure in the COVID Era*, Environmental & Energy, Mass Torts, and Products Liability, Litigation Committees' Joint, Virtual Regional CLE Program, American Bar Association, January 28, 2021
- Panelist, *Impacts of Covid-19 on Federal and State Enforcement Actions and Clean-Ups*, ABA Roundtable, Environmental & Energy Litigation Committee, May 20, 2020
- Co-Panelist with Charles D. Cowan and Jeffrey B. Simon, *Nature of the Damages*, The Opioid Litigation Conference, June 6, 2019
- Panelist, *The Outlook of Class Action Issues Going Forward*, Bridgeport Continuing Legal Education Seminar, March 1, 2019
- Panel Moderator, Effective Oral Advocacy: How to Prepare for and Handle Oral Argument, ABA Conference, 2018
- Panel Moderator, *Mitigating the Impact of Complex Litigation*, Women, Influence & Power in Law Conference, Oct. 5, 2018



- Panelist, *Tech-Savvy and Talented: Competition in Employment Practices*, ABA Antitrust Section's Joint Conduct Committee Panel, May 22, 2018
- Co-Panelist with Juanita Rose Brooks and Patricia Astorga, *Effective Cross-Examination: Case Studies from Recent Trials*, ABA Webinar, April 11, 2018
- Moderator, *Consumer Class Action Conference*, Orange County, California, Jan. 19, 2018
- Panelist, *Working with Clients and Opposing Counsel*, Bridgeport Continuing Legal Education Seminar, Aug. 18, 2017
- Panelist, *Digital Deals - Networks, Studios and Producers - Monetizing Content Across Platform,* The Digital Hollywood Experience, Digital Hollywood Spring, May 25, 2017
- Speaker, *Competition Torts in the Trenches: Lessons From Recent High-Profile Cases*, ABA Antitrust Division Panel, Nov. 21, 2016
- Panel Moderator, *Compensation of Objectors*, Duke Law Center for Judicial Studies Class-Action Settlement Conference, Oct. 7, 2016
- Speaker, *Fundamentals of Taking Depositions*, Bridgeport MCLE Mastering the Deposition Los Angeles Conference, Sept. 9, 2016
- Speaker, *Using Discovery in Class Actions*, *Corporate Counsel* Webinar, May 24, 2016
- Speaker, *Strategies for Defeating Class Certification*, Bridgeport MCLE Class Action Litigation Conference, April 15, 2016

## Practice Areas

- Litigation
  - Trials
  - Professional Liability
  - Class Actions and Mass Torts

## Industries

- Energy
- Media and Entertainment

## Education

- USC Gould School of Law (J.D., 2005) Order of the Coif; *Southern California Law Review*, 2003-2004; articles editor, *Southern California Law Review*, 2004-2005
- Pomona College (B.A., 2000)

## Clerkships

- Judge Edward Rafeedie, U.S. District Court, Central District of California

## Admissions

- California



# Grace Davis Fisher

San Francisco
(415) 512-4083
Grace.DavisFisher@mto.com

Grace Davis Fisher is an attorney in the San Francisco office of Munger, Tolles & Olson.

Ms. Davis Fisher's practice focuses on complex commercial litigation, with a particular emphasis on entertainment and technology matters.  Ms. Davis Fisher has represented clients including major film and television studios, luxury fashion houses, and blue-chip technology companies in state and federal matters and arbitration proceedings throughout the United States and Europe.

Ms. Davis Fisher is also active in the legal community.  She is a member of the Bar Association of San Francisco, the Los Angeles County Bar Association, and the Federal Bar Association.  She is also an Associate Member of the Chartered Institute of Arbitrators.

Ms. Davis Fisher earned her J.D. from Columbia Law School, where she was a Harlan Fiske Stone scholar and Student Senate president.  During law school, she served as an extern for Judge Debra Ann Livingston of the U.S. Court of Appeals for the Second Circuit.  After law school, Ms. Davis Fisher clerked for Judge Catharina Haynes of the U.S. Court of Appeals for the Fifth Circuit and Judge David C. Godbey of the U.S. District Court for the Northern District of Texas.

## Practice Areas

- Litigation
  - Copyright
  - Trade Secret and Employee Mobility
  - Trials
- Transnational Litigation

## Industries

- Technology
- Media and Entertainment
- Retail and Consumer Products
- Telecommunications

## Education

- Columbia Law School (J.D., 2016), Harlan Fiske Stone Scholar
- Texas A&M University (M.S., B.S., *magna cum laude*, 2013)

## Clerkships

- Judge Catharina Haynes, U.S. Court of Appeals, Fifth Circuit, 2018-2020
- Judge David C. Godbey, U.S. District Court, Northern District of Texas, 2017-2018



**Admissions**

- California
- Texas





# Benjamin G. Barokh

Los Angeles
(213) 683-9523
Benjamin.Barokh@mto.com

Benjamin Barokh is a litigator in the Los Angeles office of Munger, Tolles & Olson.

Mr. Barokh represents clients in complex litigation and appeals, primarily involving commercial disputes and class actions. He has argued appeals in the U.S. Courts of Appeals for the Ninth and D.C. Circuits, and briefed cases in numerous other federal and state appellate courts, including the U.S. Supreme Court, the U.S. Courts of Appeals for the First and Second Circuits, and the California Supreme Court.

Prior to joining Munger Tolles, Mr. Barokh clerked for Judge Ferdinand F. Fernandez of the U.S. Court of Appeals for the Ninth Circuit. Mr. Barokh was also an extern for Judge Christina A. Snyder of the U.S. District Court for the Central District of California.

Mr. Barokh earned his J.D., *magna cum laude*, from Georgetown University Law Center, where he served as executive editor of *The Tax Lawyer* and was elected to the Order of the Coif. He also participated in the Appellate Litigation Clinic, where he argued a precedent-setting case in the U.S. Court of Appeals for the D.C. Circuit. Mr. Barokh graduated with a B.S., *cum laude*, in mathematics and economics from the University of California, Los Angeles

**Publications**

- The Meaning of "Incomes" in the Sixteenth Amendment, *15 Geo. J.L. Pub. Pol'y 409* (2017)

**Experience**

Representative Matters*

- Lyft, Inc. in multiple cases in the U.S. Courts of Appeals for the First, Second, and Ninth Circuits, as well as the California Supreme Court and California Court of Appeal. Mr. Barokh was also part of the team that successfully defended multiple preliminary injunction motions seeking immediate classification of drivers as employees in federal district courts in California and Massachusetts.
- Successfully argued and briefed a matter of first impression in the U.S. Court of Appeals, D.C. Circuit, concerning the waiver of rights under the Freedom of Information Act.
- Juul Labs Inc. in multidistrict litigation involving novel class action and product liability claims regarding its marketing practices.
- Successfully represented a large multinational retailer in a lawsuit brought by former investors in a joint venture.
- Bank of America and Merrill Lynch in litigation related to its residential mortgage-backed securities.
- An asylum petitioner before the U.S. Court of Appeals, Ninth Circuit.



*Includes representations prior to Mr. Barokh's affiliation with Munger, Tolles & Olson.*

## Practice Areas

- Litigation
  - Appellate
  - Class Actions and Mass Torts
  - Copyright

## Education

- Georgetown University Law Center (J.D., *magna cum laude*, 2017)
- University of California, Los Angeles (B.A., *cum laude*, 2013)

## Clerkships

- Judge Ferdinand F. Fernandez, U.S. Court of Appeals, Ninth Circuit, 2018-2019

## Admissions

- California
- U.S. Court of Appeals, D.C. Circuit
- U.S. Court of Appeals, 1st Circuit
- U.S. Court of Appeals, 2nd Circuit
- U.S. Court of Appeals, 8th Circuit
- U.S. Court of Appeals, 9th Circuit
- U.S. District Court, Central District of California
- U.S. District Court, Northern District of California