UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6979 FMO (ASx) | Date | November 24, 2020 |
|---|---|---|---|
| Title | Deniece Waidhofer, et al. v. Cloudflare, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Pending Application

Having reviewed the briefing filed with respect to defendants' <u>Ex Parte</u> Application to Modify Briefing Schedule for Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, (Dkt. 86, "Application"), IT IS ORDERED THAT:

1. The Application **(Document No. 86)** is **granted in part** as follows.

2. Plaintiffs' oppositions to the pending motions to dismiss are due no later than **December 9, 2020**.

3. Defendants' replies in support of their motions to dismiss are due no later than **December 30, 2020**.

4. The hearing on the motions to dismiss is continued to **January 21, 2021, at 10:00 a.m**.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer   vdr |