AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-06979-FMO-AS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Crak Media Inc.
was received by me on *(date)* November 27, 2020

□ I personally served the summons on the individual at *(place)*

        on *(date)*                                      ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

       , a person of suitable age and discretion who resides there,

on *(date)*                             , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kristine Hebert                        who is
designated by law to accept service of process on behalf of *(name of organization)* Crak Media
Inc.                                 on *(date)* December 1st, 2020 or

□ I returned the summons unexecuted because                                      : or

□ Other *(specify)*:


My fees are $                  for travel and $                  for services, for a total of $      0.00      .


I declare under penalty of perjury that this information is true.

Date: December 11, 2020

                   *Server's signature*

              Patrick Bigaouette
              *Printed name and title*

              4500, Henri-Bou...
         *Server's address* #103, Quebec,
              Quebec, Canada

Additional information regarding attempted service, etc:

AO 440 (Rév 06/12) Convocation dans une action civile (page 2)

Numéro d'action civile 2:20-cv-06979-FMO-AS

## PREUVE DE REMISE
*(Cette section ne doit pas être déposée auprès du tribunal, sauf si exigé par les <u>règles de procédure civile</u>
<u>fédérales P. 4 (l)</u>)*

Cette     assignation     pour     *(nom     de     la     personne     et     titre,     le     cas*
*échéant)* CrakMedia Inc.            a    été    reçue    par    moi    le    *(date)*
27 novembre 2020            .

☐ J'ai personnellement signifié l'assignation à la personne à *(lieu)* _____

_____ sur *(date)* ; _____ ou

☐ J'ai laissé l'assignation à la résidence de la personne ou à son lieu de résidence habituel avec *(nom)*

_____ , _____ , une personne d'âge et de fiabilité adéquats, qui y réside,

le *(date)* _____ et envoyer une copie par la poste à la dernière adresse connue de la

personne; ou

☑ J'ai signifié l'assignation à *(nom de la personne)* Kristine Hebert            , qui est

désignée par la loi pour accepter la signification du processus au nom de *(nom de l'organisation)*

CrakMedia Inc.            sur    *(date)*    ;

1ᵉʳ décembre 2020     ou

☐    J'ai    retourné    l'assignation    non    exécutée    parce    que;

_____ ou

☐ Autre *(préciser)* :

Mes frais sont _____ $ pour _____ et $ pour les services, pour un total de    0,00    $

Je déclare sous peine de parjure que ces renseignements sont véridiques.

Date 2020-12-11

*Signature de l'huissier*

Patrick Bigaouette huissier de
*Nom et titre en caractères d'imprimerie* Justice
4500 Henri-Bourassa, #103
*Adresse de l'huissier*
Quebec, Quebec, Canada

Renseignements supplémentaires concernant la tentative de service, etc. :