Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Defendant 4355768 Canada Inc.
dba Crakmedia

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as- unidentified individuals,<br><br>Defendants. | Case No.   2:20-cv-06979-FMO-AS<br><br>**STIPULATION TO EXTEND TIME FOR PREVIOUSLY-UNSERVED DEFENDANT CRAKMEDIA TO RESPOND TO FIRST AMENDED COMPLAINT BY 45 DAYS**<br><br>[Filed concurrently with Supporting Declaration and Proposed Order]<br><br>First Amended Complaint Filed: November 5, 2020<br><br>First Amended Complaint Served: December 1, 2020<br><br>Current Response Date: December 22, 2020<br><br>Proposed New Response Date: February 5, 2021 |

   IT IS HEREBY STIPULATED by and between Plaintiff DENIECE WAIDHOFER ("Plaintiff") and Defendant Crakmedia (4355768 Canada Inc. dba Crakmedia), by and through their respective attorneys, as follows:

   WHEREAS, on November 5, 2020, Plaintiff filed a First Amended Complaint in *Waidhofer v. Cloudflare et al.*, Case No. 2:20-cv-06979-FMO-AS in the United States District Court for the Central District of California (the "First Amended Complaint"), and in that amended pleading named as a new Defendant "Crakmedia Inc.," referring to 4355768 Canada Inc. dba Crakmedia.

   WHEREAS, on December 1, 2020, Plaintiff served 4355768 Canada Inc. dba Crakmedia (referred to herein as Crakmedia) with the Summons and First Amended Complaint and Crakmedia has agreed not to contest service.

   WHEREAS, Crakmedia's current deadline to respond to the First Amended Complaint is December 22, 2020.

   WHEREAS, Crakmedia retained Davidson Law Group, ALC to represent it in this litigation last week, is in the process of finalizing the terms of that engagement, and the Parties have stipulated to allow additional time for Crakmedia to respond to the First Amended Complaint to allow Crakmedia's counsel time to familiarize themselves with the First Amended Complaint, which is 89 pages and 342 paragraphs.

   WHEREAS, the Parties agree that good cause exists for a 45-day extension of time to permit Defendant Crakmedia to file a response to Plaintiff's First Amended Complaint, including due to the upcoming Christmas and New Year's holidays, in light of voluminous briefing that is already on file with the Court on motions to dismiss that are set for a hearing on January 21, 2020, and as further set forth in more detail in the concurrently filed declaration of Ben M. Davidson.

   WHEREAS, the Parties further agree that discovery can begin with respect to Crakmedia on January 21, 2020, thirty days after Crakmedia's current deadline for responding to the First Amended Complaint under Local Rule 8-3.

WHEREAS, no other extension of time has been sought by Crakmedia in this case.

WHEREAS, nothing herein shall be deemed a waiver of any rights or defenses by the Parties.

IT IS HEREBY AGREED AND STIPULATED by the Parties, through their undersigned counsel, and pursuant to Local Rule 8-3, that Defendant Crakmedia's deadline to answer or otherwise respond to the Complaint is extended by forty-five days from December 22, 2020, to February 5, 2021.

Respectfully submitted,

Date: December 14, 2020

By: /s/ Ben M. Davidson
    Ben M. Davidson
    DAVIDSON LAW GROUP ALC

*Attorneys for Defendant Crakmedia*

By: /s/ Sean Ghallagher
(with permission)
REESE MARKETOS LLP
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | **CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)** |
| 2 | |

1
2
3   Pursuant Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby
4   certify that the content of this document is acceptable to Mr. Sean Ghallagher,
5   counsel forP Plaintiffs, and I have obtained his authorization to affix his electronic
6   signature to this document.
7
8   December 14, 2020                           By:  /s/Ben M. Davidson
9                                                    Ben M. Davidson
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
Stipulation To Extend Time To Respond To First Amended Complaint
- 3 -