| | |
|---|---|
| 1 | Ben M. Davidson (State Bar No. 181464) |
| | ben@dlgla.com |
| 2 | DAVIDSON LAW GROUP, ALC |
| 3 | 4500 Park Granada Blvd, Suite 202 |
| | Calabasas, California 91302 |
| 4 | Office: (818) 918-4622 |
| | Fax: (310) 473-2941 |
| 5 | |
| 6 | Attorneys for Defendant 4355768 Canada Inc. |
| | dba Crakmedia |
| 7 | |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIECE WAIDHOFER, an individual, | Case No. 2:20-cv-06979-FMO-AS |
| Plaintiff, | **DECLARATION OF BEN M. DAVIDSON IN SUPPORT OF STIPULATION TO EXTEND TIME FOR PREVIOUSLY-UNSERVED DEFENDANT CRAKMEDIA TO RESPOND TO FIRST AMENDED COMPLAINT BY 45 DAYS** |
| v. | |
| CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as- unidentified individuals, | First Amended Complaint Filed: November 5, 2020 |
| | First Amended Complaint Served: December 1, 2020 Current |
| | Response Date: December 22, 2020 |
| | Proposed New Response Date: February 5, 2021 |
| Defendants. | |

I, Ben M. Davidson, declare as follows:

1. I am an attorney representing Defendant 4355768 Canada Inc. dba Crakmedia ("Crakmedia") and make this declaration based on personal knowledge. If called as a witness, I could competently testify to the facts below.

2. Crakmedia respectfully requests that the Court approve the parties' stipulation for a forty-five day extension of Crakmedia's time to respond to the First Amended Complaint.

3. Good cause exists for this extension. My law firm, Davidson Law Group, ALC, was retained to defend this matter late last week and we are in the process of finalizing terms of our engagement.

4. Crakmedia is a Canadian company located in Quebec. It was served with the First Amended Complaint and Summons naming the company as a defendant on December 1, 2020. The First Amended Complaint is 89 pages long and 342 paragraphs, includes causes of action for RICO conspiracy and contributory copyright infringement, and makes reference to numerous copyright registrations of several plaintiffs. The First Amended Complaint also refers to information from a now-defunct website named Thothub that is no longer live and that was not archived by the so-called "Wayback Machine" located at www.archive.org. In light of the upcoming Christmas and New Year's holidays, a thirty-day extension of time would not allow time to adequately review and research the issues, remotely interview Crakmedia's employees in Quebec (some of whom have difficulty communicating clearly in English), and prepare a response on behalf of Crakmedia. A forty-five day extension of time also may allow Crakmedia time to take into account positions taken by Plaintiffs and the other defendants in two motions of dismiss that already have been filed and that are set for a hearing on January 21, 2021, thirty days after Crakmedia's current due date.

5. In light of the discovery cutoff date set by the Court in this matter, the parties have agreed that discovery may begin as to Crakmedia on January 21, 2021, based on a standard thirty-day extension of time to file a response under Local Rule 8-3.

6. No previous continuances or extensions have been sought or granted in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed in Los Angeles, California on December 14, 2020.

*/s/ Ben M. Davidson*
Ben M. Davidson