Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
DAVIDSON LAW GROUP, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California  91302
Office: (818) 918-4622
Fax: (310) 473-2941

Attorneys for Defendant 4355768 Canada Inc.
dba Crakmedia

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21, as- unidentified individuals,<br><br>Defendants. | Case No.   2:20-cv-06979-FMO-AS<br><br>**ORDER GRANTING STIPULATION [98] TO EXTEND TIME FOR DEFENDANT CRAKMEDIA TO RESPOND TO FIRST AMENDED COMPLAINT BY 45 DAYS**<br><br>**[Filed concurrently with Stipulation and Supporting Declaration]**<br><br>First Amended Complaint Filed: November 5, 2020<br><br>First Amended Complaint Served: December 1, 2020<br><br>Current Response Date: December 22, 2020<br><br>New Response Date: February 5, 2021 |

[Proposed] Order Extending Time To Respond To First Amended Complaint

Upon review of the Stipulation To Extend Time For Previously-unserved Defendant Crakmedia To Respond To First-Amended Complaint By 45 Days and good cause appearing therefor, it is hereby ORDERED that the deadline for Crakmedia to respond to the First Amended Complaint is continued to February 5, 2021 and that discovery may commence as to Crakmedia on January 21, 2021.

IT IS SO ORDERED.

Dated:  December 15, 2020            _____/s/_____
                                      Hon. Fernando M. Olguin
                                      United States District Judge