| | |
|---|---|
| Michael S. Elkin (*pro hac vice*)<br>melkin@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br><br>Erin R. Ranahan (SBN: 235286)<br>eranahan@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 | Jennifer A. Golinveaux (SBN: 203056)<br>jgolinveaux@winston.com<br>Thomas J. Kearney (SBN: 267087)<br>tkearney@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |

*Attorneys for Defendant*
*CLOUDFLARE, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>          Plaintiffs,<br><br>    vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21,<br><br>          Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>Assigned to: Judge Fernando M. Olguin<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DEFENDANT CLOUDFLARE'S MOTION FOR SANCTIONS PURSUANT TO RULE 11** |

1

NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DEFENDANT CLOUDFLARE'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 -- CASE NO. 2:20-CV-06979-FMO-AS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendant Cloudflare, Inc. ("Cloudflare") hereby lodges the attached [Proposed] Order Granting Cloudflare's Motion for Sanctions Pursuant to Rule 11 (Dkt. 102).

DATED: December 29, 2020    WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
    Jennifer A. Golinveaux
    Thomas J. Kearney
    WINSTON & STRAWN LLP
    101 California Street, 35th Floor
    San Francisco, CA 94111-5840
    (415) 591-1000 (telephone)
    jgolinveaux@winston.com
    tkearney@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1700 (telephone)
eranahan@winston.com

*Attorneys for Defendant
CLOUDFLARE, INC*