# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| DENIECE WAIDHOFER, an individual; MARGARET MCGEHEE, an individual; and RYUU LAVITZ, LLC, a Massachusetts limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; BANGBROS.COM, INC., a Florida corporation; SONESTA TECHNOLOGIES, INC., a Florida corporation; MULTI MEDIA LLC, a California limited liability company; CRAKMEDIA INC., a Canadian corporation; and JOHN DOES 1-21,<br><br>Defendants. | **Case No. 2:20-cv-06979-FMO-AS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CLOUDFLARE'S MOTION FOR SANCTIONS PURSUANT TO RULE 11** |

Case 2:20-cv-06979-FMO-AS   Document 103-1   Filed 12/29/20   Page 2 of 2   Page ID #:938

Having considered the Motion for Sanctions Pursuant to Rule 11 and supporting papers submitted by Defendant Cloudflare, Inc., ("Cloudflare"), the Court, finding good cause, hereby GRANTs the Motion and ORDERS that:

(1) The last sentence of Paragraph 9 and Paragraphs 203 through 207 of Plaintiffs' First Amended Complaint be struck from the First Amended Complaint; and

(2) Cloudflare is awarded its reasonable attorneys' fees associated with this Motion, and Plaintiffs and their counsel, Reese Marketos LLP and Reiter Gruber LLP, are jointly and severally liable for the same.

IT IS SO ORDERED.

DATED: January ___, 2021

                                                                                                 Hon. Fernando M. Olguin
United States District Judge

2
[Proposed] Order Granting Defendant Cloudflare's Motion For Sanctions Pursuant To Rule 11