# EXHIBIT A

| Work Date | Tkpr Name | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 12/20/2022 | Klaus, Kelly M. | Review and analyze ruling on motions to dismiss and strike. | 1.00 | 1,158.00 | 1,158.00 |
| 12/20/2022 | Klaus, Kelly M. | Email correspondence with clients regarding answer deadline and next steps following motion to strike/dismiss ruling. | 0.20 | 1,158.00 | 231.60 |
| 12/20/2022 | Klaus, Kelly M. | Review and revise draft memorandum to clients regarding analyzing court's ruling on motions to strike/dismiss, and outlining next steps. | 1.50 | 1,158.00 | 1,737.00 |
| 12/20/2022 | Davis Fisher, Grace | Analyze strategic legal issues regarding potential motion for fees and right to appeal court's order on combined motion to dismiss and motion to strike plaintiffs' second amended complaint. | 2.10 | 676.00 | 1,419.60 |
| 12/20/2022 | Davis Fisher, Grace | Exchange correspondence with Ms. Kricfalusi, Ms. Birdwhistell, et al. regarding order on combined motion to dismiss and motion to strike plaintiffs' second amended complaint. | 0.20 | 676.00 | 135.20 |
| 12/20/2022 | Davis Fisher, Grace | Exchange correspondence with Mr. Klaus, Ms. Kristovich, et al. regarding order on combined motion to dismiss and motion to strike plaintiffs' second amended complaint. | 0.20 | 676.00 | 135.20 |
| 12/21/2022 | Barokh, Benjamin G. | Prepare and research legal issues regarding motion for attorneys' fees. | 4.30 | 676.00 | 2,906.80 |
| 12/22/2022 | Barokh, Benjamin G. | Research for attorneys' fees motion and review time records for same. | 3.80 | 676.00 | 2,568.80 |
| 12/22/2022 | Davis Fisher, Grace | Analyze strategic legal issues regarding potential motion for anti-SLAPP attorney's fees. | 0.10 | 676.00 | 67.60 |
| 12/23/2022 | Klaus, Kelly M. | Email correspondence with plaintiffs' counsel regarding fees motion. | 0.20 | 1,158.00 | 231.60 |
| 12/23/2022 | Klaus, Kelly M. | Email correspondence with clients regarding plaintiffs' email regarding fees motion and strategy issues regarding same. | 0.30 | 1,158.00 | 347.40 |
| 12/23/2022 | Klaus, Kelly M. | Research regarding fees motion and strategy. | 0.50 | 1,158.00 | 579.00 |
| 12/26/2022 | Klaus, Kelly M. | Research regarding issues for fees motion. | 0.20 | 1,158.00 | 231.60 |
| 12/26/2022 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding issues for attorneys' fees motion. | 0.30 | 1,158.00 | 347.40 |
| 12/26/2022 | Barokh, Benjamin G. | Review time entries for fees motion and prepare fees motion and accompanying declaration. | 6.50 | 676.00 | 4,394.00 |
| 12/27/2022 | Klaus, Kelly M. | Telephone conference with Mr. Barokh regarding motion for attorneys' fees. | 0.30 | 1,158.00 | 347.40 |
| 12/27/2022 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration. | 8.30 | 676.00 | 5,610.80 |
| 12/27/2022 | Barokh, Benjamin G. | Telephone conference with Mr. Klaus regarding fees motion. | 0.30 | 676.00 | 202.80 |
| 12/27/2022 | Davis Fisher, Grace | Analyze strategic legal issues regarding potential motion for anti-SLAPP attorney's fees. | 0.10 | 676.00 | 67.60 |
| 12/28/2022 | Galindo, Jennifer | Analyze time entries for fees motion. | 1.70 | 374.00 | 635.80 |
| 12/28/2022 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration and exhibits. | 3.20 | 676.00 | 2,163.20 |
| 12/29/2022 | Galindo, Jennifer | Analyze time entries for fees motion. | 0.20 | 374.00 | 74.80 |
| 12/29/2022 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration and exhibits. | 1.00 | 676.00 | 676.00 |
| 12/30/2022 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration and exhibits. | 2.80 | 676.00 | 1,892.80 |
| 12/31/2022 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration and exhibits. | 0.70 | 676.00 | 473.20 |
| 1/1/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration and exhibits. | 1.60 | 676.00 | 1,081.60 |
| 1/2/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying declaration and exhibits. | 3.80 | 676.00 | 2,568.80 |
| 1/5/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh fees motion and declaration. | 0.30 | 1,158.00 | 347.40 |
| 1/5/2023 | Klaus, Kelly M. | Review and revise draft fees motion and supporting declaration. | 2.00 | 1,158.00 | 2,316.00 |
| 1/5/2023 | Barokh, Benjamin G. | Emails with K. Klaus strategizing regarding motion for attorneys' fees and accompanying documents. | 0.40 | 676.00 | 270.40 |
| 1/5/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 2.30 | 676.00 | 1,554.80 |
| 1/6/2023 | Klaus, Kelly M. | Email correspondence with plaintiffs' counsel regarding meet and confer on motion for fees. | 0.20 | 1,158.00 | 231.60 |
| 1/6/2023 | Klaus, Kelly M. | Further revisions to draft motion for fees. | 0.30 | 1,158.00 | 347.40 |
| 1/6/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying documents. | 3.90 | 676.00 | 2,636.40 |
| 1/6/2023 | Barokh, Benjamin G. | Emails with K. Klaus strategizing regarding motion for attorneys' fees and accompanying documents. | 0.20 | 676.00 | 135.20 |
| 1/8/2023 | Klaus, Kelly M. | Further revise draft motion for attorneys' fees. | 2.00 | 1,158.00 | 2,316.00 |
| 1/8/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying documents. | 1.40 | 676.00 | 946.40 |
| 1/8/2023 | Barokh, Benjamin G. | Emails with K. Klaus strategizing regarding motion for attorneys' fees and accompanying documents. | 0.10 | 676.00 | 67.60 |

| Work Date | Tkpr Name | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 1/8/2023 | Davis Fisher, Grace | Exchange correspondence with opposing counsel regarding anti-SLAPP motion for attorney's fees. | 0.10 | 676.00 | 67.60 |
| 1/9/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding revisions to attorney's fees motion and regarding supporting declaration and time records. | 0.30 | 1,158.00 | 347.40 |
| 1/9/2023 | Klaus, Kelly M. | Email correspondence with clients regarding motion for attorney's fees (.2); [remaining entries unrelated to anti-SLAPP motions or attorney's fees motion]. | 0.20 | 1,158.00 | 231.60 |
| 1/9/2023 | Klaus, Kelly M. | Further revisions to draft motion for attorneys' fees. | 0.60 | 1,158.00 | 694.80 |
| 1/9/2023 | Barokh, Benjamin G. | Emails with K. Klaus strategizing regarding motion for attorneys' fees and accompanying documents. | 0.70 | 676.00 | 473.20 |
| 1/9/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying documents. | 5.50 | 676.00 | 3,718.00 |
| 1/9/2023 | Davis Fisher, Grace | Exchange correspondence with Ms. Kricfalusi, Ms. Birdwhistell, et al. regarding motion for attorney fees. | 0.10 | 676.00 | 67.60 |
| 1/9/2023 | Davis Fisher, Grace | Exchange correspondence with Mr. Klaus, Ms. Kristovich, et al. regarding meet and confer with opposing counsel concerning anti-SLAPP motion for fees. | 0.10 | 676.00 | 67.60 |
| 1/9/2023 | Davis Fisher, Grace | Exchange correspondence with opposing counsel regarding anti-SLAPP motion for attorney's fees. | 0.10 | 676.00 | 67.60 |
| 1/10/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding revisions to brief and declaration on motion for fees as costs. | 0.30 | 1,158.00 | 347.40 |
| 1/10/2023 | Klaus, Kelly M. | Further review of and revisions to brief and declaration on motion for fees as costs.brief and declaration. | 0.50 | 1,158.00 | 579.00 |
| 1/10/2023 | Klaus, Kelly M. | Conference call with plaintiffs' counsel, Ms. Davis Fisher and Mr. Barokh regarding Rule 7-3 meet and confer on Universal's motion for fees. | 0.10 | 1,158.00 | 115.80 |
| 1/10/2023 | Galindo, Jennifer | Assist with preparation of client's fee motion. | 0.50 | 374.00 | 187.00 |
| 1/10/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying documents. | 1.10 | 676.00 | 743.60 |
| 1/10/2023 | Barokh, Benjamin G. | Emails with K. Klaus strategizing regarding motion for attorneys' fees and accompanying documents. | 0.20 | 676.00 | 135.20 |
| 1/10/2023 | Barokh, Benjamin G. | Telephone conference with Plaintiffs' counsel, Ms. Davis Fisher, and Mr. Klaus regarding meet and confer on motion for attorneys' fees. | 0.10 | 676.00 | 67.60 |
| 1/10/2023 | Davis Fisher, Grace | Participate in teleconference with opposing counsel regarding motion for anti-SLAPP attorney's fees. | 0.10 | 676.00 | 67.60 |
| 1/11/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding revisions to declaration on fees motion. | 0.20 | 1,158.00 | 231.60 |
| 1/11/2023 | Klaus, Kelly M. | Review and revise draft declaration on fees motion. | 1.10 | 1,158.00 | 1,273.80 |
| 1/11/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 2.40 | 676.00 | 1,622.40 |
| 1/11/2023 | Barokh, Benjamin G. | Emails with K. Klaus regarding motion for attorneys' fees and accompanying documents. | 0.30 | 676.00 | 202.80 |
| 1/12/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding declaration in support of fees motion. | 0.20 | 1,158.00 | 231.60 |
| 1/12/2023 | Galindo, Jennifer | Analyze citations in client's anti-SLAPP fee motion. | 4.70 | 374.00 | 1,757.80 |
| 1/12/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 1.60 | 676.00 | 1,081.60 |
| 1/12/2023 | Barokh, Benjamin G. | Emails with K. Klaus and J. Galindo regarding motion for attorneys' fees and accompanying documents. | 0.50 | 676.00 | 338.00 |
| 1/12/2023 | Davis Fisher, Grace | Revise draft anti-SLAPP motion for attorney's fees. | 0.20 | 676.00 | 135.20 |
| 1/13/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding declaration in support of fees motion. | 0.30 | 1,158.00 | 347.40 |
| 1/13/2023 | Galindo, Jennifer | Assist with client's anti-SLAPP fee motion. | 0.20 | 374.00 | 74.80 |
| 1/13/2023 | Barokh, Benjamin G. | Emails with K. Klaus regarding motion for attorneys' fees and accompanying documents. | 0.40 | 676.00 | 270.40 |
| 1/13/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 3.70 | 676.00 | 2,501.20 |
| 1/15/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 0.80 | 676.00 | 540.80 |
| 1/16/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 0.90 | 676.00 | 608.40 |
| 1/16/2023 | Davis Fisher, Grace | Analyze strategic issues regarding draft anti-SLAPP motion for attorney's fees. | 0.10 | 676.00 | 67.60 |
| 1/17/2023 | Klaus, Kelly M. | Final review of and revisions to papers on attorney's fees motion, and email correspondence with Mr. Barokh regarding same. | 1.00 | 1,158.00 | 1,158.00 |
| 1/17/2023 | Barokh, Benjamin G. | Prepare motion for attorneys' fees and accompanying documents. | 3.80 | 676.00 | 2,568.80 |
| 1/17/2023 | Barokh, Benjamin G. | Email with K. Klaus and M. Roberts regarding motion for attorneys' fees and accompanying documents. | 0.60 | 676.00 | 405.60 |

| Work Date | Tkpr Name | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 1/17/2023 | Davis Fisher, Grace | Prepare anti-SLAPP motion for attorney's fees for filing. | 0.10 | 676.00 | 67.60 |
| 1/17/2023 | Davis Fisher, Grace | Exchange correspondence with Mr. Klaus, Ms. Kristovich, et al. regarding filing anti-SLAPP motion for attorney's fees. | 0.10 | 676.00 | 67.60 |
| 1/24/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees. | 3.80 | 676.00 | 2,568.80 |
| 1/25/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees. | 0.30 | 676.00 | 202.80 |
| 1/26/2023 | Barokh, Benjamin G. | Email K. Klaus regarding motion for attorney's fees and accompanying documents. | 0.20 | 676.00 | 135.20 |
| 1/26/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 1.90 | 676.00 | 1,284.40 |
| 1/27/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 0.20 | 676.00 | 135.20 |
| 1/28/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 0.30 | 676.00 | 202.80 |
| 1/29/2023 | Barokh, Benjamin G. | Emails with K. Klaus regarding attorney's fees motion. | 0.20 | 676.00 | 135.20 |
| 1/31/2023 | Barokh, Benjamin G. | Prepare reply iso motion for attorney's fees and accompanying documents. | 0.80 | 676.00 | 540.80 |
| 2/2/2023 | Barokh, Benjamin G. | Prepare fees motion and accompanying documents. | 0.40 | 676.00 | 270.40 |
| 2/3/2023 | Klaus, Kelly M. | Email correspondence with plaintiffs' counsel, clients and MTO team regarding plaintiffs' request for additional time on fees motion, and review and revise stipulation regarding same. | 0.70 | 1,158.00 | 810.60 |
| 2/3/2023 | Barokh, Benjamin G. | Prepare documents accompanying fees motion reply. | 0.60 | 676.00 | 405.60 |
| 2/6/2023 | Barokh, Benjamin G. | Emails with K. Klaus regarding attorney's fees reply. | 0.20 | 676.00 | 135.20 |
| 2/6/2023 | Barokh, Benjamin G. | Prepare documents accompanying attorney's fees reply. | 0.20 | 676.00 | 135.20 |
| 2/8/2023 | Barokh, Benjamin G. | Emails with N. Umoh and billing department regarding time records for reply in support of attorney's fee motion. | 0.80 | 676.00 | 540.80 |
| 2/8/2023 | Umoh, Nneka | Prepare and revise spreadsheet with time entries for fee motion. | 2.00 | 245.00 | 490.00 |
| 2/13/2023 | Barokh, Benjamin G. | Review time entries and prepare documents supporting reply brief in support of motion for attorney's fees. | 2.10 | 676.00 | 1,419.60 |
| 2/14/2023 | Klaus, Kelly M. | Email correspondence with Mr. Barokh regarding plaintiffs' opposition to attorneys' fees motion (.3); further email correspondence with Mr. Barokh and research regarding plaintiffs' response (.3). | 0.60 | 1,158.00 | 694.80 |
| 2/14/2023 | Barokh, Benjamin G. | Emails with client regarding motion for attorney's fees. | 0.20 | 676.00 | 135.20 |
| 2/14/2023 | Barokh, Benjamin G. | Emails with team regarding motion for attorney's fees; call with G. Davis Fisher regarding same. | 1.20 | 676.00 | 811.20 |
| 2/14/2023 | Barokh, Benjamin G. | Review opposition to motion for attorney's fees (0.7); prepare reply to same (4.8). | 5.50 | 676.00 | 3,718.00 |
| 2/14/2023 | Davis Fisher, Grace | Exchange correspondence with Mr. Klaus, Ms. Kristovich, et al. regarding plaintiffs' opposition to anti-SLAPP motion for fees. | 0.30 | 676.00 | 202.80 |
| 2/14/2023 | Davis Fisher, Grace | Exchange correspondence with opposing counsel regarding plaintiffs' opposition to anti-SLAPP motion for fees. | 0.10 | 676.00 | 67.60 |
| 2/14/2023 | Davis Fisher, Grace | Analyze strategic legal issues regarding plaintiffs' opposition to anti-SLAPP motion for fees. | 0.20 | 676.00 | 135.20 |
| 2/15/2023 | Barokh, Benjamin G. | Emails with team regarding motion for attorney's fees. | 0.30 | 676.00 | 202.80 |
| 2/15/2023 | Barokh, Benjamin G. | Emails with client regarding motion for attorney's fees. | 0.20 | 676.00 | 135.20 |
| 2/15/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees. | 6.70 | 676.00 | 4,529.20 |
| 2/15/2023 | Davis Fisher, Grace | Exchange correspondence with Ms. Kricfalusi, Ms. Birdwhistell, et al. regarding plaintiffs' opposition to anti-SLAPP motion for fees. | 0.10 | 676.00 | 67.60 |
| 2/16/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 9.70 | 676.00 | 6,557.20 |
| 2/17/2023 | Barokh, Benjamin G. | Emails with N. Umoh regarding reply in support of motion for attorney's fees and accompanying documents. | 0.20 | 676.00 | 135.20 |
| 2/17/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 7.90 | 676.00 | 5,340.40 |
| 2/17/2023 | Davis Fisher, Grace | Exchange correspondence with Mr. Barokh regarding reply in support of anti-SLAPP motion for fees. | 0.10 | 676.00 | 67.60 |
| 2/18/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 3.30 | 676.00 | 2,230.80 |
| 2/19/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 6.20 | 676.00 | 4,191.20 |
| 2/20/2023 | Klaus, Kelly M. | Review and revise draft reply in support of fees motion. | 1.00 | 1,158.00 | 1,158.00 |
| 2/21/2023 | Klaus, Kelly M. | Review revised draft of reply brief on motion for fees, and email correspondence with Mr. Barokh regarding same. | 0.20 | 1,158.00 | 231.60 |
| 2/21/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying documents. | 3.20 | 676.00 | 2,163.20 |
| 2/21/2023 | Barokh, Benjamin G. | Emails with K. Klaus, N. Umoh, and billing regarding reply in support of for attorney's fees. | 0.30 | 676.00 | 202.80 |

3

| Work Date | Tkpr Name | Narrative | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 2/21/2023 | Davis Fisher, Grace | Analyze strategic legal issues regarding reply in support of anti-SLAPP motion for fees. | 0.40 | 676.00 | 270.40 |
| 2/22/2023 | Barokh, Benjamin G. | Emails with N. Umoh re cite check and filing reply in support of for attorney's fees | 0.10 | 676.00 | 67.60 |
| 2/22/2023 | Umoh, Nneka | Review, revise, and cite check reply brief in support of motion for attorney fees. | 5.20 | 245.00 | 1,274.00 |
| 2/23/2023 | Umoh, Nneka | Review, revise, and cite check reply brief in support of motion for attorney fees | 6.20 | 245.00 | 1,519.00 |
| 2/23/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and accompanying docs | 2.10 | 676.00 | 1,419.60 |
| 2/23/2023 | Barokh, Benjamin G. | Emails with N. Umoh and J. Lunsford re cite check and filing reply in support of for attorney's fees | 0.20 | 676.00 | 135.20 |
| 2/24/2023 | Barokh, Benjamin G. | Prepare declaration and exhibits to file with reply in support of motion for attorney's | 3.90 | 676.00 | 2,636.40 |
| 2/24/2023 | Barokh, Benjamin G. | Emails with N. Umoh and billing dep't re time entries for reply in support of for attorney's fees | 0.50 | 676.00 | 338.00 |
| 2/24/2023 | Barokh, Benjamin G. | Emails with client re reply in support of for attorney's fees | 0.10 | 676.00 | 67.60 |
| 2/24/2023 | Umoh, Nneka | Prepare and revise spreadsheet with time entries for fee motion | 1.50 | 245.00 | 367.50 |
| 2/26/2023 | Klaus, Kelly M. | Review and revise draft supplemental declaration and exhibit for reply on fees motion. | 0.30 | 1,158.00 | 347.40 |
| 2/26/2023 | Barokh, Benjamin G. | Prepare reply in support of motion for attorney's fees and declaration in support of same | 1.80 | 676.00 | 1,216.80 |
| 2/27/2023 | Barokh, Benjamin G. | Revise and prepare for filing reply in support of motion for attorney's fees and accompanying documents | 3.20 | 676.00 | 2,163.20 |

**TOTAL:   180.00   $121,199.30**

4