# EXHIBIT B

**Summary of Fees and Costs Requested**
**(through Feb. 27, 2023)**

| Motion | Total Fees | Total Costs |
|---|---|---|
| Anti-SLAPP Motions (50%) | $200,298.25 | $152.58 |
| Fees Motion | $121,199.30 | $0.00 |

**TOTAL REQUEST:**         **$321,497.55**         **$152.58**