UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-00459-SVW-AGR | Date | March 9, 2023 |
| Title | *Conor Woulfe et al v. Universal City Studios LLC et al* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER RE DEFENDANT'S MOTION FOR ATTORNEY'S FEES [88]

Having reviewed the briefing for Defendant's motion for attorney's fees, ECF Nos. 88, 102, 104, the Court finds it appropriate to DEFER ruling on the attorney's fees motion. Plaintiffs' opposition challenges whether Defendant is a "prevailing party" under the anti-SLAPP statute. Specifically, Plaintiffs contend that the Court should not consider Defendant a "prevailing party" with respect to the Court's dismissal of injunctive relief, because dismissal was without prejudice and Plaintiffs intend to amend their complaint to reassert injunctive relief. *Stutzman v. Armstrong*, No. 2:13-CV-00116-MCE, 2013 WL 4853333, at *21 (E.D. Cal. Sept. 10, 2013) ("when a plaintiff is granted leave to amend the complaint, a defendant whose anti-SLAPP motion is granted is not a "prevailing party" for purposes of the anti-SLAPP statutory framework.). Given Plaintiffs' intention to file an amended complaint, ECF 102-1, the Court finds that ruling on the fees motion would be premature, as Plaintiffs' amended complaint may impact the Court's determination of whether Defendant is a prevailing party or the amount of fees that Defendant should receive.

Accordingly, the Court ORDERS Plaintiffs to submit an amended complaint within 10 days of the issuance of this order.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | PMC |