| | |
|---|---|
| LEJEUNE LAW, P.C.<br>CODY R. LEJEUNE (CSB No. 249242)<br>cody@lejeunelawfirm.com<br>445 S. Figueroa St Ste 3100<br>Los Angeles CA 90071<br>Tel. (985) 713-4964 | PEQUIGNOT + MYERS<br>MATTHEW A. PEQUIGNOT*<br>mpequignot@pmiplaw.com<br>2585 Ala Namahana Pkwy #1007<br>Kilauea HI 96754<br>Tel. (202) 328-1200 |

SHEEHAN & ASSOCIATES, P.C.
SPENCER SHEEHAN*
spencer@spencersheehan.com
60 Cuttermill Rd, Suite 412
Great Neck NY 11021
Tel. (516) 2340-7800

* (admitted *Pro Hac Vice*)

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 3, 2023<br>Time: 1:30 P.M.<br>Courtroom: 10A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 3, 2023 at 1:30 P.M., or as soon thereafter as counsel may be heard, at the United States District Court, 350 W 1st St, Los Angeles, CA 90012, before the Honorable Stephen V. Wilson, Plaintiffs Conor Woulfe and Peter Michael Rosza ("Plaintiffs") shall move pursuant to Rules 23(b)(1), (b)(3) and (c)(4) of the Federal Rules of Civil Procedure, for the entry of an Order, which:

    1. Certifies a California Class, defined as:

        All persons who purchased in California any tickets for theater viewership, or who rented or purchased physical or electronic copies of the movie

Yesterday within California, within the applicable statute of limitations, for personal use until the date Notice is disseminated;

2. Certifies a Maryland Class, defined as:

All persons who purchased in Maryland any tickets for theater viewership, or who rented or purchased physical or electronic copies of the movie Yesterday within California, within the applicable statute of limitations, for personal use until the date Notice is disseminated;

3. Appoints Conor Woulfe as Class Representative for the California Class;

4. Appoints Peter Michael Rosza as Class Representative for the Maryland Class; and

5. Appoints Lejeune Law, P.C., Pequignot + Myers and Sheehan & Associates, P.C. as Class Counsel.

Excluded from each Class are (a) Defendants, their parents, subsidiaries, affiliates, officers, directors, members of their immediate families, and the heirs, successors, or assigns of any of the foregoing; (b) all judges presiding in this case and their chambers staff; and (c) all counsel of record in this case.

This Motion is based upon the accompanying Memorandum of Points and Authorities in Support, Declaration of Cody R. Lejeune, any exhibits annexed thereto, all of the pleadings, files, and records in this proceeding, and any further evidence and argument that may be presented to the Court prior to or at the hearing on this Motion.

This Motion is made pursuant to the Court's Order of December 22, 2022. ECF No. 84.

Dated: March 15, 2023

SHEEHAN & ASSOCIATES, P.C.

 /s/Spencer Sheehan
Spencer Sheehan*
spencer@spencersheehan.com
60 Cuttermill Rd, Suite 412
Great Neck NY 11021
Tel. (516) 234-7800


Cody R. Lejeune (CSB No. 249242)
cody@lejeunelawfirm.com
445 S. Figueroa St Ste 3100
Los Angeles CA 90071
Tel. (985) 713-4964

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew A. Pequignot*
mpequignot@pmiplaw.com
PEQUIGNOT + MYERS
2585 Ala Namahana Pkwy #1007
Kilauea HI 96754
Tel. (202) 328-1200

\* Admitted *Pro Hac Vice*

*Counsel for Plaintiff and the Proposed Class*

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION
*Woulfe, et al. v. Universal Studios LLC, et al.*, No. 2:22-cv-00459-SVW-AGR

3

Case 2:22-cv-00459-SVW-AGR   Document 109   Filed 03/15/23   Page 4 of 4   Page ID #:2093

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION
*Woulfe, et al. v. Universal Studios LLC, et al.*, No. 2:22-cv-00459-SVW-AGR