# EXHIBIT A

402 W. Broadway
Suite 400
San Diego, CA 92101



445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071

Cody R. LeJeune
www.lejeunelawfirm.com
cody@lejeunelawfirm.com
(985) 713-4964

### Cody R. LeJeune

Mr. LeJeune's class action experience began in 2007 when he worked for one of the largest plaintiff-side law firms in the United States, handling complex class actions as lead counsel in actions across the country.

In his practice today, Mr. LeJeune manages cases from pre-filing analysis through settlement and up to and including trial and any appellate process.  His practice includes filing of complaints, fact and expert discovery, complex motion practice, claim construction analysis and hearings, settlement analysis and appellate briefing and oral argument.  Mr. LeJeune's patent litigation and prosecution practice encompasses an expansive array of technologies, including digital rights management, database warehouse appliances, pharmaceuticals, medical devices, smartphones, security systems, ethernet technologies, digital cameras and scanners, and internet security, hardware and software.

Mr. LeJeune litigates cases in California state courts, United States Federal Courts, and the United States International Trade Commission, in addition to appellate proceedings, including before the United States Court of Appeals for the Federal Circuit (CAFC).  Mr. LeJeune has represented – and obtained favorable settlements for – numerous publicly-traded companies and has also obtained favorable settlements against several publicly-traded and Fortune 500 companies, including Apple, Microsoft, Countrywide Financial, Parker-Hannifin, Bank of America, etc.

Mr. LeJeune also advises entities of all sizes in all industries from formation through dissolution and all contracts, transactions, and litigation in between. Mr. LeJeune has drafted and negotiated contracts of all kinds, including stock purchase agreements, closing documents for investor-related financing, stock purchase agreements, employment and independent contractor agreements, etc.

Mr. LeJeune received a Bachelor of Science degree in Biology, with a Chemistry minor, from Nicholls State University in Thibodaux, Louisiana in 2003 and a Juris Doctor degree from Thomas Jefferson School of Law in 2006.  He is admitted to practice in California and before the United States District Courts for the Northern, Central and Southern Districts of California, as well as the United States District Court for the District of Colorado, the United States Patent and Trademark Office, and the CAFC.  In addition, Cody was selected as a Super Lawyers Rising Star from 2015 - 2023.

## Representative Cases

As part of Mr. LeJeune's class action experience, he was a part of teams were appointed lead counsel, litigated and obtained favorable results for the class in the following notable actions:

- *Smilovits v. First Solar, Inc.,* No. 2:12-cv-00555 (D. Ariz.). Mr. LeJeune was part of a team of attorneys that secured a $350 million settlement in this action, which is the fifth-largest PSLRA settlement ever recovered in the Ninth Circuit.
- *Luther v. Countrywide Fin. Corp.*, No. 12-cv-05125 (C.D. Cal.). Mr. LeJeune worked with a team of attorneys to secure a $500 million settlement for institutional and individual investors in what is the largest RMBS purchaser class action settlement in history, and one of the largest class action securities settlements of all time. The unprecedented settlement resolves claims against Countrywide and Wall Street banks that issued the securities.
- *In re UnitedHealth Grp. Inc. PSLRA Litig.*, No. 06-CV-1691 (D. Minn.). Mr. LeJeune was part of a team that represented the California Public Employees' Retirement System ("CalPERS") and helped to secure a $895 million recovery on behalf of UnitedHealth shareholders, and former CEO William A. McGuire paid $30 million and returned stock options representing more than three million shares to the shareholders, bringing the total recovery for the class to over $925 million, the largest stock option backdating recovery ever, and a recovery that is more than four times larger than the next largest options backdating recovery.
- *Buettben v. Harless (Idearc)*, 3:09-cv-00791-K (N.D. Tex.). Mr. LeJeune worked with a team of lawyers to obtain a $33.75m settlement, a remarkable achievement for securities fraud claims against a company that filed for bankruptcy.

## Bar Admissions

- California, 2007
- U.S. Federal Courts, 2007

- United States Patent and Trademark Office, 2006
- Court of Appeals for the Federal Circuit, 2010

## Education

- Thomas Jefferson School of Law, San Diego, California
    - Juris Doctor, 2006
    - Mock Trial Team
- Nicholls State University, Thibodaux, Louisiana
    - B.S., Biology & Chemistry, 2003
    - Varsity Basketball Team

## Honors and Awards

Super Lawyers Rising Star, 2015-2023

# MATTHEW AARON PEQUIGNOT

(202) 328-1200   mpequignot@pmiplaw.com

---

## SUMMARY

**Founder and Managing Partner** of boutique intellectual property law firm Pequignot + Myers specializing in procurement and litigation of intellectual property, including patents. Experience successfully prosecuting thousands of intellectual property matters worldwide. Currently represent substantial patent portfolios for Fortune 500 companies. Exemplary record as lead litigation counsel representing both plaintiffs and defendants. Being experienced in all facets of intellectual property, I find "yes" answers where others have said "no". Won landmark, precedential decision in patent marking law, which served as the identified impetus for Congress to amend the patent statute in the America Invents Act.

---

## PROFESSIONAL EXPERIENCE

Registered patent attorney, managing a team of specialist attorneys in intellectual property procurement, defense, and enforcement. Served as external "in house" patent counsel to $1B+ consumer products entity; advised General Counsel, CEO, and other upper management pertaining to legal risks and opportunities, to guide business decisions. Well-versed in identifying, and counseling inventors on how to identify, evaluate, and document new inventions. Adept at cost-effective, proactive defense of prospective patent infringement liabilities; licensing and opinion preparation; and IP portfolio build strategies. Experienced in complex mechanical, optics, chemistry, coatings, electrical engineering, and software inventions.

- Currently manage a portfolio of hundreds of pending patents and trademarks domestically. Manage and direct network of foreign counsel in prosecution of worldwide foreign IP matters.
- In recent defense of two actions as lead counsel, implemented aggressive outside-the-box strategies which resulted in the plaintiffs paying the defendant-clients to settle the firm's last two concluded litigations. Currently closing the defense of a six year long patent litigation, won on all fronts, and seeking an "exceptional case" attorney fee award for the defendant.
- Conceived, designed, and implemented strategy to supplement patent protection with product configuration trade dress. Successfully enforced the patents and trade dress, resulting in a settlement which disgorged the total profit of the defendant.
- Experienced training new IP professionals, including attorneys and staff.

---

## EDUCATION AND LICENSING

**GEORGE MASON UNIVERSITY - ANTONIN SCALIA LAW SCHOOL**, Arlington, VA
*Juris Doctor* in second-of-its-kind patent-track "patent major" program.

**LOYOLA MARYMOUNT UNIVERSITY** Los Angeles, CA
Bachelor of Science, Biology.

## BAR ADMISSIONS

United States Patent Bar
Maryland State Bar
District of Columbia
Federal Circuit Court of Appeals

**Brian L. Trimyer, Esquire**
Harllee & Bald, P.A.
941.744.5537
BLT@harlleebald.com

Education

Stetson University, Bachelor of Business Administration (1996)
George Mason University School of Law, Juris Doctor, *cum laude* (1999)

Bar Admissions

Florida 1999
District of Columbia 2004
U.S. District Court, Middle District of Florida
U.S. Court of Appeals, Eleventh Circuit

Primary Practice Areas

Business and Commercial Litigation
Probate, Trust and Fiduciary Litigation
Real Estate Litigation
Ad Valorem Property Tax Litigation
Appellate Litigation

Experience

Mr. Trimyer advises clients and protects the interests of individuals, businesses and other entities in a variety of cases involving business disputes, fraud litigation, probate, trust and fiduciary litigation, real estate and land use disputes, property tax challenges and appellate litigation. He has extensive experience representing clients in both state and federal trial courts, as well as in appellate courts and in private arbitration proceedings. Mr. Trimyer is rated AV Preeminent® by Martindale-Hubbell Peer Review, which is a designation that he earned from his peers for having the highest rating for legal ability and ethical standards.

Memberships & Involvement

Legal Aid of Manasota, Inc., President (2010 -2012), Board of Directors (2007 - present)
Twelfth Judicial Circuit Grievance Committee, member/vice-chair (2009-2011)
The Florida Bar, Real Property, Probate, and Trust Law Section
Manatee County Bar Association
Sarasota County Bar Association
District of Columbia Bar
Manatee American Inn of Court
Goodrich-Grimes Inn of the American Inns of Court
Manatee County Bar Young Lawyers Division, and Board of Directors
Manatee County Housing Authority, Hearing Officer
Lawyers for Literacy (volunteer)
Big Brothers and Big Sisters of the Suncoast (volunteer)

**Adam Mohammadbhoy, Esquire**
Harllee & Bald, P.A.
941.744.5537
AM@harlleebald.com

Education

Florida State University, Bachelor of Science (Political Science) (1994)
Stetson University, Juris Doctor (1997)

Bar Admissions

Florida 1998
U.S. District Court, Middle District of Florida
U.S. District Court, Southern District of Florida
U.S. Court of Appeals, Eleventh Circuit

Primary Areas of Practice

Commercial and Business Litigation
Real Estate Litigation
Estate, Trust and Fiduciary Litigation
Serious Personal Injury and Wrongful Death Litigation

Experience

Mr. Mohammadbhoy has been litigating complex matters since 1998 in both state and federal courts, including commercial and business disputes, fraud cases, probate, trust and fiduciary litigation matters, real estate disputes and serious personal injury and wrongful death cases.

Involvement & Recognition

The Florida Bar, Trial Lawyers Section and Real Property, Probate and Trust Law Section
Manatee County Bar Association, Board Member (2004-2006)
Sarasota County Bar Association
Florida Bar Foundation Fellow
Manatee American Inn of Court, Master
Goodrich-Grimes Inn of the American Inns of Court, Executive Committee (2001-2002)
Judicial Nominating Commission, Twelfth Judicial Circuit (2009-2012)
Twelfth Judicial Circuit Grievance Committee B, Chair (2013 - 2016)
Martindale Hubbell AV rating
*Florida Trend Magazine's* "Florida Legal Elite", Commercial Litigation (2013, 2017, 2018)
Florida Super Lawyers, "Rising Stars" for Business Litigation (2010)
Leadership Manatee, Manatee Chamber of Commerce (2003-2004)
Big Brothers Big Sisters (Manatee Community Board Member, 2012 - 2015)
Early Learning Coalition of Manatee County, Inc., Board Member and Current Chairperson

(2005 - 2013) (2016-Current)

<u>Sheehan & Associates, P.C.</u>

**Spencer Sheehan**

Mr. Sheehan represents parties in a range of false advertising litigation. After Mr. Sheehan became an attorney in late 2011, he worked on behalf of municipalities and local government agencies in legal disputes. Following this experience, Mr. Sheehan worked for a plaintiff's law firm representing individuals subjected to violations of state and federal laws related to minimum wage, workplace safety and discrimination.

Of notable actions by Mr. Sheehan on behalf of consumers includes, *Liberski, et al v. Rhapsody International Inc.*, San Francisco County, California Superior Court, Case No. No. CGC-12-517061. In 2014, the parties reached a class wide settlement and Mr. Sheehan was appointed co-lead counsel ("Rhapsody Subscriber Litigation Settlement").

In December 2016, Mr. Sheehan began focusing his practice exclusively on original significant consumer advertising issues. For instance, Mr. Sheehan was the first attorney to address "raw" juice products which were alleged to be treated with a non-thermal technology which had substantially the same effects as traditional thermal pasteurization. *See e.g. Campbell v. Freshbev LLC*, 1:16-cv-07119 (E.D.N.Y.), *Campbell v. Freshbev LLC*, 322 F. Supp. 3d 330, 342 (E.D.N.Y. 2018) These cases attempted to apply the applicable law to the effects of novel technologies which were not considered at the time the FDA enacted regulations in this area.

Mr. Sheehan was appointed lead counsel with the law firms of Reese LLP and Aegis Law Firm, P.C., in *Cicciarella v. Califia Farms, LLC*, 7:19-cv-08785-CS, S.D.N.Y. in summer 2020. The Court approved a nationwide settlement which resolved the underlying federal action and a California state case. It was alleged that defendant mislabeled its non-dairy milk alternative products with respect to flavoring and the presence of carrageenan.

Mr. Sheehan was appointed to the executive committee along with the law firm Held & Hines LLP, in Chung v. Illuminate Education, Inc., 8:22-cv-01547-JWH-DFM, C.D. Cal. in September 2022. Defendant is alleged to have negligently failed to safeguard the confidential information of millions of students. The litigation is still on going.

Mr. Sheehan was appointed co-lead counsel along with the law firm of Reese LLP in *Vizcarra v. Unilever United States, Inc.* 4:20-cv-02777-YGR, N.D. Cal., in February 2023. The Court certified the class that purchased Defendant's Breyer's Natural Vanilla Ice Cream in California. The ice cream's vanilla flavor is alleged to come from non-vanilla plant sources.

Mr. Sheehan's pro bono work includes representing people with exotic or non-traditional animal companions. This includes representing a Floridian who came to possess an alligator over six feet in length, alleged to be in violation of Florida's wildlife laws. Mr. Sheehan's efforts contributed to resolution of that issue and allowed the woman and gator to remain together. *See* John Breslin, [Lakeland woman keeps alligator, thanks to efforts of lawyer tied to subway shooter's squirrel eviction case](), Florida Record, January 4, 2017.

Mr. Sheehan holds a Bachelor of Science Degree from Georgetown University in Foreign Service (2002) and a Master's Degree in International Relations from the School of Advanced International Studies (SAIS), Johns Hopkins University (2006). Mr. Sheehan obtained a Juris Doctorate from Fordham University School of Law (2010). Mr. Sheehan also was a member of the United States Marine Corps as a Reservist.

**Angele Aaron**

Angele is one of the first associate attorneys of Sheehan and Associates, P.C. with a long history in real estate, civil litigation, and employment law. She has spent the last two decades handling residential and commercial real estate closings in Great Neck, New York. While admitted in New York since 1995, Angele's education stems from her time in England. Angele graduated from the University of Westminster with a Bachelor of Law Degree and received a Master of Law Degree from the University College of London in International Law.

**Mitchell Domovsky**

Mitchell started as a paralegal of Sheehan and Associates, P.C., but has since then has become a member of the New York Bar. He has a background in matters of criminal justice, evidence, and discovery. Mitchell graduated from Hunter College with a Bachelor of Arts Degree and received his Juris Doctor from Brooklyn Law School.

**Kinga Fenikowska**

Kinga is an associate attorney of Sheehan and Associates, P.C. She has a background in trademark, copyright, media, and space law, as well as experience in assisting homeowners facing mortgage foreclosure issues. Kinga is a member of the New York State Bar, New York City Bar, and Nassau County Bar. She graduated from the University of California, Berkeley with a Bachelor of Arts and received her Juris Doctor from Penn State Law, University Park.

**Theodore Hillebrand**

Theodore is an associate attorney of Sheehan and Associates, P.C. with a background in financial litigation and personal injury. Under the guidance of Mr. Sheehan, Theodore has worked on numerous actions and has developed an expertise on arbitration matters. Theodore is a member of the New York Bar and is admitted to practice before the United States District Courts for the Eastern, Southern, and Northern Districts of New York. Theodore graduated from Queens College with a Bachelor of Arts Degree and received his Juris Doctor from Hofstra University.

**Katherine Lalor**

Katherine is an associate attorney of Sheehan and Associates, P.C. who has had years of experience in foreclosure, trust and estates, and no-fault insurance law. Katherine has had a few publications in law journals during her time assisting homeowners facing foreclosure and has since then been focusing on assisting consumers facing misleading advertising. Katherine is a member of the New York Bar and Nassau County Bar. Katherine graduated from St. John's University with a Bachelor of Science Degree and received her Juris Doctor from Touro Law Center.