CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
LEJEUNE LAW, P.C.
445 S. Figueroa St Ste 3100
Los Angeles CA 90071
Tel. (985) 713-4964

MATTHEW A. PEQUIGNOT*
mpequignot@pmiplaw.com
PEQUIGNOT + MYERS
2585 Ala Namahana Pkwy #1007
Kilauea HI 96754
Tel. (202) 328-1200

SHEEHAN & ASSOCIATES, P.C.
Spencer Sheehan*
spencer@spencersheehan.com
60 Cuttermill Rd, Suite 412
Great Neck NY 11021
Tel. (516) 2340-7800

* (admitted *Pro Hac Vice*)

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  April 3, 2023<br>Time: 1:30 P.M.<br>Courtroom:  10A<br>Judge: Stephen V. Wilson |

Plaintiffs' motion for Class Certification came on for hearing before this Court on April 3, 2023. All parties were represented by counsel.

Having considered Plaintiffs' Motion and all papers filed in support and in opposition thereto, and the arguments of counsel, and good cause appearing, Plaintiffs' Motion for Class Certification is GRANTED.

**It is therefore ORDERED as follows:**

1. This action is certified as a class action pursuant to Rule 23(b)(1), (b)(3) and (c)(4) of the Federal Rules of Civil Procedure.

2. The Classes shall consist of the following:

>California Class: All persons who purchased in the state of California any tickets for theater viewership, or who rented or purchased physical or electronic copies of the movie Yesterday within California, within the applicable statute of limitations, for personal use until the date notice is disseminated.
>
>Maryland Class: All persons who purchased in the state of Maryland any tickets for theater viewership, or who rented or purchased physical or electronic copies of the movie Yesterday within Maryland, within the applicable statute of limitations, for personal use until the date notice is disseminated.

Excluded from the class are (a) Defendant, its officers and directors, members of their immediate families, and the heirs, successors, or assigns of any of the foregoing; (b) all judges presiding in this case and their chambers staff; and (c) all counsel of record in this case.

3. Plaintiffs CONOR WOULFE and PETER MICHAEL ROSZA are appointed as Class Representatives for the Classes.

4. Lejeune Law, P.C., Pequignot + Myers and Sheehan & Associates, P.C. are appointed as Class Counsel.

**IT IS SO ORDERED**.

Dated: _____   By: _____
                                     Stephen V. Wilson
                                     United States District Judge