1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14
15 CONOR WOULFE and PETER MICHAEL ROSZA,
16    Plaintiffs,
17    vs.
18 UNIVERSAL CITY STUDIOS LLC,
19    Defendant.

Case No. 22-cv-00459-SVW-AGR

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILED THIRD AMENDED COMPLAINT**

Judge: Hon. Stephen V. Wilson

20
21
22
23
24
25
26
27
28

The Court has considered Plaintiffs' Motion For Leave to File Third Amended Complaint. Good cause appearing therefor,

It is hereby **ORDERED** that, Plaintiffs are granted leave to file the Third Amended Complaint attached as Exhibit B to the Declaration of Cody R. LeJeune in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____

Honorable Stephen V. Wilson
United States District Judge