KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>    Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**STIPULATION RE: THIRD AMENDED COMPLAINT AND CASE SCHEDULE**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>Filed concurrently:  [Proposed] Order |

Plaintiffs Conor Woulfe and Peter Michael Rosza (jointly, "Plaintiffs") and Defendant Universal City Studios LLC ("Universal" or "Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 9, 2023, the Court issued an Order requiring Plaintiffs to submit an amended pleading within ten days of the Court's Order (Dkt. No. 107);

WHEREAS, on March 15, 2023, Plaintiffs filed their motion for class certification (Dkt. No. 109);

WHEREAS, on March 20, 2023, Plaintiffs filed a motion for leave to file their Third Amended Complaint ("TAC") (Dkt. No. 111);

WHEREAS, Universal intends to oppose Plaintiff's motion for leave to file the TAC;

WHEREAS, Universal reserves its rights to seek attorney's fees and costs incurred in connection with its opposition to Plaintiffs' motion for leave to file the TAC as part of Universal's pending motion for attorney's fees (Dkt. No. 88), and Plaintiffs deny that Universal has any such rights and reserve all arguments in opposition;

WHEREAS, under the current scheduling Order, Universal's opposition to Plaintiffs' motion for class certification is due on April 4, 2023 (Dkt. No. 86);

WHEREAS, the Court's ruling on Plaintiffs' motion for leave to file the TAC may affect the scope of Plaintiffs' motion for class certification;

WHEREAS, the parties have agreed that Universal shall have until April 5, 2023 to file its opposition to Plaintiffs' motion for leave to file the TAC, and Plaintiffs shall have until April 14, 2023 to file their reply in support of such motion;

WHEREAS, the parties have further agreed that, in the interest of conserving Court and party resources, Plaintiffs' motion for class certification, and any deadlines appurtenant thereto, including Defendant's opposition and Plaintiffs' reply, should be vacated pending the Court's ruling on Plaintiffs' motion for leave to file the TAC;

WHEREAS, the relief requested through this Stipulation and the accompanying [Proposed] Order will not affect any dates on the case schedule other than those modified by this Stipulation and the [Proposed] Order;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, and respectfully request that the Court enter an Order providing, that:

(1) Universal shall file its opposition to Plaintiffs' motion for leave to file the TAC by April 5, 2023, and Plaintiffs shall file their reply in support of such motion by April 14, 2023;

(2) Plaintiffs' motion for class certification, and the remaining class certification briefing schedule, is vacated;

(3) following the Court's ruling on Plaintiffs' motion for leave to file the TAC, the parties shall meet and confer regarding a class certification briefing schedule, pursuant to which Plaintiffs will be given at least twenty (20) days to file their new motion for class certification and whereby Universal's deadline to file its opposition to Plaintiffs' class certification motion shall be at least twenty (20) days from the date Plaintiffs file their renewed motion for class certification, and Plaintiffs' deadline to file their reply in support of their motion shall be at least seven (7) days after Universal files its opposition.

| | | |
|---|---|---|
| 1 | DATED: March 24, 2023 | LEJEUNE LAW, P.C. |
| 2 | | PEQUIGNOT + MYERS |

By: /s/ Cody R. LeJeune
CODY R. LEJEUNE
Attorneys for Plaintiffs

DATED: March 24, 2023                MUNGER, TOLLES & OLSON LLP

By: /s/ Kelly M. Klaus
KELLY M. KLAUS
Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

By: /s/ Kelly M. Klaus
KELLY M. KLAUS
Attorney for Defendant