1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14
15  CONOR WOULFE and PETER MICHAEL ROSZA,
16        Plaintiffs,
17     vs.
18  UNIVERSAL CITY STUDIOS LLC,
19        Defendant.

Case No. 22-cv-00459-SVW-AGR

**[PROPOSED] ORDER GRANTING STIPULATION RE: THIRD AMENDED COMPLAINT AND CASE SCHEDULE**

Judge:  Hon. Stephen V. Wilson

20
21
22
23
24
25
26
27
28

Case No. 22-cv-00459-SVW-AGR
[PROPOSED] ORDER GRANTING STIPULATION RE: THIRD AM. COMPL. AND CASE SCHEDULE

The Court has considered the Parties' Stipulation re: Third Amended Complaint and Case Schedule. Good cause appearing therefor,

It is hereby **ORDERED** that:

[1] Universal shall file its opposition to Plaintiffs' motion for leave to file the Third Amended Complaint ("TAC") by April 5, 2023, and Plaintiffs shall file their reply in support of such motion by April 14, 2023.

[2] Plaintiffs' motion for class certification, and the remaining class certification briefing schedule, is vacated.

[3] Following the Court's ruling on Plaintiffs' motion for leave to file the TAC, the parties shall meet and confer regarding a class certification briefing schedule, pursuant to which Plaintiffs will be given at least twenty (20) days to file their new motion for class certification and whereby Universal's deadline to file its opposition to Plaintiffs' class certification motion shall be at least twenty (20) days from the date Plaintiffs file their renewed motion for class certification, and Plaintiffs' deadline to file their reply in support of their motion shall be at least seven (7) days after Universal files its opposition.

**IT IS SO ORDERED.**

DATED: _____

Honorable Stephen V. Wilson
United States District Judge