KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION FOR CLARIFICATION**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Filed Concurrently: *Ex Parte* Application |

# **DECLARATION OF KELLY M. KLAUS**

I, Kelly M. Klaus, hereby declare:

1. I am a lawyer in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Universal City Studios LLC ("Universal" or "Defendant") in the above-captioned matter. I am admitted to practice before all of the Federal and State courts in the State of California, including the United States District Court for the Central District of California. The facts set forth in this declaration are based on my personal knowledge or the direct involvement of other lawyers at my firm. If called as a witness, I could and would testify competently to the contents of this declaration.

2. On January 31, 2023, my colleagues Stephanie Herrera, Grace Davis Fisher, and Benjamin Barokh met by telephone with Plaintiffs' counsel, Cody LeJeune and Brian Trimyer, to confer about Universal's discovery responses. During that conference, my colleagues reiterated to Mr. LeJeune and Mr. Trimyer Universal's objection that Plaintiffs do not have Article III standing to base their claims on, or seek discovery regarding, alleged misrepresentations that Plaintiffs have admitted they did not see and did not affect their alleged purchasing decision. During this discussion, my colleagues directed Plaintiffs' counsel to the relevant portions of the Court's December 20, 2022 Order.

3. On February 10, 2023, I and other of my colleagues appeared before Magistrate Judge Rosenberg for a discovery conference in this action. At the conference, Mr. LeJeune argued that Universal's objections based on burden and lack of proportionality of certain requests given the pre-certification posture of this case were foreclosed because, according to Plaintiffs, this Court had denied Universal's November 2, 2022 request to limit discovery to issues relevant to class certification. *See* Dkts. 73, 76. During the conference, Judge Rosenberg reviewed the Court's Order and stated that it appeared the Court had neither granted nor denied Universal's request.

4. On February 15, 2023, I and my colleagues appeared before Judge Rosenberg for a second discovery conference in this action. There, Judge Rosenberg went through all of the discovery requests to which Plaintiff sought to compel responses, and said that she would rule on each request.

5. Later the same day, Judge Rosenberg issued an order compelling Universal to produce documents in response to document requests that she found "likely to produce evidence relevant to substantiation of the class allegations," but not in response to requests that she found "do not meet that standard or else are duplicative to the extent relevant to the class allegations." Dkt. 103. Universal has completed its production in compliance with that order.

6. On March 10, 2023, Plaintiffs sent us a letter regarding Defendant's Responses and Objections to Plaintiff Conor Woulfe's Interrogatories (Set 1). Attached hereto as **Exhibit A** is a true and correct copy of my letter in response, sent March 21, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration this 27th day of March 2023, at San Francisco, California.

/s/ *Kelly M. Klaus*
Kelly M. Klaus