UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-00459-SVW-AGR | Date | March 28, 2023 |
|---|---|---|---|
| Title | *Conor Woulfe et al v. Universal City Studios LLC et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER RE PLAINTIFF'S MOTION TO AMEND [111], THE PARTIES' JOINT STIPULATION [112], AND PLAINTIFF'S EX PARTE APPLICATION [113]

The Court has reviewed the parties' joint stipulation and Plaintiffs' *ex parte* application and rules as follows.

The Parties joint stipulation, ECF No.112, is DENIED. Further, Plaintiffs' motion to amend their complaint, ECF No. 111, is GRANTED.

With respect to Plaintiffs' *ex parte* application, the Court's Order, ECF No. 83, is clear on its face. However, in the interests of economy, the Court will clarify its Order. Plaintiffs do not have standing to pursue claims challenging alleged false advertising on platforms which Plaintiffs did not use to view the movie. Thus, if Plaintiffs did not view alleged false advertising on VUDU or other platforms, Plaintiffs do not have standing to pursue alleged false advertising occurring on those platforms.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | PMC |