1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  STEPHANIE G. HERRERA (State Bar No. 313887)
   stephanie.herrera@mto.com
3  VIRGINIA GRACE DAVIS (State Bar No. 336732)
   grace.davisfisher@mto.com
4  **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, 27th Floor
5  San Francisco, California 94105-2907
   Telephone:  (415) 512-4000
6  Facsimile:   (415) 512-4077

7  BETHANY W. KRISTOVICH (State Bar No. 241891)
   bethany.kristovich@mto.com
8  BENJAMIN G. BAROKH (State Bar No. 318629)
   benjamin.barokh@mto.com
9  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, 50th Floor
10 Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
11 Facsimile:   (213) 687-3702

12 Attorneys for Defendant
   UNIVERSAL CITY STUDIOS LLC
13

14               **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16

17 CONOR WOULFE and PETER            Case No. 2:22-cv-00459-SVW-AGR
18 MICHAEL ROSZA,
                                     **DECLARATION OF STEPHANIE
19         Plaintiffs,                G. HERRERA IN SUPPORT OF
                                     DEFENDANT'S OPPOSITION TO
20      vs.                          PLAINTIFFS' MOTION FOR
                                     CLASS CERTIFICATION**
21
22 UNIVERSAL CITY STUDIOS LLC,
   d.b.a., UNIVERSAL PICTURES,       Judge:  Hon. Stephen V. Wilson
23
           Defendant.                Filed Concurrently:  Opposition to
24                                   Plaintiffs' Motion for Class
                                     Certification
25

26

27

28

## **DECLARATION OF STEPHANIE G. HERRERA**

I, Stephanie G. Herrera, hereby declare:

1.     I am an attorney at the law firm of Munger, Tolles, & Olson LLP, counsel for Defendant Universal City Studios LLC ("Universal" or "Defendant") in the above-captioned matter.  I am admitted to practice before all the State courts in the State of California and this Court.  I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  The facts set forth in this declaration are based on my personal knowledge.  If called as a witness, I could and would testify competently to the contents of this declaration.

2.     Attached as **Exhibits A-B** are true and correct copies of Plaintiff Woulfe's and Plaintiff Rosza's Responses to Defendant's First Set of Requests for Admission, as served by Plaintiffs on Universal on March 13, 2023.

3.     Attached as **Exhibit C** is a true and correct copy of a June 26, 2019 *CinemaBlend* article entitled "Yesterday Cut An Entire Character From The Film That Would Have Changed The Plot," produced by Universal bearing Bates numbers UNI000207-UNI000211.

4.     Attached as **Exhibit D** is a true and correct copy of an April 2, 2019 *Den of Geek* article entitled "25 Films That Hid What They Were in the Trailer," produced by Universal bearing Bates numbers UNI000008-UNI000035.

5.     Attached as **Exhibit E** is a true and correct copy of a February 6, 2019 article entitled "30 scenes from trailers that never appeared in the movie," produced by Universal bearing Bates numbers UNI000036-UNI000061.

6.     Attached as **Exhibit F** is a true and correct copy of a page from https://tvtropes.org entitled "Missing Trailer Scene," produced by Universal bearing Bates numbers UNI000062-UNI000063.

7.     Attached as **Exhibit G** is a true and correct copy of a May 26, 2021 *Mental Floss* article entitled "The 25 Best Movie Trailers of All Time," produced by Universal bearing Bates numbers UNI000064-UNI000082.

8.      Attached as **Exhibit H** is a true and correct copy of a January 20, 2021 *The Film Magazine* article entitled "The Greatest Film Trailer of All Time?  Psycho (1960)," produced by Universal bearing Bates numbers UNI000083-UNI000086.

9.      Attached as **Exhibit I** is a true and correct copy of a December 11, 2020 *Looper* article entitled "The Most Epic Movie Trailers of All Time," produced by Universal bearing Bates numbers UNI000087-UNI000206.

10.      Attached as **Exhibits J-K** are true and correct copies of subpoenas for documents that Plaintiffs served on Amazon.com Services LLC and Amazon.com, Inc. on November 3, 2022.  Attached as **Exhibits L-O** are true and correct copies of subpoenas for documents that Plaintiffs served on Best Buy Co., Inc, BestBuy.com LLC, Apple Inc., and Barnes & Noble, Inc. on January 25, 2023.

11.      On February 10, 2023, Universal noticed the depositions of Plaintiffs Woulfe and Rosza for March 20, 2023.  True and correct copies of Universal's Notices of Deposition of Plaintiffs Woulfe and Rosza are attached as **Exhibits P-Q**. Universal agreed to postpone the March 20 depositions of Plaintiffs in reliance on the representation of Plaintiffs' counsel that Plaintiffs would file amended pleadings on March 20 and that "the depositions of the plaintiffs will be rescheduled to take place after the pleadings are amended."

12.      The proposed third amended complaint ("TAC") attached to Plaintiffs' motion for leave to amend (Dkt. 111-3) includes the below screenshot that Plaintiffs allege is "an advertisement for the movie *Yesterday* which appeared on Google at least as of March 17, 2023":

HERRERA DECLARATION ISO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION



Dkt. 111-3 at ¶ 144 (as altered in proposed TAC).

13.    Based upon my personal examination of Google.com, the screenshot in Plaintiffs' proposed TAC does not appear to be an "advertisement" for *Yesterday*. Rather, the screenshot appears to reflect the Google search results if a person types "yesterday movie" into the search bar on Google.com.  Below is a true and correct image of the Google search results that appeared on my screen when I typed "yesterday movie" into the search bar on Google.com on March 30, 2023:



HERRERA DECLARATION ISO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

14.     Based upon my personal examination of the Google Play listing for *Yesterday*, the screenshot in Plaintiffs' proposed TAC also does not appear to reflect content from that platform, which does not mention Ana de Armas.  Below is a true and correct image of the Google Play listing for *Yesterday* I viewed on the platform (https://play.google.com/store/movies/details/Yesterday?id=Oy73rsFNbWc.P) on April 2, 2023:



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration this 4th day of April 2023, at San Francisco, California.

Stephanie G. Herrera
Stephanie G. Herrera

HERRERA DECLARATION ISO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION