# EXHIBIT A

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

| | |
|---|---|
| **LEJEUNE LAW, P.C.**<br>Cody R. Lejeune (CSB No. 249242)<br>*cody@lejeunelawfirm.com*<br>445 S Figueroa St, Ste 3100<br>Los Angeles CA 90071<br>Tel: (985) 713-4964 | **PEQUIGNOT + MYERS**<br>Matthew A. Pequignot (*pro hac vice*)<br>*mpequignot@mpiplaw.com*<br>2585 Ala Namahana Pkwy, #1007<br>Kilauea HI 96754<br>Tel: (202) 328-1200 |
| **HARLLEE & BALD, P.A.**<br>Adam Mohammadbhoy (*pro hac vice*)<br>*am@harlleebald.com*<br>Brian L. Trimyer (*pro hac vice*)<br>*blt@harlleebald.com*<br>202 Old Main St<br>Bradenton FL 34205<br>Tel: (941) 744-5537 | **SHEEHAN & ASSOCIATES, P.C.**<br>Spencer Sheehan (*pro hac vice*)<br>*spencer@spencersheehan.com*<br>60 Cuttermill Rd, Ste 409<br>Great Neck NY 11021<br>Tel: (516) 268-7080 |

*Counsel for Plaintiffs Conor Woulfe and Peter Rosza*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Conor Woulfe and Peter Michael Rosza,<br><br>Plaintiff,<br><br>vs.<br><br>Universal City Studios LLC d.b.a., Universal Pictures,<br><br>Defendant. | Case No. 2:22-cv-00459-SVQ-AGP<br><br>**PLAINTIFF CONOR WOULFE'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION** |

7

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

## RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:**

Admit that YOU were aware that Ana de Armas was not in YESTERDAY before YOU viewed YESTERDAY.

**RESPONSE:**

Plaintiff denies that he was aware that Ana de Armas was not in Yesterday before he viewed Yesterday.

**REQUEST NO. 2:**

Admit that, as of July 12, 2021, YOU had seen a trailer for YESTERDAY in a movie theatre.

**RESPONSE:**

Plaintiff denies that as of July 12, 2021, he had seen a trailer for Yesterday in a movie theatre.

**REQUEST NO. 3:**

Admit that, as of July 12, 2021, YOU had not viewed YESTERDAY in a movie theatre.

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not viewed YESTERDAY in a movie theatre.

**REQUEST NO. 4:**

Admit that Ana de Armas does not speak any dialogue in the trailer for YESTERDAY that YOU viewed, as alleged in paragraph 10 of YOUR COMPLAINT.

**RESPONSE:**

Plaintiff admits that that Ana de Armas does not speak any dialogue in the trailer for Yesterday that he viewed, as alleged in paragraph 10 of your Complaint.

**REQUEST NO. 5:**

Admit that Ana de Armas' name does not appear in the trailer for YESTERDAY that YOU viewed, as alleged in paragraph 10 of YOUR COMPLAINT.

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

**RESPONSE:**

Plaintiff admits that Ana de Armas' name does not appear in the trailer for Yesterday that he viewed, as alleged in paragraph 10 of the Complaint.

**REQUEST NO. 6:**

Admit that the trailer for YESTERDAY that YOU viewed, as alleged in paragraph 10 of YOUR COMPLAINT, does not contain any explicit representation that Ana de Armas will appear in YESTERDAY.

**RESPONSE:**

Plaintiff denies that the trailer for Yesterday that he viewed, as alleged in paragraph 10 of the Complaint, does not contain any explicit representation that Ana de Armas will appear in Yesterday.

**REQUEST NO. 7:**

Admit that, as of July 12, 2021, YOU had not utilized Fandango (www.fandango.com) to purchase a ticket to view YESTERDAY in a movie theater.

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not utilized Fandango (www.fandango.com) to purchase a ticket to view Yesterday in a movie theater.

**REQUEST NO. 8:**

Admit that, as of July 12, 2021, YOU had not seen any ADVERTISEMENT for YESTERDAY on VUDU (www.vudu.com).

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not seen any advertisement for Yesterday on Vudu (www.vudu.com).

**REQUEST NO. 9:**

Admit that, as of July 12, 2021, YOU had not viewed YESTERDAY on VUDU

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

(www.vudu.com).

**RESPONSE:**

Plaintiff admits that, as of July 12, 221, he had not viewed Yesterday on Vudu (www.vudu.com).

**REQUEST NO. 10:**

Admit that, as of July 12, 2021, YOU had not seen any ADVERTISEMENT for YESTERDAY on Google Play (play.google.com).

**RESPONSE:**

Plaintiff admits that, as of July 12, 221, he had not seen any advertisement for Yesterday on Google Play (play.google.com).

**REQUEST NO. 11:**

Admit that, as of July 12, 2021, YOU had not viewed YESTERDAY on Google Play (play.google.com).

**RESPONSE:**

Plaintiff admits that, as of July 12, 221, he had not viewed Yesterday on Google Play (play.google.com).

**REQUEST NO. 12:**

Admit that, as of July 12, 2021, YOU had not seen any ADVERTISEMENT for YESTERDAY on iTunes (itunes.apple.com).

**RESPONSE:**

Plaintiff admits that, as of July 12, 221, he had not seen any advertisement for Yesterday on iTunes (itunes.apple.com).

**REQUEST NO. 13:**

Admit that, as of July 12, 2021, YOU had not viewed YESTERDAY on iTunes (itunes.apple.com).

4
**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

**RESPONSE:**

Plaintiff admits that, as of July 12, 221, he had not viewed Yesterday on iTunes (itunes.apple.com).

**REQUEST NO. 14:**

Admit that, as of July 12, 2021, YOU had not purchased any COPY of YESTERDAY.

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not purchased any copy of Yesterday.

**REQUEST NO. 15:**

Admit that, as of July 12, 2021, YOU had not viewed YESTERDAY on DVD or Blu-ray disc.

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not viewed Yesterday on DVD or Blu-ray disc.

**REQUEST NO. 16:**

Admit that, as of July 12, 2021, YOU had not seen the episode of *CBS This Morning* that originally aired on June 25, 2019.

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not seen the episode of *CBS This Morning* that originally aired on June 25, 2019.

**REQUEST NO. 17:**

Admit that, as of July 12, 2021, YOU had not seen the Internet Movie Database (IMDb) page for YESTERDAY.

**RESPONSE:**

Plaintiff admits that, as of July 12, 2021, he had not seen the Internet Movie Database (IMDb) page for Yesterday.

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

**REQUEST NO. 18:**

Admit that YOU have seen the trailer for the movie *Jurrasic Park* (1993). (https://www.youtube.com/watch?v=zjPFyINVxW0).

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *Jurrasic Park* (1993).

**REQUEST NO. 19:**

Admit that YOU have seen the trailer for the movie *Batman Begins* (2005) (https://www.youtube.com/watch?v=lu2ecPMX0kI).

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *Batman Begins* (2005).

**REQUEST NO. 20:**

Admit that YOU have seen the trailer for the movie *Frozen* (2013) (https://www.youtube.com/watch?v=TbQm5doF_Uc).

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *Frozen* (2013).

**REQUEST NO. 21:**

Admit that YOU have seen the trailer for the movie *Rogue One: A Star Wars Story* (2016) (https://www.youtube.com/watch?v=Wji-BZ0oCwg&t=2s).

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *Rogue One: A Star Wars Story* (2016).

**REQUEST NO. 22:**

Admit that YOU have seen the trailer for the movie *Suicide Squad* (2016) (https://www.youtube.com/watch?v=CmRih_VtVAs&list=PLVfin74Qx3tW3Bh07zkgSNCpPUsxW9CzN).

6
**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *Suicide Squad* (2016).

**REQUEST NO. 23:**

Admit that YOU have seen the trailer for the movie *Avengers: Infinity War* (2018) (https://www.youtube.com/watch?v=6ZfuNTqbHE8).

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *Avengers: Infinity War* (2018).

**REQUEST NO. 24:**

Admit that YOU have seen the trailer for the movie *X Men: Days of Future Past* (2014) (https://www.youtube.com/watch?v=pK2zYHWDZKo).

**RESPONSE:**

Plaintiff denies that he has seen the trailer for the movie *X Men: Days of Future Past* (2014).

Dated: March 9, 2023

Respectfully submitted,

**SHEEHAN & ASSOCIATES, P.C.**
*/s/ Spencer Sheehan*
Spencer Sheehan (*pro hac vice*)
*spencer@spencersheehan.com*
60 Cuttermill Rd, Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

**LEJEUNE LAW, P.C.**
Cody R. Lejeune (CSB No. 249242)
*cody@lejeunelawfirm.com*
445 S Figueroa St, Ste 3100
Los Angeles CA 90071
Tel: (985) 713-4964

**PEQUIGNOT + MYERS**
Matthew A. Pequignot (*pro hac vice*)
*mpequignot@mpiplaw.com*
2585 Ala Namahana Pkwy, #1007
Kilauea HI 96754
Tel: (202) 328-1200

**HARLLEE & BALD, P.A.**
Adam Mohammadbhoy (*pro hac vice*)

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

| | |
|---|---|
| 1 | *am@harlleebald.com* |
| 2 | Brian L. Trimyer (*pro hac vice*) |
| | *blt@harlleebald.com* |
| 3 | 202 Old Main St |
| 4 | Bradenton FL 34205 |
| | Tel: (941) 744-5537 |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8
**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

DocuSign Envelope ID: 577DA0D0-6C95-4224-9E76-362EAF7E91EA

**Verification by Answering Party**

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing Plaintiff's Responses and Objections to Defendant's First Set of Request for Admission is true and correct.

Executed on: _____  _____

**Required Signing Pursuant to Fed. R. Civ. P. 26(g) and/or 36)**

Pursuant to Fed. R. Civ. P. 26(g) and Fed. R. Civ. P. 36 every disclosure under Rule 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least one attorney of record in the attorney's own name and must state the signer's address, e-mail address, and telephone number. By signing below, the attorney certifies that to the best of the attorney's knowledge, information, and belief formed after a reasonable inquiry: (A) with respect to a disclosure, it is complete and correct as of the time it is made; and (B) with respect to a discovery request, response, or objection, it is: (i) consistent with these rules and warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, or for establishing new law; (ii) not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; and (iii) neither unreasonable nor unduly burdensome or expensive, considering the needs of the case, prior discovery in the case, the amount in controversy, and the importance of the issues at stake in the action.

Date: March 9, 2023 | 8:17:21 PM EST   [DocuSigned by: /s/ signature — F5B5F3CD9AE04B9...]

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I caused a copy of the foregoing **PLAINTIFF CONOR WOULFE'S RESPONSES TO DEFENDANT UNIVERSAL CITY STUDIOS LLC'S REQUESTS FOR ADMISSION – SET ONE** and attachments thereto to be served *via* electronic mail to counsel of record for all parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

**LEJEUNE LAW, P.C.**

Dated: March 13, 2023      By:   /s/ Cody R. LeJeune

Cody R. LeJeune
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

Attorneys for Plaintiff
CONOR WOULFE, an individual, and
PETER MICHAEL ROSZA, an individual

1
PLAINTIFF CONOR WOULFE'S RESPONSES TO DEFENDANT UNIVERSAL CITY STUDIOS LLC'S REQUESTS FOR ADMISSION – SET ONE
2:22-cv-00459-SVW-AGR

16