# EXHIBIT C



TRENDING | Knock At The Cabin Reactions | HBO Max Cancellation | Tim Allen | Ava

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

# Yesterday Cut An Entire Character From The Film That Would Have Changed The Plot

By Mike Reyes published June 26, 2019





Sometimes, in the service of a story like writer Richard Curtis' *Yesterday*, big changes have to be made. In some cases, material gets cut before the script goes in front of cameras directed by talent like Danny Boyle. *Yesterday* certainly had that sort of issue crop up, as Boyle and Curtis worked to drop 20 to 25% of the script in order to enhance other pieces of the narrative.

Because of this, there was one subplot containing an entire character who was cut from the film, despite staying in Richard Curtis' script and even remaining in the trailer for *Yesterday's* theatrical release. It's her picture you see at the very head of this story, and her name is Roxanne, played by *Blade Runner 2049's* Ana De Armas.

Originally, Roxanne would have been the third point of the typical love triangle you'd see in a romantic comedy like *Yesterday,* coming between the romance of Lily James' Ellie and Himesh Patel's Jack Malik. Still, since this is a Danny Boyle/Richard Curtis collaboration, it's far from typical. And when CinemaBlend got to speak with Curtis about his writing process on the film, he explained the decision to cut Ana De Armas from the film as such:

>  That was a very traumatic cut, because she was brilliant in it. I mean really radiant. And [that] turned out to be the problem. ... I think the audience likes the story [about

30

> Ellie and Jack] and goes with that, and it works out well. What we'd originally done was had, I don't want to describe it too much, but had Ana De Armas as a complicating factor when he arrived in L.A. for the first time. And I think the audience did not like the fact that his eyes even strayed. Because then some people would go, 'Oh, he really doesn't deserve her. He really doesn't deserve Lily.' You know, it's one of those things where it's some of our favorite scenes from the film, but we had to cut them for the sake of the whole.

With a cut like that, you know you would be glad if you're one of the audience members who really latched onto Ellie and Jack's romance during *Yesterday's* story of love and talent. Describing Ana De Armas' performance as radiant, you can see how if Richard Curtis left Roxanne in the mix, the central romantic tension between Ellie and Jack would flounder. The way the film plays without Roxanne and Jack's romantic complication does streamline the romance that buds between the one true pair occupying the center of Curtis' story.

But with those cuts also came the omission of a joke that Curtis really enjoyed in the film. As he continued to describe the full weight of the Roxanne plot's deletion, he mentioned this particular a gag that was near and dear to his heart:

>  Actually, we cut one of my favorite jokes from the film, which my son thought of. Because James Corden used to say, 'Why don't you write something right now? I hear you can write things really quickly, write something right now.' And so he wrote 'Something.' [Jack] actually sang the song

31

'Something,' and I was so delighted by that joke. But that was the Ana De Armas scene, so we can't have that anymore.

---

If "Something" is one of your favorite Beatles songs, you needn't fear: it's still on the soundtrack, and Himesh Patel has actually performed it a couple of times during the promotion of *Yesterday*. Having seen one such performance during the film's Tribeca premiere, it is indeed a moment we'd love to see added back into the film.

Though, as promised earlier, you can actually see some of that song's performance, through one of the deleted scenes from one of Jack's appearances on James Corden's show. To fully deliver a happy ending, you also get to see one of Richard Curtis' favorite jokes from the film, reinstated in the theatrical trailer that sold *Yesterday* to the world.

To see what we're talking about, you should skip to 01:57 in the trailer below, and watch through to the 02:16 mark.



Buttoning this whole story of deleting characters and actors from Richard Curtis films came a really funny anecdote involving James Corden himself. Not only did Curtis admit he'd cut him from an episode of a sitcom he'd made in the '90s, he also brought up the fact that scenes of his were also cut from his second directorial effort, *Pirate Radio*. So while *Yesterday*

deleted another character from its total package, at least Corden got his moment this time around.

It's always interesting to come across instances such as *Yesterday* where the story process is so openly on display, you can see where the film would have gone if it had taken a certain turn. But at the same time, that sort of thinking also helps one appreciate how the story turns out in the end; especially when the result is as beautiful as Danny Boyle and Richard Curtis telling a story about how the world would change without one key factor.

Though much as almost the entire world forgets The Beatles in *Yesterday*, only a few will remember Ana De Armas' Roxanne, and her place in that very world. Quite the fitting irony, once you stop to think about some of the other changes that were made over time.

If you're worried about how, or if those changes clearly work, you'll be able to judge for yourself in a short while, as *Yesterday* will be in theaters in early showings tomorrow.

## CINEMABLEND NEWSLETTER

Your Daily Blend of Entertainment News

Your Email Address

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

**SIGN ME UP**

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.



### Mike Reyes
Senior Movies Contributor

 

33