# EXHIBIT E



Movie trailers were once designed to provide you with an authentic, abbreviated sample of the full film; two or so minutes of tastefully selected clips that give viewers a good idea of what to expect when heading to the cinema. But, in the information era, where trailers aren't so complimentary tasters as they are internet shaking events in and of themselves, that's no longer the case.

Movie makers use their trailers to mislead and misdirect their audience, deliberately or otherwise, with edited clips or deleted scenes that never actually show up in the final product. Just take a look at the new Super Bowl trailer for Avengers 4: Endgame, which has almost undoubtedly been tinkered with by Marvel to avoid revealing any major plot points that could ruin the viewing experience. And Marvel isn't the only one. We've noticed dozens of scenes from trailers that never appeared in the movies themselves, but the following 30 have to be the most egregious examples of the lot.

## Star Trek (2009)

gamesradar+ | Newsarama | Total Film | Edge | Retro Gamer | PLAY | SFX

TOTAL FILM

Subscribe ▼



**The trailer scene:** Newborn Spock is greeted into the world by his parents on Vulcan. The full scene is a rather sweetly underplayed sequence, as the pair discuss names and softly banter around the nature of mixed-species parenting. "He has your eyes". "He has your ears".

**Do we miss it in the finished movie?** We can't have been the only ones who sat through JJ Abrams' initial Star Trek reboot wondering why they'd cast Winona Ryder for such a small role? Sure enough, the majority of her scenes were actually cut, including this insight into the origins of the Enterprise's science officer, which would probably have helped establish the pointy-eared protagonist's significance to the mythology a lot more quickly, in parallel with the movie's young-Kirk sequences.

## Star Wars: Rogue One (2016)



**FILM**

☰

Subscribe ▼   🔍

...dor as the lights come up. Jyn being ambushed, ...te ton of stuff was pulled from Rogue One's ...Though arguably, some of the trailer footage

**Do we miss it in the finished movie?** Some yes, some no. Out of context, it's tricky to know how much impact some of the standalone shots would have made, but the VO implies a bigger story for Guerrera, which would have been very welcome given the brevity of his appearance in the final film.

**Read more:** Here's every Star Wars: Rogue One trailer shot that didn't make it into the movie

## The Incredible Hulk (2008)



**The trailer scene:** A suicidal Bruce Banner heads out into the Antarctic wilderness as he attempts to end it all, in this extended version of an early scene from the film. Watch closely and you can supposedly see a still-frozen Captain America in the background too.

**Do we miss it in the finished movie?** The forgotten MCU movie, Edward Norton's Incredible Hulk is a patchy and rather downbeat affair, lacking the scale or spark of the movies that came after it. The greater cinematic sweep, and dialed-up, heady drama implied by this shot could certainly have improved its fortunes.

## X-Men Origins: Wolverine (2009)

gamesradar+   |   Newsarama   |   Total Film   |   Edge   |   Retro Gamer   |   PLAY   |   SFX

**TOTAL FILM**

Subscribe ▼



**The trailer scene:** A baby Storm is shoehorned into one of the trailers for this magnum opus of X-Men awfulness. She was apparently due to appear in a village that Wolverine visits along his journey (Logan being way older than Storm, but holding up well due to his regenerative mutation), but was eventually consigned to the DVD extras.

**Do we miss it in the finished movie?** Given the kaleidoscope of comic book characters that did make the final cut, we're pretty sure that no one really missed Storm from the finished film. And given how bad Deadpool's treatment was, she was probably better off out of it.

## Armageddon (1998)



gamesradar+   Newsarama   Total Film   Edge   Retro Gamer   PLAY   SFX

nd of the world. Because, you know, apparently
buster summer disaster movie always needs

FILM

≡   TOTAL FILM                              Subscribe ▼  🇺🇸 Q

**Do we miss it in the finished movie?** There are probably enough inspirational monologues in Michael Bay's movie. Cheesy grandeur is kind of Bay's thing. Besides, cutting Bruce's bit gave the director some extra time to fine-tune the slow-mo explosions. You know they're more important than dialogue in a Bay film. Usually more intellectually rewarding too.

## Point Break (1991)



**The trailer scene:** Surfing, sky-diving, bank robbing, and a Keanu Reeves performance so wooden it can give you splinters at 50 paces; Point Break is pretty much the greatest film ever made. One thing it lacks though, is this deleted scene in which Reeves' Johnny Utah corrects a superior who asks if he thinks federal taxpayers would like it that he's being paid to surf and pick up girls. "Babes, sir," the fresh faced FBI agent explains. "The correct term is 'babes'".

**Do we miss it in the finished movie?** NOOOOOOO!!! *shoots imaginary gun into the air repeatedly* No, this one doesn't add anything to, well, anything, really, and it makes Utah come across as a bit of a douche at the same time. More so than his cocky actions throughout the film already do.

## Spider-Man (2002)



**The trailer scene:** One of the earliest teasers for Sam Raimi's Spider-Man features a superb scene in which the webslinger catches a helicopter full of bank robbers in a web he's strung up between the twin towers of the World Trade Centre. The chopper seems to be making a smug getaway, when it's suddenly snagged by a thrown web and yoinked backward through the towering city streets, before getting well and truly stuck.

**Do we miss it in the finished movie?** After 9/11 there was never any doubt that the sequence would be pulled, although to be fair it was always intended as a standalone teaser and not part of the finished product. That said, Spider-Man films overall have not shied away from cutting stuff seen in trailers, as the next few entries will attest.

## The Amazing Spider-Man (2012)



**The trailer scene:** Given that it clocks in at just over two hours long, you'd be forgiven for thinking that Marc Webb didn't leave a thing on the cutting room floor when it came to turning in his Spider-Man reboot. But then, as anyone who's seen the early trailers will tell you, a whole subplot involving Richard (father of Peter) Parker's secret research was left out of the story when Spidey eventually swung into cinemas.

**Do we miss it in the finished movie?** The subplot in question features pretty heavily in 2014's sequel. But whilst audiences eventually caught up with the action, including the story earlier could have gone a long way to fixing up the shaky plotting that blighted the short-lived series.

## The Amazing Spider-Man 2 (2014)



gamesradar+   Newsarama   |   Total Film   |   Edge   |   Retro Gamer   |   PLAY   |   SFX

re outing. There are several scenes that didn't
...where Papa-Goblin seems to tell Goblin Jr.

**FILM**

Subscribe ▼

**Do we miss it in the finished movie?** Fans initially called for an extended director's cut, upon realising how much footage had been chopped. But given that it would have changed the entire complexion of the film, we can see why Webb felt it was best to leave this one out of the final movie. Making cut scenes work in the context of a whole, finished film is often more complicated that simply stapling everything back together.

## Spider-Man: Homecoming (2017)



**The trailer scene:** That air-punchingly cool shot of Peter and Tony swinging and rocketing their way through Queens. The studio wanted an action shot for the trailer, depicting the two heroes together. Nothing from the ferry scene - their main, shared action sequence - worked, so director Jon Watts cobbled this together out of other footage.

**Do we miss it in the finished movie?** It's a heck of a cool image, but it doesn't really gel with the tone of Parker and Stark's relationship in the final movie. And besides, the amount of Tony in Homecoming is perfectly balanced, so this could have been a scene too far. Also, hey, it's a shot without context, that never really existed, from a scene that was never filmed. So no, we pretty much have no reason to miss it.

1   2   3

NEXT PAGE ▶

## Gaming deals, prizes and latest news

Get the best gaming deals, reviews, product advice, competitions, unmissable gaming news and more!

Your Email Address

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

gamesradar+   |   Newsarama   |   Total Film   |   Edge   |   Retro Gamer   |   PLAY   |   SFX



☰   **FILM**                                         Subscribe ▼  🇺🇸 Q

TRENDING   |   Best Netflix Movies   |   Best movies on Disney Plus   |   Movie Release Dates   |   Best Netflix Shows

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

# 30 scenes from trailers that never appeared in the movie

By David Houghton published February 06, 2019

From Spider-Man: Homecoming to Rogue One: A Star Wars Story, these scenes from trailers got lost on their way to the movie

🔵 🔵 🟢 📌 🔴 ✉️ | 🟠

PAGE 2 OF 3:                                                                        ⌄

## Star Wars: The Force Awakens (2015)



**The trailer scene:** Loads of Skywalker. A voice-over from Luke about his family's history with the Force. A shot of Luke's lightsaber being handed over to (probably) Leia by Maz Kanata. A shot of a hooded figure (probably Luke himself, going by the robot hand) with R2-D2. In truth, The Force Awakens' story doesn't allow for any of these moments. Rey picks up the saber from Maz's bar, R2 is catatonic for most of the film, and Luke doesn't appear until the final (brilliant) few seconds, and even then he doesn't say a word.

**Do we miss it in the finished movie?** You know what? No. As much as this trailer is the one that initially made us lose our minds with the firm, unbelievable understanding that real Star Wars was coming back, and as important as the Skywalker-voiced opening was in achieving that, the final film's story beats and emotional flow are perfect as they are. As is the balance between original trilogy characters and newly introduced heroes.

## Batman & Robin (1997)

72



**The trailer scene:** Arnie's Mr Freeze quips: "Bundle up, boys: there's a storm coming." Because of course he does. Quipping is Mr. Freeze's M.O. in Batman & Robin, almost exclusively.

**Do we miss it in the finished movie?** Not really. There are more than enough ice-based puns in the final movie to make up for its absence. The entire film is ice puns. There's nothing but ice puns. Ice puns and shame. And besides, with "Ice to meet you", "Allow me to break the ice", 'You're not sending me to the cooler", and "Cool party" (and more) in the final movie, any additional 'jokes' would amount to a hate-crime against taste and decency the world over.



**The Transporter (2002)**



**The trailer scene:** Jason Statham beats away a rocket-propelled grenade with a tea tray. Let us say that again in case it hasn't sunk in. He fights off a BAZOOKA, with a TRAY! How did that not make the final film? Nothing says 'British-led action-movie' like the defeat of high-powered weaponry with tea-making facilities.

**Do we miss it in the finished movie?** The engine grease fight, the airbound bomb disposal, the idea of The Stath playing the action-hero equivalent of a young Jeremy Clarkson... There are so many unbelievable sequences in Louis Leterrier's Transporter trilogy as it is. Surely there would have been room for just one more wafer thin moment of implausibility?

## Iron Man 2 (2010)



☰   **FILM**                                        Subscribe ▼   🇺🇸 🔍

...he tail of the Iron Man helmet Pepper has just ...based intro, as well as a really neat, economical recap of the new status quo following the end of the first film.

**Do we miss it in the finished movie?** It was a huge part of the promotional campaign, a sparky, character-driven alternate intro that would undoubtedly have improved the somewhat inconsistent final film. But like many iconic trailer shots, perhaps it might have been a little overplayed by the time the curtain went up on release day.

## Superbad (2007)



**The trailer scene:** McLovin sounds like "a Sexy Hamburger," Seth Rogen jokes in one of the trailers for Superbad. The gag never made the final film, but producers were nevertheless keen to play up Canadian actor's involvement following his then-recent success in Knocked Up.

**Do we miss it in the finished movie?** We're gonna go out on a limb here and say there are probably enough McLovin gags in the movie as it is. And besides, Rogan's Officer Michaels has plenty of good lines as it is. Just, indeed, as there are plenty of references to what "McLovin" sounds like.

## Terminator 2: Judgement Day (1991)



**The trailer scene:** There's an entire trailer for Terminator 2 that shows the production process of a T-800 (from separate machine components to the addition of Arnie's fleshy face) in so much industrial detail as to really, really make us want that future-war Terminator film next. You know, the proper one we've all been imagining since we first saw the first movie. Not Terminator: Salvation. Not at all that.

**Do we miss it in the finished movie?** This one was also filmed specifically as a promo, but yes, dammit, yes. The brief explorations of Skynet's future are some of the best, most exciting bits of the first two Terminator films, and more would definitely be better. But speaking of Terminator: Salvation...

## Terminator: Salvation (2009)



gamesradar+ | Newsarama | Total Film | Edge | Retro Gamer | PLAY | SFX

**FILM**

Subscribe ▼  🔍

of a gaggle of temporal malarkey references
...lyptic hellhole, but it's the *wrong* post-

**Do we miss it in the finished movie?** Not really. The branching of the timelines and John's lost sense of purpose are already major themes throughout Salvation. The whole plot of the film is centred around the idea that he's not humanity's saviour as predicted, but rather a disrespected, mid-tier soldier in a timeline diverted from his prophesied glory days. This line was just a nice, clear way to get that across with the brevity that a trailer requires.

## Star Wars: The Empire Strikes Back (1980)



**The trailer scene:** In a couple of early trailers for Empire, there's a shot where C-3PO tears a warning sign off of a door in Echo Base. The scene hints at a subplot where the Rebels used wampas infesting the base to slow down the Empire's advance. In this cut, Wampa invasions had been a long-standing problem at the base, with containment the only way to deal with them.

**Do we miss it in the finished movie?** Empire is pretty much perfect as it is, and as nice as it would have been to see C-3PO take a more active role in proceedings, his being actually, deliberately useful might have been a tad out of character.

## Predators (2010)



**The trailer scene:** Working on the basis that the only thing better than seeing a Predator on-screen is seeing a gaggle of the mandibled menaces, the trailer for 2010's Predators ends with a money shot in which Adrien Brody's hero is literally covered in the aliens' iconic three-point laser targets

**Do we miss it in the finished movie?** Okay so the scene technically made the final cut. But we counted 15 lasers in the original trailer, and by the time the film made it to the multiplex the number of alien antagonists had been slashed to a third of that. Disappointing. We know what a mess a single Predator shoulder-cannon can make, so the perpetual threat of Brody being turned into a fine red mist would have made for an even more exciting climax.

## Jack Reacher (2012)



**The trailer scene:** A blink-and-you'll-miss it explosion in which an entire cliff seems to spontaneously detonate. No context, no explanation, no build-up. There's just suddenly a cliff - possibly in a quarry - and then a big bang later, there is not a cliff. But there *is* a lot of rapidly tumbling rubble.

**Do we miss it in the finished movie?** We hadn't even noticed it was gone. But an eagle-eyed moviegoer from New Zealand did. In fact he managed to get the studio to refund his admission fee after he complained that Paramount had cut "the defining part of the ad," that had enticed him into the auditorium. Some people, it seems, just really like exploding cliffs.

1 2 3

◀ PREV PAGE

NEXT PAGE ▶



### Gaming deals, prizes and latest news

Get the best gaming deals, reviews, product advice, competitions, unmissable gaming news and more!

| Your Email Address |
| --- |

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

**SIGN ME UP**

By submitting your information you agree to the **Terms & Conditions** and **Privacy Policy** and are aged 16 or over.

gamesradar+ | Newsarama | Total Film | Edge | Retro Gamer | PLAY | SFX

**FILM**

Subscribe ▼

TRENDING | Best Netflix Movies | Best movies on Disney Plus | Movie Release Dates | Best Netflix Shows

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

# 30 scenes from trailers that never appeared in the movie

By David Houghton published February 06, 2019

From Spider-Man: Homecoming to Rogue One: A Star Wars Story, these scenes from trailers got lost on their way to the movie

     

PAGE 3 OF 3: ⌄

## Fantastic Beasts and Where to Find Them (2016)



**The trailer scene:** Trying to hold back a line-up of very well-armed police, Newt attempts to calm them with a nervous "Don't panic, there's absolutely nothing to worry about". Obviously such a line only ever means the opposite, and moments later, magical monstrous mayhem explodes behind him.

**Do we miss it in the finished movie?** No. Eddie Redmayne later explained that the line was cut because its comedic delivery was tonally incoherent, given that the stakes are actually really high at that point in the film. He is right.

## The Truman Show (1998)

81



**The trailer scene:** A key early sign that Truman's world is not, in fact, real. As a studio light falls out of the sky and smashes on the ground beside him, Truman looks up and sees a conspicuous tear in the azure above. In the final film, the sky remains flawless.

**Do we miss it in the finished movie?** Not really. The light drop still happens, which is the main point. A visible rip would have been far too much of a giveaway, and probably implied that the studio was a fair bit smaller than it needed to be portrayed, too. A nice, extra detail, but also proof that you can over-design things sometimes. The mere concept of studio lights in the sky is powerful enough.



**Anchorman 2: The Legend Continues (2013)**



**The trailer scene:** Ron Burgundy's crew confuse gay men with vampires. Even after extensive questioning of a gay man. Brick then asks the chap being interrogated whether he is a vampire, just to be sure.

**Do we miss it in the finished movie?** "You can have too much of a good thing," is presumably a saying that no-one had heard on the set of Anchorman 2, given the 250 or so additional jokes that the special cut attempts to rapid-fire out of its LOL-cannon. It's long been a trope of modern American comedy to throw out far more jokes than necessary in the hope that a third of them stick, and the many versions of Anchorman are the poster-boy for that technique. So no, the original film is fine without it.

## King Kong (2005)



≡  **FILM**                                          Subscribe ▼  🔍

...mera while shooting early movie footage on ...to get an unexpected answer from somewhere

**Do we miss it in the finished movie?** It's a brilliantly conceived, wonderfully executed shot, but one that would rather disrupt the flow of increasingly horrible reveals once the action hits the island. Too much Kong, too soon, would have totally derailed the pace.

## Fantastic Four (2015)



**The trailer scene**: A military chap asks Reed Richards "How long until he's in?". Richards, looking at a monitor, replies "Two minutes". Cut to The Thing jumping out of a plane, and crashing hard and angry into a drop-zone below, exploding a car in the process. "Might be a little less," Richards amends. And lo, do we chuckle slightly.

**Do we miss it in the finished movie?** Given that it's quite funny, in an otherwise rather crap and unlikable film, yes, it would have been welcome. Any additional good things would have been welcome. Any at all. The released version of the movie was roundly panned for its dour tone, lack of humour, and general air of misery. Even slight chuckles would have helped.

## The Avengers (1998)



The trailer scene: "How now, brown cow?" Uma Thurman's Emma Peel utters in an impeccably plummy English accent, as she infiltrates the secret entrance to the Prospero science installation via a conveniently placed phone box.

Do we miss it in the finished movie? More than half an hour was eventually cut from the misfiring remake, so what's another minute or two of missing footage amongst friends? By this point the final edit made zero sense anyway, so the phone box's reinsertion wouldn't have made much difference either way.

## Who Framed Roger Rabbit (1988)



☰   **FILM**                                    Subscribe ▼  🇺🇸  🔍

...e late, great Bob Hoskins lose his cool after ...in Toontown, Hoskins' Eddie Valiant returns ...ot produced for the movie.

**Do we miss it in the finished movie?** The extended scene shows Hoskins washing the offending animation off in the shower, which is why he emerges from the bathroom topless when Jessica Rabbit comes calling at his apartment. It's hardly vital to the overall plot, but for continuity's sake it would have at least made Eddie Valiant look a little bit less exhibitionist.

## Harry Potter and the Deathly Hallows - Part 2 (2011)



**The trailer scene:** "Why do you live?" "Because I have something worth living for." Or so the spine-tingling exchange between Voldermort and the boy wizard went in one of the early trailers for the Potter franchise's finale.

**Do we miss it in the finished movie?** There's still plenty of oomph to the ending, but this is a fine piece of climatic, adversarial dialogue. Though perhaps it was cut due to having already been used at the end of Order of the Phoenix. As the defining line of that film's final shot, the call-back might have been feared to be a little too on-the-nose. No Voldermort/nose joke intended.

## Paranormal Activity 3 (2011)



**The trailer scene:** You might have expected an entirely different movie after watching the trailers for this Paranormal Activity threequel, which featured, amongst a laundry list of missing scenes, a sequence where the girls usher a demon into appearing by playing the Bloody Mary game. Not the kind that involves vodka and tomato juice.

**Do we miss it in the finished movie?** Yes? No? Either way it obviously didn't matter, seeing as the movie still managed to break records on its way to taking a $200 million bite out of the box office. It seems that one creepy interface of kids / paranormal threat is as good as another, as long as they're both filmed in unsettling, grainy found-footage-o-vision.

## Black Christmas (2006)



