# EXHIBIT F



This entry is trivia, which is cool and all, but not a trope. On a work, it goes on the Trivia tab.

# Missing Trailer Scene

Main   Laconic   VideoExamples   Create New



**Sauron:** Wait, will any of this actually be in the movie?

**Wayne:** No, it'll all be lost during post-production.

— *The One Ring to Rule Them All 3* teaser trailer

Never Trust a Trailer taken to the logical extreme: trailers that are *so* untrustworthy they include scenes that have been cut from the film itself. Or even worse, filmed just for the trailer. This happens more often than not: almost every movie with a sufficient amount of promotional material will feature at least some shots not in the final movie. Sometimes they end up released later as the Deleted Scene on the Home Release or included as part of a Recut for the Limited Special Collector's Ultimate Edition.

91

The reasons for this vary. Usually the trailers are released while the film itself is still being edited, so the Trailer footage may end becoming a Deleted Scene or replaced by an alternate take in the final cut. Also, most trailers are put together by third-party companies that often have no idea what is or is not going to end up in the film, working only with the footage available to them. Sometimes, deleted dialogue might provide a more succinct way of explaining a character or plot point for the trailer than what's actually in the film would. Finally, in the era of digital filmmaking, the VFX get continuously tweaked up until release, so almost all big-budget blockbusters will have unfinished effects in the trailers. This also makes it easier for the studios to make deliberate changes to the trailer footage to obscure the true plot of the movie, if the element of surprise and/or avoiding spoilers is a concern.

This trope is especially common with short "teaser" trailers, which are released long before a film's premiere; so long, in fact, the work itself may still be in production. Teasers commonly feature footage or scenes that were never intended to be used in the film, such as clips made specifically for promotional purposes or re-purposed early production tests.

Contrast Trailers Always Spoil, where the audience has already seen the choicest bits of the story before they ever watch the film.

**Examples:**

- Films - Animation
- Films - Live-Action
  - Marvel Cinematic Universe
- Video Games

📁 open/close all folders

📁 Anime and Manga

📁 Fan Fiction

📁 Live-Action TV

📁 Tabletop Games

📁 Web Original