# EXHIBIT G

# MENTAL FLOSS

Home  /  ENTERTAINMENT

## The 25 Best Movie Trailers of All Time



By Todd Gilchrist
May 26, 2021



# MENTAL FLOSS

The first ever movie trailer reportedly debuted back in 1913, for the musical *The Pleasure Seekers*. Today, movie trailers have become an industry unto themselves, refining their own formulas to maximize viewer appeal, and even recalling earlier trailers (rather than actual movies) by using the same borrowed music or the same techniques. Now there are even teasers for trailers, which are shortened to suit dwindling attention spans or to try and connect with ticket buyers on a variety of platforms.

In honor of this time-honored tradition, we decided to assemble a list of some of the best movie trailers of all time. Suffice it to say that the list skews heavily toward more contemporary films—not just because people tend to remember those trailers more vividly, but because from a technical standpoint, many of those trailers are more polished than their predecessors. So here they are: 25 trailers from the annals of film history that set a precedent, were often duplicated, and/or otherwise reminded viewers about the artistic possibilities of the format, even when—or especially if—the film that followed didn't live up to the hype the trailer generated.

**1.** *Citizen Kane* **(1941)**



With this perennial Best Movie Of All Time (at least until recently), Orson Welles created a fantastic trailer for his feature debut, playing first on his background in radio and stage,

# MENTAL FLOSS



Alfred Hitchcock was always a showman with his movies, and many of them had terrific trailers. But the trailer for *Psycho*—which is long by contemporary standards—ranks among his best, as the filmmaker himself offers viewers a tour of the Bates Motel and the scene of its grisly murders. What's most amazing is the patience Hitchcock shows in winding through the house and each room before finally ending up in the bathroom where its most famous scene takes place, finally delivering a terrifying payoff after lulling viewers with his charm and personality.

**3. *The Exorcist* (1973)**

# MENTAL FLOSS



*The Exorcist* trailer is famous not only for being too intense for audiences, but also for featuring music that composer Lalo Schifrin recorded for the film that director William Friedkin eventually discarded completely (Schifrin claimed that he literally destroyed the tapes, but recordings of his tracks did show up on a 1998 CD release that's now long out of print). Even today, getting through even just a few seconds of the trailer is difficult (if you struggle with strobing effects, you might want to avoid it altogether). But given the impact of the final film, this trailer established expectations that Friedkin undoubtedly lived up to, whether or not he wanted to terrify audiences even before they got into the theater.

**4. *Jaws* (1975)**

Jaws Official Trailer #1 - Richard Dreyfuss, Steven Spielberg Movie (



# MENTAL FLOSS

Williams's music and Rodriguez's ominous description of a shark: "It is as if God created the Devil, and gave him *Jaws*." Ultimately the trailer veers into more of an overview of the plot, but those first moments are so fantastic that you don't even need the rest.

**5.** *Alien* **(1979)**



The *Alien* trailer was so famous that when time came for Ridley Scott to return to the franchise with *Prometheus*, he and his collaborators relied on the same sound effects he had used three and a half decades earlier. Best of all, this trailer features what just might be every single shot of Jones the cat seen in the film.

**6.** *Friday the 13th* **(1980)**

# MENTAL FLOSS



*Friday the 13th* was already capitalizing on an explosion of slasher movies by the time it debuted in 1980. But this was one of the first of its genre—and certainly one of the most successful—where the film's trailer made it clear that the point of the movie was to rack up a body count, not explore the inner lives of a bunch of camp counselors. The counting continued through the franchise's subsequent trailers, but there's something fantastic about advertising that lets you know from the get-go a lot of people will die, and the anticipation will come from watching how it happens.

**7.** *The Shining* **(1980)**

The Shining (1980) - Theatrical Trailer 35MM

# MENTAL FLOSS

tidal wave of blood so thick that it moves the furniture and splashes against the camera. In any era, that's all you will ever need to want to watch Kubrick's masterpiece—or possibly, to *never* watch it. And it's still just as unsettling today.

**8.** *The Abyss* **(1989)**



James Cameron has always been able to generate a spectacular sense of hype for his films, but this early trailer exploring the intense and authentic process of filling an abandoned nuclear power plant, developing new breathing technology, and actually shooting everything underwater hooked audiences on his vision, even before they saw its groundbreaking visual effects and unforgettable story.

**9.** *Terminator 2: Judgment Day* **(1991)**

# MENTAL FLOSS



In 1991, Cameron created one of the greatest sequels (and action movies and CGI showcases and ...) of all time with his *The Terminator* follow-up, *Judgment Day*. The film's teaser trailer, featuring voiceover by the late Don LaFontaine—the man responsible for the "In a world ..." boilerplate that seemingly preceded every movie for two decades—shows audiences nothing from the actual film. Instead, it reminds them of the menace of the Cyberdyne T-800, brilliantly never mentioning that in this film he's actually one of the good guys.

### 10. *Pulp Fiction* (1994)

Pulp Fiction (1994) Official Trailer - Samuel L. Jackson, John Travolt



# MENTAL FLOSS

film, and went on to cultivate an extended commercial life in broadcasts and other advertisements. *Pulp Fiction* changed modern filmmaking forever, led by this trailer.

**11.** *Goldeneye* **(1995)**



Trailers for James Bond movies have truly run the gamut, varying in quality from clips offering a stentorian breakdown of the girls, guns, and gadgets, as was done in the 1960s and '70s, to the more polished clips that have preceded Daniel Craig's installments. But after the delay following *License To Kill*, the casting announcement of Pierce Brosnan as 007, and a radical shift in the sophistication and appetites of audiences, nothing short of spectacular would do when reintroducing the character. Thankfully, this clip captures everything that makes Bond great—his casual flinch as bullets ricochet inches from his head remains one of the great shots in Bond history—culminating in a mind-blowing bungee jumping stunt that seems to go on forever and ever. Welcome back, Mr. Bond.

**12.** *Strange Days* **(1995)**

# MENTAL FLOSS



If you were not around, or just not paying attention, at the time of the debut of this trailer, then it's not possible to know exactly how ubiquitous Ralph Fiennes's monologue, a freshly-performed version of his sales pitch within the film, became. Speaking directly to audiences as punctuative phrases flash around his face on the screen, Fiennes became for better or worse the salesman for this film from ex-spouses Kathryn Bigelow and James Cameron, a formidable team long before either of them won Oscars for Best Director.

**13.** *Independence Day* **(1996)**



Independence Day | Official Trailer #1 |1996

This is a trailer that really only needed a single image: The shot of the White House exploding in a ball of fire. Disaster movies have always been sold on the destruction they

# ☰ MENTAL FLOSS

blowing it up is a lot of fun to watch.

**14.** *Godzilla* (1998)

Godzilla (1998) teaser A - 'Museum'



The aforementioned Emmerich has always been a filmmaker with a cheeky sense of humor, enjoying (or at least exploring) the destruction of the human race in one story after another. Aside from his winking reference to *Jurassic Park* with the *Tyrannosaurus* skeleton, this trailer is unique in that it was expressly shot without intending to be a part of the film it's supposed to be from. These kinds of clips were used more frequently in the 1990s, but this one captures the tone of the final film while showing nothing from it.

**15.** *The Blair Witch Project* (1999)

# MENTAL FLOSS



Found footage wasn't truly a part of moviemaking vernacular until *The Blair Witch Project* unexpectedly became a pop culture sensation so notable that even people's parents went to see it (despite probably not having watched a horror movie since *The Exorcist*). But this trailer expertly sells Daniel Myrick and Eduardo Sanchez's concept in all of its low-resolution Hi8 glory, inviting viewers to watch three people venture into the woods like the hundreds of dumb teens in slasher movies—but this time, someone actually died?

**16.** *The Matrix* **(1999)**



The Matrix (1999) Official Trailer #1 - Sci-Fi Action Movie

As has always been the case, the best trailers are the ones that get us excited about a film but don't tell us too much—or sometimes, anything—about it. Featuring a second-tier

# MENTAL FLOSS

can tell you what the Matrix is," immediately prompting viewers to throw money at the screen like Fry from *Futurama*.

### 17. *Dinosaur* (2000)

Technically, this clip was the literal opening scene of the film. But when it premiered in theaters ahead of the film's release, audiences were absolutely mesmerized by its then-groundbreaking computer-generated imagery, following a dinosaur egg that escaped from its mother's care and embarked on an astonishing journey. This one, it's safe to say, did not live up to the hype, especially once the dinosaurs started talking. But at a moment when computer animation had never shown audiences anything like this, it was an absolutely gripping teaser of what was to come.

### 18. *Spider-Man* (2002)



SPIDER-MAN (2002) Original "Twin Towers" Teaser Trailer [HD]

Like the *Godzilla* trailer, this clip was created solely to promote Sam Raimi's *Spider-Man* and never meant to appear in the film. That's kind of a bummer, because it's actually a pretty dynamite sequence, as thieves escape in a helicopter before the web slinger apprehends them. But in the wake of 9/11, a clip featuring a flying vehicle stuck between the two towers was justifiably determined to be inappropriate, prompting it to be removed from circulation and replaced by something a bit more conventional. Regardless, that image of the copter's blades struggling against Spider-Man's webbing as the camera pulls back to

# MENTAL FLOSS



Cloverfield (2008) Trailer #1 | Movieclips Classic Trailers



It's debatable how well Matt Reeves's *Cloverfield* lived up to this trailer, but expectations were understandably sky-high after the film used the disaster movie iconography of filmmakers like John Carpenter—culminating in a shot of the Statue of Liberty's head rolling down a New York street—in what by this point had become a more familiar "found footage" format.

**20.** *A Serious Man* **(2009)**

# MENTAL FLOSS



The Coen Brothers invariably offer such a wonderful, intriguing variety of imagery in their films that lining them up like dominoes is all one needs in order to get audiences interested. But starting with the image of Sy Abelman (Fred Melamed) rhythmically beating Larry Gopnik's (Michael Stuhlbarg) head against a chalkboard speaks brilliantly to the niggling frustrations of *A Serious Man*'s main character, a physics professor navigating life in 1967 Minnesota.

**21. *The Social Network* (2010)**



David Fincher is represented twice here—in a row—because of his incredible work. But the trailer for *The Social Network* seems to resonate with people more vividly because of the

# MENTAL FLOSS

audiences, but even before we really get a glimpse of Jesse Eisenberg as Zuckerberg (much less Justin Timberlake's flashy Sean Parker), a montage of images highlighting the landscape of social media—likes, comments, messaging shorthand, and more—accurately indicates that this is one of the definitive films of the modern era, both for and about it.

### 22. *The Girl With The Dragon Tattoo* (2011)

The Girl with the Dragon Tattoo Official Trailer #1 - (2011) HD



Fincher's films have often had fantastic trailers—a teaser for *The Game* juxtaposed Michael Douglas's harrowing pursuit by Consumer Recreation Services and a puppet being pulled by its strings, and *Gone Girl* uses a cover of Elvis Costello's "She" as a delicious counterpoint to the story's romantic toxicity. But this clip, set to Karen O's cover of Led Zeppelin's "Immigrant Song," is a marvel of montage editing, pairing every drumbeat with another provocative image of the director's adaptation of the Swedish thriller.

### 23. *Man of Steel* (2013)

# MENTAL FLOSS



Zack Snyder's *Man of Steel* is another film where the advertising may have promised more than the film could deliver. This teaser, featuring Russell Crowe discussing the ideals that his son Kal-El would and could embrace for humanity over shots that evoke Terrence Malick more than they do Snyder's typically muscular cinematography, had the internet absolutely gobsmacked with excitement when it was first released. While it was largely agreed that the movie didn't quite live up to its promise, the brilliance of the trailer is its ability to make you want to watch the film just once more, with the hope that it was the film you saw in the trailer—and not what the end result became—that you'll get to see.

### 24. *Mad Max Fury Road* (2015)

Mad Max: Fury Road - Official Theatrical Teaser Trailer [HD]

# MENTAL FLOSS

as the War Boys pursue him might be the coolest image, even without the deeper sociological and emotional context of the story, *Mad Max Fury Road* is one of the greatest action movies of all time, and Warner Brothers was smart not to hide any of it in this trailer.

**25. Us (2019)**

Us - Official Trailer [HD]



It should tell you how much times have changed that in 2018, members of the press were actually invited to attend an event for the unveiling of this trailer, hosted by none other than Jordan Peele. By the time this film's marketing was even imagined, slow covers of famous songs had long since become a cornerstone of horror trailers, but Peele flipped the script on that trend by building on Luniz's "I Got 5 On It," turning their classic hip-hop track into a building menace for a family unlucky enough to discover their homicidal doppelgängers.

   

# MENTAL FLOSS

NEWSLETTERS

COOKIE POLICY

ACCESSIBILITY STATEMENT

Do Not Sell My Personal Information

PRIVACY POLICY

TERMS OF SERVICE

SITEMAP

© 2023 Minute Media - All Rights Reserved