# EXHIBIT I

# The Most Epic Movie Trailers Of All Time



BY TRES DEAN  /  UPDATED: DEC. 11, 2020 3:53 PM EST

A good movie trailer has to strike a fine balance with viewers: it can't give too much away, but it also can't be too vague, and it has to hook potential audiences without giving up too many plot details—oh, and it should probably have a killer soundtrack, too. The film trailer has evolved tremendously over the years, and it's still changing. But a select few already stand out as the most epic of all time.

## Inception (2010)



INCEPTION teaser trailer

When Christopher Nolan's follow-up to *The Dark Knight* was announced, all we knew was that it would be "a contemporary sci-fi actioner set within the architecture of the mind." Throughout production, fans were largely kept in the dark—and the film's first teaser was a textbook example of marketing a movie without giving too much away.

No plot details are revealed. No dialogue is spoken. We learn nothing about the characters. Instead, we get a glimpse of the world they inhabit, one in which the mind is just as vulnerable to theft as a bank vault. A spinning top collapses. The water inside a glass tilts as the glass remains stationary. And finally, two men fight in a hallway in which the point of gravity seems to be in constant flux—all of it is set to Hans Zimmer's perfect score.

It's the perfect balance of showing flash without betraying substance. It shows just enough to convey that the film is visually stunning and innovative, and draws the audience ever-so-slightly closer to the film's premise with the tagline "your mind is the scene of the crime." *Inception* ended up being a huge hit, and the seeds for that were planted in this masterful teaser.

## Mad Max: Fury Road (2015)

Mad Max: Fury Road - Comic-Con First Look [HD]



"My name is Max. My world is fire and blood."

The *Mad Max: Fury Road* trailer opens with these words, then proceeds to show you exactly what they mean with raging flame, sand, and scrap metal hurtling across the desert. It never betrays plot details. Very little dialogue is spoken. It puts the spectacle of the action in the spotlight, which is exactly what a *Mad Max* audience wants to see. The trailer is edited to the rhythm of its soundtrack, a thudding rock-and-roll orchestral grind, matching the breakneck speed of the action in pacing and tone. It's a perfect sample of what the film brings to the screen—and the finished product lived up to the hype. *Fury Road* is, in every way, exactly what this trailer promised.

# Guardians of the Galaxy (2014)

Marvel's Guardians of the Galaxy - Trailer 1 (OFFICIAL)



Selling viewers on a film about a team of weird cosmic superheroes starring the goofy guy from *Parks and Recreation* had to have been an uphill battle. It's weird to think about that now, knowing how big a hit *Guardians of the Galaxy* ended up being. But in retrospect, the first trailer had some pretty high stakes. Marvel had one chance to totally sell audiences on what was, on paper, a pretty strange superhero movie. Luckily, it didn't just deliver—it set the bar for an entire generation of superhero trailers set to pop music.

Rather than plot, the trailer focuses on character, breaking down heroes who were largely unknown at the time in a concise and simple fashion for potential new fans. The segment in which their rap sheets are read is a perfect introduction. And of course, it's all set to "Hooked on a Feeling" by Blue Swede. With *Guardians* now among the most well-received Marvel films of all time, it's fun to look back at this trailer and remember that all the mania started with a simple "Ooga Chaka!"

## Watchmen (2009)



When you're adapting one of the most acclaimed graphic novels of all time, you'd better not slip one step of the way. Admittedly, whether the film adaptation of *Watchmen* succeeded is a hotly debated subject. But when it came time for the first look at the film, the results were pretty spectacular.

The teaser doesn't bother with explaining the film's complex story or themes, nor does it try to introduce every member of the cast. Instead, it focuses on depicting some of the most memorable visual moments from the graphic novel, luring in new viewers with flash while showing diehard fans of the book that the filmmakers were devoted to the source material. It even threw in a nice Easter egg—the trailer's set to "The Beginning is the End is the Beginning" by the Smashing Pumpkins, a song whose title eerily foreshadows what's to come. The film itself may be less than universally beloved, but the first teaser is still spectacular.

## Alien (1979)

Alien (1979) Trailer



The structure of trailers has changed and evolved over the last few decades in some pretty huge ways. You'd be hard pressed to find clips featuring corny voiceovers or point-by-point plot breakdowns of the films they're advertising these days. It's far more common now to see them used to establish tone—and while this style of trailer may seem inherently modern, Ridley Scott's *Alien* did it first and arguably best.

A sweeping shot of space and the title reveal leads to a closeup shot of a mysterious hatching egg. As the score builds, we see sound-free snippets of the film, but get no context for what they mean. As the pace of the score quickens, the drama escalates, building to a climax of violence and screaming. It finally pulls away to the incredible tagline "In space, no one can hear you scream."

And that's all the film needed. The teaser simply needed to convey sci-fi horror, and did so by explicitly focusing on the genre itself. It doesn't give too much away, instead compelling viewers to come see for themselves. In that, it's very much the template for the modern trailer.

## The Social Network (2010)

The Social Network - In Theaters This October



What do you spotlight in a trailer when a film's standout element isn't its visuals but its script? You follow the first *The Social Network* teaser, that's what. And why do anything else? When a film is scripted by Aaron Sorkin, putting the dialogue at the forefront is the obvious call.

Rather than focus on footage, the teaser is a slow zoom-out of a digitized image of Jesse Eisenberg as Facebook founder Mark Zuckerberg, with descriptors like "Prophet" and "Billionaire" flashing across the screen. Excerpts of dialogue from the film are played over

this, giving viewers a slight glimpse of where the film might go, but with no visual context for what's going on. Removing the visual element further accentuates the dialogue—which, again, is the real star of the film. By the time the title flashes, the trailer has dropped killer lines like, "A million dollars isn't cool. You know what's cool? A billion dollars" and "If you guys were the inventors of Facebook, you'd have invented Facebook."

A film like *The Social Network* doesn't have the content for a sizzle-reel trailer like an action-heavy blockbuster. This can make advertising films of this sort tricky. The composition of this one is stellar given the way it plays up the film's strengths rather than trying to adhere to traditional methods.

## Pulp Fiction (1994)

Pulp Fiction Official Trailer #1 - (1994) HD



*Pulp Fiction* is the kind of film you can't really adequately describe to a potential new viewer. It's sort of an anthology film, but not exactly, and efforts to explain the ways its plot strands connect will likely only confuse. That's why the film's first trailer is so great: it doesn't try to do any of that.

When faced with the gargantuan task of summing up the movie in two and a half minutes, it spotlights key moments from each vignette that allow its audience to gauge the types of stories told in the film, which is marketed as more of a simple ensemble piece than a series

of interconnected shorts. It highlights key moments and lines of snappy Quentin Tarantino dialogue, and sets every minute of it to samples from the movie's killer soundtrack. There's also something subtly brilliant about the lead-in, which boasts the film's accolades while playing classical music. The juxtaposition between that and the rest of the trailer sort of says, "This movie about gangsters, hitmen, and violence just won one of the most prestigious awards in film, so you know it's gonna be good." Rarely has a trailer's bait-and-switch worked so effectively.

**Star Wars Episode VII: The Force Awakens (2015)**

Star Wars: The Force Awakens Trailer (Official)



To be fair, pretty much every trailer and teaser for *The Force Awakens* is stunning. But this one, released just two months before the film's premiere, stands out as especially exceptional. The bombast of the first two teasers is, in retrospect, largely due to the nostalgic cues on which they capitalize, namely the first glimpse of the Millennium Falcon in action and Han and Chewbacca's return. But in this trailer, there's no reliance on nostalgia; instead, the grandeur of the new film is conveyed through sweeping action shots, new character introductions (each reciting a line of dialogue or two to sum up their journey), and to draw it all together, the sweeping score *Star Wars* fans know so well.

Somehow, amidst all the spectacular action on display, the trailer feels more poetic than anything else. It's beautifully composed, with the final moments being not a money shot but the voice of Maz Kanata urging Rey (and, in a way, the audience) to feel the Force. In that moment, you'd be hard pressed to find an audience member who wasn't ready to do just that. This is a trailer that serves as a love letter to the bright future of *Star Wars*. Regardless of how you feel about the movie itself, it's hard to watch this as a fan of the franchise and not get caught up in it.

## The Girl With the Dragon Tattoo (2012)

The Girl with the Dragon Tattoo Official Trailer #1 - (2011) HD



David Fincher's previous film before *The Girl With the Dragon Tattoo* was *The Social Network*, and one of that movie's breakout aspects ended up being the score from Atticus Ross and Nine Inch Nails' Trent Reznor. Fincher, Ross, and Reznor reunited for *Dragon Tatto,* and the film's first teaser smartly pulled no punches in showing what this score had to offer. It also took advantage of one liberty offered when adapting a bestselling novel that's already had an acclaimed film adaptation—namely, that you don't have to bother explaining the plot.

Instead, the trailer takes some of the best shots and moments from the film and edits them together at a breakneck rhythm, set to Ross and Reznor's eerie cover of Led Zeppelin's "Immigrant Song," featuring vocals by Karen O of the Yeah Yeah Yeahs. The lyrical content is cheekily perfect for a film set in Norway, and the tone works well for a murder mystery. It closes out in stellar fashion with no release date, simply the haunting promise that it's *"coming."* Before *Guardians of the Galaxy*, this teaser set the high bar for pop music bringing out the best in a trailer.

## Spectre (2015)

Spectre Official Teaser Trailer #1 (2015) - Daniel Craig Movie HD



*Spectre* ended up being a disappointment for a multitude of reasons, and its failure to live up to the promise of its spectacular first teaser ranks high on the list. This clip is a haunting, riveting piece of storytelling, revealing not the plot of the film but the villain James Bond would be facing: his infamous arch-nemesis from the Sean Connery films, Spectre leader Ernst Stavro Blofeld.

Framed around a conversation between Bond and the enigmatic recurring villain Mr. White, we see White visibly frightened for the first time. His usual demeanor of know-it-all ease

has vanished; whatever threat is on the horizon has him spooked. It comes to a head with Bond showing him a ring sporting Spectre's symbol, to which White responds, "You're a kite dancing in a hurricane, Mr. Bond." It's an incredible line and an incredible moment. And then the trailer wisely cuts right to that threat: Spectre itself, with Blofeld's silhouette seated at the head of its table.

With the way it flaunts the return of a classic villain, its slow and methodical composition, and a killer final shot, the trailer promised something truly special. It's unfortunate that the final product didn't live up to expectations, but even knowing how it turned out, this clip is still a wonder to behold.

**Jurassic Park (1993)**

Jurassic Park Teaser Trailer



Sometimes you don't need footage, music, or dialogue from the movie in a teaser or trailer. Sometimes, when your movie is spectacular enough, you can get away with a trailer selling the premise of the film alone. And when the premise of your movie is "a theme park filled with actual living dinosaurs," well, you're in luck.

The first trailer for Steven Spielberg's *Jurassic Park* functions as a sort of prologue to the film, explaining that scientists found dinosaur blood in mosquitos trapped in amber, and that that blood was used to create living dinosaurs. It builds to this revelation slowly but

surely, with the payoff hitting at just the right moment. There's no sizzle reel, Sam Neill, or shots of dinosaurs, because none of it was needed. When you're truly confident in your movie, you know the plot can sell it better than any footage, and Spielberg's team cut one of the best trailers of all time without using a single element from the finished film. As we now know, the end product is just as good as this trailer leads you to believe.

*RECOMMENDED*



The Best Female Lead Sci-Fi Anime That You Need To Watch ASAP



R-Rated Films We Can All Agree Crossed The Line





The Creepy Truth About Stormtrooper Helmets

Actors Who Were Replaced And No One Noticed

## *NEXT UP*

# Trailers That Gave Away Way Too Much Of The Movie



BY **CLAIRE WILLIAMS**  /  UPDATED: JULY 25, 2022 3:14 PM EST

There's nothing worse than watching a trailer for an upcoming movie you're excited about —only to realize halfway through that the trailer is going to give away the entire plot. It used to be that you only saw these spoilery trailers if you spotted them during theater previews or television commercials, but the internet has changed all of that. With trailer releases now a major part of the movie marketing cycle, millions of people might watch a trailer on YouTube within hours of its release—which makes these spoiler-filled clips an even bigger problem. Let's take a look at some of the worst offenders over the years.

## Funny People (2009)

**Funny People - Trailer**



The worst part about comedy movie trailers is when the studio inevitably packs every good joke from the film into the preview. The trailer for Judd Apatow's *Funny People* is no exception, sprinkling the best punchlines throughout—and taking it a step further by revealing that the lead character George, played by Adam Sandler, has a terminal illness *and* that he beats it. The overlong preview doesn't stop there: we also figure out that by the end, George is going to use his second lease on life to go after "the one who got away"—by trying to break up her seemingly happy marriage. Wow, now we've lost completely all interest in seeing this movie. Great job, marketing team.

# Last House on the Left (2009)

### The Last House on the Left Official Trailer #1 - Sara Paxton, Aaron Paul Movie (2009)



The trailer for 2009's *Last House on the Left* leaves no surprise unspoiled as it bounces through the entire script, set to a "creepy" cover of Guns N' Roses' "Sweet Child O' Mine." In the space of two minutes and thirty seconds, we learn that two young women have an unfortunate run-in with fugitives, who then murder one and shoot the other, leaving her for dead. As they look for a place to hide overnight, the gang ends up at the lake house of the girl they shot. If the trailer had stopped there, it would have been pretty good—unfortunately, it goes on to show the surviving girl making it home, and her parents exacting their revenge on the criminals...including the literal final scene of the movie. There's really no point in even watching it now. You know everything that happens.

## Jurassic World (2015)

Jurassic World - Official Trailer (HD)



The trailer for 2015's *Jurassic World*, starring Chris Pratt, isn't as egregiously bad as some others, but it does give away quite a bit: there's kids riding in a fancy vehicle alone, the management of the park is still meddling with genetics in ways they probably shouldn't, a dinosaur gets loose and starts wreaking havoc (the shredded hard hat is an easy giveaway of an early death), the children's fancy vehicle is found destroyed and abandoned, and an emergency flare/T-rex scene looks likely. You can infer quite a bit from those clues, but the trailer goes full spoiler when it shows a completely unnecessary shot of Pratt's character riding a motorcycle alongside velociraptors that *aren't attacking him*.

## Carrie (2013)

Carrie Official Trailer #1 (2013) - Chloe Moretz, Julianne Moore Movie HD



To be fair, if you've read the Stephen King supernatural horror novel *Carrie*'s based on, or you've seen the original 1976 version of the film, it's likely nothing about the 2013 remake was going to surprise you. However, for a new generation of horror fans or for oldsters with rusty memories, watching the trailer for the new *Carrie* was probably enough to give away the entire plot.

It's immediately evident that Carrie is an outcast at school, with a religious and abusive mom, and she discovers she has strange powers. If they had stopped at the prom invitation and being shoved back into the closet, it would have been a great teaser. Instead, the studio decided to spoil the rest of the movie, setting up the prank and showing several clips from the infamous prom scene (and aftermath). Believe it or not, the 2013 trailer is at least better than the 1976 version, which is just as spoilery—and includes an annoying voiceover narrating every second of the action.

## Cast Away (2000)



It may be one of Tom Hanks' most celebrated roles, but anyone who saw the trailer for the Robert Zemeckis film *Cast Away* promptly had the entire plot spoiled for them. In the

preview, we're shown not only the plane crash Hanks' character survives and his arrival on the island where he's stranded, but we also witness much of his time there, including triumphs (like fishing or building fire) that would have been better saved for moviegoers.

The trailer doesn't stop the spoilers there, either—it shows Hanks' character building a raft and writing a note detailing how long (1500 days) he'd been on the island. Even worse, it inexplicably tells us that he survives this harrowing journey and makes it back home. The *Cast Away* trailer is also another one of those "use the last shot of the movie as the last shot of the trailer so there's literally no surprises left" previews, which are especially despicable. Thanks for ruining everything, trailer editors.

## Rocky IV (1985)

Rocky IV Official Trailer #1 - Burt Young Movie (1985) HD



One thing we *don't* miss about vintage movie trailers: the annoying voiceovers. The trailer for 1985's *Rocky IV* is chock-full of dramatic narration that promptly spoils the death of Apollo Creed, along with Rocky's motivations to challenge Drago. It then goes on to spoil the early conflict between Rocky and Adrian, as well as the *de rigueur* training montage.

While the trailer manages not to spoil the outcome of the fight between Drago and Rocky, that's the best thing that can be said for this spoilerific preview. Pour one out for Apollo Creed, because the trailer editors decided to reveal the death of a fan favorite character in

the first 30 seconds of the preview. It'd be like putting the result of the showdown between Han Solo and Kylo Ren at the start of the trailer for *The Force Awakens*. These editors are just lucky that Twitter didn't exist back then, or they'd probably be out of a job.

## GoldenEye (1995)

James Bond 007: Golden Eye (1995) - Official Trailer



Speaking of annoying voiceovers, let's talk about the trailer for Pierce Brosnan's debut as James Bond in 1995's *GoldenEye*. After a six-year break in the series, the studio was eager to make *GoldenEye* a hit, and they made sure this trailer was everywhere. Unfortunately, in the process they decided to reveal just about all the surprises from the film. They fail to explain the premise of the movie (other than it involves the Russians somehow), but they do manage to divulge which "Bond girls" he hooks up with, the clever pen-bomb trigger designed by Q, the awesome tank chase scene, and the identity of *GoldenEye's* primary villain: Bond's former friend and colleague at MI6, Alec Trevelyan—code name "006." With so many spoilers packed into one trailer, it's a wonder this did so well at the box office.

## Shutter Island (2010)

Shutter Island Trailer 1 - Martin Scorsese



When the first trailer for *Shutter Island* was released, Paramount Pictures didn't bother to hide much of the plot. For fans of Dennis Lehane's 2003 novel of the same name, it was immediately obvious that the movie followed the book closely. For those who never read the book, they essentially now no longer needed to; the trailer pretty much neatly summarized the entire thing. It becomes evident early on that the disappearance of Rachel Solando is not the real mystery here, but the existence of a unknown 67th patient at the mental institution and the quickly accelerating deterioration of the main character's grip on reality.

## Terminator Salvation (2009)

"Terminator Salvation (2009)" Theatrical Trailer #2



Pretty much all the *Terminator* trailers have been spoilery, but 2009's *Terminator Salvation* was one of the worst offenders. While we have to give the trailer credit for looking very cool, it also gives away the reveal that Marcus Wright (Sam Worthington) doesn't realize he's actually a human-machine Terminator hybrid. And in case you're slow on the uptake and didn't get it at first, the trailer makes the point a second (and third) time, ending with

a shot of Worthington with part of his face peeled away to reveal the metal skeleton
beneath.

## Dream House (2011)



Most critics and viewers seem to agree that *Dream House* was awful; the film was widely
panned and stars Daniel Craig and Rachel Weisz didn't even promote the movie. So even if

you saw this completely spoilery trailer, it probably didn't much matter that it ruins the entire film.

The trailer reveals that Craig's happy family was murdered, and what's more, that Craig was suspected of being the killer and was in a mental institution for years. It also shows him returning home to find his house condemned, before revealing his conversation with a neighbor (Naomi Watts) and the house burning down in the final confrontation. If you're curious about the movie, just watch the trailer and save yourself 92 minutes of "suspense."

## Free Willy (1993)

Free Willy (1993) trailer



The entire premise of *Free Willy* is whether the plucky Jason James Richter will be able to...free Willy. Thankfully, if you're not really interested in watching a 90-minute underdog story, the trailer answers that question: yes, yes he does. In addition to showing the whale heist and "whale jumps over small child to freedom" shot, the trailer also pretty much shows every other *Free Willy* plot point, from his capture to the actions of the cartoon-like villains who own the aquarium where Willy's held captive. The only question this trailer doesn't answer is what happened to Richter's career after the *Free Willy* sequels ended in the late '90s.

# The Sum of All Fears (2002)



The trailer for Ben Affleck's debut as Jack Ryan in 2002's *The Sum of All Fears* is a lesson in how NOT to do a trailer for a spy film. This clip sets up the main threat early on: will Affleck and Morgan Freeman be able to track down the missing Russian scientists before they can build a nuclear bomb and use it on behalf of their neo-Nazi employer? If you haven't read the Tom Clancy novel it was based on, that sounds like an intriguing plot, and might have drawn a casual viewer to see the movie.

Unfortunately, the trailer then destroys all the suspenseful build-up a little over a minute in, showing the bomb's detonation. The rest of the premise—can Ryan keep the President from wrongly retaliating against Russia?—seems like a major letdown after such a big reveal.

## Batman v Superman: Dawn of Justice (2016)

Batman v Superman: Dawn of Justice - Official Trailer 2 [HD]



Naturally, there were several trailers for 2016's mega-movie *Batman v Superman: Dawn of Justice*. The second promo trailer has over 28 million views on Youtube, and in it, the studio apparently decided to take the strategy of "give away the entire plot and hope fans are too devoted to the brand to care."

The trailer makes no mystery of most of the critical plot points, with scenes in order and all the major beats revealed: Lex Luthor introduces Bruce Wayne and Clark Kent, and manipulates them both to pit them against each other. The two superheroes fight for a while, until surprise!—here's Doomsday to kill them. But wait—who appears to save the day? Why it's Wonder Woman, and the duo becomes a trio—working together to battle the bad guy and save the world. Despite all the spoilers, the movie made over $870 million at the box office, so apparently the strategy paid off.

## The Double (2011)

The Double (2011) Movie Trailer HD



Okay, we lied. The trailer for *The Sum of All Fears* isn't the worst offender in the "spoilery spy trailers" category. That dubious honor goes to the promo for 2011's *The Double*, starring Topher Grace and Richard Gere. The trailer sets up the mystery: is the notorious assassin Cassius actually dead, or is he back and taking out more CIA targets on behalf of

his Russian handlers? Richard Gere and Topher Grace take the case, and things quickly start to go sideways as they get too close.

That would have been a perfect place to end the trailer, but of course, they don't. Instead, they go through a laundry list of who Cassius could be: is it Martin Sheen? Is it Toper Grace? Is it the Russian dude in prison with creative facial scarring? No! It's actually been Richard Gere all along, and look—here are some pivotal scenes of him attacking people willy-nilly. Now that you know the big reveal, you don't have to waste a moment of your life watching the rest.

## Arlington Road (1999)

Arlington Road Official Trailer #1 - Jeff Bridges Movie (1999) HD



*Arlington Road* is actually a pretty good movie, so if you haven't seen it (or the trailer) yet, just skip right over this part so the whole thing isn't ruined for you. Gone yet? Okay, so if you're still reading, the entire premise revolves around a college professor and widower (Jeff Bridges) who begins to suspect that his neighbors are domestic terrorists instead of the "normal" nuclear family they appear to be. Bridges' character begins to obsess over the family, leading us (and his friends and loved ones) to wonder if his suspicions are valid or if he is actually losing his grip on reality. Instead of tying things up there and leaving us with a major hook to get into the theater to find out, the trailer quickly lets us know that no, Bridges' character isn't crazy—his neighbors are definitely terrorists. Add in spoilers of them kidnapping his son and their plot to blow up FBI headquarters, and there really aren't any major twists left to reveal.

## Charlie's Angels: Full Throttle (2003)

Charlie's Angels: Full Throttle - Trailer



In many action films, one of the formulas used to keep suspense high involves hiding the true identity of the main villain. In 2003's *Charlie's Angels: Full Throttle*, they use this strategy, with much of the first two acts of the movie spent without the main characters knowing who the bad guy actually is. Too bad they didn't watch the trailer, because then they could have had this wrapped up in time for dinner. The trailer lets us know just a little over one minute in that former Angel Madison (Demi Moore) is the bad girl this time, which pretty much defeats the purpose of watching the movie. As if that weren't enough, a later promo also spoils the totally-not-cheesy "helicopter-escape-from-falling-truck" gambit from the beginning of the film, which, sadly,  is probably the coolest scene in the entire movie.

## Final Destination (2000)

Final Destination Trailer (2000)



All the films in the *Final Destination* series are pretty bad about putting huge spoilers in their trailers. While we know the entire premise of the movies revolves around the demise of people who cheated death, spoiling those deaths (and how they happen) in the trailers of every movie in the franchise pretty much defeats the purpose. For example, in the trailer for the first *Final Destination* movie alone, we get to see Tod, Ms. Lewton, and Billy meet their gruesome fates. Later installments in the franchise are similarly spoiler, usually revealing the demise of at least a third of the cast along the way.

## Grosse Pointe Blank (1997)

Grosse Pointe Blank Trailer



We've saved this one for last because it's one of the biggest offenders—spoiling the entire plot of an otherwise great film and using a hilariously corny voiceover in the process. This is another one that you shouldn't read if you haven't seen the movie yet, because it's truly worth watching.

By the end of the trailer, we know Martin (John Cusack) is a professional hitman, heading home for his high school reunion. While there, he reconnects with friends and an old flame, Debi. He's got some problems, though—his rival is in town, he's being chased by the feds, and his latest contract is actually for Debi's father. His rival decides to execute Debi's dad himself, sending Martin scrambling both to save him and make amends with his high school sweetheart before it's too late. Well, thanks for ruining the entire movie, Buena Vista. Thankfully, *Grosse Pointe Blank* is so good, it's worth seeing despite the trailer spoilers.

## Kingsman: The Golden Circle (2017)

Kingsman: The Golden Circle | Official Trailer 2 [HD] | 20th Century FOX



If you're a fan of the budding *Kingsman* spy film franchise (based on the *Kingsman* comic books), you might have been looking forward to the 2017 sequel film *Kingsman: The Golden Circle*. Unfortunately, if you happened to watch either of the official trailers for the film, you probably had most of the movie spoiled for you in advance.

In 2014's *Kingsman: The Secret Service*, Colin Firth's character Harry Hart is shot in the face by bad guy Richmond Valentine (Samuel L. Jackson). It's implied that Hart is dead, with Gary "Eggsy" Unwin (Taron Egerton) taking over his role within the Kingsman spy organization. With the first official trailer for *The Golden Circle*, the Fox marketing team decided to spoil a huge secret in the final seconds of the trailer: Harry is still alive. This revelation didn't sit well with director Matthew Vaughn, who criticized the "lovely marketing guys" for giving away a scene that "would've made the whole audience gasp."

Apparently, the marketing guys didn't take the hint, because the second trailer for *Kingsman: The Golden Circle* revealed even more: Julianne Moore's character is the big bad, the Kingsman headquarters gets blown up and several agents killed, and Eggsy teams up with an American spy operation called Statesman this time around. They also showed lots of footage of Firth in action as Harry Hart, fighting with Eggsy at his side.

## The Forest (2016)

The Forest Official Trailer #1 (2016) Natalie Dormer Horror Movie HD



In the 2016 supernatural horror film *The Forest*, Natalie Dormer (of *Game of Thrones* fame) stars as Sara Price, an American woman who travels to Japan to search for her missing twin sister, Jess (also played by Dormer). Much of the plot revolves around the legendary Aokigahara forest, a real forest located on the flank of Japan's Mount Fuji. Aokigahara has become infamous over the years for its haunted reputation, and it's known as the "suicide forest" because of the number of people who travel there in order to commit suicide within the solitude of the "Sea of Trees."

When Sara learns that Jess may have traveled to Aokigahara in order to commit suicide, she goes to Japan to track her sister down, convinced that Jess is still alive. After she finds a guide to take her into the forest (against the advice of the locals), Sara is beset with terrifying experiences and visions—many of which may not be real. Unfortunately, most of the biggest scares of the film are ruined by the trailer, along with the climax of the film (**spoilers ahead!**), where Sara is dragged beneath the soil of the forest by the spirits.

## Children of Men (2006)

Children of Men Official Trailer #1 - Julianne Moore, Clive Owen Movie (2006) HD



The dystopian science fiction film *Children of Men*, directed by Alfonso Cuarón, sets up a fairly horrifying premise: the year is 2027, and for the last 18 years, the women of the world have been completely infertile. The cause of the infertility is unknown, and countries

around the world have descended into chaos, violence, and war as humanity realizes they are facing extinction. When militant leader Julian (Julianne Moore) approaches her estranged husband Theo (Clive Owen) and asks him to help escort a young woman to the coast, he is reluctant at first.

A large sum of money helps persuade him, as does the information that the young woman (aptly named "Kee"), may hold the "key" to unlocking the solution to the infertility crisis—as long as she safely makes it into the hands of the researchers at the "Human Project." There are plenty of twists and turns along the way during their mission, but unfortunately, many of them were revealed by the trailer for the film. Most prominently, the trailer spoiled the truth about Kee: she is pregnant. This fact was carefully concealed in the film until the second act—a ruse which was made completely pointless by the careless editing in the trailer.

## Detention (2010)

Detention [2009] Trailer



Not to be confused with the 2011 satirical horror film of the same name starring Josh Hutcherson, the 2010 horror/slasher movie *Detention* starred David Carradine in one of his final roles, as well as Robin Williams' daughter Zelda Williams. Both movies had a similar premise: a group of high school students are stuck in detention, and a mysterious serial killer is on the loose, stalking the hallways of their school. While the 2011 spoof managed to poke fun at common horror tropes along the way, the 2010 *Detention* took itself much too seriously.

Neither film did particularly well at the box office, but the one Carradine starred in truly bombed, earning only $190, according to IMDb. If you're curious to see David Carradine in one of his final roles, good luck tracking down *Detention*—your best bet is probably to look for the DVD on Amazon or eBay. That being said, if you'd like to save yourself the time (and pain) of sitting through it, just watch the massive four-minute-long trailer—which manages to neatly spoil every major plot point along the way.

## Friday the 13th (1980)

Friday the 13th Official Trailer #1 (1980) - Horror Movie HD



Although the 1980 horror film *Friday the 13th* eventually went on to become a massive box-office success and spawned an entire franchise of sequels, crossovers, and reboots, the trailer for the movie definitely didn't do it any favors.

In typical '80s style, the trailer for *Friday the 13th* has a voiceover—but this time, the marketing team at Paramount didn't bother trying to entice audiences with a mysterious backstory or synopsis. Instead, they used the unusual strategy of just showing every character's death in chronological order, while the voiceover tells viewers what "number" that victim is in the death order.

Not only does the trailer have no qualms about spoiling every death in the movie, but it also was pretty misleading—the trailer implies that there will be 13 deaths during the film, but there were actually only ten: the nine victims and Pamela Voorhees herself.

*RECOMMENDED*



Key Quasar Facts Comic Fans Need To Know To Stay In The Loop



Hands-Down The Worst Movies Of 2022





**What Ever Happened To The Cast Of Shawshank Redemption?**

**Sci-Fi Movies That Made Audiences Walk Out**



*NEXT UP*

# Movies That Earned A 0% Rating On Rotten Tomatoes



BY Looper Staff  /  UPDATED: JAN. 26, 2023 3:17 PM EST

Movies with a low rating on Rotten Tomatoes are common, but if you've been paying attention to the world around you, you know it's almost impossible to get a big group of people to agree on anything—and movie critics are some of the crankiest people of all, so any film that manages to achieve a zero percent represents a rare kind of perfection. Sure, it isn't the type of perfect the filmmakers were going for, but to get any kind of unanimous response on a film is quite a feat. Though purposely watching a bad movie can seem like a complete waste of time, when a movie is this bad, it really has to be seen to be believed—and these epic flops offer universally reviled proof. Here's a (semi-) fond look back at the unlucky and unloved movies that have managed to earn a 0 percent rating on Rotten Tomatoes.

## A Thousand Words (2012)

How do you know when a movie is bad? Like, really, really bad? When it was filmed four whole years before its official release. Such was the case for Eddie Murphy's *A Thousand Words*, about a literary agent whose... oh, it's not even worth explaining. Critics inevitably had more than a few harsh words to throw at this notorious turkey; Owen Glieberman, then of *Entertainment Weekly*, said it was so bad, he wished Murphy would do "anything but star in another movie like this one." Here's hoping he'll listen.

## Bucky Larson: Born To Be A Star (2011)

Every so often, a movie comes along that's so bad, so random, it's hard to imagine how it was ever made in the first place. *Bucky Larson: Born to Be a Star* is one of those movies. The film, which starred Nick Swardson as a dopey small-town grocery bagger who moves to L.A. to follow in his parents' porn-star footsteps (ugh), opened in 2011 to some of the worst reviews Hollywood had seen in decades. Many critics trashed the film for its ridiculous, childish jokes. ("This movie is dire, soul-crushing stuff," wrote Matt Singer for *Time Out*.) In fact, reviews were so harsh, by the time the movie was open, Swardson's leading-man career was already over. A star was not born, indeed.

# Nutcracker In 3D (2010)

One of the biggest victims of the post-*Avatar* 3D craze was 2010's notoriously bad *Nutcracker in 3D*, which took Tchaikovsky's ballet and turned it into a bombastic musical featuring Elle Fanning, Nathan Lane, and not exactly subtle references to—wait for it—the Holocaust. Worst of all: the movie's over-the-top sets and CGI were a literal eyesore, preventing the movie from entering so-bad-it's-good territory. Ultimately, Lou Lumenick of the *New York Post* summed it up best when he called *Nutcracker in 3D* "spectacularly misconceived, bloated, and incredibly ugly."

## Manos: The Hands of Fate (1966)

*Manos: The Hands of Fate* is one of the best episodes of *Mystery Science Theater 3000* and one of the strangest films of all time. From the beginning, everything about it was a bad idea: Hal Warren bet Oscar-winning screenwriter Stirling Silliphant that making a movie was so simple, even Warren, a lowly fertilizer salesman, could finish a picture. When your grand artistic vision behind making a film is winning a bet, you're already off to a bad start.

Warren raised $19,000 from friends and family and started filming *Manos.* What's so interesting is that Warren didn't pick some simple horror film to show Silliphant how easy

filmmaking is. The story of *Manos* is about a mother and father and their young girl getting lost on vacation, then encountering a sort of satyr named Torgo who works for the "Master." The Master finally appears and tries to make the wife and child the newest addition to his stable of undead brides, and in the end, the Master takes the girl and wife, and the dad becomes the new Torgo. He could have just had a family get lost and stalked by some knife murderer in the woods and it would have been cheaper and easier, but Warren insisted instead on a hard-to-follow plot that ends with a little girl becoming a corpse bride.

The man who played the Master, Tom Neyman, also designed the costumes and props with his wife, and the big red hand cloak is honestly a pretty great villain ensemble. His own daughter played the little girl, and their dog stood in as the Master's hound from hell. Whatever else you can say about *Manos*—and the *MST3K* gang said plenty—you'll never see anything else like it.

## Superbabies: Baby Geniuses 2 (2004)

The original *Baby Geniuses* was just one positive review away from making this list. That in itself is enough reason to wonder how anyone on Earth allowed a sequel to happen. And yet, somehow, some way, *Superbabies: Baby Geniuses 2* rolled into theaters in 2004. Unsurprisingly, critics were quick to call it out for being what it was: a dumb idea. Undeterred, producers turned this series into a full-fledged franchise, releasing the third, fourth, and fifth installments roughly a decade later, but critics refused to follow—none of the subsequent *Baby Geniuses* even have enough reviews to earn a Tomatometer.

## One Missed Call (2008)

The revival of the horror movie genre has led to a number of bad decisions in Hollywood. (Remember when Paris Hilton co-starred in *House of Wax*?) But the biggest scare, so to speak, was reserved for the ridiculous *One Missed Call*, a remake of a 2004 Japanese horror movie that opened to truly terrifying reviews in 2008. Critics were quick to roll their eyes at the film's premise (which essentially revolved around a cell phone that killed people), calling it contrived, silly, and a complete waste of time.

**Pinocchio (2002)**

Roberto Benigni was everyone's favorite kooky Italian during and after the release of his
Holocaust dramedy *Life Is Beautiful*, which took home three Oscars and millions of dollars
at the box office in 1998. That explains why he was given the OK to film a live-action
version of *Pinocchio*, but it still doesn't excuse the final print. Indeed, Benigni's remake was
an all-out cinematic fail. Reviews were brutal, box office returns were worse, and in a
matter of days Benigni's career in Hollywood was pretty much finito. Case in point: Since
*Pinocchio*, Benigni has directed only one movie: *The Tiger and the Snow*. Don't even
pretend you've seen it.

## Ballistic: Ecks Vs. Sever (2002)

*Ballistic: Ecks vs. Sever* was arguably the first high-profile zero-percent whiff in Rotten Tomatoes' then four-year history—and rightfully so. Even today, it's hard to imagine how a studio actually put $70 million into a convoluted, far-fetched spy thriller starring Antonio Banderas and Lucy Liu. (Was *Charlie's Angels* really that popular back in the day?) Either way, all that big-budget money didn't fool critics: more than 100 of them panned the movie, landing it quickly in Worst Movie Ever territory. It's remained there ever since.

## Highlander 2: The Quickening (1991)

The original *Highlander* is a compelling contender for the best movie ever made, a perfectly-tuned epic of '80s cheese, Queen music, and swordfights. Its sequel is its polar opposite — the film equivalent of a stage performer accomplishing an incredible magic trick and then immediately dying of an embolism.

Right from the opening intro cards, which refer to "an electromagnetic shield" protecting the Earth following the destruction of the ozone layer in the year 2024, it's clear that something went very wrong during the conception of this sequel. The interesting idea of a

group of immortals walking the planet since the dawn of time has been twisted into limp speculative fiction about Earth's future. Even worse, the immortals are revealed not to be an offshoot of humanity, but rather a race of aliens from the desert planet Zeist, directly contradicting the entire original's mythology within the first ten minutes. For fans of the original, it's … incredibly distressing. The result is a movie that pleases nobody, a betrayal for loyal viewers that's too weird for new ones to latch onto.

While *Highlander 2: The Quickening* is a black mark on the franchise for sure, it's also a reason why the long-threatened remake of the original might be worth checking out, whenever it finally comes to pass. After all, it really can't get any worse than this.

## Jaws: The Revenge (1987)

Everyone knows the fourth *Jaws* movie is a waste of time. Even if they haven't seen it,
anyone who's been on the internet for a while has seen or heard the oft-repeated quote
from Michael Caine on his involvement with the ill-fated picture: "I have never seen it, but
by all accounts it was terrible. However, I have seen the house that it built, and it is
terrific." At least some good came out of this.

Released with the tagline "This time, it's personal," *Jaws: The Revenge* single-handedly
ended the killer shark franchise by being incompetent on every level. Developed from
concept to completion in less than a year, the movie was rushed and slapdash, with

director Joseph Sargent calling it "probably the quickest gestation of any project, I think, in film history."

Critics had thought they'd seen the worst when the 3-D *Jaws 3* chomped down on theaters in 1983, but *Revenge* dropped its game by being nonsensical and tension-free. Considering that the best movie in this series was still a corny concept elevated to classic status by technical mastery, the lack of filmmaking expertise on display in this fourth movie makes for a viewing experience that offers nothing to nobody. It can most generously be described as a good effort; it can never be seen as a good movie.

## Gotti (2018)



Within days of its limited theatrical release, this John Travolta-starring John Gotti biopic was being confidently hailed as "the worst mob movie of all time." While it's hard to be 100 percent certain if that distinction's true or not, it's hard to see how things could get much worse.

*Gotti*'s greatest sin is that it's incredibly boring. Aside from a few moments of high camp, such as Travolta's Gotti limply slap-fighting his sons over a bar-brawl homicide, there's not very much to chuckle at here. It's a movie made by people who don't know how to make movies, but it confusingly just happens to have a movie star as its lead.

184

Bizarrely edited and difficult to follow, the movie is essentially a long collection of technically uninteresting scenes, stitched together with voiceover and real-life archival news footage into something that only sometimes looks like a film.

If *Gotti* ends up being remembered at all in the future, it will likely be due only to the movie's pugilistic and manipulative marketing tactics. In an effort to combat its 0 percent favorability among critics, producers of the film rolled out an ad campaign claiming (quite spuriously) that it's not a movie for critics, but rather something general audiences would enjoy. And that's fair — if you generally don't think about movies, talk about movies, or watch movies, then sure, the movie is fine. Everyone else? Stay far away, capiche?

## Look Who's Talking Now (1993)

Another John Travolta joint, *Look Who's Talking Now* is one of the most pointless and desperate sequels that's ever been released by a major studio.

Capping off the *Look Who's Talking* trilogy, *Look Who's Talking Now* takes the first two movies' conceit of tough-talking babies and broadens it with the introduction of a team of talking dogs. While there's little that's outright cringeworthy about the concept, the execution here is off-the-wall insane, with a seemingly-family-friendly concept being utterly perverted by enough bad language, innuendo, and sexual humor to push the movie into PG-13 territory, thereby completely shutting out what one imagines should be the movie's entire audience.

As a sequel, *Look Who's Talking Now* is one of the all-time-classic examples of the concept of diminishing returns. The unexpected franchise had already given audiences a ground-retreading, same-thing-but-different sequel with *Look Who's Talking, Too*, making the completely unnecessary third outing feel all the more puzzling. All the humor of the first two movies came from seeing cute little babies spit out profane dialogue from Bruce Willis and Roseanne Barr, so what's the deal with this *Lady and the Tramp* stuff? What are we even doing here? This movie shames the memory of *Look Who's Talking*, and you have no idea how bad a movie has to be to pull off a feat like that.

## Dark Crimes (2016)

As opposed to bog-standard thrillers that center their plots on light and fluffy misdemeanors, *Dark Crimes* is as serious as a heart attack. And guess what? It's about as enjoyable as one, too. Oh!

Jim Carrey became widely-known in the '80s and '90s for his committed, rubbery, slapstick performances in comedies like *Liar Liar* and *Ace Ventura.* But a funny thing happened when

Carrey started playing against type in serious-minded movies like *Man on the Moon* and the 2004 masterpiece *Eternal Sunshine of the Spotless Mind*. He revealed the hidden depths within himself, surprising viewers with the gravitas he was capable of summoning. We saw so much potential — and then we watched it disappear.

Focusing on a detective who discovers startling similarities between a cold case murder and the plot of a recent novel, *Dark Crimes* sees Carrey chasing a rabbit into a sinister anti-wonderland. But as compelling as that concept sounds, *Dark Crimes* is an exercise in misery, confusing torment for drama and pushing portent in place of plot. Its concept is so interesting, its cast so intriguing, that you walk into the movie rooting for it — but it never, ever meets you there. Uncomfortable and unengaging, *Dark Crimes* earns its 0 percent rating not through apathy or blandness. Instead, it actively repulses, digging its way down to the bottom of the barrel one scene of sexual violence at a time.

# Stratton (2017)



Here's the thing about Rotten Tomatoes: Its "0 percent fresh" movies aren't necessarily the worst things in the world. They're all bad to some extent, but they can also just be aggressively, unerringly average. *Stratton* is one such movie: Boring and uninspired, but it's not it's going to kill anybody.

Coming from the director of *Con Air*, *The Mechanic*, and *The Expendables 2*, *Stratton* is a by-the-numbers action movie that never manages to elevate itself in the way those semi-respectable adventures do.

Centering on a member of M16's Special Boat Service, *Stratton* follows a government agency's quest to stop a rogue former Soviet operative attempting to devastate London with a chemical weapons attack. If that plotline sounds derivative, it's because it is — and you better get used to it because there's not an original bone in this Frankenstein creation's entire body. The equivalent of an entire afternoon of TNT programming blended into soup, it's the sort of movie your grandpa falls asleep to on a Sunday. Is that the *worst* thing? Nah. It's just not worth recommending.

The movie's cardinal sin is that it combines all these cliche elements but completely neglects to add any tension or excitement, becoming action schlock without the action, and thereby completely failing at the only job it has. It may not be the worst thing ever, but that's still enough to earn a goose egg.

## The Ridiculous 6 (2015)

How do we reckon with the career of Adam Sandler? Rising to prominence in the '90s as a manchild with a heart of gold, his early successes have helped to sustain an entire career's worth of unholy crapola. *The Ridiculous 6* is his nadir, one of the few films on this list that truly deserves distinction as among the worst movies of all time.

In Sandler's early movies, the lowbrow quality of his humor had a communal feel to it. Yes, it was stupid stuff, but it felt like you were in on a joke, with his unpredictable performances surrounded by casual surrealism and scattershot warmth. With *The Ridiculous 6*, it feels like you are the joke. It's like the actor took up a dare to make the

most offensive, least-capable movie that people would still watch. To our infinite dismay, this lack of ambition was handsomely rewarded by the viewing public, which helped to make this abysmal Western parody one of the most widely-seen movies in the history of Netflix. Congratulations?

Beyond the immensely lazy comedy, *The Ridiculous 6* just feels mean-spirited, steeped so heavily in harmful Native American stereotypes that actors literally left the production in tears. That's not just unfunny — it's straight up cruel. The result is a movie that feels like the exclusive property of middle school bullies — crude, mean, loud, and hopeless.

## Cabin Fever (2016)

Eli Roth's 2002 horror movie *Cabin Fever* is mostly notable for starting the filmmaker's career, moreso than for its merits as a film all on its own. Somewhat obnoxious, gory, and sporadically entertaining, it's the sort of middling movie that could benefit from the remake treatment, as another artist pulls out its best assets while discarding material that doesn't work.

When it came time to make a remake, though, that's not actually what happened. Instead, the 2016 version of the movie no one really needed to see again is essentially the same film, just with worse acting, worse casting, and lower production values. Virtually every

review contributing to the remake's 0 percent average zeroed in on the movie's utter pointlessness, critiquing the movie on a fundamental level and questioning its very reason to exist.

In a vacuum, without the reputation of the original movie preceding it, this story of a group of pretty young people getting absolutely wrecked by a flesh-eating virus in a cabin in the woods probably wouldn't warrant a 0 percent average — but considering the movie's reliance on a creaky and annoying script that felt dated by the time it went into production, that's far from a certain thing.

**Max Steel (2016)**

Everybody wants to make a superhero movie these days. But just because cape-and-cowl adventures have spent the last decade cleaning up at the box office, that doesn't mean the genre makes for automatic victory. Not every intellectual property is made equal; some stories truly do not need to be told.

Based on a late '90s toy line from Mattel, *Max Steel* is a false-start of an effort to bring a new franchise to life. It focuses on a young man named Max and a robotic life-form from outer space named Steel, the latter of which is a joke-cracking snark machine capable of enveloping itself entirely around Max like a suit of armor. The result is a movie that tries to

combine the best elements of *Iron Man* and *Transformers*, failing to accomplish either by ultimately being too bland.

Everything in the movie is something you've seen before in a better form, from its "new kid in town" misfit protagonist to its sarcastic robot sidekick. Bland as white toast and technically boring, the most it can muster is reminding you of much better, far more enjoyable versions of what it's trying to do.

## Precious Cargo (2016)

Is there a movie star on Earth more bored with his career than Bruce Willis? Once the charismatic everyman who kicked off a franchise with *Die Hard*, the action star is now a bored and boring anchor, helping to sink that franchise to the bottom of the sea. He's bad now, and while he's been bad at his job for a while, it's rare that his movies get so devastatingly dull as 2016's *Precious Cargo*.

Writing for RogerEbert.com, the critic Peter Sobczynski described this action movie as a "VOD craptacular" that proves forgettable within minutes after watching it. Principally focusing on Mark-Paul Gosselaar and Claire Forlani as they knock off an armored car full of precious jewels, the movie... *zzz... zzz...*

Good lord, let's not waste your time. *Precious Cargo* tries its best to be a movie, but never stops looking like a bland and dull *production*. It's a film completely incapable of transporting the viewer into its world, leaving you constantly aware that you're watching actors going through the motions. They drive speedboats, they shoot guns, they collect paychecks. There is no artistry here — you know it, the filmmakers know it, and Bruce Willis knows it more than anyone. If he would wink at the camera and have a good time in the vein of fellow slumdog thespian Nicolas Cage, it could make for a fun and campy time. Instead, he looks pissed off to be there. In that sense, it's his most relatable performance in years.

# Megaforce (1982)

*Star Wars* is one of the most influential films of all time for a number of reasons, but one of the biggest effects of the sci-fi blockbuster was the crazy amount of ripoffs that followed in its wake—like the action mega-failure *Megaforce*. The story's about, you know, space-y things and laser guns. It's hard to admit, but even after multiple viewings, the only thing from *Megaforce* that will be mega-impressed upon your brain is Barry Bostwick's outfit.

The weird mix of comedy and action plus the utter lack of a budget make this a pretty funny watch. You won't get some intricate tale of space intrigue, but you will get to see awful flying motorcycle special effects and Bostwick with bleached hair looking like a rejected Gibb brother. As the *New York Times' review* of the film put it, "The combination is original—just as a peanut butter and olive loaf sandwich might be—but it isn't any good."

## Staying Alive (1983)

Though you may only remember *Saturday Night Fever* for its disco dancing and white bell bottoms, it's actually a really great film about lower-class kids trying to find some good and hope in their lives. Naturally, the sequel to *Saturday Night Fever*, *Staying Alive,* has none of that.

In *Staying Alive*, Tony Manero has moved to Manhattan and wants to be a dancer on Broadway. Unlike the first film, in which Tony is a charming but troubled young man, here he's just a jerk. Now instead of the Bee Gees, we get the dulcet tones of Frank Stallone, brother of director Sylvester Stallone. The dance numbers are bizarre, the leotards are cut high, and the story is just garbage.

In the end, after Tony makes his triumphant Broadway debut, he says in celebration, "You know what I wanna do? You know what I wanna do? Strut." Tony throws open the doors as "Staying Alive" starts to play and struts off into the sunset on the streets of Times Square. This incredibly unsubtle callback to the original comes out of nowhere and in no way pertains to anything that just happened. But you know Tony: he's just gotta strut.

## Simon Sez (1999)



*Simon Sez* sadly isn't a movie version of the hit light-up game. Simply watching a Simon toy light up for an hour and a half would be more entertaining than this Dennis Rodman sequel. Yes, Dennis Rodman made a movie that was successful enough to warrant a sequel. The original, entitled *Double Team*, featured the bad boy basketball player and Jean-Claude Van Damme teaming up to kick butt and give horrible line readings.

Van Damme didn't return for the sequel, so they got the next best thing: Dane Cook. The movie has a lot of "comedy" and plenty of Rodman looking cool while super fake explosions happen behind him. The film is a great reminder of a time when Rodman was a

really big deal. Though 1999 wasn't so long ago, it's hard to imagine anyone pitching him an action franchise today. If you really love the idea of basketball players starring in poorly written action films, you've got to see *Simon Sez.*

## The Leisure Class (2015)

If you watched the fourth season of *Project Greenlight*, *The Leisure Class* may as well been called *Schadenfreude: The Movie*. In the reality show about a contest winner getting a chance to make a film, Ben Affleck and Matt Damon picked the supremely obnoxious Jason Mann as their champion. *The Leisure Class* was the result—a comedy where nothing funny happens, the characters change on a whim, and even the basic story doesn't really make any sense.

On the surface, it's a good idea for a film: a con man falls in love with his mark only to have his ne'er-do-well brother come in at the last minute to ruin things. But the tone changes wildly from scene to scene, the lead is shockingly stiff, and it even looks horrible. It's truly hard to find anything good about *The Leisure Class*, which is why it's so delightful. Seeing an arrogant kid get his comeuppance in real time is shockingly satisfying.

## The Thing With Two Heads (1972)

If you'd like a great example of a movie that would never be made today, you need look no further than *The Thing With Two Heads*. One of the first lines of the trailer is: "A white bigot was dying and the black soul brother needed time to prove his innocence." *The Thing With Two Heads* immediately lives up to its title by having a crotchety, racist white man get his head attached to an African-American man's body. It's made even better by casting legendary actor Ray Milland of *Dial M for Murder* and *The Lost Weekend* as the racist and football player Rosey Grier as the "soul brother."

Most of the punchlines are one of the two heads yelling "shut up" or Milland saying something racist. This film is so bizarre, you have to watch it just to feel the tiniest bit better about the state of race relations today. Plus, watching Rosey Grier carry a film—and carry a guy's head on his shoulder—is entertaining for all the most bizarre reasons.

## Roller Boogie (1979)

Let's say you're a big *Xanadu* fan. (Hey, there has to be one out there.) Anyway, if you really loved *Xanadu* and wished there could be more musical movies that focus on the art

of roller skating, thank your lucky stars and go watch *Roller Boogie*. It's led by

*Exorcist* star Linda Blair, who, after making the horror classic's ill-advised sequel and

*Airport 1975*, attempted a comeback with this infamous flop. If she wanted to get as far

away from her *Exorcist* casting as possible, the idea of doing a harmless roller skating

picture doesn't sound like a bad idea.

Unfortunately, everyone hated the film, and it did little to lift her career. Roger Ebert

wrote, "There is a sense in which *Roller Boogie* comes as a refreshing surprise: I didn't

think it was still possible, in the dog-eared final days of the 1970s, to have this silly,

innocent, lame-brained and naive movie." The fact that the film contained disco music,

which was fading in popularity, didn't help matters.

## Heartbeeps (1981)

Andy Kaufman and Bernadette Peters star as two robots who were created to be human companions. When they meet each other, they fall in love and try to live in the world with each other. OK, that's kind of cute—like *Her,* but if everyone was a computer program. Unfortunately, that isn't the whole story of *Heartbeeps*. There's also a tank-like robot called Crimebuster who's come to hunt them down, a garbage child robot Kaufman made from spare parts, and Catskil, a corny stand-up comedian robot who serves no purpose whatsoever.

Though the movie is weird and a lot of the jokes are quite hokey, what makes it all the more strange is the robot design. Peters looks like some kind of first-generation fembot, and her skin looks like it's constantly just a little too wet. Kaufman's robot could be a carbon copy of a too-tan Chevy Chase. Kaufman appeared in so few films, it's worth watching *Heartbeeps* for that alone, and it also serves as a warning that even the funniest people can manage to make grossly unfunny things.

## MAC and Me (1988)

This D-grade *E.T.* ripoff has the double distinction of trying to capitalize on Spielberg's incredibly successful film *and* being a great excuse for blatant product placement. A whole scene is devoted to an amazing birthday party held at McDonald's that features Ronald McDonald himself. There's also a dance number, which *E.T.* is notably lacking, so at least one thing was different.

The only real reason to watch this silly '80s movie is to get context for a bit Paul Rudd has been doing for years—every time he guests on Conan O'Brien's show to promote a film, he switches out the clip of his own movie with the same clip of *MAC and Me*. He's done it for over ten years, and it never gets old.

## The Last Days of American Crime (2020)

Netflix generates so much content that now and then, they're bound to release a stinker for the ages. Positioning itself as one of the worst films of 2020 (and perhaps of all time) is *The Last Days of American Crime.* The premise isn't all that bad, actually — it's like a combination of the best parts of *A Clockwork Orange* and *The Purge* — but the film itself lacks the psychological nuance or social satire of either. *The Last Days of American Crime* takes place in a not-so-distant, crime-ravaged future. Routinely violent police tactics don't

seem to do much to deter crime, so government scientists create a signal that scrambles the citizenry's brains to the point where they're unable to do bad stuff. On the evening before that signal is broadcast, thus eliminating crime forever, a ragtag team of disreputables gather to perform a final heist.

None of the critics who had to watch *The Last Days of American Crime* were happy about it. "Don't care about story, characters or words, but love violence?" quipped Johnny Oleksinski of the *New York Post.* "Even you will be disappointed." Oleksinski was in good company with the rest of his fellow film pundits: *The Last Days of American Crime* racked up a 0 percent rating on Rotten Tomatoes.

## Ed (1996)

Getty Images/Getty Images

When the sitcom *Friends* became a hit for NBC in its first season of 1994-1995, Hollywood quickly signed up its six young and funny cast members to headline feature films. For the most part, these movies were forgettable, middling romantic comedies, like David Schwimmer's *The Pallbearer* or Matthew Perry's *Fools Rush In*. And then there's *Ed*, the 1996 sports comedy starring Matt LeBlanc (Joey on *Friends*) opposite a rowdy chimpanzee. LeBlanc plays Jack "Deuce" Cooper, a talented baseball pitcher who keeps choking under pressure so much that he's relegated to an obscure minor league team. Even more humiliating: the team's third baseman is its former mascot, a primate named Ed. Over the course of the movie, Deuce learns to believe in himself and how to be a good friend, all because of that wacky chimp.

Not only was *Ed* a box office bomb, bringing in a grand total of $4.4 million, but critics were united in their hatred — it sits at 0 percent at Rotten Tomatoes. Dasson Thomson of the *Washington Post* called *Ed* "breathtakingly unadventurous, with its cheesy story line, hackneyed ballpark-fable sentiments, 'adorable' animal, and collection of one-dimensional human nincompoops."

## Top Dog (1995)

In the early 1980s, Chuck Norris was the king of a certain kind of movie — patriotic war movies where its star could bomb, shoot, and karate kick bad guys. The success of *Missing in Action* and *The Delta Force* would eventually lead to Norris playing a mystical, kick-happy lawman on the '90s action show *Walker, Texas Ranger*, which in turn led to a revival of his by-then moribund film career. But Norris' style of movie had grown passé, so filmmakers tried to open things up a bit by placing the not remotely humorous or family-friendly actor into what's supposed to be a family comedy. The result is *Top Dog*, where Norris plays the cliched cop who plays by his own rules who gets teamed up with a super-smart police

canine. *Top Dog* is supposed to appeal to kids, but it's also casually and extremely violent, with a plot about extremist bombings. Critics loathed *Top Dog*, which wound up with a 0 percent on Rotten Tomatoes. "Why, exactly, would you want to make a movie about racist hate groups," Roger Ebert rhetorically asked in his *Chicago Sun-Times* review, "and then disguise it as family entertainment about a cute dog?"

## The Slugger's Wife (1985)

Neil Simon was one of America's best and most influential writers in the middle of the 20th century. Working primarily as a playwright, his works — gently funny, character studies about couples and families — were big hits, both on Broadway and when adapted to film. Among his most popular projects: *The Odd Couple*, *Barefoot in the Park*, and *Brighton Beach Memoirs*. In 1985, Simon wrote *The Slugger's Wife* directly for the screen. Michael O'Keefe (*Caddyshack*) plays pro baseball player and confirmed bachelor Darryl who falls in love with rock singer Debby (Rebecca De Mornay). She isn't quite ready to settle down and quit singing (which she'd have to do for some reason), but he is, especially since Debby proves to be his "good luck charm" as he approaches breaking baseball's single-season home run record. And then, in this so-called romantic comedy, most of the rest of the movie concerns the couple resenting each other. Representative of the other critics, who gave *The Slugger's Wife* a collective 0 percent on Rotten Tomatoes, Janet Maslin of the *New York Times* called the movie "resoundingly unfunny."

## A Low Down Dirty Shame (1994)



Launched to stardom in the late 1980s with the movie *I'm Gonna Git You Sucka* and the sketch comedy series *In Living Color*, filmmaker and actor Keenen Ivory Wayans struggled to find subsequent projects that were a good match for his talents. His two stabs at action heroism — *Most Wanted* and *The Glimmer Man* — bombed. But at least critics had a few nice things to say about those, unlike Wayans' 1994 romantic action comedy *A Low Down Dirty Shame*, a 0 percenter on Rotten Tomatoes.

Wayans wrote and directed the oddly laid-back movie about Andre Shame, a disgraced police detective and private eye who just can't seem to bust drug kingpin Mendoza

(seemingly lifted from the name of the villain of the *McBain* action movie parodies on *The Simpsons*). But then the despondent but extremely confident Shame gets a new lead and is back on Mendoza's tail with the assistance of his sassy assistant "Peaches" (Jada Pinkett Smith). "I'm not sure what type of movie this is supposed to be or who its audience is, but it's a low down dirty shame that Wayans' talent is wasted on this film," wrote Alison Macor of the *Austin Chronicle*.

## American Anthem (1986)

Gymnastics always gets widely popular around the time of the Summer Olympics every four years, and *American Anthem* was green-lighted in the wake of an especially resonant '84 games, in which both Mary Lou Retton and Mitch Gaylord scored perfect 10s in their events and brought home gold medals for team USA. Both became overnight celebrities, with Gaylord winning numerous endorsement deals as well as a chance to star in *American Anthem*, one of the few sports movies not about a big team sport like baseball or basketball. The plot is fairly run of the mill: After giving up his Olympic gymnastics dreams as a result of breaking his arm, Steve (Gaylord) decides to give it all he's got once again,

inspired by a new lady in town, Julie (Janet Jones), who is also a gymnast and training for world-class competitions. And yes, they fall in love, of course.

Audiences stayed away from *American Anthem*, while critics would have liked to, as it accumulated a 0 percent rating on Rotten Tomatoes. "The characters are laughable; the gymnastics are unattractive," said Gene Siskel of the *Chicago Tribune*. "There is nothing to recommend this film."

## Wagons East! (1994)

In the 1980s and early 1990s, John Candy starred in an impressive run of comedies,
including *Stripes*, *Splash*, *Spaceballs*, *Uncle Buck*, *The Great Outdoors*, *Cool Runnings*, and
*Planes, Trains & Automobiles*. He specialized in playing gregarious, loud, and secretly
sensitive obnoxious guys, and that sensibility is likely what he tried to bring to the 1994
western comedy *Wagons East!* He played James Harlow, an alcoholic wagon master hired
to escort a group of unhappy Old West settlers back to the east coast. However, railroad
investors, who don't want anybody to know that the West offers toil and struggle and not
necessarily wealth and freedom, stop Harlow and company at every turn via a series of
outlandish contrivances. According to *People*, Candy thought his performance in *Wagons
East!* was the best of his career. Tragically, he died hours after production on the film
wrapped in March 1994.

When the movie was released six months later, critics were unified in their distaste — it
sits at 0 percent on Rotten Tomatoes. Gary Thompson of the *Philadelphia Daily News*
called it "one of the year's worst movies" and David Parkinson of *Radio Times* found the
film "forgettable" and "dreadful."

## Dark Tide (2012)



Among those that have tried and failed to reach the critical highs (and Oscar-nominated status) of the original *Jaws*: *Deep Blue Sea*, the many *Sharknado* movies, and *Jaws*' sequels. It's like a filmmaking tightrope over a proverbial shark tank — too violent, salacious, and gory and it's a bad movie, or if not enough of those things are included in favor of tension and dread, it's perceived as a *Jaws* ripoff.

The 0-percent-on-Rotten Tomatoes thriller *Dark Tide* manages to be both extraordinarily gruesome *and* a clone of *Jaws*. Halle Berry — only a decade removed from winning an Academy Award for *Monster's Ball* — plays a shark expert and diving teacher who has to

guide a daredevil rich guy (Olivier Martinez) into a part of the ocean so shark-infested that it's nicknamed "Shark Alley." Viewers can probably guess what happens next. "The sharks themselves are the only ones to emerge with credit from this," quipped Peter Bradshaw of *The Guardian*.

## Most of the Police Academy movies

Hollywood foisted seven *Police Academy* movies onto the world in the '80s and '90s, despite only the first one being a true blockbuster and all of them gleefully savaged by critics upon each entry's early annual, if brief, appearance in theaters. As far as Rotten Tomatoes scores are concerned, *Police Academy* is among the most critically loathed and poorly reviewed franchises in movie history. Entries four through seven — *Citizens on Patrol* (1987), *Assignment Miami Beach* (1988), *City Under Siege* (1989), and *Mission to Moscow* (1994) — all rated a 0 percent on the review aggregation service.

Operating under the premise that a big-city police department has to sign up virtually anyone who wishes to serve and protect — resulting in a motley crew of weirdos and incompetents — these installments find the cadets, respectively, training new and even worse hires, traveling to bikini-heavy Miami, fighting an organized crime ring, and trying to take down a money launderer in Moscow. Ian Freer of *Empire*, in his review of *Police Academy 4: Citizens on Patrol,* summed up the thoughts of his fellow critics with regards to the whole series: "Oh dear... oh dear, oh dear..."

## Folks! (1992)

Tom Selleck, star of TV's *Magnum, P.I.*, got his movie career going in 1987 with the mega-hit *Three Men and a Baby*. He didn't have too many hits beyond that movie, where he played a yuppie baffled by an infant, although he went to the other end of the character-

age spectrum for the 1992 comedy *Folks!*, playing a yuppie dealing with the challenges of

aging parents. Purportedly a comedy, *Folks!* is a nasty, 100-minute side-eye to and insult

against well-meaning elderly people. Selleck plays Jon, who invites his increasingly infirm

parents (Don Ameche and Anne Jackson) to move in with him and his family after his

father burns down their home. His folks' meddling somehow causes Selleck's character to

lose his job as well as his wife and kids.

"The film's appeal will depend largely on whether you feel like laughing at senile

dementia," wrote Michael Upchurch of the *Seattle Times* in a review representative of how

*Folks!* sits at 0 percent on Rotten Tomatoes.

## Return to the Blue Lagoon (1991)

It would certainly be problematic or even illegal if released today, but *The Blue Lagoon* became one of the highest-grossing movies of 1980, selling $48 million worth of tickets to people who had zero qualms about packing into movie theaters to see barely-clothed 14-year-old model and actress Brooke Shields explore her burgeoning pubescent and womanly urges on a desert island with a similarly young and explorative Christopher Atkins. In 1991, filmmakers churned out a follow-up, *Return to the Blue Lagoon*, that isn't so much a sequel as it is a rehash. Once again, two children are marooned on a tropical island paradise and as they become teenagers, explore notions of romantic and physical love. Once again, filmmakers cast a teenage model (Milla Jovovich), with Brian Krause taking over for Atkins. However, the incest factor remains — in the first film, the couple were cousins; in *Return to the Blue Lagoon*, they're adoptive siblings.

The first film did poorly with critics, but *Return* did even worse, notching a 0 percent on
Rotten Tomatoes. Miranda Sawyer of *Empire* called the movie "tediously sexist" and "for
pervs."

## Shadow Conspiracy (1997)

Entertainments about secret conspiracies were a big deal in the '90s. In the wake of Oliver
Stone's Oscar-nominated Kennedy assassination investigation *JFK* came the
government/alien conspiracy TV show *The X-Files* and political-themed movies like *Absolute
Power, Enemy of the State, Murder at 1600*, and *Shadow Conspiracy.* Judging by Rotten
Tomatoes scores, the latter is the worst of the bunch, amassing a lowly 0 percent on the
review aggregator.

Charlie Sheen, once a legitimate movie star after *Platoon* and *Hot Shots!* who'd go on to blow up his career years later with a drug-fueled meltdown that got him fired from his sitcom *Two and a Half Men*, stars as Bobby Bishop, an innocent and earnest presidential aide who discovers a plot orchestrated by the White House Chief of Staff (Donald Sutherland) to assassinate the Commander-in-Chief and seize power. People get murdered left and right, and it's up to Bobby and a plucky reporter (Linda Hamilton) to stop the threat to national security coming from within. According to Maitland McDonagh of *TV Guide*, Sheen's character "eventually gets to the bottom of things, a full hour after the least attentive viewer will have figured out who's behind it all."

## National Lampoon's Gold Diggers (2003)

In the 1970s and 1980s, the irreverent humor magazine *National Lampoon* extended its branding to movies, promising high-quality comedy with titles like *Animal House* and *Vacation*. By the early 2000s, the franchise had devolved into making cheap, raunchy comedies that aimed for sub-*American Pie 2* levels of quality. Probably the worst of the bunch, with a 0 percent rating on Rotten Tomatoes, was *National Lampoon's Gold Diggers*, also known as *Lady Killers*.

The main characters, Calvin (Will Friedle of *Boy Meets World*) and Leonard (Chris Owen, *American Pie*'s Sherminator), embody both titles. They're a couple of broke young slackers

who attempt to take a couple of elderly, wealthy sisters for everything they've got. The women (Renee Taylor and Louise Lasser) have them arrested but ultimately take pity on these dumb guys and drop charges, planning to kill them and cash in on insurance policies. Meanwhile, Calvin and Leonard come up with the idea of marrying the ladies and waiting for them to die and leave them their fortune. Jen Chaney of the *Washington Post* called *Gold Diggers* "so stupefyingly hideous that after watching it, you'll need to bathe in 10 gallons of disinfectant."

## John Henry (2020)

In elementary school, millions of American kids learn about the country's homegrown folklore — 19th century "tall tales" about larger-than-life figures like the lumberjack giant Paul Bunyan and John Henry, a Hulk-like, ultra-strong railroad worker known as "the steel-driving man." The 2020 movie *John Henry* reimagines the character as a tough, modern-day man who uses his abilities to reluctantly right wrongs. Terry Crews, a wonderful comic actor on *Brooklyn Nine-Nine*, plays the titular John Henry, a man trying to get over his violent history and living alone in Los Angeles who runs afoul of his old crime boss when he tries to help two Honduran immigrants escape gang violence.

Movie critics were not moved by *John Henry*, collectively bestowing it with a 0 percent on Rotten Tomatoes. Jeannette Catsoulis of the *New York Times* said it was "so frequently preposterous that it almost resembles a parody," while Michael Rechtshaffen of the *Los Angeles Times* felt that *John Henry* "lands with all the subtlety of the mighty steel-driving man's sledgehammer."

## Redline (2007)

Fast, expensive cars raced in an underground world of illegal street racing by a rogues'
gallery of cocky, tight-knit characters — those elements are just part of what made the
*Fast and the Furious* franchise so irresistible and lucrative. The filmmakers behind *Redline*
hoped the market was big enough for another movie that did all the things *Fast and
Furious* does, only with less money and with less famous cast members. Unfortunately,
*Redline* grossed a paltry $8.2 million because the moviegoing public by and large
immediately recognized it for what it was: a shameless, unabashed, not-very-good ripoff of
the *Fast and Furious* saga. Nadia Bjorlin is both a budding rock star and a great driver who
lands a job racing cars for a producer named Infamous (comedian Eddie Griffin), but not if
his friend and rival Michael (Angus Macfadyen) can steal (or kidnap) her away. Critics
loathed *Redline*, which achieved a rare 0 percent on Rotten Tomatoes. "The whole thing is
pretty stupid," according to J.R. Jones of the *Chicago Reader*.

# Derailed (2002)

By the early 2000s, Jean-Claude Van Damme's reign as a box office champ had uneremoniously come to an end. His action movies like *Hard Target*, *Universal Soldier*, and *Timecop*, heavy on the explosives and martial arts and light on character development and unpredictable plots, had fallen out of favor with the public. JCVD's career had, in other words, derailed, which just so happens to be the name of a forgettable, formulaic, and just plain bad straight-to-video movie in which he starred in 2002.

This time, the "Muscles from Brussels" portrays a secret agent named Kristoff, tasked with transporting a criminal via train. As luck would have it, the assignment falls on his birthday, so his family sneaks on board the train to surprise him. But then things get, well, derailed, when terrorists hijack the train and try to seize the fatal virus being held by Kristoff's charge.

Only five critics bothered to review *Derailed*, but they all hated it, adding up to a Rotten Tomatoes score of 0 percent. David Nusair of Reel Film Reviews called the movie "an overblown annoyance."

## The Disappointments Room (2016)

There are a *lot* of haunted house movies — IMDb lists more than 800 titles on the subject. It's a tried and true film subgenre and they fill a niche, because viewers enjoy the familiar beats (and jump scares) of the stories of innocent people who go to some crumbling

country manor house and get spooked by the ghosts within. Movie critics traditionally
don't like horror movies, so when a filmmaker comes along and makes a haunted house
film so bad that it gets a 0 percent on Rotten Tomatoes, it's quite the dubious
achievement.

In *The Disappointments Room*, Dana (Kate Beckinsale) and her family move out of busy
Brooklyn in favor of a house in the country. It's already occupied, however, by secrets,
ghosts, and foreboding dread, all the result of the family that lived there in the 1800s.
Marc Savlov of the *Austin Chronicle* wrote that "*The Disappointments Room* lives (and dies)
up to its name," while Robert Abele of *The Wrap* said the movie consists of "a litany of
embarrassments."

## Problem Child (1990)



Conventional wisdom holds that there are two kinds of movies: box office smashes and critical darlings. There actually isn't a lot of disparity — blockbusters are often praised by reviewers, while award winners can get a financial boost from their plaudits. And the movies that critics hate are often ones audiences hate, too — a dud is a dud. But then there's *Problem Child*, a chaotic, cynical, snotty, and somehow also sentimental comedy with a 0 percent Rotten Tomatoes that made a fortune at the box office.

John Ritter, a beloved TV star who couldn't really get a legitimate movie career going, plays sweet Ben, a man desperate to be a father but unable to have one biologically. So he

adopts Junior (Michael Oliver), an almost demonically bratty kid who makes life horrible for
Ben, who is such a weak-willed, sentimental pushover that he doesn't seem to mind the
never-ending stress and property destruction. It's misguided. It's not funny," wrote Dennis
King of the *Tulsa World.* "And in its lame efforts to be irreverent and hip, it turns out to be
just plain mean."

## Hard Kill (2020)

Bruce Willis made a name for himself — and became a legend — playing tough guys and
reluctant heroes in action movies in the 1980s and 1990s, a golden age for that genre. It's
been a long time since the release of *Die Hard* or *Armageddon*, however, and filmgoers
have largely moved on to other things. But for a small but devoted audience who still
wants to see the sixty-something, man-formerly-known-as-John McClane shoot up bad guys,
he still makes a few low-budget action flicks each year, all of which get quietly dumped
onto home video and streaming platforms. *Hard Kill* is an especially bad example of these
late-period Willis movies. The story of hired guns (led by Willis's Donovan Chalmers) trying
to stop a supervillain from using computers to cause worldwide chaos, filming required just

10 days. *Hard Kill* at least efficiently and quickly earned its 0 percent on Rotten Tomatoes. Kevin Maher of *The Times* found this film to be a "breathtakingly poor mess."

## London Fields (2018)

And to think, *London Fields* started with an intriguing premise: A psychic named Nicola Six (Amber Heard) predicts that she is about to be murdered. Her sixth sense tells her that her killer will be one of three men, so she starts an affair with each in order to discover the true circumstances of her death. *London Fields* is based on a darkly comic, deeply

acclaimed 1989 novel by British mystery author Martin Amis, but the adaptation apparently failed to capture what was so special about the book.

Peter Sobcyznski of RogerEbert.com said that even viewers who know the novel well will have a hard time following the convoluted action of what amounts to "a boring and garish mess." David Sexton of the *London Evening Standard* likened *London Fields* to "a music video," while Jeannette Catsoulis of the *New York Times* found it "horrendous — a trashy tortured misfire from beginning to end." All in all, *London Fields* scored a perfect 0 on Rotten Tomatoes.

## Bolero (1984)



In 1973, 47-year-old director John Derek fell in love with teenage actress Mary Cathleen Collins. They'd eventually marry, and when Collins started working under the name Bo Derek, she became a movie star and sex symbol, starring in *10*, *Tarzan and the Ape Man*, and *Bolero*, directed by her husband. That would prove to be the last film either Derek would make for five years — it was just that much of a box-office failure and critical disaster.

*Bolero* is an erotic drama set in the 1920s, following a young woman named Lida MacGillivery who sets out on a globetrotting quest to lose her virginity. Evidently named

for the style of hat Lida wears throughout the film, *Bolero* takes its main character to faraway places like Spain and Morocco, where she entertains many a lover. The movie made just $9 million at the box office in 1984, and then it nearly swept the Razzie Awards, the Oscars of bad movies, claiming Worst Picture, Worst Actress, Worst Director, Worst Screenplay, and Worst Musical Score. *Bolero* is the rare 0 percenter on Rotten Tomatoes, with *Financial Times* critic Nigel Andrews calling it "totally bonkers from start to finish."

---

*RECOMMENDED*



The Yellowstone Storylines That Fans Are Sick & Tired Of



The Ending Of Shawshank Redemption Finally Explained

 

Behold The Transformation Of Legendary
NCIS Star Sean Murray

The Last Of Us Just Set The Stage For Joel's
Massive Choice