# EXHIBIT Q

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**DEFENDANT'S NOTICE OF DEPOSITION OF PETER MICHAEL ROSZA**<br><br>Date:   March 20, 2023<br>Time:  9:30 a.m.<br><br>Judge:  Hon. Stephen V. Wilson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Universal City Studios LLC, by and through counsel, will take the deposition of plaintiff Peter Michael Rosza. The deposition will take place at the office of Hahn Loeser & Parks LLP, 600 West Broadway, Suite 1500, San Diego, California 92101, commencing at 9:30 a.m. on March 20, 2023, or at such other time as may be agreed upon, and continuing day to day, excluding Saturdays, Sundays, and holidays, until completed.

The deposition will be taken under oath and will be conducted before a certified shorthand reporter authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE that Defendant intends to record the testimony by stenographic method, through the instant visual display of the testimony, and by videotape recording. Defendant reserves the right to use the videotape at the time of trial. A real-time transcription service such as LiveNote may also be available for use of counsel.

DATED:  February 10, 2023                MUNGER, TOLLES & OLSON LLP


                                         By:      */s/ Kelly M. Klaus*
                                                KELLY M. KLAUS
                                                Attorneys for Defendant
                                                UNIVERSAL CITY STUDIOS LLC

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On February 10, 2023, I served true copies of the following document described as

**DEFENDANT'S NOTICE OF DEPOSITION OF PETER MICHAEL ROSZA**

on the interested parties in this action as follows:

** SEE ATTACHED SERVICE LIST **

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address grace.davisfisher@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2023, at Los Angeles, California.

*/s/ Virginia Grace Davis*

## SERVICE LIST

| | |
|---|---|
| Cody R. Lejeune<br>LEJEUNE LAW, P.C.<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA  90071<br>Email:  cody@lejeunelawfirm.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |
| Matthew A. Pequignot<br>PEQUIGNOT + MYERS<br>2585 Ala Namahana Pkwy, #1007<br>Kilauea, HI  96754<br>Email:  mpequignot@mpiplaw.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |
| Adam Mohammadbhoy<br>Brian L. Trimyer<br>HARLLEE & BALD, P.A.<br>202 Old Main Street<br>Bradenton, FL  34205<br>Email:  am@harlleebald.com<br>           blt@harlleebald.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |
| Spencer Sheehan<br>SHEEN AND ASSOCIATES P.C.<br>60 Cuttermill Road, Suite 412<br>Great Neck, NY 11021<br>Email: spencer@spencersheehan.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |