# EXHIBIT 2

Document Produced in Native Format

UNI000774