# EXHIBIT 3

# Document Produced in Native Format

UNI000775