# EXHIBIT 25

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL PURSUANT TO CIV. L.R. 79-5.2.2(a)**