# EXHIBIT 51

Document Produced in Native Format