# EXHIBIT 52

Document Produced in Native Format