# EXHIBIT 53

Document Produced in Native Format