# EXHIBIT 54

# Document Produced in Native Format

UNI000752