# EXHIBIT 59

Document Produced in Native Format

UNI000757