# EXHIBIT 60

Document Produced in Native Format

UNI000758