# EXHIBIT 62

Document Produced in Native Format

UNI000760