# EXHIBIT 65





YESTERDAY • **YOUTUBE COVER ART** • DIGITAL • COMP • 6/27/19

**1**

CONFIDENTIAL

UNI000812