# EXHIBIT 67



UNI000814