# EXHIBIT 68

# YESTERDAY
# L.A. AND N.Y. OUTDOOR CAMPAIGN


**CAHUENGA LA 9**


**PREMIERE PANEL LA 3**


**BUS SHELTER 12**


**PREMIERE SQUARE 2**


**SUBWAY 2-SHEET NY 8**