# EXHIBIT 69

Document Produced in Native Format