# EXHIBIT 70

Document Produced in Native Format

UNI000745