# EXHIBIT 71

Document Produced in Native Format

UNI000746