# EXHIBIT 72

Document Produced in Native Format

UNI000747