# EXHIBIT 73

# *YESTERDAY* DVD