KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**NOTICE OF LODGING OF MULTIMEDIA AND PHYSICAL EXHIBITS:**<br><br>**EXHIBITS 2-3, 51-62, & 69-73 TO THE DECLARATION OF MATTHEW APICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:  April 17, 2023<br>Time: 1:30 p.m.<br>Judge:  Hon. Stephen V. Wilson |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Universal City Studios LLC ("Defendant") hereby lodges with the Court (1) a thumb drive containing the following multimedia exhibits and (2) the following physical exhibit to the concurrently filed Declaration of Matthew Apice in Support of Defendant's Opposition to Plaintiff's Motion for Class Certification:

- Exhibit 2: True and correct copy of the digital trailer for *Yesterday*, produced by Universal as UNI000774 and downloaded to the enclosed drive.
- Exhibit 3: True and correct copy of the theatrical trailer for *Yesterday*, produced by Universal as UNI000775 and downloaded to the enclosed drive.
- Exhibits 51-62: True and correct copies of multi-media works and digital advertisements for *Yesterday* that appeared online, produced by Universal as UNI000749-UNI000760 and downloaded to the enclosed drive.
- Exhibits 69-72: True and correct copies of promotional spots for *Yesterday* that played on radio stations nationwide, produced by Universal as UNI000744-UNI000747 and downloaded to the enclosed drive.
- Exhibit 73: True and correct copy of the *Yesterday* DVD, produced by Universal as UNI000212.

Defendant has previously produced these exhibits to Plaintiffs. Defendant is lodging the multimedia exhibits via the enclosed thumb drive, but can provide a file transfer link to download these exhibits upon request for the Court's convenience.

DATED: April 4, 2023

MUNGER, TOLLES & OLSON LLP

By:  /s/ Bethany W. Kristovich
BETHANY W. KRISTOVICH
Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC