KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>           Plaintiffs,<br><br>    vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>           Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**DECLARATION OF GRACE DAVIS FISHER IN SUPPORT OF DEFENDANT'S APPLICATION TO FILE UNDER SEAL**<br><br>Date: April 17, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson |

# DECLARATION OF GRACE DAVIS FISHER

I, Grace Davis Fisher, hereby declare:

1. I am a lawyer in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Universal City Studios LLC ("Universal" or "Defendant") in the above-captioned matter. I am admitted to practice before all of the courts of the State of California and this Court. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the contents of this declaration.

2. Pursuant to Local Rule 79-5.2.2(a) and the Stipulated Protective Order (Dkt. 99), I submit this declaration in support of Defendant's Application to File Under Seal Unredacted Versions of **Exhibits 1**, **4-50**, and **74** to the Declaration of Matthew Apice in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification ("Apice Declaration").

3. **Exhibit 1** to the Apice Declaration is a true and correct copy of a media plan for *Yesterday,* produced by Universal as UNI000815 and designated "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulated Protective Order. **Exhibit 74** to the Apice Declaration is a true and correct copy of Universal research documents reflecting confidential results of proprietary exit polls of audiences who paid to view *Yesterday* in theaters during its opening weekend, produced by Universal as UNI000741 and designated "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulated Protective Order.

4. The Stipulated Protective Order defines "Highly Confidential – Attorney's Eyes Only" materials as: "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means." Stipulated Protective Order ¶ 2.9.

5. **Exhibits 4-50** to the Apice Declaration are true and correct non-public copies of multi-media works used to promote the film *Yesterday* on network and

cable television. These exhibits were produced by Universal as UNI000748, UNI000761-UNI000773, and UNI000776-UNI000808 and designated "Confidential" pursuant to the Protective Order.

6. The Stipulated Protective Order defines "Confidential" materials as "information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c), and as specified above in the Good Cause Statement." Stipulated Protective Order ¶ 2.3. The Good Cause Statement further specifies that such materials "consist of, among other things, confidential business or financial information, information regarding confidential business practices or other confidential research, development or commercial information, information otherwise generally unavailable to the public, or information that may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law." *Id.* ¶ 1.B.

7. **Exhibits 4-50** to the Apice Declaration are copyrighted works. *See* 17 U.S.C. § 102(a)(6). If these copyrighted works were filed on the public record it would present a risk to Universal's exclusive rights to copy and distribute the works, *id.* § 106(1), (3), because the works could be copied and distributed by anyone who accesses the Court's records without Universal's authorization.

8. Counsel for Plaintiffs have not raised any concerns or objections regarding the foregoing confidentiality designations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2023, at San Francisco, California.

*Grace Davis Fisher*
———————————————
Grace Davis Fisher