KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**<br><br>**DECLARATION OF MATTHEW APICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S APPLICATION TO SEAL EXHIBITS 1, 4-50, AND 74 HERETO**<br><br>Judge:  Hon. Stephen V. Wilson<br><br>Filed Concurrently:  Opposition to Plaintiffs' Motion for Class Certification |

## DECLARATION OF MATTHEW APICE

I, Matthew Apice, hereby declare:

1. I am Executive Vice President, Worldwide Creative Operations, Filmed Entertainment Group at Defendant Universal City Studios LLC ("Universal"). I submit this declaration in support of (a) Universal's Opposition to Plaintiffs' Motion for Class Certification, and (b) Universal's Application to Seal Exhibits 1, 4-50, and 74 to this declaration. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the contents of this declaration.

2. Before its theatrical release, *Yesterday* was promoted through a variety of channels, including in theatrical trailers (*i.e.*, trailers played in theaters before the feature film), on network and cable television, on digital and social media platforms, on the radio, and via physical media including movie posters and billboards.

3. Attached as **Exhibit 1** is a true and correct copy of a media plan for *Yesterday*, produced by Universal as UNI000815.[1]

4. Attached as **Exhibit 2** is a true and correct copy of the digital trailer for *Yesterday*, produced by Universal as UNI000774.

5. Attached as **Exhibit 3** is a true and correct copy of the theatrical trailer for *Yesterday*, produced by Universal as UNI000775.

6. Television promotional spots were the primary method by which Universal promoted *Yesterday*, and such promotional spots comprised the largest component of Universal's media budget for the movie. Attached as **Exhibits 4-50** are true and correct non-public copies of multi-media works used for such

---

[1] This document contains highly confidential and extremely sensitive business and strategic information. Disclosure of this information would create a substantial risk of serious harm to Universal.

promotional spots on network and cable television nationwide.[2]  These exhibits were produced by Universal as UNI000748, UNI000761-UNI000773, and UNI000776-UNI000808.

7.  Attached as **Exhibits 51-67** are true and correct copies of multi-media works and digital advertisements for *Yesterday* that appeared online and on social media platforms, produced by Universal as UNI000749-UNI000760, UNI000809-UNI000810, and UNI000812–UNI000814.

8.  Attached as **Exhibit 68** are true and correct copies of representative samples of physical outdoor advertisements for *Yesterday*, including billboards, displayed in California and New York, produced by Universal as UNI000811.

9.  Attached as **Exhibits 69-72** are true and correct copies of promotional spots for *Yesterday* that played on radio stations nationwide, produced by Universal as UNI000744-UNI000747.

10.  Attached as **Exhibit 73** is a true and correct copy of the *Yesterday* DVD, produced by Universal as UNI000212.

11.  Attached as **Exhibit 74** is a true and correct copy of a Universal research summary of exit polls of audiences who paid to view *Yesterday* in theaters on its opening weekend, produced by Universal as UNI000741-UNI000743.[3]

12.  I understand the Plaintiffs' claims in this case arise out of a short segment of the digital trailer for *Yesterday* that includes images of the actress Ana de Armas and part of the Beatles' song "Something."  The scene is available as bonus material on the DVD, and also to consumers who purchase the right to view the movie on Apple TV, Comcast, Movies Anywhere, and Verizon Stream TV.

---

[2] These non-public copies contain confidential business information that is not generally available to the public.

[3] This document contains highly confidential and extremely sensitive business and strategic information.  Disclosure of this information would create a substantial risk of serious harm to Universal.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct, and that I executed this declaration this 4th day of
3 | April 2023, at Los Angeles, California.

/s/ Matthew J. Apice
Matthew Apice