# EXHIBIT 51

# Document Produced in Native Format

UNI000749