# EXHIBIT 55

Document Produced in Native Format

UNI000753