# EXHIBIT 56

Document Produced in Native Format

UNI000754