# EXHIBIT 57

Document Produced in Native Format