# EXHIBIT 58

Document Produced in Native Format

UNI000756