# EXHIBIT 59

Document Produced in Native Format