# EXHIBIT 61

Document Produced in Native Format

UNI000759