# EXHIBIT 63



UNI000809