# EXHIBIT 64



UNI000810