# EXHIBIT 65





YESTERDAY · **YOUTUBE COVER ART** · DIGITAL · COMP · 6/27/19

**1**

CONFIDENTIAL

UNI000812