# EXHIBIT 66



UNI000813