# EXHIBIT 68

# YESTERDAY
# L.A. AND N.Y. OUTDOOR CAMPAIGN



CAHUENGA LA  9



PREMIERE PANEL LA  3



BUS SHELTER  12



PREMIERE SQUARE  2



SUBWAY 2-SHEET  NY  8

CONFIDENTIAL
UNI000811