KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**NOTICE OF LODGING OF UNREDACTED VERSIONS OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL:**<br><br>**EXHIBITS 1, 4-50, AND 74 TO THE DECLARATION OF MATTHEW APICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 17, 2023<br>Time: 1:30 p.m.<br>Judge:  Hon. Stephen V. Wilson |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Universal City Studios LLC ("Defendant") hereby lodges with the Court unredacted versions of the following exhibits proposed to be filed under seal:

- Exhibit 1 to Declaration of Matthew Apice in Support of Defendant's Opposition to Plaintiff's Motion for Class Certification ("Apice Decl."):  True and correct copy of a media plan for *Yesterday,* produced by Universal as UNI000815.

- Exhibits 4-50 to Apice Decl.:  True and correct non-public copies of multi-media works used to promote *Yesterday* on network and cable television. These exhibits were produced by Universal as UNI000748, UNI000761-UNI000773, and UNI000776-UNI000808 and have been downloaded to the enclosed drive.

- Exhibit 74 to Apice Decl.:  True and correct copy of Universal research documents reflecting confidential exit poll results, produced by Universal as UNI000741.

Defendant has previously produced these exhibits to Plaintiffs.  Defendant is lodging unredacted versions of these exhibits via the enclosed thumb drive, but can provide a file transfer link to download these exhibits upon request for the Court's convenience.

DATED:  April 4, 2023                                    MUNGER, TOLLES & OLSON LLP

                                                         By:      /s/ Bethany W. Kristovich
                                                               BETHANY W. KRISTOVICH
                                                         Attorneys for Defendant
                                                         UNIVERSAL CITY STUDIOS LLC