1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  STEPHANIE G. HERRERA (State Bar No. 313887)
   Stephanie.herrera@mto.com
3  VIRGINIA GRACE DAVIS (State Bar No. 336732)
   grace.davisfisher@mto.com
4  **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, 27th Floor
5  San Francisco, California 94105-2907
   Telephone:   (415) 512-4000
6  Facsimile:   (415) 512-4077

7  BETHANY W. KRISTOVICH (State Bar No. 241891)
   bethany.kristovich@mto.com
8  BENJAMIN G. BAROKH (State Bar No. 318629)
   benjamin.barokh@mto.com
9  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, 50th Floor
10 Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
11 Facsimile:   (213) 687-3702

12 Attorneys for Defendant
   UNIVERSAL CITY STUDIOS LLC

13

14                **UNITED STATES DISTRICT COURT**

15               **CENTRAL DISTRICT OF CALIFORNIA**

16

17 CONOR WOULFE and PETER          Case No. 2:22-cv-00459-SVW-AGR
   MICHAEL ROSZA,

18                                  **PROOF OF SERVICE VIA EMAIL**
           Plaintiffs,
19

20      vs.

21 UNIVERSAL CITY STUDIOS LLC,
   d.b.a., UNIVERSAL PICTURES,
22

23         Defendant.

24

25

26

27

28

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the City and County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

On April 4, 2023, I served true copies of the following documents described as:

**UNREDACTED DECLARATION OF MATTHEW APICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S APPLICATION TO SEAL; EXHIBITS 1, 4-50, AND 74 THERETO**

on the interested parties in this action as follows:

**\*\* SEE ATTACHED SERVICE LIST \*\***

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from my e-mail address to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2023, at San Francisco, California.

*/s/ Julie W. Lunsford*
Julie W. Lunsford
*julie.lunsford@mto.com*

## SERVICE LIST

Cody R. Lejeune
LEJEUNE LAW, P.C.
445 S. Figueroa Street, Suite 3100
Los Angeles, CA  90071
Email:  cody@lejeunelawfirm.com

*Attorneys for Plaintiffs Conor Woulfe and Peter Rosza*

Matthew A. Pequignot
PEQUIGNOT + MYERS
2585 Ala Namahana Pkwy, #1007
Kilauea, HI  96754
Email:  mpequignot@mpiplaw.com

*Attorneys for Plaintiffs Conor Woulfe and Peter Rosza*

Adam Mohammadbhoy
Brian L. Trimyer
HARLLEE & BALD, P.A.
202 Old Main Street
Bradenton, FL  34205
Email:  am@harlleebald.com
         blt@harlleebald.com

*Attorneys for Plaintiffs Conor Woulfe and Peter Rosza*

Spencer Sheehan
SHEEN AND ASSOCIATES P.C.
60 Cuttermill Road, Suite 412
Great Neck, NY 11021
Email: spencer@spencersheehan.com

*Attorneys for Plaintiffs Conor Woulfe and Peter Rosza*

PROOF OF SERVICE

Case No. 2:22-cv-00459-SVW-AGR