CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT
(admitted *pro hac vice*)
mpequignot@pmiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: (202) 328-1200

ADAM MOHAMMADBHOY
(admitted *pro hac vice*)
AM@harlleebald.com
BRIAN L. TRIMYER
(admitted *pro hac vice*)
BLT@harlleebald.com
**HARLLEE & BALD, P.A.**
202 Old Main Street
Bradenton, FL  34205
Telephone: (941) 744-5537

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>Defendant, | Case No.:  2:22-cv-00459-SVW-AGR<br><br>JOINT STIPULATION RE FILING OF THIRD AMENDED COMPLAINT |

       Pursuant to Fed. R. Civ. P. 15(a)(2) and L.R. 15-1, Plaintiffs, CONOR WOULFE and PETER MICHAEL ROSZA, and Defendant, UNIVERSAL CITY STUDIOS LLC, by and through their undersigned counsel, hereby stipulate as follows:

       1.     On March 20, 2023, Plaintiffs filed a Motion for Leave to File Third Amended Complaint. *See* Dkt. No. 111. Plaintiffs attached to that Motion a proposed Third Amended Complaint. *See* Dkt. No. 111-3.

       2.     On March 28, 2023, the Court granted Plaintiffs' Motion for Leave. In the same order, the Court, "in the interests of economy . . . clarif[ied]" that "if Plaintiffs did not view alleged false advertising on VUDU or other platforms, Plaintiffs do not have standing to pursue alleged false advertising occurring on those platforms." Order Re Plaintiffs' Motion to Amend [111], the Parties' Joint Stipulation [112], and Plaintiffs' *Ex Parte* Application [113], Dkt. No. 115.

       3.     Civil Local Rule 15-1 requires the filing of "the pleading approved by the Court as a separate document." However, in the interests of judicial economy, and in view of the Court's Orders on standing in Dkt. Nos. 83 and 115, Plaintiffs have proposed, and Defendant has agreed, that it would conserve judicial and party resources for Plaintiffs instead to file as their Third Amended Complaint the document attached hereto as Exhibit A. The attached document includes Plaintiffs' additional edits from their proposed Third Amended Complaint attached as an exhibit to Plaintiffs' Motion for Leave (Dkt. No. 111-3).

       4.     In stipulating to Plaintiffs' filing the attached document as their Third Amended Complaint, Defendant does not waive but rather expressly reserves all rights to move to dismiss/strike allegations in the Third Amended Complaint within the time provided under Fed. R. Civ. P. 15(a)(3) and L.R. 15-3.

       5.     WHEREFORE, Plaintiffs and Defendant hereby stipulate (1) that Plaintiffs may file the Third Amended Complaint attached hereto as Exhibit A; (2) that Plaintiffs shall file the attached document as the Third Amended Complaint promptly upon the

Court's entry of the Order on this stipulation; (3) that Defendant's response to the Third Amended Complaint will be due 14 days after the Court's ruling on this stipulation, Fed. R. Civ. P. 15(a)(3); L.R. 15-3; and (4) that except as provided herein, the filing of this stipulation and the Third Amended Complaint shall not affect any other deadlines or proceedings in this action, including the April 17, 2023 hearing on Plaintiffs' pending and fully briefed motion for class certification, Dkt. No. 109.

                Respectfully submitted,

Dated: April 11, 2023        By:   /s/ Cody R. LeJeune

**LEJEUNE LAW, P.C.**
Cody R. LeJeune
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

**PEQUIGNOT + MYERS**
Matthew A. Pequignot (*pro hac vice*)
PEQUIGNOT + MYERS
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: (202) 328-1200

**HARLLEE & BALD, P.A.**
Adam Mohammadbhoy (*pro hac vice*)
Brian L. Trimyer (*pro hac vice*)
202 Old Main Street
Bradenton, FL 34205
Telephone: (941) 744-5537

Attorneys for Plaintiffs
CONOR WOULFE and PETER MICHAEL ROSZA

| | |
|---|---|
| | Respectfully submitted, |
| Dated: April 11, 2023 | By:   /s/ Benjamin G. Barokh |

**MUNGER, TOLLES & OLSON, LLP**
Kelly M. Klaus
Stephanie G. Herrera
Virginia Grace Davis
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
kelly.klaus@mto.com
grace.davisfisher@mto.com
Telephone: 415-512-4000

Bethany W. Kristovich
Benjamin G. Barokh
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
bethany.kristovich@mto.com
benjamin.barokh@mto.com
Telephone: 213-683-9100

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC