# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>Defendant, | CASE NO.: 2:22-cv-00459-SVW-AGR<br><br>[PROPOSED] ORDER ON JOINT STIPULATION RE FILING OF THIRD AMENDED COMPLAINT |

The Court has considered the Joint Stipulation re Filing of Third Amended Complaint that has been submitted by Plaintiffs, CONOR WOULFE and PETER MICHAEL ROSZA, and Defendant, UNIVERSAL CITY STUDIOS LLC, and based upon said Joint Stipulation,

It is hereby **ORDERED** that:

1. Plaintiffs shall file the Third Amended Complaint attached to the Joint Stipulation as Exhibit A promptly upon the Court's entry of this Order.
2. Defendant's response to the Third Amended Complaint is due 14 days after this Order.
3. Except as provided in this Order, the filing of the Third Amended Complaint shall not affect any other deadlines or proceedings in this action, including the April 17, 2023 hearing on Plaintiffs' pending and fully briefed motion for class certification, Dkt. No. 109.

**IT IS SO ORDERED.**

DATED: April___, 2023

_____
HONORABLE STEPHEN V. WILSON
United States District Judge