KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
Stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**PROOF OF SERVICE VIA EMAIL** |

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the City and County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

On April 13, 2023, I served true copies of the following documents described as:

**SEALED DECLARATION OF MATTHEW APICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S APPLICATION TO SEAL; EXHIBITS 1, 4-50, AND 74 THERETO**

on the interested parties in this action as follows:

**\*\* SEE ATTACHED SERVICE LIST \*\***

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from my e-mail address to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2023, at San Francisco, California.

_____
Julie W. Lunsford
*julie.lunsford@mto.com*

# SERVICE LIST

| | |
|---|---|
| Cody R. Lejeune<br>LEJEUNE LAW, P.C.<br>445 S. Figueroa Street, Suite 3100<br>Los Angeles, CA 90071<br>Email: cody@lejeunelawfirm.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |
| Matthew A. Pequignot<br>PEQUIGNOT + MYERS<br>2585 Ala Namahana Pkwy, #1007<br>Kilauea, HI 96754<br>Email: mpequignot@mpiplaw.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |
| Adam Mohammadbhoy<br>Brian L. Trimyer<br>HARLLEE & BALD, P.A.<br>202 Old Main Street<br>Bradenton, FL 34205<br>Email: am@harlleebald.com<br>          blt@harlleebald.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |
| Spencer Sheehan<br>SHEEN AND ASSOCIATES P.C.<br>60 Cuttermill Road, Suite 412<br>Great Neck, NY 11021<br>Email: spencer@spencersheehan.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |