# Exhibit A



**ADVERTISING ADMINISTRATION RULES**

Effective October 8, 2019

Advertising Administration
Motion Picture Association, Inc.
15301 Ventura Boulevard Building E
Sherman Oaks, California 91403
(818) 995-6600

www.filmratings.com         www.motionpictures.org

**INTRODUCTION**

The Advertising Administration of the Motion Picture Association, Inc. ("MPA") was established to review and approve motion picture advertising in conjunction with the voluntary system for rating motion pictures by the Classification and Rating Administration ("CARA"). One of the primary goals of the Advertising Administration is to ensure the suitability of motion picture advertising for its intended audience.

These Rules govern the functioning of and the standards applied by the Advertising Administration. These Rules, including each term and requirement outlined herein, are expressly incorporated in the CARA Submittal Agreement governing the submission of motion pictures for rating, formally executed and accepted by each submitter of a motion picture. The Advertising Administration is operated as an independent division of the MPA. The Advertising Administration is self-supporting, based on fees received by CARA from producers and distributors of motion pictures submitted for rating. Those fees are assessed in relation to the negative cost of the submitted motion picture and the submitting party's yearly aggregate gross income from motion picture distribution.

These Rules are intended to provide guidance to distributors as well as to members of the public about the operation of the Advertising Administration, including the approval for public use of advertising for motion pictures that have been or will be rated. The Advertising Administration has the authority to set out supplementary guidelines to implement the objectives of these Rules.

All advertising subject to these Rules must be submitted to and approved by the Advertising Administration prior to use in a public forum or medium. The Advertising Administration reviews and approves advertising giving consideration to its content, the content of the advertised motion picture, the intended placement of the advertisement and the intended audience for the motion picture. Advertising material is approved when, in the judgment of the Advertising Administration, it is in compliance with these Rules and most American parents would find that its content and placement are appropriate for the audience who will view it. Motion picture distributors are urged to submit advertising early in its development to obtain guidance from the Advertising Administration concerning the appropriateness of that advertising for its intended use. Final approval of advertising is given only when its final form is deemed acceptable by the Advertising Administration; advertising should not be displayed in any venue until such approval is granted.

**ARTICLE I. ORGANIZATION AND SCOPE OF ADVERTISING ADMINISTRATION**

**Section 1. Organization of the Advertising Administration**

The Chairman of the MPA shall appoint a senior MPA executive to be responsible for the operation and management of the Advertising Administration, including the approval of any advertising pursuant to these Rules and enforcement of the Rules. That senior

executive shall appoint appropriate staff members and may delegate to them the initial authority to administer these Rules and to review advertising materials submitted to the Advertising Administration.

**Section 2. Application of these Rules**

These Rules apply to the submitter of a motion picture to CARA for rating, the recipient of the CARA rating, the producer of the motion picture and the distributor of the motion picture in any medium in the United States, and all of their parents, subsidiaries, affiliates, agents, servants, employees, licensees, sub-licensees, assignees or successors in interest. Any violation of these Rules shall also constitute a violation of the CARA Rules and shall subject the violator to sanctions provided by these Rules and/or the CARA Rules.

**ARTICLE II. SUBMISSION AND REVIEW OF ADVERTISING**

**Section 1. Definition of Advertising**

For purposes of these Rules, "advertising" means any material in any medium that is intended primarily to promote the exhibition, performance or sale of copies of the motion picture to the public and that is directed primarily to or for which a significant number of viewers are consumers in the United States. The senior executive of the Advertising Administration shall have the authority to determine whether specific material constitutes advertising within these Rules.

For reference, the term "advertising" includes, but is not limited to, the following materials: trailers, in-theater extended looks, exclusive content, clips and footage, consecutive scene footage, pre-show advertising and static or audio-visual lobby displays, posters, outdoor displays, radio spots, television spots, still photographs, newspaper ads, magazine ads, press kits, publicity copy, artwork, flyers, materials in any medium that promote the motion picture as part of a cross-promotion or marketing tie-in (but only to the extent those materials promote the motion picture and not the tied product or service; for example, stating the opening date of a movie or "coming soon to a theater near you" may indicate that the advertisement promotes the motion picture and is subject to these Rules), Internet advertising material and interactive features, banner advertising on the Internet, TV, Video-on-Demand (VOD), mobile phones or other media, featurettes, webisodes, home entertainment packaging and promotion, behind-the-scenes footage, cast and crew interviews, sound bites, reviewer quotes and social networking site campaigns. These Rules apply not only to advertising initiated by the distributor of the rated motion picture but to any advertising material placed by any other person or entity involved with the production or distribution of the motion picture. This includes a motion picture page placed by any person or entity involved with the production or distribution of the motion picture on an Internet social networking site or user-generated content that promotes the motion picture and is accepted by the distributor or anyone connected with the production or distribution of the motion picture. The distributor must ensure that all such advertising complies with these Rules.

Factors to be considered in determining whether advertising is directed primarily to or for which a significant number of viewers are consumers in the United States include, for Internet sites, whether the advertising is placed on a gTLD site (generic top level domain, *i.e.*, .com, .org, .net), or a ccTLD site (country code top level domain, *i.e.*, .au, .ca, .uk) for a country other than the United States, and the location of the server hosting such Internet advertising. Other important factors taken into consideration include the demographic characteristics of readers or viewers of the medium in which the advertising is placed, the language of the advertising, and the release date identified in the advertising. Advertising that is intended for international audiences may nonetheless be subject to these Rules if, in the opinion of the senior executive of the Advertising Administration, the advertising is being made available to a significant number of U.S. consumers at a time when they are within the intended audience for the motion picture.

**Section 2. Advertising Subject to Rules**

Any advertising for a version of a motion picture that has been or will be rated by CARA, including reissued or re-rated motion pictures that previously have been rated by CARA, must be submitted to and approved by the Advertising Administration prior to its use in any medium. Any revision, change or substitution to advertising constitutes new advertising and must be submitted to the Advertising Administration for approval. The distributor must submit a complete English translation for all scenes or images in any advertisement in which another language is used without subtitles and must identify and provide the meaning of all unusual slang expressions and gestures in any advertising.

Prior to the rating of a motion picture, any distributor that intends or is required to have that motion picture rated must submit all advertising for the motion picture to the Advertising Administration and must comply with these Rules. Any public use of advertising subject to these Rules that has not been submitted to the Advertising Administration will subject the distributor to sanctions under these Rules, even if the motion picture has not yet been rated.

If a distributor seeks to package and/or market a rated motion picture with another literary or media product (such as a game, TV show, book, or another rated or unrated motion picture) (a "Bundled Product"), all advertising for the combined products must be submitted to the Advertising Administration for approval. Generally, it is not appropriate to package or market a rated motion picture with other media that is not compatible. For example, a motion picture should not be marketed with another product which contains more intense or adult content than that contained in the motion picture.

If a distributor acquires a motion picture previously rated by CARA, the new distributor must provide the Advertising Administration and CARA the new contact information (name, address, etc.) relating to advertising for the motion picture.