# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**[PROPOSED] ORDER GRANTING [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)**<br><br>Date: June 5, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

The Court has considered Defendant Universal City Studios LLC's Special Motion to Strike under Cal. Civ. Proc. Code § 425.16 and Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), (6), the papers filed in response thereto, and the entire record in this case.

It is hereby **ORDERED** that:

1. Defendant's Special Motion to Strike under Cal. Civ. Proc. Code § 425.16 is **GRANTED**.

2. Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), (6) is **GRANTED**.

3. Plaintiffs' claims and allegations in the Third Amended Complaint, Dkt. 130 ("TAC") based on alleged statements other than those contained in the *Yesterday* trailer that Plaintiffs allege they viewed before paying to view *Yesterday* on Amazon Prime in 2021 (the "non-trailer statements"), *see* TAC ¶¶ 14, 22-33, 54-56, 69-70, 72, 84, 89-90, 94, 100-101, 105, 113-114, and 145, as well as Plaintiff Woulfe's claims and allegations predicated on non-trailer statements allegedly returned through a Google search result, are **STRICKEN** in their entirety and **DISMISSED** with prejudice.

4. Plaintiffs' request for injunctive relief is **STRICKEN** in its entirety and **DISMISSED** with prejudice.

5. Plaintiff Rosza's claim for violation of the "unlawful" prong of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, based on alleged common law violations is **STRICKEN** in its entirety and **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: _____

Honorable Stephen V. Wilson
United States District Judge