1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  STEPHANIE G. HERRERA (State Bar No. 313887)
   stephanie.herrera@mto.com
3  VIRGINIA GRACE DAVIS (State Bar No. 336732)
   grace.davisfisher@mto.com
4  **MUNGER, TOLLES & OLSON LLP**
   560 Mission Street, 27th Floor
5  San Francisco, California 94105-2907
   Telephone:  (415) 512-4000
6  Facsimile:   (415) 512-4077

7  BETHANY W. KRISTOVICH (State Bar No. 241891)
   bethany.kristovich@mto.com
8  BENJAMIN G. BAROKH (State Bar No. 318629)
   benjamin.barokh@mto.com
9  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, 50th Floor
10 Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
11 Facsimile:   (213) 687-3702

12 Attorneys for Defendant

13          **UNITED STATES DISTRICT COURT**

14          **CENTRAL DISTRICT OF CALIFORNIA**

15                  **WESTERN DIVISION**

16

| 17 | CONOR WOULFE and PETER MICHAEL ROSZA, | Case No. 22-cv-00459-SVW-AGR |
|---|---|---|
| 18 | | **NOTICE OF LODGING OF PHYSICAL EXHIBIT CITED IN DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)** |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | UNIVERSAL CITY STUDIOS LLC, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | | Date: June 5, 2023 |
| 25 | | Time: 1:30 p.m. |
| 26 | | Judge: Hon. Stephen V. Wilson |
|    | | Courtroom: 10A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Universal City Studios LLC ("Defendant") hereby lodges with the Court the *Yesterday* DVD, cited as Exhibit 4 to Defendant's Request for Judicial Notice in Support of (1) Special Motion to Strike Under Cal. Civ. Proc. Code § 425.16 and (2) Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (6).

DATED: April 27, 2023

MUNGER, TOLLES & OLSON LLP

By: */s/ Kelly M. Klaus*
KELLY M. KLAUS
Attorneys for Defendant