KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
Stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual; and PETER MICHAEL ROSZA, an individual, <br><br>             Plaintiff, <br><br>     vs. <br><br> UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,, <br><br>             Defendant. | Case No. 2:22-cv-00459-SVW-AGR <br><br> **PROOF OF SERVICE** <br><br> Date:  June 5, 2023 <br> Time:  1:30 p.m. <br> Judge:  Hon. Stephen V. Wilson <br> Courtroom:  10A |

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the City and County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On April 28, 2023, I served true copies of the following item described as the following:

**EXHIBIT 4 TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16; AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)**

on the interested parties in this action as follows:

**\*\* SEE ATTACHED SERVICE LIST \*\***

[X] **BY FEDERAL EXPRESS:** As indicated on attached Service List. I caused such envelope(s) to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2023, at San Francisco, California.

*[signature]*

Mark Roberts
*Mark.roberts@mto.com*

-1-

PROOF OF SERVICE    Case No. 2:22-cv-00459-SVW-AGR

## SERVICE LIST

| | |
|---|---|
| Matthew A. Pequignot<br>PEQUIGNOT + MYERS<br>2585 Ala Namahana Pkwy, #1007<br>Kilauea, HI  96754<br>Email:  mpequignot@mpiplaw.com | *Attorneys for Plaintiffs Conor Woulfe and Peter Rosza* |