# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-00459-SVW-AGR | Date | June 14, 2023 |
| Title | Conor Woulfe et al v. Universal City Studios LLC et al | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER FOR SUPPLEMENTAL BREIFING REGARDING DEFENDANT'S MOTION FOR ATTORNEY'S FEES [88]

Having reviewed the parties' briefs regarding Defendant's motion for attorney's fees, ECF Nos. 88, 102, 104. The Court orders further briefing on Plaintiffs' First Amendment argument regarding awarding fees in this context. Specifically, that Cal. Civ. Proc. Code § 425.17's ("section 425.17) distinction between actions pertaining to certain kinds of commercial speech requires the application of strict scrutiny. Defendant's response should be in reference to the following topics:

1. The extent to which the First Amendment is implicated by fee-shifting statutes like the anti-SLAPP statute
2. If the First Amendment is implicated by fee-shifting statutes, what is the proper level of scrutiny the Court must apply
3. Whether Section 425.17's distinction between certain kinds of commercial speech passes muster under the appropriate level of scrutiny?

Defendant shall have 14 days from the issuance of their order to submit their response. Plaintiffs shall then have 7 days to respond. The parties' responses shall be no longer than 15 pages.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | PMC |