KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO CERTIFY CLASS [DKT. NO. 116]**<br><br>Date: April 17, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

Case No. 2:22-cv-00459-SVW-AGR

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
OPPOSITION TO MOTION TO CERTIFY CLASS [DKT. NO. 116]

Defendant Universal City Studios LLC ("Universal") respectfully submits this Notice of Supplemental Authority in support of its Opposition to Plaintiffs' Motion for Class Certification ("Opposition") and, specifically, Universal's argument that Plaintiffs fail to establish that their counsel satisfy Rule 23(a)'s adequacy requirement. Dkt. 116 at 14-15.

As Universal noted in its Opposition, filed April 4, 2023, Plaintiffs did not "submit any evidence alongside their Motion" for class certification, which shows Plaintiffs' counsel "was either unaware of Plaintiffs' burden" under the Federal Rules of Civil Procedure "to provide evidence at class certification or [ ] was aware of the burden and ignored it." Dkt. 116 at 14-15 (quoting *Wheeler v. Estee Lauder Companies, Inc.*, 2013 WL 12121543, at *5 (C.D. Cal. Feb. 12, 2013)).

Since then, at least four federal courts have issued orders in putative class actions that raise further concerns about the compliance of Plaintiffs' counsel, Spencer Sheehan,[1] with the Federal Rules. *See Lesorgen v. Mondelez Glob., LLC*, No. 22-CV-50375, 2023 WL 3568686, at *5 (N.D. Ill. May 19, 2023); *Guzman v. Walmart Inc.*, No. 22-CV-3465, 2023 WL 3455319, at *3-4 (N.D. Ill. May 15, 2023); Dkt. No. 28, *Gardner v. Ferrara Candy Co.*, No. 22-CV-1272 (N.D. Ill. Apr. 6, 2023); Dkt. No. 35, *Matthews v. Polar Corp.*, No. 22-CV-649 (N.D. Ill. Apr. 6, 2023) (attached as Exhibits A-D). These courts have noted counsel's "track record" for bringing meritless class actions "over and over again," and have "question[ed]" whether his "filings comply with the Federal Rules."[2] *Matthews*, Dkt. No. 35 at 1

---

[1] Mr. Sheehan signed Plaintiffs' class certification motion and briefing in this case. Dkts. 109, 109-1, 124.

[2] Indeed, Mr. Sheehan recently filed a class action complaint on behalf of putative classes from nine States, alleging claims about the promotion of *Yesterday* nearly the same as those asserted in this case, including claims this Court dismissed with prejudice. *Khait v. Comcast Corp.*, No. 23-CV-1877 (N.D. Ill., filed March 26, 2023). Moreover, the complaint in *Khait* is solely against Comcast, which, as counsel knows from Universal's discovery responses and filings with this Court, is

(citing cases); *Gardner*, Dkt. No. 28 at 1 (same); *see Lesorgen*, 2023 WL 3568686, at *5 ("remind[ing] . . . counsel of his obligations under Federal Rule of Civil Procedure 11"). One court also required him "to show cause why he should not have to pay the attorneys' fees incurred by Defendant in this case." *Guzman*, 2023 WL 3455319, at *4.

In short, these orders questioning counsel's compliance with the Federal Rules further support Universal's argument that Plaintiffs' class counsel lacks the "adequacy to represent absent class members." Dkt. 116 at 14-15.

DATED: June 15, 2023              Respectfully submitted,

                                  MUNGER, TOLLES & OLSON LLP


                                  By:      /s/ Kelly M. Klaus
                                       KELLY M. KLAUS
                                       Attorneys for Defendant
                                       UNIVERSAL CITY STUDIOS LLC

---

Universal's ultimate corporate parent that had no direct involvement in the promotion of *Yesterday*. *See* Dkt. 19 at 2.