CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT
(admitted *pro hac vice*)
mpequignot@pmiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: (202) 328-1200

ADAM MOHAMMADBHOY
(admitted *pro hac vice*)
AM@harlleebald.com
BRIAN L. TRIMYER
(admitted *pro hac vice*)
BLT@harlleebald.com
**HARLLEE & BALD, P.A.**
202 Old Main Street
Bradenton, FL  34205
Telephone: (941) 744-5537

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>Defendant, | Case No.:  2:22-cv-00459-SVW-AGR<br><br>JOINT STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEYS' FEES |

Pursuant to L.R. 7-1 and L.R. 52-4.1, Plaintiffs, CONOR WOULFE and PETER MICHAEL ROSZA, and Defendant, UNIVERSAL CITY STUDIOS LLC, by and through their undersigned counsel, hereby stipulate extend the dates for supplemental briefing related to Defendant's Motion for Attorney's Fees, and state:

On June 14, 2023, the Court entered an Order for Supplemental Briefing Regarding Defendant's Motion for Attorneys' Fees (Dkt. No. 140).

The Court requested that Defendant file its supplemental brief on June 28, 2023 and that Plaintiffs file their supplemental brief on July 5, 2023.

Attorneys for both parties have travel plans during that time frame (which also falls over a holiday weekend) and are otherwise unavailable. Declaration of Cody R. LeJeune in Support of Joint Stipulation to Extend Supplemental Briefing Schedule for Defendant's Motion for Attorneys' Fees ("LeJeune Decl."), ¶ 4.

The attorneys' travel plans will affect their ability to sufficiently prepare and file supplemental briefs. LeJeune Decl., ¶ 5.

As a result, the parties stipulate that good cause exists for the extension of the briefing schedule as follows:

- Defendant's Supplemental Brief: July 5, 2023
- Plaintiffs' Supplemental Brief: July 19, 2023

The parties' requested extension will not alter or impact the case schedule in any manner. LeJeune Decl., ¶7.

2.      Plaintiffs and Defendant further stipulate to the Court entering the proposed Order appended hereto as Exhibit A.

WHEREFORE, Plaintiffs and Defendant stipulate to the relief proposed herein and respectfully request this Honorable Court to enter an order extending the deadlines as follows:

- Defendant's Supplemental Brief: July 5, 2023

1

STIPULATION FOR STAY PENDING RULING BY THE COURT ON DEFENDANT'S [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16 AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6) [Dkt. 44]

2:22-cv-00459-SVW-AGR

1      • Plaintiffs' Supplemental Brief: July 19, 2023.

2                      Respectfully submitted,

3

4 Dated: June 16, 2023            By:   /s/ Cody R. LeJeune

5                 **LEJEUNE LAW, P.C.**

6                 Cody R. LeJeune
445 S. Figueroa St., Suite 3100

7                 Los Angeles, CA 90071

8                 Telephone: (985) 713-4964

9                 **PEQUIGNOT + MYERS**

10                Matthew A. Pequignot (*pro hac vice*)
PEQUIGNOT + MYERS

11                2585 Ala Namahana Pkwy, #1007

12                Kilauea, HI 96754
Telephone: (202) 328-1200

13

14                **HARLLEE & BALD, P.A.**
Adam Mohammadbhoy (*pro hac vice*)

15                Brian L. Trimyer (*pro hac vice*)

16                202 Old Main Street
Bradenton, FL 34205

17                Telephone: (941) 744-5537

18

19                Attorneys for Plaintiffs

20                CONOR WOULFE and PETER MICHAEL
ROSZA

21

22

23

24

25

26

27                               2

1

2      Dated: June 16, 2023

3

Respectfully submitted,

By:    /s/

4      **MUNGER, TOLLES & OLSON, LLP**

5      Kelly M. Klaus

6      Virginia Grace Davis

7      560 Mission Street, 27th Floor
       San Francisco, CA  94105-2907

8      kelly.klaus@mto.com
       grace.davisfisher@mto.com

9      Telephone: 415-512-4000

10     Bethany W. Kristovich

11     Benjamin G. Barokh
       350 South Grand Avenue, 50th Floor

12     Los Angeles, CA  90071-3426

13     bethany.kristovich@mto.com
       benjamin.barokh@mto.com

14     Telephone: 213-683-9100

15

16     Attorneys for Defendant
       UNIVERSAL CITY STUDIOS LLC

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION FOR STAY PENDING RULING BY THE COURT ON DEFENDANT'S [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV.
PROC. CODE § 425.16 AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6) [Dkt. 44]
2:22-cv-00459-SVW-AGR