CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT (admitted pro hac vice)
mpequignot@pmiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: 202-328-1200

Attorneys for Plaintiffs
CONOR WOULFE, an individual, and PETER
MICHAEL ROSZA, an individual

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>            Defendant, | CASE NO.: 2:22-cv-00459-SVW-AGR<br><br>DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S JOINT STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEYS' FEES |

I, Cody R. LeJeune, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am counsel for Plaintiffs in this matter. If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained in the regular course of its representation of Plaintiffs. I submit this declaration in support of the Joint Stipulation to Extend Supplemental Briefing Schedule for Defendant's Motion for Attorneys' Fees.

2. On June 14, 2023, the Court entered an Order for Supplemental Briefing Regarding Defendant's Motion for Attorneys' Fees (Dkt. No. 140).

3. The Court requested that Defendant file its supplemental brief on June 28, 2023 and that Plaintiffs file their supplemental brief on July 5, 2023.

4. Attorneys for both parties have travel plans during that time frame (which also falls over a holiday weekend) and are otherwise unavailable.

5. The attorneys' travel plans will affect their ability to sufficiently prepare and file supplemental briefs.

6. As a result, the parties stipulate that good cause exists for the extension of the briefing schedule as follows:

    a. Defendant's Supplemental Brief: July 5, 2023

    b. Plaintiffs' Supplemental Brief: July 19, 2023

7. The parties' requested extension will not alter or impact the case schedule in any manner.

1

DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S JOINT STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEYS' FEES
2:22-cv-00459-SVW-AGR

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct

Dated: June 16, 2023                           By:   /s/ Cody R. LeJeune
                                                     Cody R. LeJeune