# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>            Defendant, | CASE NO.:  2:22-cv-00459-SVW-AGR<br><br>[PROPOSED] ORDER ON PLAINTIFFS' AND DEFENDANT'S JOINT STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR ATTORNEYS' FEES |

The Court has considered the Stipulation that has been submitted by Plaintiffs, CONOR WOULFE and PETER MICHAEL ROSZA, and Defendant, UNIVERSAL CITY STUDIOS LLC, and good cause appearing,

It is hereby **ORDERED** that the schedule for the supplemental briefing is extended as follows:

- Defendant's Supplemental Brief: July 5, 2023
- Plaintiffs' Supplemental Brief: July 19, 2023

**IT IS SO ORDERED.**

DATED: June _____, 2023

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

1
[PROPOSED] ORDER ON PLAINTIFFS' AND DEFENDANT'S STIPULATION FOR STAY PENDING RULING BY THE COURT ON DEFENDANT'S [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16 AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)

2:22-cv-00459-SVW-AGR