1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  | CONOR WOULFE and PETER
12  | MICHAEL ROSZA,

13  |                    Plaintiffs,

14  |          v.

15  | UNIVERSAL CITY STUDIOS LLC,
16  | d.b.a., UNIVERSAL PICTURES, a
    | California limited liability company; and
17  | DOES 1-20, inclusive,

18
19  |                    Defendant,

20

CASE NO.:  2:22-cv-00459-SVW-AGR

ORDER ON PLAINTIFFS' AND
DEFENDANT'S JOINT
STIPULATION TO EXTEND
SUPPLEMENTAL BRIEFING
SCHEDULE FOR DEFENDANT'S
MOTION FOR ATTORNEYS' FEES

21
22
23
24
25
26
27
28

The Court has considered the Stipulation that has been submitted by Plaintiffs, CONOR WOULFE and PETER MICHAEL ROSZA, and Defendant, UNIVERSAL CITY STUDIOS LLC, and good cause appearing,

It is hereby **ORDERED** that the schedule for the supplemental briefing is extended as follows:

- Defendant's Supplemental Brief: July 5, 2023
- Plaintiffs' Supplemental Brief: July 19, 2023

**IT IS SO ORDERED.**

DATED: June  21, 2023

HONORABLE STEPHEN V. WILSON
United States District Judge

[PROPOSED] ORDER ON PLAINTIFFS' AND DEFENDANT'S STIPULATION FOR STAY PENDING RULING BY THE COURT ON DEFENDANT'S [1] SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. CODE § 425.16 AND [2] MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1), (6)

2:22-cv-00459-SVW-AGR