CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071
Telephone: (985) 713-4964

MATTHEW A. PEQUIGNOT (admitted pro hac vice)
mpequignot@pmiplaw.com
**PEQUIGNOT + MYERS**
2585 Ala Namahana Pkwy, #1007
Kilauea, HI 96754
Telephone: 202-328-1200

Attorneys for Plaintiffs
CONOR WOULFE, an individual, and PETER
MICHAEL ROSZA, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE, an individual, and PETER MICHAEL ROSZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES, a California limited liability company; and DOES 1-20, inclusive,<br><br>Defendant, | Case No.: 2:22-cv-00459-SVW-AGR<br><br>**DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFFS' RESPONSE IN REPLY TO DEFENDANT'S SUPPLEMENTAL BRIEF MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Cody R. LeJeune, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am counsel for Plaintiffs in this matter. If called as a witness, I could and would testify competently as to the facts set forth herein, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained in the regular course of its representation of Plaintiffs. I submit this declaration in support of the Plaintiffs' Response in Reply to Defendant's Supplemental Brief Motion for Attorneys' Fees.

2. Attached as Exhibit A is a true and accurate copy of email communications between counsel for Plaintiffs and counsel for Defendant, dated May 3, 2022.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct

Dated: July 19, 2023          By:   /s/ Cody R. LeJeune
                                    Cody R. LeJeune

1

DECLARATION OF CODY R. LEJEUNE IN SUPPORT OF PLAINTIFFS' RESPONSE IN REPLY TO DEFENDANT'S SUPPLEMENTAL BRIEF MOTION FOR ATTORNEYS' FEES AND COSTS

2:22-cv-00459-SVW-AGR