UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-00459-SVW-AGR | Date | August 28, 2023 |
| Title | *Conor Woulfe et al v. Universal City Studios LLC et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER REGARDING DEFENDANT'S MOTION FOR ATTORNEY'S FEES [88]

The Court finds that Defendant is a prevailing party and further finds that an award of some of Defendant's attorney's fees and costs is warranted.[1] However, Defendant has not submitted sufficient information for the Court to determine the appropriate award of fees.

"In determining the lodestar amount, a prevailing party generally may not recover for work on causes of action on which the party was unsuccessful." *Mann v. Quality Old Time Serv., Inc.*, 139 Cal. App. 4th 328, 342, 42 Cal. Rptr. 3d 607, 616 (2006). In calculating fees, "the court should first determine the lodestar amount for the hours expended on the successful claims, and, if the work on the successful and unsuccessful causes of action was overlapping, the court should then consider the defendant's relative success on the motion in achieving his or her objective, and reduce the amount if appropriate." *Id.* at 345.

Here, the Court is unable to determine the specific proportion of hours spent on issues which Defendant was successful on, and on issues which Defendant was not successful on. These issues that Defendant prevailed on include contending that 1) the anti-SLAPP statute applies; 2) Plaintiff's CLRA,

---

[1] An order detailing the Court's reasoning will issue upon submission of Defendant's counsel's affidavits.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-00459-SVW-AGR | Date | August 28, 2023 |
| Title | *Conor Woulfe et al v. Universal City Studios LLC et al* | | |

and warranty claims should be dismissed with prejudice; 3) Plaintiffs' have failed to allege predicate violations for Plaintiffs' UCL "unlawful" prong claim; and 4) Plaintiffs' lack standing to challenge alleged non-trailer misrepresentations.  Defendant shall submit affidavits from the attorneys who submitted their hours, attesting to the proportion or amount of hours which relate to the aforementioned topics.  Defendant's affidavits shall be due 10 days from the issuance of this order.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | PMC |