KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**REQUEST FOR DECISION UNDER LOCAL RULE 83-9**<br><br>Judge: Hon. Stephen V. Wilson |

Defendant Universal City Studios LLC ("Universal" or "Defendant") respectfully requests that the Court render its decision on Universal's Motion for Attorney's Fees and Costs (the "Motion"), which seeks fees and costs incurred in connection with the dismissal and striking of Plaintiffs' Second Amended Complaint ("SAC") under the Anti-SLAPP statute.  *See* Dkt. 88.[1]

Under the Local Rules, "[i]f the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay."[2]  L.R. 83-9.2.  Where "no oral argument is conducted on the motion, a motion shall be deemed submitted for decision as of the date the last memorandum or other pleading is permitted to be filed."  L.R. 83-9.1.1(a).

The Motion was deemed submitted, at the latest, on September 7, 2023:

- Universal filed the Motion on January 17, 2023; Plaintiffs opposed on February 13, 2023; and Universal replied on February 27, 2023.  Dkts. 88, 102, 104.

- On March 9, 2023, the Court entered an Order deferring decision on the Motion pending Plaintiffs' filing of a Third Amended Complaint ("TAC").  Dkt. 107.

---

[1] Universal has filed, and the Parties fully briefed, a second Motion for Attorney's Fees and Costs, seeking fees and costs incurred in connection with the striking and dismissal of Plaintiffs' Third Amended Complaint ("TAC").  *See* Dkts. 163, 174, 176.  This Request concerns only the first fees motion (Dkt. 88), not the second which was fully briefed on October 16, 2023.

[2] Universal asked counsel for Plaintiffs to join in this Request, as "all counsel shall do" under Civ. L.R. 83-9.2.  Plaintiffs' counsel would not join the request without including unauthorized supplemental arguments on the long-submitted Motion.  Universal therefore files this Request on its own.

- On June 14, 2023, the Court ordered supplemental briefing related to the Motion. Dkt. 140; *see* Dkt. 143. Defendant submitted its supplemental brief on July 5, 2023; Plaintiffs submitted theirs on July 19, 2023. Dkts. 144, 145.
- On August 28, 2023, the Court held "that Defendant is a prevailing party" and "that an award of some of Defendant's attorney's fees and costs is warranted," but ordered Defendant to submit additional affidavits to support the Court's determination of the amount of fees  Dkt. 146 at 1-2.
- Universal filed the requested affidavits on September 7, 2023. Dkts. 153-156.

Because the Court did not hold oral argument on the Motion, the Motion was deemed submitted, at the latest, on September 7, 2023. L.R. 83-9.1.1(a). Because the Court has not filed its decision on the Motion within 120 days of its submission, Universal respectfully files this Request.

DATED: February 5, 2024        MUNGER, TOLLES & OLSON LLP

By: ___*/s/ Kelly M. Klaus*___
KELLY M. KLAUS
Attorneys for Defendant