KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>         Plaintiffs,<br><br>     vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>         Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**SUPPLEMENTAL DECLARATION OF STEPHANIE G. HERRERA IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 26(g)(3)**<br><br>Date:    April 30, 2024<br>Time:    10:00 am<br>Judge:   Hon. Alicia G. Rosenberg |

## DECLARATION OF STEPHANIE G. HERRERA

I, Stephanie G. Herrera, hereby declare:

1. I am admitted to practice before all of the State courts in the State of California, as well as the United States District Court for the Central District of California. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Universal City Studios LLC ("Universal" or "Defendant") in the above-captioned matter. I submit this supplemental declaration in further support of Defendant's Motion for Sanctions Under Fed. R. Civ. P. 26(g)(3) ("Motion"), Dkt. 196, to submit additional relevant exhibits that Plaintiffs produced to Universal on April 1, 2024, after Universal filed the Motion. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. As explained in the Motion (at pp. 8-9, n.5) and my supporting declaration, on February 8, 2024, Universal requested all Plaintiffs' communications with third parties regarding this litigation. Plaintiffs responded that no responsive documents existed. Dkt. 196-1 ¶ 14 & Exs. 25-27. After the parties met and conferred, Plaintiffs' counsel, Cody LeJeune, agreed to provide supplemental responses and produce all responsive documents no later than March 29. *Id.* ¶ 14. Plaintiffs provided no supplemental responses and produced no documents by that date. Universal filed the Motion.

3. On April 1, 2024, Mr. LeJeune served supplemental responses to RFP No. 28 and produced 121 pages of responsive material.

4. One of the documents that Plaintiffs produced on April 1, 2024, is a December 1, 2023 email from Amazon's counsel to Mr. LeJeune. In that email, Amazon's counsel states that Amazon has "no record of any trailer delivery after October 2019," and that "Amazon's records are consistent with Universal's [response to RFP No. 22]," "*i.e.*, there [are] no responsive documents regarding replacement of trailer subsequent to January 21, 2022." A true and correct copy of

the December 1, 2023 email from Amazon's counsel and the preceding email thread is attached as **Exhibit A**.

5. If Plaintiffs had produced the December 1, 2023 email prior to the filing of the Motion, Universal would have submitted the email as an exhibit and addressed it in the Motion. The email shows that, 18 days before he certified the discovery requests at issue in the Motion, Mr. LeJeune learned from Amazon directly that: (1) Amazon had no record of any trailer delivery after October 2019; (2) Amazon had identified no documents regarding replacement of the trailer after January 1, 2022, by Universal or any other entity; and (3) Amazon's records were "consistent" with Universal's discovery responses.

6. I do not believe the submission of this Supplemental Declaration changes the briefing and hearing schedule on the Motion. Because the hearing was noticed 28 days from today, Plaintiffs have requisite notice of the hearing and time to oppose the Motion and all supporting materials submitted as of today. *See* L.R. 6-1 (requiring 28 days notice of hearing) and 7-9–7-10 (opposition due at least 21 days before hearing; reply due at least 7 days before hearing).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 2nd day of April 2024 at San Francisco, California.

*/s/ Stephanie G. Herrera*
Stephanie G. Herrera