# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC |
| **Date:** | Friday, December 1, 2023 at 4:35:41 PM Pacific Standard Time |
| **From:** | Ahn, Deana |
| **To:** | Cody LeJeune |
| **CC:** | Howard, Jim, Crawford, Donna, Nan, Mindy |
| **Attachments:** | image001.png |

Cody:

We received confirmation from Amazon that there wasn't any separate trailer delivery for the SD SKU. HD version was automatically down-converted for the SD SKU.

If we are correctly understanding your question ("is there a way for Deluxe Media/Universal to replace a trailer via delivery that was not made according to Amazon specifications"), the answer is no. If a trailer delivery is not made according to Amazon's specifications, the trailer would be immediately rejected and flagged for the post house (Deluxe Media in this case) to fix the error and to re-deliver. Amazon has no records indicating that any of the trailer deliveries for *Yesterday* was rejected and flagged.

To reiterate, at any given time, only one trailer is available. Replacement of a trailer happens immediately upon delivery of a new trailer. Further, there is no record of any trailer delivery after October 2019.

Amazon's records are consistent with Universal's supplemental response to plaintiffs' request for "[a]ll documents relating to or discussing or instructing Amazon.com's (a.k.a. Amazon Prime Video's) replacement of the *Yesterday* movie trailer subsequent to January 21, 2022"—Universal "has conducted a good-faith, reasonably diligent search, and has identified no responsive documents." (Dkt. No. 182-2 at 8-9.)

As the Court noted in denying plaintiffs' motion to compel Universal to respond to additional discovery, "Universal's position is abundantly clear, and asking the same or substantially identical questions would not likely produce different answers." (Dkt. No. 185 at 2.) As to the issue of Universal's alleged removal or replacement of the trailer, the Court held that plaintiffs' motion sought unreasonably cumulative or duplicative discovery. (*Id.*)

Amazon has conducted a good-faith and reasonably diligent search and produced responsive data that show trailer delivery details. Those details also seem consistent with defendant Universal's position (*i.e.*, there is no responsive documents regarding replacement of trailer subsequent to January 21, 2022). Non-party Amazon has expended a considerable amount of time and resources in responding to plaintiffs' subpoenas. Any further requests by plaintiffs to Amazon would not only be unreasonably cumulative and duplicative, but also completely disproportionate to the needs of the case.

Best,
Deana

**Deana Ahn**  She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
DWT.COM

**From:** Ahn, Deana

**Sent:** Friday, December 1, 2023 11:07 AM
**To:** 'Cody LeJeune' <cody@lejeunelawfirm.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Nan, Mindy <MindyNan@dwt.com>
**Subject:** RE: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

Cody:

We're checking with Amazon to confirm whether there was any separate trailer delivery for the SD SKU.

Could you clarify your ==question below==?

There is no indication in the data Amazon located and produced (AMZN_001) of any new trailer delivered on or after January 21, 2022. Could you please provide additional information or context?

Best,
Deana

**Deana Ahn**  She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**

---

**From:** Cody LeJeune <cody@lejeunelawfirm.com>
**Sent:** Thursday, November 30, 2023 10:13 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Nan, Mindy <MindyNan@dwt.com>
**Subject:** Re: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

**[EXTERNAL]**

Deana –

There are/were three different versions of the movie – SD, HD and UHD. You did not provide the details for the SD SKU. Can you please provide the trailer details for all three versions?

Also, ==is there a way for Deluxe Media/Universal to replace a trailer via delivery that was not made according to Amazon specifications? If so, how==?

Prior to January 21, 2022, a version of the trailer containing Ana De Armas appeared on Amazon. Then, after January 21, 2022, that trailer was replaced with a different trailer that did not feature Ana De Armas. The data should reflect activity (loading/replacement of a new trailer) after January 21, 2022.

Please provide this information by Friday.

 Cody R. LeJeune



985.713.4964

www.LeJeune.law

402 W. Broadway
Suite 400
San Diego, CA 92101

445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071

This email constitutes an electronic communication protected by state and federal laws. This communication m
the intended recipient. If you are not the intended recipient please notify the sender, do not disseminate the emo
communication. Thank you.

---

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Date:** Tuesday, November 28, 2023 at 2:32 PM
**To:** Cody LeJeune <cody@lejeunelawfirm.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>, Crawford, Donna <DonnaCrawford@dwt.com>, Nan, Mindy <MindyNan@dwt.com>
**Subject:** RE: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

Cody:

Amazon does not have a separate set of data for removal or replacement of trailers. The replacement would happen upon delivery of a new trailer as long as the delivery is made according to Amazon specifications. At any given time, only one trailer is available. For the HD SKU, the second trailer delivered on 8/21/2019 is still active. As for the UHD SKU, there has only been one trailer delivered on 10/3/2019.

We could provide a custodian of records declaration authenticating the data and explaining column headings and entries, which are somewhat self-explanatory. We should be able to share a draft this week.

Best,
Deana

**Deana Ahn**   She/Her/Hers
**Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
DWT.COM

**From:** Cody LeJeune <cody@lejeunelawfirm.com>
**Sent:** Tuesday, November 28, 2023 12:24 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Nan, Mindy <MindyNan@dwt.com>
**Subject:** Re: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

[EXTERNAL]

Deana –

I'm following up on the information below. If we don't have sufficient documents by tomorrow, we will move forward with a motion to compel documents and motion for contempt sanctions for Amazon's non-appearance at the November 16 deposition. See attached Affidavit of Nonappearance.

Best,

Cody R. LeJeune



985.713.4964

www.LeJeune.law

402 W. Broadway
Suite 400
San Diego, CA 92101

445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071

This email constitutes an electronic communication protected by state and federal laws. This communication m the intended recipient. If you are not the intended recipient please notify the sender, do not disseminate the em communication. Thank you.

---

**From:** Cody LeJeune <cody@lejeunelawfirm.com>
**Date:** Tuesday, November 21, 2023 at 9:21 AM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>, Crawford, Donna <DonnaCrawford@dwt.com>, Nan, Mindy <MindyNan@dwt.com>
**Subject:** Re: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

Deana -

In addition to authentication of any documents produced, we need an explanation for column headings and all entries in the excel document produced, as well as any documents yet to be produced.

To that end, do you have an update on the details concerning removal of Yesterday trailers on Amazon?

Cody R. LeJeune
LeJeune Law, PC

(985) 713-4964
www.lejeune.law

402 W. Broadway
Suite 400
San Diego, CA 92101

445 S. Figueroa
Suite 3100
Los Angeles, CA 90071

NOTICE: This email message and any attachments are for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

> On Nov 20, 2023, at 11:39 PM, Ahn, Deana <DeanaAhn@dwt.com> wrote:
>
> Cody:
>
> We're checking on item 1 but we may not have a substantive answer by tomorrow especially due to the holiday week. As for item 2, by "meaning," are you asking for definitions/explanations of the column headings?
>
> Best,
> Deana
>
> **Deana Ahn**   She/Her/Hers
> **Attorney,** Davis Wright Tremaine LLP

**P** 206.757.8056  **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
DWT.COM

---

**From:** Cody LeJeune <cody@lejeunelawfirm.com>
**Sent:** Monday, November 20, 2023 2:37 PM
**To:** Ahn, Deana <DeanaAhn@dwt.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>; Crawford, Donna <DonnaCrawford@dwt.com>; Nan, Mindy <MindyNan@dwt.com>
**Subject:** Re: PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

**[EXTERNAL]**

Thanks Deana, but we still have some questions and clarifications on the document that you emailed.

First, the document contains delivery details for all trailers for Yesterday, but I do not see anything regarding the details concerning the removal of trailers for Yesterday. Can you please provide that information?

Second, we would also need an Amazon deponent to authenticate the documents and to explain their meaning. Of course, a sufficiently-detailed declaration may accomplish those goals, but I would need to review it prior to any such agreements.

Please let me know about both points by the close of business Tuesday, November 21.


Cody R. LeJeune

<image002.png>


985.713.4964
www.LeJeune.law

402 W. Broadway
Suite 400
San Diego, CA 92101

445 S. Figueroa St.
Suite 3100
Los Angeles, CA 90071

This email constitutes an electronic communication protected by state and federal laws. This communic[ation is for] the intended recipient. If you are not the intended recipient please notify the sender, do not disseminate th[is] communication. Thank you.

**From:** Ahn, Deana <DeanaAhn@dwt.com>
**Date:** Friday, November 17, 2023 at 9:41 AM
**To:** Cody LeJeune <cody@lejeunelawfirm.com>
**Cc:** Howard, Jim <JimHoward@dwt.com>, Crawford, Donna <DonnaCrawford@dwt.com>, Nan, Mindy <MindyNan@dwt.com>
**Subject:** PRODUCTION - SUB1013249 Conor Woulfe v. Universal City Studios LLC

Cody:

Amazon was able to collect information in response to plaintiffs' request for documents sufficient to show the company/entity/individual that removed and/or replaced the *Yesterday* trailer in question from Amazon Prime. Please see attached production, which has been designated CONFIDENTIAL. I'll provide the password to access the production under a separate email. The production contains delivery details of *all* trailers for *Yesterday*.

As you will note, each trailer was delivered by Deluxe, Universal's post house. In light of the production, Amazon has now completed its compliance with the subpoena. To the extent you'd like to further discuss, please let us know. Thanks.

Best,
Deana

<image004.png>**Deana Ahn**   She/Her/Hers
**Attorney |** Davis Wright Tremaine LLP
**P** 206.757.8056   **E** deanaahn@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**   <image006.png>
<image007.png>