KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
VIRGINIA GRACE DAVIS (State Bar No. 336732)
grace.davisfisher@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
BENJAMIN G. BAROKH (State Bar No. 318629)
benjamin.barokh@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
UNIVERSAL CITY STUDIOS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNIVERSAL CITY STUDIOS LLC, d.b.a., UNIVERSAL PICTURES,<br><br>  Defendant. | Case No. 2:22-cv-00459-SVW-AGR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Stephen V. Wilson |

Plaintiffs Conor Woulfe and Peter Michael Rosza and Defendant Universal City Studios LLC (collectively, "Parties"), by and through their counsel of record, jointly submit this Notice of Settlement to inform the Court the Parties have reached a settlement of the above-captioned matter. The Parties have agreed to file a stipulation of dismissal with prejudice within one (1) day of execution of the final settlement agreement. The Parties have agreed to make good-faith efforts to execute the final settlement agreement on or before April 15, 2024.

DATED: April 12, 2024         LEJEUNE LAW, P.C.

                              By: ___/s/ Cody R. LeJeune___
                                  CODY R. LEJEUNE
                                  Attorneys for Plaintiffs

DATED: April 12, 2024         MUNGER, TOLLES & OLSON LLP

                              By: ___/s/ Stephanie G. Herrera___
                                  STEPHANIE G. HERRERA
                                  Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

                              By: ___/s/ Stephanie G. Herrera___
                                  STEPHANIE G. HERRERA
                                  Attorney for Defendant