UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**ORDER SETTING STIPULATED PRETRIAL DISCLOSURE DEADLINES**<br><br>Judge:  Hon. Stephen V. Wilson |

The Court has considered the parties' Stipulation Re: Pretrial Disclosure Deadlines.  Good cause appearing therefor, it is hereby ORDERED that:

[1] No later than May 3, 2024, each Party shall disclose (a) all witnesses the Party anticipates calling at trial other than solely for impeachment; (b) all testimony the Party anticipates presenting at trial by deposition; and (c) all exhibits the Party anticipates using at trial other than solely for impeachment, as set forth in Fed. R. Civ. P. 26(a)(3)(A) and Civil Local Rule 26-2;

1       [2]    No later than May 8, 2024, each Party shall disclose (a) objections to
2 the other Party's disclosed witnesses and exhibits and (b) counter-designations to
3 the other Party's disclosed deposition testimony; and
4       [3]    No later than May 10, 2024, lead trial counsel for the Parties shall meet
5 and confer via video conference regarding the matters in Civil Local Rule 16-2;
6       [4]    Motions in limine shall be limited to 3 pages or less, filed no later than
7 May 13, 2024; oppositions shall be limited to 3 pages or less and filed no later
8 than May 16, 2024; the Court shall hear oral argument at 1:30 p.m. on May 20, 2024
9 or the earliest date thereafter that is convenient for the Court;
10       [5]    By 5 p.m. on May 17, 2024, each Party shall disclose demonstratives
11 the Party anticipates using with any witness; demonstratives not disclosed by this
12 date and time shall be excluded and objections to the other Party's demonstratives
13 must be asserted by 7 a.m. on May 20, 2024 (the day before trial) or are waived;
14       [6]    By 7 a.m. on May 20, 2024 (the day before trial), each Party shall
15 disclose the witnesses the Party anticipates calling the next day other than solely
16 for impeachment, in the order in which the Party anticipates presenting the
17 witnesses;
18       [7]    By 5 p.m. on May 20, 2024 (the day before trial), each Party shall
19 disclose demonstratives the Party anticipates using in its opening statement;
20 demonstratives not disclosed by this date and time shall be excluded and
21 objections to the other Party's opening demonstratives must be asserted by 10
22 p.m. on May 20, 2024 (the day before trial) or are waived.

**IT IS SO ORDERED.**

DATED: April 15, 2024

                                    Honorable Stephen V. Wilson
                                    United States District Judge