**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOR WOULFE and PETER MICHAEL ROSZA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNIVERSAL CITY STUDIOS LLC,<br><br>    Defendant. | Case No. 22-cv-00459-SVW-AGR<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Stephen V. Wilson |

The Court having considered the parties' Stipulation of Dismissal with Prejudice, **IT IS HEREBY SO ORDERED that:**

[1] This action is dismissed with prejudice;

[2] Each Party shall bear its own costs and attorney's fees incurred in connection with the Lawsuit in accordance with and subject to the provisions of the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

DATED: April 22, 2024

_/s/ Stephen V. Wilson_
Honorable Stephen V. Wilson
United States District Judge